# RESOLUTIONS
# OF THE
# BOARD OF MANAGERS
# OF
# WALNUT HILL PHYSICIANS' HOSPITAL, LLC

The undersigned, being all of the requisite members of the Board of Managers (the "Board") of Walnut Hill Physicians' Hospital, LLC, a Texas limited liability company (the "Company"), at a meeting held on June 1, 2017, do hereby consent to, authorize and adopt the following resolutions as of the date hereof:

**WHEREAS**, the Board has considered the financial and operational conditions of the Company's business;

**WHEREAS**, the Board has reviewed the historical performance of the Company, the market for the Company's services, and the current and long-term liabilities of the Company; and

**WHEREAS**, the Board has reviewed, considered, and received the recommendations of the senior management of the Company and the advice of the Company's professionals and advisors with respect to potential avenues for relief that are available to the Board, including the possibility of pursuing a liquidation of the Company's business and assets under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE BE IT RESOLVED**, that in the business judgment of the Board after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors that, at this time under the relevant circumstances, it is desirable and in the best interests of the Company, its creditors, equity holders and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 7 of the Bankruptcy Code;

**FURTHER RESOLVED**, that the Company's petition seeking relief under the provisions of Chapter 7 of the Bankruptcy Code (the "Petition") is approved in all respects, and that Cory Countryman, Chief Executive Officer of the Company (the "Authorized Person") be, and they hereby is, authorized and directed, on behalf of and in the name of the Company, to execute the Petition or authorize the execution of a filing of the Petition and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Texas at such time as the Authorized Person deems appropriate;

**FURTHER RESOLVED**, that the Authorized Person, be, and they hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which he may deem necessary or proper in connection with the prosecution of the Chapter 7 case, and in that connection for the Authorized Person to retain and employ all assistance by legal counsel or otherwise, which he may deem necessary or proper with a view to the successful prosecution of the Chapter 7 proceeding;

22948907.1

**FURTHER RESOLVED**, that the Authorized Person be, and they hereby is, authorized and directed to retain on behalf of the Company the law firm of Norton Rose Fulbright (US) LLP, upon such terms and conditions as the Authorized Person shall approve, to render legal services to, and to represent, the Company in connection with the Chapter 7 proceeding;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by the Authorized Person to file the Petition or in any other connection with the Chapter 7 proceeding, any related insolvency proceeding, or in any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and

**FURTHER RESOLVED**, that the Authorized Person be with full authority to act without the others, hereby is, authorized and directed, in the name of and on behalf of the Company to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

[*Signature Page follows*.]

IN WITNESS WHEREOF, the undersigned have executed these Resolutions as of the date first written above.

**MANAGERS:**

_____
Dr. John L. Tan

_____
Dr. Ricardo Guerra

_____
Dr. Charles Levin

_____
Monzer Hourani

_____
G. Edward Alexander

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions as of the date first written above.

                                **MANAGERS**:

_____
Dr. John L. Tan

*/s/ Ricardo Guerra Jr.*
_____
Dr. Ricardo Guerra

_____
Dr. Charles Levin

_____
Monzer Hourani

_____
G. Edward Alexander

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions as of the date first written above.

MANAGERS:

_____
Dr. John L. Tan

_____
Dr. Ricardo Guerra

_____*[signature]*_____
Dr. Charles Levin

_____
Monzer Hourani

_____
G. Edward Alexander

IN WITNESS WHEREOF, the undersigned have executed these Resolutions as of the date first written above.

**MANAGERS:**

_____
Dr. John L. Tan

_____
Dr. Ricardo Guerra

_____
Dr. Charles Levin

_____*[signature]*_____
Monzer Hourani

_____
G. Edward Alexander

      **IN WITNESS WHEREOF**, the undersigned have executed these Resolutions as of the date first written above.

**MANAGERS**:

_____
Dr. John L. Tan

_____
Dr. Ricardo Guerra

_____
Dr. Charles Levin

_____
Monzer Hourani

_____/s/_____
G. Edward Alexander

22948907.1

3