**Fill in this information to identify the case:**

Debtor    Walnut Hill Physicians' Hospital, LLC

United States Bankruptcy Court for the:    Northern District of Texas

Case number    17-32255
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    $0.00

    1b.  **Total personal property:**
    Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    $53,451,926.76

    1c.  **Total of all property:**
    Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    $53,451,926.76

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

    $5,064,827.25

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

    $2,273,375.83

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

    **+**    $143,553,090.72

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

    $150,891,293.80

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Walnut Hill Physicians' Hospital, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known) | 17-32255 |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: CASH AND CASH EQUIVALENTS

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CAPITAL ONE | ACCOUNTS PAYAYABLE | XX145 | $53,551.57 |
| 3.2. | CAPITAL ONE | CONCENTRATION ACCOUNT | XX137 | $144,521.72 |
| 3.3. | CAPITAL ONE | GOVERNMENT RECEIVABLE | XX089 | $2,386.34 |
| 3.4. | CAPITAL ONE | NON-GOVERNMENT RECEIVABLES | XX178 | $244,945.87 |
| 3.5. | CAPITAL ONE | PAYROLL ACCOUNT | XX151 | $81,977.78 |

**4. OTHER CASH EQUIVALENTS**

**5 Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

$527,383.28

### Part 2: DEPOSITS AND PREPAYMENTS

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.1. | PREPAID ASSOCIATION | $24,713.00 |
| 7.2. | PREPAID DEPOSITS | $83,951.00 |
| 7.3. | PREPAID EQUIPMENT | $1,042.00 |
| 7.4. | PREPAID INSURANCE | $461,303.00 |
| 7.5. | PREPAID INTEREST | $32,829.00 |
| 7.6. | PREPAID LICENSES | $220,782.00 |
| 7.7. | PREPAID OTHER | $22,249.00 |
| 7.8. | PREPAID SERVICE | $139,206.00 |

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

**9  Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.                         $986,075.00

---

**Part 3:    ACCOUNTS RECEIVABLE**

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.  ACCOUNTS RECEIVABLE**

ACCOUNT RECEIVABLE          _____ - _____  =  →      $42,229,384.17
                           face amount       doubtful or uncollectable accounts

ACCOUNT RECEIVABLE -        _____ - _____  =  →      ($211,893.69)
CREDIT                      face amount       doubtful or uncollectable accounts

**12  Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.        $42,017,490.48

---

**Part 4:    INVESTMENTS**

**13.  DOES THE DEBTOR OWN ANY INVESTMENTS?**
☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15.  NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

**16.  GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | | |
| DESCRIBE: | | | |
| **17   Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | | |

**Part 5:   INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18.   DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   RAW MATERIALS** | | | | |
| **20.   WORK IN PROGRESS** | | | | |
| **21.   FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22.   OTHER INVENTORY OR SUPPLIES** | | | | |
| 22.1.   INVENTORY | 12/31/2016 | | NET BOOK VALUE | $3,874,137.00 |
| **23   Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | | $3,874,137.00 |

**24.   Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes   Book value _____   Valuation method _____   Current value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:   FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.   DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.   CROPS—EITHER PLANTED OR HARVESTED** | | | | |
| **29.   FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH

**30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES)

**31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED**

**32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☒ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:**    **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. OFFICE FURNITURE**

| 39.1.    OFFICE FURNITURE | | NET BOOK VALUE | $2,252,845.00 |

**40. OFFICE FIXTURES**

**41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE**

| 41.1.    OFFICE FIXTURE | | NET BOOK VALUE | $1,592,680.00 |

**42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43**   Total of Part 7.
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

$3,845,525.00

**44.**   Is a depreciation schedule available for any of the property listed in Part 7?
☐ No
☒ Yes

**45.**   Has any of the property listed in Part 7 been appraised by a professional within the last year?
☒ No
☐ Yes

---

**Part 8:**    **MACHINERY, EQUIPMENT, AND VEHICLES**

**46.**   **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.   MACHINERY, FIXTURES & EQUIPMENT | | NET BOOK VALUE | $2,201,316.00 |

**51**   Total of Part 8.
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

$2,201,316.00

**52.**   Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
☒ Yes

**53.**   Has any of the property listed in Part 8 been appraised by a professional within the last year?
☒ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54.   DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.   ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    7502 GREENVILLE, DALLAS, TX 75231 | LEASEHOLD INTEREST | $0.00 | | $0.00 |
| 55.2.    7515 GREENVILLE AVE, SUITE 710, DALLAS, TX | LEASEHOLD INTEREST | $0.00 | | $0.00 |

**56   Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.                     $0.00

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.   DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61.   INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62.   LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.   CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.   OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.   GOODWILL** | | | |

**66   Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes
··

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:   ALL OTHER ASSETS**

---

70. **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

72. **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

73. **INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

74. **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

75. **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

76. **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

77. **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

78 **Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $527,383.28 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $986,075.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $42,017,490.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,874,137.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,845,525.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,201,316.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $53,451,926.76 | + 91b   $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $53,451,926.76 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Walnut Hill Physicians' Hospital, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Texas</td></tr>
<tr><td>Case number<br/>(if known)</td><td>17-32255</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

1.  **1. Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

**Part 1:    List All Creditors with Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br/>**Amount of claim**<br/>*Do not deduct the value of collateral.* | Column B<br/>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br/>CAPITAL ONE, NATIONAL ASSOCIATION<br/><br/>**Creditor's mailing address**<br/>2 BETHESDA METRO CENTER<br/>STE 600<br/>BETHESDA, MD  20814<br/><br/>**Creditor's email address**<br/><br/>**Date or dates debt was incurred**<br/>8/21/2012<br/><br/>**Last 4 digits of account number:**<br/><br/>**Do multiple creditors have an interest in the same property?**<br/>☒ No<br/>☐ Yes | | **Describe debtor's property that is subject to a lien**<br/>SUBSTANTIALLY ALL ASSETS, INCLUDING RECEIVABLES<br/><br/>**Describe the lien**<br/>SENIOR LENDER<br/><br/>**Is the creditor an insider or related party?**<br/>☒ No<br/>☐ Yes<br/><br/>**Is anyone else liable on this claim?**<br/>☒ No<br/>☐ Yes<br/><br/>**As of the petition filing date, the claim is:**<br/>*Check all that apply.*<br/>☒ Contingent<br/>☒ Unliquidated<br/>☒ Disputed | $4,631,934.69 | UNKNOWN |
| 2.2 | **Creditor's name**<br/>DALLAS COUNTY TAX ASSESSOR<br/><br/>**Creditor's mailing address**<br/>C/O JOHN R. AMES<br/>1201 ELM STREET, STE 2600<br/>DALLAS, TX  75270<br/><br/>**Creditor's email address**<br/><br/>**Date or dates debt was incurred**<br/>VARIOUS<br/><br/>**Last 4 digits of account number:**<br/><br/>**Do multiple creditors have an interest in the same property?**<br/>☒ No<br/>☐ Yes | | **Describe debtor's property that is subject to a lien**<br/>PERSONAL PROPERTY AD VALOREM TAXES - ACCOUNT NUMBER: 99150730930000000<br/><br/>**Describe the lien**<br/>TAX LIEN<br/><br/>**Is the creditor an insider or related party?**<br/>☒ No<br/>☐ Yes<br/><br/>**Is anyone else liable on this claim?**<br/>☒ No<br/>☐ Yes<br/><br/>**As of the petition filing date, the claim is:**<br/>*Check all that apply.*<br/>☐ Contingent<br/>☐ Unliquidated<br/>☐ Disputed | $432,840.09 | UNKNOWN |

Debtor    Case Hill Physicians Medical LLC

         (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | | Column A | Column B |
|---|---|---|---|---|
|  |  | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.3**

**Creditor's name**
DALLAS COUNTY TAX ASSESSOR

**Creditor's mailing address**
C/O JOHN R. AMES
1201 ELM STREET, STE 2600
DALLAS, TX 75270

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PERSONAL PROPERTY AD VALOREM TAXES - ACCOUNT NUMBER: 99131002530000000

**Describe the lien**
TAX LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.47 — UNKNOWN

**2.4**

**Creditor's name**
GE HEALTHCARE FINANCIAL SERVICES

**Creditor's mailing address**
PO BOX 641419
PITTSBURGH, PA 15264

**Creditor's email address**

**Date or dates debt was incurred**
9/13/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
CERTAIN EQUIPMENT

**Describe the lien**
EQUIPMENT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN — UNKNOWN

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                          $5,064,827.25

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Walnut Hill Physicians' Hospital, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td>17-32255</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>AARON A MIRI<br>10208 BLUE SKIES DR<br><br>MCKINNEY, TX 75070<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0468<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $13,752.34 | $13,752.34 |
| 2.2 | **Priority creditor's name and mailing address**<br>ABIBATU B BANGURA<br>350 VISTACOURT DR 6301<br><br>PLANO, TX 75074<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9507<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $684.32 | $684.32 |
| 2.3 | **Priority creditor's name and mailing address**<br>ADJOA K ASARE<br>1921 COOPER MOUNTIAN<br><br>JUSTIN, TX 76247<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5083<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $0.00 | $0.00 |

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.4** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

ADRIAN C ALARCON
2813 PRESCOTT DRIVE

CARROLLTON, TX 75006

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5720

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.5** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,979.54 | $2,979.54

ADRIANA M GALLIVAN
2627 LIVE OAK ST. #12074

DALLAS, TX 75204

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2815

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.6** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $242.25 | $242.25

ADRIANA PINEDA
1813 MILLWICK STREET

GARLAND, TX 75044

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5993

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.7** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $815.51 | $815.51

AGNES C LINDER
870 ST JAMES DR

FAIRVIEW, TX 75069

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0545

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.8** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $524.64 | $524.64

AISHA S TAYLOR
18665 MIDWAY RD
614

DALLAS, TX 75287

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7131

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.9**

**Priority creditor's name and mailing address**
AJI F LOUM
3713 TOWNE CROSSING#1502

MESQUITE, TX  75150

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3659

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.10**

**Priority creditor's name and mailing address**
AKOSUA B EDWARDS
12213 PLANO RD # 2044

DALLAS, TX  75243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2397

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,429.82    Priority amount: $2,429.82

---

**2.11**

**Priority creditor's name and mailing address**
ALAA M MOHAMED
327 HILLGLEN DRIVE

MURPHY, TX  75094

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1767

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.12**

**Priority creditor's name and mailing address**
ALBERTO PEREZ
5115 EDGEWORTH DR

BALCH SPRINGS, TX  75180

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3623

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.13**

**Priority creditor's name and mailing address**
ALEXANDER F GNAEDIG
1555 ELM STREET   1901

DALLAS, TX  75201

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5387

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $872.10    Priority amount: $872.10

Debtor    Case Hill Production Delphia 7, LLC     Case No. 17-32255-bjh7

(Name)

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.14**   **Priority creditor's name and mailing address**

ALEXANDRIA D SCHECK
9729 SHADYDALE LANE

DALLAS, TX 75238

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5479

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,472.88    Priority amount: $1,472.88

---

**2.15**   **Priority creditor's name and mailing address**

ALEXANDRIA G RODRIGUEZ
2000 WESTBOROUGH DR 509

KATY, TX 77449

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4395

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.15    Priority amount: $0.15

---

**2.16**   **Priority creditor's name and mailing address**

ALEXANDRYA H HEATH
416 SANDY LANE

ROYSE CITY, TX 75189

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9762

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $573.58    Priority amount: $573.58

---

**2.17**   **Priority creditor's name and mailing address**

ALITHA D BOYD
422 MENLO PARK DR

GARLAND, TX 75043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5855

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $145.44    Priority amount: $145.44

---

**2.18**   **Priority creditor's name and mailing address**

ALONDRA C UMEH
1447 LARAMIE LANE

FRISCO, TX 75033

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7800

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $10,032.10    Priority amount: $10,032.10

Debtor   Bois d'Arc Hill Properties II, LLC   Case number (if known) 17-32255-bjh7
         (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.19** | **Priority creditor's name and mailing address**
ALYSON M SNYDER
3602 JENNIFER LN

ROWLETT, TX 75088
**Date or dates debt was incurred**

**Last 4 digits of account number:** 1975

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim **$1,617.44** | Priority amount **$1,617.44**

---

**2.20** | **Priority creditor's name and mailing address**
AMANDA D GODDARD
10588 STONE CANYON RD
APT # 110

DALLAS, TX 75230
**Date or dates debt was incurred**

**Last 4 digits of account number:** 1346

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim **$0.90** | Priority amount **$0.90**

---

**2.21** | **Priority creditor's name and mailing address**
AMANDA F ROBINSON
120 ROYAL PARK LANE

WAXAHACIE, TX 75165
**Date or dates debt was incurred**

**Last 4 digits of account number:** 5294

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim **$0.00** | Priority amount **$0.00**

---

**2.22** | **Priority creditor's name and mailing address**
AMANDA J HALE
7836 RAVEHILL LN

DALLAS, TX 75227
**Date or dates debt was incurred**

**Last 4 digits of account number:** 9346

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim **$840.09** | Priority amount **$840.09**

---

**2.23** | **Priority creditor's name and mailing address**
AMANDA K BARNES
1939 CUTLER DR

MESQUITE, TX 75149
**Date or dates debt was incurred**

**Last 4 digits of account number:** 2181

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim **$0.00** | Priority amount **$0.00**

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.24 | **Priority creditor's name and mailing address**<br>AMANDA L LOPEZ<br>5548 NORRIS DRIVE<br><br>THE COLONY, TX  75056<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1685<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,202.46 | $1,202.46 |

| 2.25 | **Priority creditor's name and mailing address**<br>AMBER L MALCHUS<br>9600 GOLF LAKES TRAIL<br>APT  3058<br><br>DALLAS, TX  75231<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9900<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $575.20 | $575.20 |

| 2.26 | **Priority creditor's name and mailing address**<br>AMBER S NOBLES<br>1508 SAVANNAH ST<br><br>MESQUITE, TX  75149<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9443<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $539.98 | $539.98 |

| 2.27 | **Priority creditor's name and mailing address**<br>AMBRIA N MCGREE<br>8410 S WESTMORELAND 601<br><br>DALLAS, TX  75237<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3861<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74.74 | $74.74 |

| 2.28 | **Priority creditor's name and mailing address**<br>AMBROSE E MIGWI<br>815 W GRAUWYLER RD<br><br>IRVING, TX  75061<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0858<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 | $0.00 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.29** **Priority creditor's name and mailing address**
AMERICA U TARECTECAN
8707 SOUTHWESTERN   1627

DALLAS, TX  75206

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2400

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $10,889.16    Priority amount: $10,889.16

---

**2.30** **Priority creditor's name and mailing address**
AMY C WOLFE
401 FLEMING ST   APT 301

WYLIE, TX  75098

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6982

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,810.45    Priority amount: $4,810.45

---

**2.31** **Priority creditor's name and mailing address**
AMY L CORNETT
5323 GALLOPING WAY

TEXARKANA, TX  75503

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0486

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.32** **Priority creditor's name and mailing address**
AMY STIVER
901 BROOKWATER DR

MCKINNEY, TX  75071

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1521

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $7,974.73    Priority amount: $7,974.73

---

**2.33** **Priority creditor's name and mailing address**
ANDREW D SUMMERS
1108 ITALY DR

ALLEN, TX  75013

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1789

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $8,055.32    Priority amount: $8,055.32

Debtor _____  Case number (if known) _____
(Name)

| Part 1: | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.34** | **Priority creditor's name and mailing address**
ANDREW J ANDERSON
503 SAVANNAH DR

OVILLALTON, TX  75154
**Date or dates debt was incurred**

**Last 4 digits of account number: 9733**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,436.87  Priority amount: $2,436.87

---

**2.35** | **Priority creditor's name and mailing address**
ANETEREA E ELIZARDO
1518 SHOREHAVEN DR

GARLAND, TX  75040
**Date or dates debt was incurred**

**Last 4 digits of account number: 7662**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,147.16  Priority amount: $3,147.16

---

**2.36** | **Priority creditor's name and mailing address**
ANGELA A JEFFRESS
2704 LEISURE LANE

LITTLE ELM, TX  75068
**Date or dates debt was incurred**

**Last 4 digits of account number: 3988**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00  Priority amount: $0.00

---

**2.37** | **Priority creditor's name and mailing address**
ANGELA D BRITT ARNOLD
3005 MILL CREEK WAY

FORNEY, TX  75126
**Date or dates debt was incurred**

**Last 4 digits of account number: 5817**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,553.93  Priority amount: $2,553.93

---

**2.38** | **Priority creditor's name and mailing address**
ANGELA F CROWDER
438 SOREN DR

MURPHY, TX  75094
**Date or dates debt was incurred**

**Last 4 digits of account number: 0547**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $457.24  Priority amount: $457.24

---

| **Part 1:** | **Additional Page** | |
|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.39** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,760.74 | $15,760.74

ANGELA R BOSWELL
4630 ANCILLA DR

☐ Contingent
☐ Unliquidated
☐ Disputed

GARLAND, TX 75042

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 4082

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.40** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $784.89 | $784.89

ANIL KC
3400 RICHMOND PKWY # 619

☐ Contingent
☐ Unliquidated
☐ Disputed

RICHMOND, CA 94806

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 3541

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.41** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $232.56 | $232.56

ANJELICA R RAMIREZ
1020 LOWNDES LANE

☐ Contingent
☐ Unliquidated
☐ Disputed

WYLIE, TX 75098

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 5642

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.42** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00

ANN MARIE EICKHOLT
1418 BLUEBIRD LANE

☐ Contingent
☐ Unliquidated
☐ Disputed

GARLAND, TX 75042

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 4379

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.43** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,090.00 | $12,090.00

ANNE-MARIE C WHELAN
1929 DESOTO DR

☐ Contingent
☐ Unliquidated
☐ Disputed

MCKINNEY, TX 75070

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1197

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   Case Hill Phoenix, Inc. dba LL

         (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.44** **Priority creditor's name and mailing address**

ANNITRA L JONES
2617 CHOICE ST

DALLAS, TX 75215

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3703

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.45** **Priority creditor's name and mailing address**

ANTHONY LEWANDOWSKI
4208 CALCULUS DR

DALLAS, TX 75244

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0934

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $14,417.57   Priority amount: $14,417.57

---

**2.46** **Priority creditor's name and mailing address**

ANTONIO O ROBERTS
9821 SUMMERWOOD CR  1207

DALLAS, TX 75243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3759

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,123.20   Priority amount: $1,123.20

---

**2.47** **Priority creditor's name and mailing address**

ANTONIO RONY V SAMSON
2913 FOWLER COURT

MESQUITE, TX 75181

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6125

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,910.42   Priority amount: $2,910.42

---

**2.48** **Priority creditor's name and mailing address**

APRIL D THOMPSON
101 GALLOPING TRAIL

FORNEY, TX 75126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1334

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $18,521.19   Priority amount: $18,521.19

| Part 1: | **Additional Page** | | | |
| --- | --- | --- | --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.49 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

**2.49**

**Priority creditor's name and mailing address**
ARABY A ABOUZEID
6071 VILAGE BEND DR  806

DALLAS, TX  75206

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8135

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.50**

**Priority creditor's name and mailing address**
ARDITHA L MASON
1102 HAILFAX LANE

FORNEY, TX  75126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1050

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $3,136.50    Priority amount $3,136.50

---

**2.51**

**Priority creditor's name and mailing address**
ARGELYN R MENDOZA
4204 MAPLE SHADE AVE

SACHSE, TX  75048

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3132

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $4,331.13    Priority amount $4,331.13

---

**2.52**

**Priority creditor's name and mailing address**
ARKEITH L BROWN
13302 GOODLAND PLACE
APT C

FARMERS BRANCH, TX  75234

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1846

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $6,765.20    Priority amount $6,765.20

---

**2.53**

**Priority creditor's name and mailing address**
ARNEL D SEVILLO
429 SHADY OAKS DRIVE

MURPHY, TX  75094

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4663

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $3,358.83    Priority amount $3,358.83

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.54** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

ARNOLD F ARCAINA
7918 WAYNE PL

ROWLETT, TX  75088

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9330

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.55** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36.13 | $36.13

ASAF Y ATIAS
3811 HOLLAND ST
UNIT 2

DALLAS, TX  75219

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4622

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.56** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

ASHA SHARMA
117 AMBERWOOD DR

COPPELL, TX  75019

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3835

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.57** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $419.94 | $419.94

ASHLEY H OCHOA
1028 BARCLAY DR

MESQUITE, TX  75149

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6679

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.58** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $840.32 | $840.32

ASHLEY M HAMILTON
4561 CHAHA ROAD #186

GARLAND, TX  75043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2454

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

(Name)

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|

2.59   **Priority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $3,775.53   $3,775.53
*Check all that apply.*

ASHLEY N MONACO
340 DAVE TRAIL

☐ Contingent
☐ Unliquidated
☐ Disputed

PROSPER, TX  75078

**Date or dates debt was incurred**   **Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 7553   **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY**   ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.60   **Priority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $0.00   $0.00
*Check all that apply.*

AUGUSTINE U NWOSU
2513 BASSWOOD DR

☐ Contingent
☐ Unliquidated
☐ Disputed

ROWLETT, TX  75089

**Date or dates debt was incurred**   **Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 6117   **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY**   ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.61   **Priority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $936.08   $936.08
*Check all that apply.*

AUGUSTINO M DENG
10820 STEPPINGTON 2303

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX  75230

**Date or dates debt was incurred**   **Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 4430   **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY**   ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.62   **Priority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $22,890.53   $22,890.53
*Check all that apply.*

AUTUMN PULIS
9600 GOLF LAKES TRL 1032

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX  75231

**Date or dates debt was incurred**   **Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 115   **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY**   ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.63   **Priority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $1,161.35   $1,161.35
*Check all that apply.*

BARBARA A JENKINS
7638 SECO BLVD

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX  75231

**Date or dates debt was incurred**   **Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 0481   **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY**   ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor _____
(Name)

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.64** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,106.35 | $3,106.35

BARBARA J SHEPHERD
307 BRIAR COVE CIRCLE

☐ Contingent
☐ Unliquidated
☐ Disputed

RED OAK, TX 75154

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number: 4723**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.65** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,540.33 | $1,540.33

BARIKAT ARUNA
723 FAIRLAWN ST

☐ Contingent
☐ Unliquidated
☐ Disputed

ALLEN, TX 75002

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number: 8956**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.66** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,247.12 | $3,247.12

BENNY GEORGE
2809 CLEARMEADOW DR

☐ Contingent
☐ Unliquidated
☐ Disputed

MESQUITE, TX 75181

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number: 4185**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.67** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,152.71 | $2,152.71

BERNADETTE G PAGUIO
5304 BOARDWALK DR

☐ Contingent
☐ Unliquidated
☐ Disputed

FRISCO, TX 75034

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number: 3814**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.68** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,269.70 | $3,269.70

BERTHA M CHILUBA
4640 HEDGECOXE RD 1424

☐ Contingent
☐ Unliquidated
☐ Disputed

PLANO, TX 75024

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number: 4277**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.69**  **Priority creditor's name and mailing address**  **As of the petition filing date, the claim is:**  $4,350.45  $4,350.45
*Check all that apply.*

BETH L YOUNG
726 MORRIS DR
☐ Contingent
☐ Unliquidated
☐ Disputed

GARLAND, TX  75040
**Date or dates debt was incurred**  **Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number: 5055**  **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY**  ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.70**  **Priority creditor's name and mailing address**  **As of the petition filing date, the claim is:**  $0.00  $0.00
*Check all that apply.*

BEVERLY J SANG
5445 PRESTON RD 1231
☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX  75254
**Date or dates debt was incurred**  **Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number: 4532**  **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY**  ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.71**  **Priority creditor's name and mailing address**  **As of the petition filing date, the claim is:**  $29.49  $29.49
*Check all that apply.*

BEYONKA G POWELL
1409 S BENTON STREET
☐ Contingent
☐ Unliquidated
☐ Disputed

CORSICANA, TX  75110
**Date or dates debt was incurred**  **Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number: 1578**  **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY**  ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.72**  **Priority creditor's name and mailing address**  **As of the petition filing date, the claim is:**  $0.00  $0.00
*Check all that apply.*

BHAGWATI PRASAI
1633 CAYOTE RIDGE
☐ Contingent
☐ Unliquidated
☐ Disputed

DARROLLTON, TX  75010
**Date or dates debt was incurred**  **Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number: 4710**  **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY**  ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.73**  **Priority creditor's name and mailing address**  **As of the petition filing date, the claim is:**  $457.24  $457.24
*Check all that apply.*

BHARAT D NAIK
2204 MOLLY LANE
☐ Contingent
☐ Unliquidated
☐ Disputed

PLANO, TX  75074
**Date or dates debt was incurred**  **Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number: 9971**  **Is the claim subject to offset?**
☒ No
**Specify Code subsection of PRIORITY**  ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor _____  Case number (if known)_____
     (Name)

| **Part 1:** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|

**2.74** Priority creditor's name and mailing address

BRADLEY A HEDGES
603 SE 27TH AVE

MINERAL WELLS, TX  76067

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1230

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.55 — $119.55

---

**2.75** Priority creditor's name and mailing address

BRANDON D IDELL
13001 CLEVELAND GIBBS 79

ROANOKE, TX  76262

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0893

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$848.26 — $848.26

---

**2.76** Priority creditor's name and mailing address

BRANDY N TAYLOR
11906 GARDEN TERRACE DR

DALLAS, TX  75243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9056

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,810.22 — $4,810.22

---

**2.77** Priority creditor's name and mailing address

BREANNA L CHAMBERS
633 SILVERYMOON

DALLAS, TX  75241

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5772

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$64.60 — $64.60

---

**2.78** Priority creditor's name and mailing address

BRENDA SLADE
84 BRIAR LN

WAXAHACHIE, TX  75165

**Date or dates debt was incurred**

**Last 4 digits of account number:** 117

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,326.72 — $25,326.72

---

Debtor    Case 17-32255-bjh7 (Name)

| | Part 1: | Additional Page |
|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.79** | **Priority creditor's name and mailing address**
BRETT A LAMBERT
1405 BATEMAN

CELINA, TX 75009
**Date or dates debt was incurred**

**Last 4 digits of account number:** 2151

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $1,329.98    Priority amount $1,329.98

---

**2.80** | **Priority creditor's name and mailing address**
BRETT A WEBB
5716 PINE MEADOW LANE

MCKINNEY, TX 75070
**Date or dates debt was incurred**

**Last 4 digits of account number:** 1195

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $864.75    Priority amount $864.75

---

**2.81** | **Priority creditor's name and mailing address**
BRIANNA S JONES
9600 GOLF LAKES TR 1094

DALLAS, TX 75231
**Date or dates debt was incurred**

**Last 4 digits of account number:** 0144

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $880.68    Priority amount $880.68

---

**2.82** | **Priority creditor's name and mailing address**
BRIDGETTE L GUMBS
4705 SILVER AVE

DALLAS, TX 75223
**Date or dates debt was incurred**

**Last 4 digits of account number:** 9550

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $1,684.83    Priority amount $1,684.83

---

**2.83** | **Priority creditor's name and mailing address**
BRITTANY E SMITH
4404 RIVER CROSSING

MCKINNEY, TX 75070
**Date or dates debt was incurred**

**Last 4 digits of account number:** 8913

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $1,745.73    Priority amount $1,745.73

**Part 1:**   **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.84**   **Priority creditor's name and mailing address**
BRITTNEY G WILLIAMS
6980 FM 1388

KAUFMAN, TX 75142

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8560

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $12,156.05   Priority amount: $12,156.05

---

**2.85**   **Priority creditor's name and mailing address**
BRUCE A KEY
3008 SPRUCE STREET

ROYSE CITY, TX 75189

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0613

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.86**   **Priority creditor's name and mailing address**
CALVIN T HANUS
4407 PICKERING PLACE

COLLEGE STATION, TX 77845

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1235

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,644.93   Priority amount: $1,644.93

---

**2.87**   **Priority creditor's name and mailing address**
CAMARIN M YOUNG
3901 ACCNET DR #1424

DALLAS, TX 75287

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0115

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.88**   **Priority creditor's name and mailing address**
CARLA D TRANTHAM
335 HCR 4350 N

HILLSBORO, TX 76645

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3157

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $10,917.18   Priority amount: $10,917.18

(Name)

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.89**  **Priority creditor's name and mailing address**

CARLA J LOVELACE
3594 LINCOLN DRIVE

FRISCO, TX  75034

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9869

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,802.93    Priority amount: $1,802.93

---

**2.90**  **Priority creditor's name and mailing address**

CARLOS D DUNN
6009 MAGNOLIA LANE

ROWLETT, TX  75089

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5777

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $471.90    Priority amount: $471.90

---

**2.91**  **Priority creditor's name and mailing address**

CARLOTTA L BOOKER
3055 S WESTMORELAND 1001

DALLAS, TX  75233

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3138

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,829.00    Priority amount: $1,829.00

---

**2.92**  **Priority creditor's name and mailing address**

CARMEN MARTINEZ
2347 HONDO AVE

DALLAS, TX  75219

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9945

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $581.40    Priority amount: $581.40

---

**2.93**  **Priority creditor's name and mailing address**

CAROLLE L NJINKAP
421 CATTAIL CIRCLE

HARKER HEIGHTS, TX  76548

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2187

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $761.25    Priority amount: $761.25

Debtor   Castle Hill Productions, LLC                                Case number (if known)  17-32255
         (Name)

| Part 1: | **Additional Page** |
|---------|---------------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.94** | **Priority creditor's name and mailing address**
CARRIE L MAJORS
4900 WINDHAVEN PKY 17108

LEWISVILLE, TX 75056
**Date or dates debt was incurred**

**Last 4 digits of account number: 5817**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$405.37**   Priority amount: **$405.37**

---

**2.95** | **Priority creditor's name and mailing address**
CARRIE S UPTON
704 BLUFFVIEW DR

MCKINNEY, TX 75071
**Date or dates debt was incurred**

**Last 4 digits of account number: 1273**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$1,784.80**   Priority amount: **$1,784.80**

---

**2.96** | **Priority creditor's name and mailing address**
CASEY C ELLIOTT
8812 ANTRIM DRIVE

DALLAS, TX 75218
**Date or dates debt was incurred**

**Last 4 digits of account number: 5069**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$3,391.50**   Priority amount: **$3,391.50**

---

**2.97** | **Priority creditor's name and mailing address**
CASEY L FRANKLIN
2312 ANITA DR

MESQUITE, TX 75149
**Date or dates debt was incurred**

**Last 4 digits of account number: 5163**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$1,750.01**   Priority amount: **$1,750.01**

---

**2.98** | **Priority creditor's name and mailing address**
CASSANDRA H FORTSON
1180 N MASTERS DR 617

DALLAS, TX 75217
**Date or dates debt was incurred**

**Last 4 digits of account number: 3895**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$524.34**   Priority amount: **$524.34**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.99**

**Priority creditor's name and mailing address**

CATALINA E GUTIERREZ
200 GREENCOVE

GARLAND, TX  75040

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0185

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $431.67      Priority amount: $431.67

---

**2.100**

**Priority creditor's name and mailing address**

CATHERINE A GORDON
305 MIDNIGHT DRIVE

ROYSE CITY, TX  75189

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2317

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,578.38      Priority amount: $4,578.38

---

**2.101**

**Priority creditor's name and mailing address**

CATHERINE D VAN ZANDT
1640 W 3RD AVENUE

CORSICANA, TX  75110

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4556

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00      Priority amount: $0.00

---

**2.102**

**Priority creditor's name and mailing address**

CATHY E KNAPP
1210 STACY RD

FAIRVIEW, TX  75069

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2181

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,902.86      Priority amount: $1,902.86

---

**2.103**

**Priority creditor's name and mailing address**

CHANDLAR R HANUS
9600 GOLF LAKES TRAIL
APT # 2006

DALLAS, TX  75231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8312

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $473.21      Priority amount: $473.21

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.104** | Priority creditor's name and mailing address

CHARLENE S BIERMAN
8595 SOUTHWESTERN BLVD
APT 2628

DALLAS, TX  75206

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0095

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,224.72   Priority amount: $3,224.72

---

**2.105** | Priority creditor's name and mailing address

CHARLES E BREWER
317 INTERSTATE 30   114

GARLAND, TX  75043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6036

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $213.18   Priority amount: $213.18

---

**2.106** | Priority creditor's name and mailing address

CHARLOTTE E MCGEE
2413 RICHVIEW CT

GARLAND, TX  75044

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1265

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $26,556.69   Priority amount: $26,556.69

---

**2.107** | Priority creditor's name and mailing address

CHEALSCEY N KING
807 WOODWAY LANE

RICHARDSON, TX  75081

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9132

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,146.50   Priority amount: $2,146.50

---

**2.108** | Priority creditor's name and mailing address

CHELSEA J HUTH
2605 LAUREL LANE

PLANO, TX  75074

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6802

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,326.24   Priority amount: $2,326.24

(Name)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.109** **Priority creditor's name and mailing address**
CHERYL A JONES
739 OPAL LANE

MESQUITE, TX  75149

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3919

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,431.69   Priority amount: $5,431.69

---

**2.110** **Priority creditor's name and mailing address**
CHRIS G PULINTHITTA
5500 STATE HGWY 121  337

LEWISVILLE, TX  75056

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4936

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,188.46   Priority amount: $3,188.46

---

**2.111** **Priority creditor's name and mailing address**
CHRISTI D HICKS
1826 MORNING MIST WAY

ST PAUL, TX  75098

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3936

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,162.68   Priority amount: $1,162.68

---

**2.112** **Priority creditor's name and mailing address**
CHRISTINA L CAMPBELL
17671 ADDISON RD    3105

DALLAS, TX  75287

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6919

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,824.19   Priority amount: $9,824.19

---

**2.113** **Priority creditor's name and mailing address**
CHRISTINE H LASERNA MENDOZA
1414 SHILOH RD 1312

PLANO, TX  75074

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8605

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

Debtor    Crane Hill Properties, LLC     Case number *(if known)*   17-32255

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.114 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,999.86 | $1,999.86 |

CHRISTINE M HOFFMAN
4100 VISTA LANE 2023

☐ Contingent
☐ Unliquidated
☐ Disputed

KAUFMAN, TX 75142

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1709

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.115 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,968.25 | $3,968.25 |

CHRISTOPHER C ELIKWU
9180 FOREST LANE 203

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX 75243

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 3596

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.116 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,348.52 | $3,348.52 |

CHRISTOPHER M SMITH
4018 HUCKLEBERRY CIR

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX 75216

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 9560

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.117 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,945.97 | $4,945.97 |

CHRISTOPHER W SLINKARD
955 W GEORGE BUSH 1111

☐ Contingent
☐ Unliquidated
☐ Disputed

RICHARDSON, TX 75080

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1096

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.118 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,951.91 | $2,951.91 |

CHRISTY M MAPLES
2408 ORCHID DR

☐ Contingent
☐ Unliquidated
☐ Disputed

MCKINNEY, TX 75070

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 5466

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|
| | | **Total claim** | **Priority amount** |

| 2.119 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $386.29 | $386.29 |
|---|---|---|---|---|

CILJA SIMON
1877 ANDRESS DRIVE

☐ Contingent
☐ Unliquidated
☐ Disputed

CARROLLTON, TX 75010

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 4711**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.120 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,718.39 | $8,718.39 |
|---|---|---|---|---|

CINDI A CARTER
16706 30TH DRIVE SE

☐ Contingent
☐ Unliquidated
☐ Disputed

BOTHELL, WA 98012

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 8831**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.121 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

CINDY D ALEXANDER
3101 CORNELL AVE

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX 75205

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 0510**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.122 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,641.16 | $7,641.16 |
|---|---|---|---|---|

CINDY D HOPKINS
1030 PINEHURST DR

☐ Contingent
☐ Unliquidated
☐ Disputed

ROCKWALL, TX 75087

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 1461**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.123 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,266.65 | $3,266.65 |
|---|---|---|---|---|

CINDY R DEAN
3211 MANCHESTER DR

☐ Contingent
☐ Unliquidated
☐ Disputed

MESQUITE, TX 75150

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 1582**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor CASE HILL Financial Design LLC     Case number (if known) 17-32255

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.124** | **Priority creditor's name and mailing address**
CINDY SANCHEZ
3126 RAINBOW DR

GRAND PRAIRIE, TX 75052

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3228

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,537.37    Priority amount: $2,537.37

---

**2.125** | **Priority creditor's name and mailing address**
CLARA M SHEARD
424 GATEWOOD DR 206

GARLAND, TX 75043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3873

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $697.67    Priority amount: $697.67

---

**2.126** | **Priority creditor's name and mailing address**
CLAUDIA R REGALADO
11620 AUDELIA RD 325

DALLAS, TX 75243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3574

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,728.02    Priority amount: $3,728.02

---

**2.127** | **Priority creditor's name and mailing address**
CLAUDIA TAVAREZ
9047 ANACONDA

DALLAS, TX 75217

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3750

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.128** | **Priority creditor's name and mailing address**
CLINT A HEARD
6000 WILDERNESS RD

TYLER, TX 75703

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1829

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,138.03    Priority amount: $2,138.03

Debtor _____
(Name)

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.129** **Priority creditor's name and mailing address**

CODY C DUTTON
3522 COUNTY ROAD 2156

CADDO MILLS, TX 75135

**Date or dates debt was incurred**

**Last 4 digits of account number: 7282**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $8,663.89    Priority amount $8,663.89

---

**2.130** **Priority creditor's name and mailing address**

CODY R BROWN
105 LOGAN LN

WAXAHACHIE, TX 75165

**Date or dates debt was incurred**

**Last 4 digits of account number: 3292**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $1,713.48    Priority amount $1,713.48

---

**2.131** **Priority creditor's name and mailing address**

CODY TRAYLOR
5757 E UNIVERSITY #22K

DALLAS, TX 75306

**Date or dates debt was incurred**

**Last 4 digits of account number: 3745**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.132** **Priority creditor's name and mailing address**

COLETTE M CHAMBERS
4316 HIGHLANDER DR

DALLAS, TX 75287

**Date or dates debt was incurred**

**Last 4 digits of account number: 8588**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.133** **Priority creditor's name and mailing address**

CONCEPCION JACQUEZ
3011 BELMONT LANE

TERRELL, TX 75160

**Date or dates debt was incurred**

**Last 4 digits of account number: 5973**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.134** Priority creditor's name and mailing address

CORINNE E WILLARD
480 WINDING TRAIL

COMBINE, TX  75159

**Date or dates debt was incurred**

**Last 4 digits of account number: 5702**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,513.21   Priority amount: $2,513.21

---

**2.135** Priority creditor's name and mailing address

COURTNEI M TAYLOR
2917 HOLY CROSS LN

GARLAND, TX  75044

**Date or dates debt was incurred**

**Last 4 digits of account number: 7237**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $768.16   Priority amount: $768.16

---

**2.136** Priority creditor's name and mailing address

COURTNEY FAHRENTHOLD
17000 DARBY DRIVE

FORNEY, TX  75126

**Date or dates debt was incurred**

**Last 4 digits of account number: 2502**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $10,154.08   Priority amount: $10,154.08

---

**2.137** Priority creditor's name and mailing address

COURTNEY L TAYLOR
201 FORESTBROOK DR

WYLIE, TX  75098

**Date or dates debt was incurred**

**Last 4 digits of account number: 1126**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $8,763.64   Priority amount: $8,763.64

---

**2.138** Priority creditor's name and mailing address

CRISELDA A ENRIQUEZ
4013 REDPINE DR

GARLAND, TX  75043

**Date or dates debt was incurred**

**Last 4 digits of account number: 6965**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,065.46   Priority amount: $4,065.46

(Name)

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.139 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,361.20 | $22,361.20 |
| | CRISTINA O AGUILA 4629 PARKHAVEN | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | GARLAND, TX 75043 | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | | |
| | **Last 4 digits of account number:** 1179 | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.140 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,364.57 | $1,364.57 |
| | CRYSTAL D PARKER 1617 CARDINAL POINT | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | ROYSE CITY, TX 75189 | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | | |
| | **Last 4 digits of account number:** 0243 | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.141 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,374.72 | $1,374.72 |
| | CRYSTAL G CARRAWAY 1453 DAVID AVENUE    103 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | DESOTO, TX 75115 | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | | |
| | **Last 4 digits of account number:** 2593 | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.142 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,311.57 | $1,311.57 |
| | CYNTHIA A LAFORGE 4507 BELLCREST DR. | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | MCKINNEY, TX 75070 | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | | |
| | **Last 4 digits of account number:** 8033 | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.143 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,046.06 | $9,046.06 |
| | CYNTHIA C JACKSON 522 SUMNER DR | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | MESQUITE, TX 75149 | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | | |
| | **Last 4 digits of account number:** 2971 | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor  Case 17-32255-bjh7  Doc 59  Filed 06/30/17    Entered 06/30/17 17:53:33    Page 41 of 321
Case Hill Properties Delphia LLC                    Case number (if known) 17-32255
(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.144** | **Priority creditor's name and mailing address**
CYNTHIA I FAULKNER
721 TIMBERLAKE CIR.

RICHARDSON, TX  75080
**Date or dates debt was incurred**

**Last 4 digits of account number: 3088**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $452.20 | $452.20 |

**2.145** | **Priority creditor's name and mailing address**
CYNTHIA M ALLEN
106 HACIENDA DR

WAXAHACHIE, TX  75165
**Date or dates debt was incurred**

**Last 4 digits of account number: 0246**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $10,640.77 | $10,640.77 |

**2.146** | **Priority creditor's name and mailing address**
DAISY C MULWA
201 RIO GRANDLE DR

CRANDLE, TX  75114
**Date or dates debt was incurred**

**Last 4 digits of account number: 5600**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $419.90 | $419.90 |

**2.147** | **Priority creditor's name and mailing address**
DAISY D CAYABYAB
3617 CURBSTONE WAY

DALLAS, TX  75074
**Date or dates debt was incurred**

**Last 4 digits of account number: 9490**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $0.00 | $0.00 |

**2.148** | **Priority creditor's name and mailing address**
DAN M BODZIAK
604 N FRANCES

TERRELL, TX  75160
**Date or dates debt was incurred**

**Last 4 digits of account number: 0586**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $0.00 | $0.00 |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.149** | **Priority creditor's name and mailing address**
DANIEL F PERINBAM
5645 HAMPSHIRE DRIVE

MCKINNEY, TX  75070

**Date or dates debt was incurred**

**Last 4 digits of account number: 2701**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$0.00**  Priority amount: **$0.00**

---

**2.150** | **Priority creditor's name and mailing address**
DANIELA TURCIOS
12208 ALLARD STREET

NORWALK, CA  90650

**Date or dates debt was incurred**

**Last 4 digits of account number: 0460**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$831.73**  Priority amount: **$831.73**

---

**2.151** | **Priority creditor's name and mailing address**
DANNY A ALVARADO
815 FONTANA AVE

RICHARDSON, TX  75080

**Date or dates debt was incurred**

**Last 4 digits of account number: 3231**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$3,571.38**  Priority amount: **$3,571.38**

---

**2.152** | **Priority creditor's name and mailing address**
DANNY M THOMAS
8601 HUNTINGTON DRIVE

ROWLET, TX  75089

**Date or dates debt was incurred**

**Last 4 digits of account number: 5670**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$1,124.04**  Priority amount: **$1,124.04**

---

**2.153** | **Priority creditor's name and mailing address**
DARCENE VELEZ QUINTANA
3513 HAMLETT LN

GARLAND, TX  75043

**Date or dates debt was incurred**

**Last 4 digits of account number: 1263**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$10,105.72**  Priority amount: **$10,105.72**

Debtor _____
(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.154** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,854.69 | $1,854.69

DARREN B EASON
6301 STONEWOOD DR #2901

PLANO, TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8233

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.155** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,547.28 | $3,547.28

DARREN D PRICE
3200 RIFLE GAP RD #1253

FRISCO, TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2123

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.156** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,918.38 | $2,918.38

DAVID D FRYDBERG
7209 DUFFIELD DR

DALLAS, TX 75248

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3838

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.157** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,085.78 | $3,085.78

DAVID L MOXLEY
1408 MAPLETON DR

DALLAS, TX 75228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2366

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.158** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,390.38 | $3,390.38

DAVID L ROUNTREE
6731 VADA DR

DALLAS, TX 75214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number:** 116

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.159 | **Priority creditor's name and mailing address**<br>DAVID MARTINEZ<br>9000 VANTAGE POINT DR<br><br>DALLAS, TX  75243<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3323**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,259.70 | $1,259.70 |
| 2.160 | **Priority creditor's name and mailing address**<br>DAVID W DILLARD<br>8201 FAIR OAKS CR   3085<br><br>DALLAS, TX  75231<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4721**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,868.66 | $1,868.66 |
| 2.161 | **Priority creditor's name and mailing address**<br>DAWIT A AKALU<br>5445 PRESTON OAKS 636<br><br>DALLAS, TX  75254<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2648**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,591.89 | $4,591.89 |
| 2.162 | **Priority creditor's name and mailing address**<br>DENISE A OZUNA<br>746 GATEWOOD RD # 137<br><br>GARLAND, TX  75043<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4839**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,432.18 | $1,432.18 |
| 2.163 | **Priority creditor's name and mailing address**<br>DENISE S FOLLOWWILL<br>3757 DUCHESS TRAIL<br><br>DALLAS, TX  75229<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3914**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 | $0.00 |

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.164** **Priority creditor's name and mailing address**
DEON L JACKSON
7474 SKILLMAN ST   710

DALLAS, TX  75231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3108

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $545.14    Priority amount: $545.14

---

**2.165** **Priority creditor's name and mailing address**
DEQUINDRA D REDMOND
6055 FOX POINT TRAIL

DALLAS, TX  75249

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4131

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.166** **Priority creditor's name and mailing address**
DESIREE T FORD
6325 CEDAR FALLS DR

THE COLONY, TX  75056

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0733

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,523.28    Priority amount: $4,523.28

---

**2.167** **Priority creditor's name and mailing address**
DETRON D POWELL
622 HUGH WALKER DR

MESQUITE, TX  75149

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2498

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,516.52    Priority amount: $3,516.52

---

**2.168** **Priority creditor's name and mailing address**
DIANA E GARCIA
1401 SHORECREST DR

GARLAND, TX  75040

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9906

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,264.13    Priority amount: $2,264.13

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.169** **Priority creditor's name and mailing address**
DIANA L STUBBLEFIELD
2032 BELGUIM DR

PLANO, TX  75025
**Date or dates debt was incurred**

**Last 4 digits of account number: 118**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,637.10          $23,637.10

---

**2.170** **Priority creditor's name and mailing address**
DIANTHE J JONES ALLEN
1113 TIMBERLINE LN

ALLEN, TX  75002
**Date or dates debt was incurred**

**Last 4 digits of account number: 1232**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,396.59          $10,396.59

---

**2.171** **Priority creditor's name and mailing address**
DIVINA A CASTILLO
1800 E. FIR AVE
204

FRESNO, CA  93720
**Date or dates debt was incurred**

**Last 4 digits of account number: 8880**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00          $0.00

---

**2.172** **Priority creditor's name and mailing address**
DOLORES E ROMERO
2426 CEDAR ELM LANE

GARLAND, TX  75043
**Date or dates debt was incurred**

**Last 4 digits of account number: 9892**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,605.59          $2,605.59

---

**2.173** **Priority creditor's name and mailing address**
DOMITILLA A IWU
1058 MOCKINGBIRD HILL CT

MURPHY, TX  75094
**Date or dates debt was incurred**

**Last 4 digits of account number: 8977**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,674.56          $11,674.56

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.174**  **Priority creditor's name and mailing address**

DONALD M HODGES
1121 FOOLISH PLEASURE DR

TERRELL, TX 75160

**Date or dates debt was incurred**

**Last 4 digits of account number: 2367**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,966.42    Priority amount: $9,966.42

---

**2.175**  **Priority creditor's name and mailing address**

DONNA K WELTGE
2904 MOONGOLD CT

MCKINNEY, TX 75069

**Date or dates debt was incurred**

**Last 4 digits of account number: 9260**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,088.07    Priority amount: $1,088.07

---

**2.176**  **Priority creditor's name and mailing address**

DONNA M STEPHENS
807 OAKWAY COURT

RICHARDSON, TX 75081

**Date or dates debt was incurred**

**Last 4 digits of account number: 7796**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,723.54    Priority amount: $1,723.54

---

**2.177**  **Priority creditor's name and mailing address**

DONNA R SHULER
6275 BRIDLE TRAIL

CADDO MILLS, TX 75135

**Date or dates debt was incurred**

**Last 4 digits of account number: 3980**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,114.73    Priority amount: $4,114.73

---

**2.178**  **Priority creditor's name and mailing address**

DUSTIN A BIERMAN
633 FOSSIL WOOD DRIVE

SAGINAW, TX 76179

**Date or dates debt was incurred**

**Last 4 digits of account number: 4809**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,445.59    Priority amount: $1,445.59

Debtor    GABLE HILL GROUP (DE), LLC
         (Name)

Case number (if known)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.179** **Priority creditor's name and mailing address** DUSTIN J RAY 6890 MCCAIN DR SOUTHAVEN, MS 38671 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |
| **Date or dates debt was incurred** **Last 4 digits of account number: 0438** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Basis for the claim:** VACATION PAYABLE **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **2.180** **Priority creditor's name and mailing address** DWAYNE LUSTER III 4811 DUNCANVILLE RD 1806 DALLAS, TX 75236 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,694.49 | $3,694.49 |
| **Date or dates debt was incurred** **Last 4 digits of account number: 4921** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Basis for the claim:** VACATION PAYABLE **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **2.181** **Priority creditor's name and mailing address** EDDIE TRUJILLO 1919 E. MELISSA RD MELISSA, TX 75454 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $596.39 | $596.39 |
| **Date or dates debt was incurred** **Last 4 digits of account number: 3260** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Basis for the claim:** VACATION PAYABLE **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **2.182** **Priority creditor's name and mailing address** EDNAH K SILMON 5233 WORLEY DR THE COLONY, TX 75056 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $161.52 | $161.52 |
| **Date or dates debt was incurred** **Last 4 digits of account number: 4110** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Basis for the claim:** VACATION PAYABLE **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **2.183** **Priority creditor's name and mailing address** EDYTHE L GATES 7702 ISABELLA DR APT D PORT RICHEY, FL 34668 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,902.86 | $1,902.86 |
| **Date or dates debt was incurred** **Last 4 digits of account number: 1118** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Basis for the claim:** VACATION PAYABLE **Is the claim subject to offset?** ☒ No ☐ Yes | | |

Debtor    Castle Hill Partners Cedar LLC        Case number (if known) 17-32255

(Name)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

| | | | | |
|---|---|---|---|---|
| 2.184 | **Priority creditor's name and mailing address** <br> ELIZABETH GUTIERREZ <br> 1426 SHOREHAVEN DR <br><br> GARLAND, TX 75040 <br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3797 <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> VACATION PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $1,037.49 | $1,037.49 |
| 2.185 | **Priority creditor's name and mailing address** <br> ELIZABETH L GONZALEZ <br> 1103 LAKE WHITNEY DR <br><br> WYLIE, TX 75098 <br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1158 <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> VACATION PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $349.23 | $349.23 |
| 2.186 | **Priority creditor's name and mailing address** <br> ELVIS ONDIEKI <br> 14255 PRESTON RD 625 <br><br> DALLAS, TX 75254 <br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 5051 <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> VACATION PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $0.00 | $0.00 |
| 2.187 | **Priority creditor's name and mailing address** <br> EMILY J ARRAMBIDE <br> 1003 HOLMES CT <br><br> ALLEN, TX 75002 <br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1554 <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> VACATION PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $2,065.61 | $2,065.61 |
| 2.188 | **Priority creditor's name and mailing address** <br> EMMA R WISE <br> 11405 CALLAHAN MILL DR <br><br> CHARLOTTE, NC 28213 <br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3580 <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> VACATION PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $1,631.02 | $1,631.02 |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.189** | **Priority creditor's name and mailing address**
ERIC L SPEARS
3209 MISTLETOE LANE

ROWLETT, TX 75088

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9680

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $6,243.43   Priority amount: $6,243.43

---

**2.190** | **Priority creditor's name and mailing address**
ERICA C VENISON
3932 EVERGREEN CT

MCKINNEY, TX 75070

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1729

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $6,354.34   Priority amount: $6,354.34

---

**2.191** | **Priority creditor's name and mailing address**
ERICKA L GUILLEN
1911 CASTAWAY DR

DALLAS, TX 75051

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5874

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,001.27   Priority amount: $3,001.27

---

**2.192** | **Priority creditor's name and mailing address**
ERIKA E COBURN
3653 TIMBERGLEN RD 934

DALLAS, TX 75287

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5660

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,116.96   Priority amount: $3,116.96

---

**2.193** | **Priority creditor's name and mailing address**
ERIN H LANTRIP
2208 MILAN DRIVE

FORNEY, TX 75126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1027

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $6,769.06   Priority amount: $6,769.06

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.194** | **Priority creditor's name and mailing address**

ERIN L BARCHAK
2063 FAIRCREST TRAIL

FORNEY, TX  75126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3494

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $8,366.14    Priority amount: $8,366.14

---

**2.195** | **Priority creditor's name and mailing address**

ESLI J BELTRAN
2012 UTICA DR

DALLAS, TX  75217

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4935

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $890.11    Priority amount: $890.11

---

**2.196** | **Priority creditor's name and mailing address**

ESTRELLA D DIAGO GERSBACH
5030 SHADY GLEN DR

GARLAND, TX  75043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7839

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,733.32    Priority amount: $1,733.32

---

**2.197** | **Priority creditor's name and mailing address**

ETHAN N BUSSELL
3015 C. MAHANNA SPRINGS

DALLAS, TX  75235

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8095

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,022.04    Priority amount: $3,022.04

---

**2.198** | **Priority creditor's name and mailing address**

EVA E COLLINS
905 RICHARD DR

GARLAND, TX  75040

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5686

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

| | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.199 | **Priority creditor's name and mailing address**<br>EVA N KIRARA<br>1090 W EXCHANGE PKY 6303<br><br>ALLEN, TX 75013<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5809**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,599.91 | $1,599.91 |
| 2.200 | **Priority creditor's name and mailing address**<br>EVANGELINE L JAVELLANA<br>3621 BLUE JAY BLVD<br><br>MESQUITE, TX 75181<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5343**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 | $0.00 |
| 2.201 | **Priority creditor's name and mailing address**<br>FERNANDO RIOS<br>1304 SIERRA SPRING DR<br># 2110-1<br><br>BEDFORD, TX 76021<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4026**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $441.22 | $441.22 |
| 2.202 | **Priority creditor's name and mailing address**<br>FRANCES R WALLS<br>1911 FAIR PARK LN<br><br>WYLIE, TX 75098<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5012**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 | $0.00 |
| 2.203 | **Priority creditor's name and mailing address**<br>FRANCESCA B SAILALE<br>7411 CHRISTIE LANE<br><br>DALLAS, TX 75249<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3952**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,554.26 | $2,554.26 |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.204** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,067.20 | $2,067.20

FRANCIS O OLAITAN
1910 GARRISON WAY

GARLAND, TX  75040

Check that all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 5478

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.205** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $585.02 | $585.02

GABRIELLE E WARES
1505 TOPLEA DRIVE

EULESS, TX  76040

Check that all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 2245

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.206** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,712.77 | $6,712.77

GARY V FLATT
9910 ROYAL LANE  1201

DALLAS, TX  75231

Check that all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 7897

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.207** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,530.70 | $9,530.70

GAYLA A GARDNER
5013 WETHINGTON CT

MCKINNEY, TX  75071

Check that all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 0323

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.208** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,802.22 | $1,802.22

GEORGE I WHITING
96020 MOSS HAVEN DR

DALLAS, TX  75231

Check that all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1802

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.209**  **Priority creditor's name and mailing address**

GEORGE O NYAMBANE
5945 W PARKER RD #1312

PLANO, TX 75093

**Date or dates debt was incurred**

**Last 4 digits of account number: 2372**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.210**  **Priority creditor's name and mailing address**

GEORGE T FOSTER
5626 MCCOMMAS BLVD

DALLAS, TX 75206

**Date or dates debt was incurred**

**Last 4 digits of account number: 9457**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,582.89   Priority amount: $2,582.89

---

**2.211**  **Priority creditor's name and mailing address**

GINCY M JOHN
4417 GANNETT LANE

GARLAND, TX 75043

**Date or dates debt was incurred**

**Last 4 digits of account number: 9750**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.212**  **Priority creditor's name and mailing address**

GLORIA J KASS
3614 BOBTOWN RD

GARLAND, TX 75043

**Date or dates debt was incurred**

**Last 4 digits of account number: 5815**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $406.66   Priority amount: $406.66

---

**2.213**  **Priority creditor's name and mailing address**

GLORY RAJU
818 MYERSMEADOW

GARLAND, TX 75043

**Date or dates debt was incurred**

**Last 4 digits of account number: 3931**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $784.89   Priority amount: $784.89

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.214** | **Priority creditor's name and mailing address**
GOPALAKRISHN NAIR
290 WATERFORD

SUNNYVALE, TX  75182

**Date or dates debt was incurred**

**Last 4 digits of account number: 1776**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,468.63
Priority amount: $5,468.63

---

**2.215** | **Priority creditor's name and mailing address**
GRACE E OLSON
6009 CRIMSON DR

MCKINNEY, TX  75070

**Date or dates debt was incurred**

**Last 4 digits of account number: 2524**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,561.63
Priority amount: $4,561.63

---

**2.216** | **Priority creditor's name and mailing address**
GRACE F SARZA
1221 MAGNOLIADR

RICHARDSON, TX  75080

**Date or dates debt was incurred**

**Last 4 digits of account number: 5166**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,596.91
Priority amount: $1,596.91

---

**2.217** | **Priority creditor's name and mailing address**
GURMESH K SAINI
601 JAGGED WAY

PLANO, TX  75074

**Date or dates debt was incurred**

**Last 4 digits of account number: 0273**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,307.58
Priority amount: $3,307.58

---

**2.218** | **Priority creditor's name and mailing address**
GWEN WILSON
7266 SUMMIT PARC DR

DALLAS, TX  75249

**Date or dates debt was incurred**

**Last 4 digits of account number: 4311**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00
Priority amount: $0.00

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.219** | **Priority creditor's name and mailing address**
HALEATHA A DAUGHTERY
11700 LEBANON RD
APT 1314

FRISCO, TX 75035

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8668

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,395.90  Priority amount: $1,395.90

---

**2.220** | **Priority creditor's name and mailing address**
HANNAH FORAY
10614 HASELWOOD LANE
APT # H10614

DALLAS, TX 75238

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1920

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,991.09  Priority amount: $1,991.09

---

**2.221** | **Priority creditor's name and mailing address**
HANNAH OMANE
12111 AUDILIA RD   601

DALLAS, TX 75243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5758

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $523.91  Priority amount: $523.91

---

**2.222** | **Priority creditor's name and mailing address**
HARDIK V SOLANKI
812 NAPIER DR

RICHARDSON, TX 75081

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2565

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,258.92  Priority amount: $1,258.92

---

**2.223** | **Priority creditor's name and mailing address**
HARRY A FLYNT
7212 ANGEL FIRE DR

PLANO, TX 75025

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1987

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,644.38  Priority amount: $1,644.38

Debtor    Case Hill Philadelphia 7 LLC      Case number (if known) 17-

(Name)

| Part 1: | **Additional Page** | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

**2.224** | **Priority creditor's name and mailing address**

HASINA M ROBINSON
3600 HOYA DR   224

ARLINGTON, TX  76015

**Date or dates debt was incurred**

**Last 4 digits of account number: 2759**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $0.30    Priority amount: $0.30

---

**2.225** | **Priority creditor's name and mailing address**

HIWOT O ABEBE
2419 MACKINAC DR

FRISCO, TX  75033

**Date or dates debt was incurred**

**Last 4 digits of account number: 2178**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,201.56    Priority amount: $1,201.56

---

**2.226** | **Priority creditor's name and mailing address**

HOLLY A WOMACK
2910 BIG OAKS DR

GARLAND, TX  75044

**Date or dates debt was incurred**

**Last 4 digits of account number: 9475**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,332.83    Priority amount: $4,332.83

---

**2.227** | **Priority creditor's name and mailing address**

HOLLY D CHAPMAN
2513 DOYLE DRIVE

SACHSE, TX  75048

**Date or dates debt was incurred**

**Last 4 digits of account number: 8462**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,530.96    Priority amount: $2,530.96

---

**2.228** | **Priority creditor's name and mailing address**

HOLLY T HOWARD
2255 MARILLA ST   3302

DALLAS, TX  75201

**Date or dates debt was incurred**

**Last 4 digits of account number: 5935**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $743.80    Priority amount: $743.80

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.229** **Priority creditor's name and mailing address**

IFEOMA OKORI
PO BOX 667611

HOUSTON, TX 77266

**Date or dates debt was incurred**

**Last 4 digits of account number: 2468**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $1,072.36 | Priority amount $1,072.36

---

**2.230** **Priority creditor's name and mailing address**

IMMACULATA N KEKE
530 BUCKINGHAM RD #838

RICHARDSON, TX 75081

**Date or dates debt was incurred**

**Last 4 digits of account number: 3728**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $2,942.44 | Priority amount $2,942.44

---

**2.231** **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim UNKNOWN | Priority amount UNKNOWN

---

**2.232** **Priority creditor's name and mailing address**

IRENE SALAS
209 INDEPENDENCE TRAIL

FORNEY, TX 75126

**Date or dates debt was incurred**

**Last 4 digits of account number: 1018**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $2,479.32 | Priority amount $2,479.32

---

**2.233** **Priority creditor's name and mailing address**

ITUNU A OJO
313 BASSWOOD TRAIL

GARLAND, TX 75040

**Date or dates debt was incurred**

**Last 4 digits of account number: 4403**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00 | Priority amount $0.00

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.234 | **Priority creditor's name and mailing address**<br>JACKLINE G MASEGA<br>2415 CARSON TRAIL<br><br>GRAND PRAIRIE, TX  75052<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5673<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 | $0.00 |

| 2.235 | **Priority creditor's name and mailing address**<br>JACOB ORTIZ<br>112 STONEBRIAR WAY<br><br>TERRELL, TX  75160<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2659<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,964.34 | $1,964.34 |

| 2.236 | **Priority creditor's name and mailing address**<br>JACQUELINE L BROWN<br>78 LINCOLNSHIRE CIRCLE<br><br>BEDFORD, TX  76051<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3473<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,501.98 | $8,501.98 |

| 2.237 | **Priority creditor's name and mailing address**<br>JAIME N HIGGINS<br>4702 EL CAMPO AVENUE<br><br>FT WORTH, TX  76107<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1846<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.59 | $0.59 |

| 2.238 | **Priority creditor's name and mailing address**<br>JAIMY J KARIMPANAMANNIL<br>2610 PEARTREE LANE<br><br>GARLAND, TX  75042<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9224<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,522.62 | $1,522.62 |

Debtor  CASE HILL PROPERTIES Debtor 1, LLC              Case number (if known)

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.239**

**Priority creditor's name and mailing address**
JAIMY M THOMAS
7414 AMESBURY LANE

ROWLETT, TX  75089

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0210

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $398.45
Priority amount: $398.45

---

**2.240**

**Priority creditor's name and mailing address**
JAMES A KUOL
9670 FOREST LANE 2142

DALLAS, TX  75243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7986

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00
Priority amount: $0.00

---

**2.241**

**Priority creditor's name and mailing address**
JAMES R GRUBBS
4722 PRESTON TRAIL DR

MESQUITE, TX  75150

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7904

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $8,209.80
Priority amount: $8,209.80

---

**2.242**

**Priority creditor's name and mailing address**
JAMES T CROUCH
4117  TRAVIS ST

DALLAS, TX  75204

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7828

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,241.06
Priority amount: $5,241.06

---

**2.243**

**Priority creditor's name and mailing address**
JAMES T LONG
606 WATERVIEW DR

COPPELL, TX  75019

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1314

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,473.13
Priority amount: $5,473.13

---

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.244** | **Priority creditor's name and mailing address**
JAMES W ANDERSON
2306 CASTLEGATE DR

CORINTH, TX  76210

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5606

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,734.68    Priority amount: $2,734.68

---

**2.245** | **Priority creditor's name and mailing address**
JANA S NEVAREZ
5125 BARTLETT

THE COLONY, TX  75056

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5430

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $6,733.00    Priority amount: $6,733.00

---

**2.246** | **Priority creditor's name and mailing address**
JANAE C CRENSHAW
125 MEADOWCREST DR

DESOTO, TX  75115

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5685

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $760.66    Priority amount: $760.66

---

**2.247** | **Priority creditor's name and mailing address**
JANE M MUTISYA
215 IDLEWYLD DR

MESQUITE, TX  75149

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3692

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $679.59    Priority amount: $679.59

---

**2.248** | **Priority creditor's name and mailing address**
JANE NGUYEN
7512 BERRENDA DR

FT WORTH, TX  76131

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8763

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.249** Priority creditor's name and mailing address

JANET S RHOADES
1600 AMAZON DR

PLANO, TX 75075

**Date or dates debt was incurred**

**Last 4 digits of account number: 3253**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,915.57   Priority amount: $4,915.57

---

**2.250** Priority creditor's name and mailing address

JANIE M DANIELS
PO BOX 309

LAVON, TX 75166

**Date or dates debt was incurred**

**Last 4 digits of account number: 1323**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,777.77   Priority amount: $3,777.77

---

**2.251** Priority creditor's name and mailing address

JANNICA D DANIELL
1090 PRATT RD

RED OAK, TX 75154

**Date or dates debt was incurred**

**Last 4 digits of account number: 2839**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,005.99   Priority amount: $5,005.99

---

**2.252** Priority creditor's name and mailing address

JANUARY L GENTRY
408 TOWN NORTH DR

TERRELL, TX 75160

**Date or dates debt was incurred**

**Last 4 digits of account number: 9931**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.253** Priority creditor's name and mailing address

JARED KAWALSKY
6116 OAKCREST RD

DALLAS, TX 75248

**Date or dates debt was incurred**

**Last 4 digits of account number: 123**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $674.04   Priority amount: $674.04

Debtor _____ Case number (if known) _____
(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.254** | **Priority creditor's name and mailing address**
JASMIN JOHN
4513 WILLETT LN

GARLAND, TX  75043
**Date or dates debt was incurred**

**Last 4 digits of account number:** 6789

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,804.08   Priority amount: $1,804.08

---

**2.255** | **Priority creditor's name and mailing address**
JASMINE S MATAWARAN
4336 PALMDALE DR

PLANO, TX  75024
**Date or dates debt was incurred**

**Last 4 digits of account number:** 3432

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,134.89   Priority amount: $1,134.89

---

**2.256** | **Priority creditor's name and mailing address**
JASON D MATHIS
3946 SUN VALLEY DR

DALLAS, TX  75224
**Date or dates debt was incurred**

**Last 4 digits of account number:** 1208

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $918.90   Priority amount: $918.90

---

**2.257** | **Priority creditor's name and mailing address**
JASON E CLIFFORD
1225 FLAMINGO RD

FORNEY, TX  75126
**Date or dates debt was incurred**

**Last 4 digits of account number:** 0059

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,059.84   Priority amount: $3,059.84

---

**2.258** | **Priority creditor's name and mailing address**
JASON T BATES
12454 CR 351

TERRELL, TX  75161
**Date or dates debt was incurred**

**Last 4 digits of account number:** 1263

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,405.30   Priority amount: $3,405.30

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.259** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,281.10 | $4,281.10

JASPREET K BAINS
6513 ABRAMS DR

PLANO, TX  75074
**Date or dates debt was incurred**

**Last 4 digits of account number:** 0925

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.260** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,890.07 | $2,890.07

JEAN M PERIGORD
1531 INSPERATION DR 4027

DALLAS, TX  75207
**Date or dates debt was incurred**

**Last 4 digits of account number:** 0158

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.261** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,391.90 | $4,391.90

JEANIE C MILLER
2608 WEBSTER DR

PLANO, TX  75075
**Date or dates debt was incurred**

**Last 4 digits of account number:** 3692

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.262** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,373.98 | $15,373.98

JEANNETTE MCCAMMACK
7106 SAND PINE DR

ROWLETTE, TX  75089
**Date or dates debt was incurred**

**Last 4 digits of account number:** 112

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.263** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,805.72 | $3,805.72

JEANNETTE SMITH
1843 FM363

SAN AUGUSTINE, TX  75972
**Date or dates debt was incurred**

**Last 4 digits of account number:** 5051

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.264** | **Priority creditor's name and mailing address**
JEFFY T CHERIAN
732 JOHN PETER WAY

MESQUITE, TX  75149
**Date or dates debt was incurred**

**Last 4 digits of account number: 9799**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,228.37    Priority amount: $4,228.37

---

**2.265** | **Priority creditor's name and mailing address**
JENNIFER A CRATE
1202 COLLEGE PARK BLVD

RICHARDSON, TX  75081
**Date or dates debt was incurred**

**Last 4 digits of account number: 3625**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $7,102.26    Priority amount: $7,102.26

---

**2.266** | **Priority creditor's name and mailing address**
JENNIFER A NETHERLAND
9980 BUCKINGHAM LANE

FRISCO, TX  75035
**Date or dates debt was incurred**

**Last 4 digits of account number: 8685**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,301.50    Priority amount: $2,301.50

---

**2.267** | **Priority creditor's name and mailing address**
JENNIFER J BROWN
701 N LEORA LANE  113

LEWISVILLE, TX  75056
**Date or dates debt was incurred**

**Last 4 digits of account number: 5961**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,207.06    Priority amount: $2,207.06

---

**2.268** | **Priority creditor's name and mailing address**
JENNIFER L FLOYD
7018 W US HWY 175

KAUFMAN, TX  75142
**Date or dates debt was incurred**

**Last 4 digits of account number: 9476**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.269** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,390.39 | $2,390.39

JENNIFER M BEST
412 TURNSTONE CT

DESOTO, TX  75115

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2855

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.270** | JENNIFER M COUCH-DUHAIME
2359 RAILROAD ST   2210

PITTSGURGH, PA  15222 | | $1,925.53 | $1,925.53

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1228

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.271** | JENNIFER M DAVILA
10216 MATADOR DR

MCKINNEY, TX  75070 | | $2,431.44 | $2,431.44

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0337

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.272** | JENNIFER M RENSCH
2448 LAUGHLIN DR   121

DALLAS, TX  75228 | | $1,279.49 | $1,279.49

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9467

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.273** | JENNIFER N MCADAMS
942 VZCR 4110

CANTON, TX  75103 | | $548.24 | $548.24

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1183

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.274** | **Priority creditor's name and mailing address**

JENNIFER R WEHUNT
950 LANCASHIRE LN

PROSPER, TX 75078

**Date or dates debt was incurred**

**Last 4 digits of account number:** 120

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,018.87 | Priority amount: $4,018.87

---

**2.275** | **Priority creditor's name and mailing address**

JENNIFER T STOVALL
2710 FERN VALLEY LN

ROCKWALL, TX 75087

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3633

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,236.30 | Priority amount: $1,236.30

---

**2.276** | **Priority creditor's name and mailing address**

JENNIFER W SALAS
324 W 8TH ST

DALLAS, TX 75208

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1249

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,296.46 | Priority amount: $1,296.46

---

**2.277** | **Priority creditor's name and mailing address**

JEOUNGRAN LEE
8113 BOULDER RIVER TRL

MCKINNEY, TX 75070

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3415

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,863.47 | Priority amount: $2,863.47

---

**2.278** | **Priority creditor's name and mailing address**

JEREMY A JONES
1520 N BECKLEY AVE #833

DALLAS, TX 75203

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9343

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $775.44 | Priority amount: $775.44

Debtor  _____
        (Name)

| Part 1: | Additional Page |

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

**2.279** | **Priority creditor's name and mailing address**
JEROD P GLASSON
2924 LUCAS DR   APT 3050

DALLAS, TX  75219

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8688

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $14,996.27   Priority amount: $14,996.27

---

**2.280** | **Priority creditor's name and mailing address**
JESSICA K BLACK
1112 W 13TH STREET

BONHAM, TX  75418

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8714

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,550.35   Priority amount: $1,550.35

---

**2.281** | **Priority creditor's name and mailing address**
JESUS J MUNIZ
6467 MELODY LN   APT 1046

DALLAS, TX  75231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5347

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,267.46   Priority amount: $2,267.46

---

**2.282** | **Priority creditor's name and mailing address**
JO A MCGRAW
226 RUSTIC RIDGE DR

GARLAND, TX  75040

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3513

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $6,918.61   Priority amount: $6,918.61

---

**2.283** | **Priority creditor's name and mailing address**
JO I HERNANDEZ
2426 CEDAR ELM  LN

GARLAND, TX  75043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9477

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $318.45   Priority amount: $318.45

---

Debtor    Ashton Hill Properties, LLC        Case number (if known) 17-32255-bjh7

(Name)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| | | | |
|---|---|---|---|
| 2.284 | **Priority creditor's name and mailing address**<br>JOCELYN G BROWN<br>2847 N SHILOH RD    337<br><br>GARLAND, TX  75044<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9605<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $888.84 | $888.84 |
| 2.285 | **Priority creditor's name and mailing address**<br>JOEL A JOSEPH<br>4413 SHADY LANE<br><br>ROWLETT, TX  75089<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7666<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $298.54 | $298.54 |
| 2.286 | **Priority creditor's name and mailing address**<br>JOHN A UPTON<br>704 BLUFFVIEW DR<br><br>MCKINNEY, TX  75071<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4010<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $213.18 | $213.18 |
| 2.287 | **Priority creditor's name and mailing address**<br>JOHN M CARTER<br>101 N BROOKSIDE DR #501<br><br>DALLAS, TX  75214<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2292<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,949.48 | $3,949.48 |
| 2.288 | **Priority creditor's name and mailing address**<br>JOHN PAUL S OBAE<br>625 VISTA RIDGE MALL 318<br><br>LEWISVILLE, TX  75067<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4311<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 | $0.00 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.289** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,700.22 | $6,700.22

JOHN W SCHMIDT
9392 ADAMS STREET

TERRELL, TX  75160

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7891

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.290** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

JOHNNY J CERBANTEZ
4300 HORIZON N PKWY #331

DALLAS, TX  75287

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2259

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.291** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $103,679.93 | $103,679.93

JONATHAN C COUNTRYMAN
6910 NORWAY PLACE

DALLAS, TX  75230

**Date or dates debt was incurred**

**Last 4 digits of account number:** 106

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.292** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,562.63 | $30,562.63

JONATHAN K ALDAMA
28 ST. CHARLES PLACE

MIDLOTHIAN, TX  76065

**Date or dates debt was incurred**

**Last 4 digits of account number:** 103

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.293** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,872.88 | $12,872.88

JOSE F PARADA
1604 E PARK BLVD

PLANO, TX  75074

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6884

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____   Case number (if known)_____
        (Name)

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:**  **Additional Page**

| | | | |
|---|---|---|---|
| 2.294 | **Priority creditor's name and mailing address**<br>JOSE G ROSALAS<br>4649 ST FRANCIS AVENUE<br><br>DALLAS, TX 75227<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5800<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $581.62 | $581.62 |
| 2.295 | **Priority creditor's name and mailing address**<br>JOSE L ALEJANDRO<br>6223 INTERBAY AVE<br><br>TAMPA, FL 33611<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6887<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $983.80 | $983.80 |
| 2.296 | **Priority creditor's name and mailing address**<br>JOSEPH L LUGALIA<br>17601 PRESTON RD 179<br><br>DALLAS, TX 75252<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2332<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,841.41 | $7,841.41 |
| 2.297 | **Priority creditor's name and mailing address**<br>JOYCE J BOONE<br>1710 JOHN WEST APT 306<br><br>DALLAS, TX 75228<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7743<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,767.01 | $2,767.01 |
| 2.298 | **Priority creditor's name and mailing address**<br>JOYCE M MACHARIA<br>4607 TIMBERGLEN RD 1935<br><br>DALLAS, TX 75287<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3741<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 | $0.00 |

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.299**  **Priority creditor's name and mailing address**
JOYCE W WAWERU
4417 WILLET LANE

GARLAND, TX  75043
**Date or dates debt was incurred**

**Last 4 digits of account number: 8790**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.300**  **Priority creditor's name and mailing address**
JOYCELYN W WEAVER
5317 DEER BROOK ROAD

GARLAND, TX  75044
**Date or dates debt was incurred**

**Last 4 digits of account number: 5978**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.301**  **Priority creditor's name and mailing address**
JUANA P DOUCET
249 ZETER DR

ROCKWALL, TX  75087
**Date or dates debt was incurred**

**Last 4 digits of account number: 0228**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,026.11   Priority amount: $1,026.11

---

**2.302**  **Priority creditor's name and mailing address**
JUANITA G GARCIA
1201 HALIFAX LN

FORNEY, TX  75126
**Date or dates debt was incurred**

**Last 4 digits of account number: 5040**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $232.56   Priority amount: $232.56

---

**2.303**  **Priority creditor's name and mailing address**
JUDITH O AKANGBOU
3191 MEDICAL CTR 34201

MCKINNEY, TX  75069
**Date or dates debt was incurred**

**Last 4 digits of account number: 1577**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,757.81   Priority amount: $2,757.81

| Part 1: | **Additional Page** |
|---------|---------------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.304** | **Priority creditor's name and mailing address**
JULIANA M WATKINS
6044 E LOVERS LN  11105

DALLAS, TX  75201

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2858

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$6,649.51**   Priority amount: **$6,649.51**

---

**2.305** | **Priority creditor's name and mailing address**
JULIE D BIGNELL
320 LAKE WICHATA DR

WYLIE, TX  75098

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5773

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

---

**2.306** | **Priority creditor's name and mailing address**
JULIE E SMITH
419 MAGNOLIA DRIVE

FORNEY, TX  75126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3141

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$2,164.03**   Priority amount: **$2,164.03**

---

**2.307** | **Priority creditor's name and mailing address**
JULIO C GONZALEZ
1103 LAKE WHITNEY DR

WYLIE, TX  75098

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6799

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

---

**2.308** | **Priority creditor's name and mailing address**
KALLA J BOEHRINGER
7050 FM 660

ENNIS, TX  75119

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2066

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$1,044.20**   Priority amount: **$1,044.20**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.309 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,043.70 | $1,043.70 |
|---|---|---|---|---|
|  | KATARA L MAYDWELL 14606 DALLAS PKWY #1036 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | DALLAS, TX 75254 | **Basis for the claim:** |  |  |
|  | **Date or dates debt was incurred** | VACATION PAYABLE |  |  |
|  | **Last 4 digits of account number:** 5801 | **Is the claim subject to offset?** ☒ No |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes |  |  |

| 2.310 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,214.87 | $22,214.87 |
|---|---|---|---|---|
|  | KATHLEEN S BURMAN 3101 YELLOWSTONE DRIVE | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | ARLINGTON, TX 76013 | **Basis for the claim:** |  |  |
|  | **Date or dates debt was incurred** | VACATION PAYABLE |  |  |
|  | **Last 4 digits of account number:** 2900 | **Is the claim subject to offset?** ☒ No |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes |  |  |

| 2.311 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $971.93 | $971.93 |
|---|---|---|---|---|
|  | KATHRYN D MCCARTY 504 BOWIE ST | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | FORNEY, TX 75126 | **Basis for the claim:** |  |  |
|  | **Date or dates debt was incurred** | VACATION PAYABLE |  |  |
|  | **Last 4 digits of account number:** 6434 | **Is the claim subject to offset?** ☒ No |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes |  |  |

| 2.312 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,064.64 | $15,064.64 |
|---|---|---|---|---|
|  | KATHY S NEAL 4001 DAVID DR | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | ROWLETT, TX 75088 | **Basis for the claim:** |  |  |
|  | **Date or dates debt was incurred** | VACATION PAYABLE |  |  |
|  | **Last 4 digits of account number:** 8026 | **Is the claim subject to offset?** ☒ No |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes |  |  |

| 2.313 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $319.70 | $319.70 |
|---|---|---|---|---|
|  | KATWANNA T BROWN 6102 CAPESTONE DR | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | DALLAS, TX 75217 | **Basis for the claim:** |  |  |
|  | **Date or dates debt was incurred** | VACATION PAYABLE |  |  |
|  | **Last 4 digits of account number:** 0065 | **Is the claim subject to offset?** ☒ No |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes |  |  |

(First Name) (Middle Name) (Last Name)

(Name)

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.314** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,079.23 | $1,079.23

KEANDREA R EPPS
1515 POOL LN

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

GLENN HEIGHTS, TX 75154

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1343

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.315** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,457.25 | $2,457.25

KEELY N BARKHAM
11000 COUNTRY RIDGE LN

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

FORNEY, TX 75126

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 4272

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.316** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,428.87 | $3,428.87

KEISHA J EGGINS
1125 E RENNER RD 1149A

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

RICHARDSON, TX 75082

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 9942

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.317** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

KELLIE D WILLIAMS
4700 S RIDGE RD #7214

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

MCKINNEY, TX 75070

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1066

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.318** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $978.76 | $978.76

KELLY A PRICE
2310 MIDBURY DR

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

LANCASTER, TX 75134

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 2293

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.319** | **Priority creditor's name and mailing address**
KEN W WILSON
2220 CANTON STREET #106

DALLAS, TX  75201

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1115

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.320** | **Priority creditor's name and mailing address**
KENNETH C ADAMS
2113 CONE FLOWER DR

FORNEY, TX  75126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3608

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,378.67   Priority amount: $5,378.67

---

**2.321** | **Priority creditor's name and mailing address**
KENNETH N COOK
706 YELLOSTONE DR.

ALLEN, TX  75002

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2588

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,928.37   Priority amount: $2,928.37

---

**2.322** | **Priority creditor's name and mailing address**
KERI D WHITE
1907 PARK HILL DR

ARLINGTON, TX  76012

**Date or dates debt was incurred**

**Last 4 digits of account number:** 124

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $15,992.64   Priority amount: $15,992.64

---

**2.323** | **Priority creditor's name and mailing address**
KERI M LAMPE
1941 MORNINGSIDE DR

GARLAND, TX  75042

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9934

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $12,538.27   Priority amount: $12,538.27

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.324** | **Priority creditor's name and mailing address**

KERRY W WATKINS
2716 BRANCH HOLLOW

MESQUITE, TX 75150

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3793

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00  Priority amount: $0.00

---

**2.325** | **Priority creditor's name and mailing address**

KEVIN O LOFTICE
325 OLD HWY 6

HOWE, TX 95459

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3110

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $10,209.65  Priority amount: $10,209.65

---

**2.326** | **Priority creditor's name and mailing address**

KIM SHIELDS
2610 LAKEHILL LN APT 19C

CARROLLTON, TX 75006

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1095

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,052.21  Priority amount: $2,052.21

---

**2.327** | **Priority creditor's name and mailing address**

KIMBERLY M WALTON
1421 INDIAN LAKE TRAIL

CARROLLTON, TX 75007

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2747

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,403.44  Priority amount: $1,403.44

---

**2.328** | **Priority creditor's name and mailing address**

KIMBERLY N ALLEN
8650 SOUTHWESTERN BLVD
APT # 2707

DALLAS, TX 75206

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7658

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00  Priority amount: $0.00

Debtor _____  Case number (if known) _____
        (Name)

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.329** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

KORI A HANSEN
8521 MESA VERDE DR

PLANO, TX 75025

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3769

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.330** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $219.64 | $219.64

KOURTNEY C WEHMEYER
4900 PEAR RIDGE DR 1502

DALLAS, TX 75287

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4239

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.331** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,031.10 | $1,031.10

KRISHNA R PATEL
5200 MANSFIELD HWY

FT WORTH, TX 76119

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3654

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.332** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

KRISTA L SHEPARD
131 FALLEN ROCK DR

WAXAHACHIE, TX 75165

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5831

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.333** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,763.61 | $1,763.61

KRISTEN N KOSAREK
1520 SOUTHWOOD BLVD

ARLINGTON, TX 76013

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4794

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Case HUL Processing Design, LLC                     Case number (if known)
         (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.334** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,283.02 | $1,283.02

KRISTI F TEICHELMAN
4610 ELDERBERRY

FORNEY, TX 75126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 4565

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.335** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,742.94 | $5,742.94

KYA V CULLERS
4120 CORY LEE CT

ARLINGTON, TX 76015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 2206

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.336** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,819.16 | $10,819.16

LA WANDA G CRAWFORD
2805 MCKENZIE LANE

LANCASTER, TX 75134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 2619

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.337** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00

LALAINE H BOADO
4549 BONNYWOOD DR

MESQUITE, TX 75150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1162

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.338** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,423.57 | $1,423.57

LANA S RANDALL
8591 SOUTHWESTERN BLVD
2717

DALLAS, TX 75206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 9173

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.339** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00

LARRIE D COLEMAN
14255 PRESTON RD APT 322

DALLAS, TX  75254

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5224

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.340** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $314.93 | $314.93

LARRY D DUNN
1018 HIGH COUNTRY DR

GARLAND, TX  75041

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5824

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.341** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,793.57 | $15,793.57

LARRY W SUTHERLAND
3405 RADCLIFFE DR

ROWLETT, TX  75088

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1061

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.342** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.29 | $0.29

LASHAWN K GUSTAVE
838 ROUSE RD

NEWPORT NEWS, VA  23608

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1772

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.343** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.78 | $0.78

LASHUNDA L BRADLEY
3400 CUSTER ROAD, #1094

PLANO, TX  75023

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1744

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Case Hill Financial Design, LLC    Case number (if known)

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.344 | **Priority creditor's name and mailing address**<br>LATANYA M KNOWLES<br>2612 COUNTRY RIDGE #2501<br><br>ARLINGTON, TX  76006<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3551**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $775.46 | $775.46 |
| 2.345 | **Priority creditor's name and mailing address**<br>LATARSHA G BRYANT<br>249 BELLWOOD DR.<br><br>GARLAND, TX  75040<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3420**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $395.68 | $395.68 |
| 2.346 | **Priority creditor's name and mailing address**<br>LATOYA N HARRIS<br>807 CATHERINE LANE<br><br>SEAGOVILLE, TX  75159<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4458**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $80.47 | $80.47 |
| 2.347 | **Priority creditor's name and mailing address**<br>LAURA B KOESTER<br>5349 AMESBURY DR  1107<br><br>DALLAS, TX  75206<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4255**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,877.20 | $1,877.20 |
| 2.348 | **Priority creditor's name and mailing address**<br>LAURA D NASSEF<br>2155 MCINTOSH DR<br><br>GARLAND, TX  75040<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6981**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>VACATION PAYABLE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,219.30 | $2,219.30 |

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.349** | **Priority creditor's name and mailing address**
LAURA K SETTLES
2801 STONERIDGE DR

GARLAND, TX  75044
**Date or dates debt was incurred**

**Last 4 digits of account number:** 4909
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,162.06 | Priority amount: $5,162.06

---

**2.350** | **Priority creditor's name and mailing address**
LAURA L COOPER
125 DOE MEADOW LANE

FORNEY, TX  75126
**Date or dates debt was incurred**

**Last 4 digits of account number:** 4851
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,667.47 | Priority amount: $1,667.47

---

**2.351** | **Priority creditor's name and mailing address**
LAURA S SCHIEFFER
8827 LAVALLE LN

DALLAS, TX  75243
**Date or dates debt was incurred**

**Last 4 digits of account number:** 6027
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,053.40 | Priority amount: $2,053.40

---

**2.352** | **Priority creditor's name and mailing address**
LAURA Y RAMIREZ
2706 WIMBLEDON CT  D

GARLAND, TX  75041
**Date or dates debt was incurred**

**Last 4 digits of account number:** 3929
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,527.96 | Priority amount: $2,527.96

---

**2.353** | **Priority creditor's name and mailing address**
LAUREN K MATLAGE
3011 TRAILWOOD DR

MCKINNEY, TX  75070
**Date or dates debt was incurred**

**Last 4 digits of account number:** 2994
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,465.06 | Priority amount: $9,465.06

| Part 1: | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.354** | **Priority creditor's name and mailing address**

LAURIE A DIRKS
1833 GRAND MEADOW DR

KELLER, TX  76248

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7052

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,135.14    Priority amount: $2,135.14

---

**2.355** | **Priority creditor's name and mailing address**

LAVERT C WILLIAMS
1717 LACY LANE

MESQUITE, TX  75181

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2985

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $712.22    Priority amount: $712.22

---

**2.356** | **Priority creditor's name and mailing address**

LAWRENCE M BOHON
3805 OHARE DRIVE

MESQUITE, TX  75150

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3825

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,206.03    Priority amount: $5,206.03

---

**2.357** | **Priority creditor's name and mailing address**

LEEMANUEL T COLEMAN
2102 CARTWRIGHT

IRVING, TX  75061

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0526

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.358** | **Priority creditor's name and mailing address**

LEIGHANN GRAHAM
1621 MEADOW LARK

ROYCE CITY, TX  75189

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1176

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,092.72    Priority amount: $1,092.72

(Name)

| Part 1: | **Additional Page** |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.359**    **Priority creditor's name and mailing address**

LESLIE B AYALA
246 WYNDHAM MEADOWS WAY

WYLIE, TX 75098

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4280

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $529.51    Priority amount: $529.51

---

**2.360**    **Priority creditor's name and mailing address**

LESLIE D COBB
9910 ROYAL LN        1402

DALLAS, TX 75231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1442

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $6,791.84    Priority amount: $6,791.84

---

**2.361**    **Priority creditor's name and mailing address**

LETETIA C HOUSTON
1914 GARDEN CREST LN

DALLAS, TX 75232

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2334

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $787.32    Priority amount: $787.32

---

**2.362**    **Priority creditor's name and mailing address**

LETITA C WALDON
2160 GUS THOMASSON RD
APT 2309

MESQUITE, TX 75150

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4421

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $735.89    Priority amount: $735.89

---

**2.363**    **Priority creditor's name and mailing address**

LETITIA M COLLINS
6208 RHAPSODY LANE

DALLAS, TX 75241

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4839

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $930.24    Priority amount: $930.24

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.364** | **Priority creditor's name and mailing address**

LILIAN C ONUOHA
8850 FAIR OAKS

DALLAS, TX 75243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2240

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,161.54    Priority amount: $2,161.54

---

**2.365** | **Priority creditor's name and mailing address**

LINDA K DELISLE-MILLER
8717 LAKEPOINTE AVE

ROWLETT, TX 75088

**Date or dates debt was incurred**

**Last 4 digits of account number:** 114

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $13,014.51    Priority amount: $13,014.51

---

**2.366** | **Priority creditor's name and mailing address**

LINDA NDHLOVU
3105 LAFAYETTE DR

ROWLET, TX 75088

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0263

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.367** | **Priority creditor's name and mailing address**

LINDA NIETO-MIRANDA
3529 LADD STREET

DALLAS, TX 75212

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4376

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,439.14    Priority amount: $1,439.14

---

**2.368** | **Priority creditor's name and mailing address**

LINDSEY B NALL
5605 NAAMAN FOREST BLVD
APT # 1902

GARLAND, TX 75044

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9151

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,338.00    Priority amount: $1,338.00

Debtor  Gulf Hills Hospitality LLC
(Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.369** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $4,576.99 | $4,576.99

LINDSEY W ADAMS
10062 ROYAL LN # 140

DALLAS, TX 75238

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3037

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.370** | **Priority creditor's name and mailing address**

LISA C URBINA
2919 LOURDES ST

DALLAS, TX 75211

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3887

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $120.72  Priority amount $120.72

---

**2.371** | **Priority creditor's name and mailing address**

LIZA TAYEH
2621 PIONEER BLUFFS RD

MESQUITE, TX 75181

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3929

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $8,065.73  Priority amount $8,065.73

---

**2.372** | **Priority creditor's name and mailing address**

LIZET G ENRIQUEZ
727 E CELESTE DR

GARLAND, TX 75041

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3766

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00  Priority amount $0.00

---

**2.373** | **Priority creditor's name and mailing address**

LORELIE A PENA
4809 MARINA COVE

GARLAND, TX 75043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0270

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $6,297.18  Priority amount $6,297.18

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.374** | **Priority creditor's name and mailing address**
LORI C TURNER
301 TRAILRIDGE DR

GARLAND, TX 75043
**Date or dates debt was incurred**

**Last 4 digits of account number:** 7324

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$2,931.52**    Priority amount: **$2,931.52**

---

**2.375** | **Priority creditor's name and mailing address**
LOTTIE M EVERETT
4525 DRAKE LANE #921

FT WORTH, TX 76137
**Date or dates debt was incurred**

**Last 4 digits of account number:** 9769

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$1,766.94**    Priority amount: **$1,766.94**

---

**2.376** | **Priority creditor's name and mailing address**
LUCIA LUGO
5434 BELMONT AVE

DALLAS, TX 75206
**Date or dates debt was incurred**

**Last 4 digits of account number:** 110

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$2,914.19**    Priority amount: **$2,914.19**

---

**2.377** | **Priority creditor's name and mailing address**
LYDIA A ANIMOS
3019 LARRETA

GRAND PRAIRIE, TX 75054
**Date or dates debt was incurred**

**Last 4 digits of account number:** 2183

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

---

**2.378** | **Priority creditor's name and mailing address**
M HYACINTH L MOORE
4201 KEYSTONE ST

GARLAND, TX 75041
**Date or dates debt was incurred**

**Last 4 digits of account number:** 3029

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$3,701.27**    Priority amount: **$3,701.27**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.379** | **Priority creditor's name and mailing address**

MADALINE CASANOVA
203 FOREST TRACE

ROCKWALL, TX  75087

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3046

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$988.04**  Priority amount: **$988.04**

---

**2.380** | **Priority creditor's name and mailing address**

MADELIENE B PADIERNOS
5805 WILFORD DR

MCKINNEY, TX  75070

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6531

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$0.00**  Priority amount: **$0.00**

---

**2.381** | **Priority creditor's name and mailing address**

MAGED A ATIA
3159 NORTHAVEN RD

DALLAS, TX  75229

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8700

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$0.00**  Priority amount: **$0.00**

---

**2.382** | **Priority creditor's name and mailing address**

MANIKA I FAIR
2225 GRAYCLIFF DR  #1057

DALLAS, TX  75228

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6099

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$389.62**  Priority amount: **$389.62**

---

**2.383** | **Priority creditor's name and mailing address**

MARCUS A COLSTON
616 KING STREET

CEDAR HILL, TX  75104

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7643

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$3,672.60**  Priority amount: **$3,672.60**

Debtor _____  Case number (if known) _____
 (Name)

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.384** | **Priority creditor's name and mailing address**
MARIA B NIIZEKI - ROY
801 AMBER CT

ALLEN, TX 75002
**Date or dates debt was incurred**

**Last 4 digits of account number: 3564**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,207.51  Priority amount: $1,207.51

---

**2.385** | **Priority creditor's name and mailing address**
MARIA CALDERON
6031 PINELAND DR. #2106

DALLAS, TX 75231
**Date or dates debt was incurred**

**Last 4 digits of account number: 3992**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,037.91  Priority amount: $2,037.91

---

**2.386** | **Priority creditor's name and mailing address**
MARIA D MIJARES
425 WHITEWING LANE

MURPHY, TX 75094
**Date or dates debt was incurred**

**Last 4 digits of account number: 8978**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00  Priority amount: $0.00

---

**2.387** | **Priority creditor's name and mailing address**
MARIA PICACHE
984 CANTERBURY LANE

FORNEY, TX 75126
**Date or dates debt was incurred**

**Last 4 digits of account number: 5969**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $503.88  Priority amount: $503.88

---

**2.388** | **Priority creditor's name and mailing address**
MARICRIS S IGNACIO
980 PANTHER LANE

ALLEN, TX 75013
**Date or dates debt was incurred**

**Last 4 digits of account number: 5442**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,084.89  Priority amount: $9,084.89

---

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.389** **Priority creditor's name and mailing address**

MARIE A MAHFOUZ
822 W ROYAL LN   APT 382

IRVING, TX  75039

**Date or dates debt was incurred**

**Last 4 digits of account number: 1731**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,164.42    Priority amount: $3,164.42

---

**2.390** **Priority creditor's name and mailing address**

MARIE FLOR P CRUZET
1512 FIELDSTONE DR

ROCKWALL, TX  75032

**Date or dates debt was incurred**

**Last 4 digits of account number: 1141**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.391** **Priority creditor's name and mailing address**

MARIE J ROTELLO
1309 EDGEWOOD DR

RICHARDSON, TX  75081

**Date or dates debt was incurred**

**Last 4 digits of account number: 2859**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,092.32    Priority amount: $1,092.32

---

**2.392** **Priority creditor's name and mailing address**

MARIO ELIZONDO
3411 TEXAS DRIVE

DALLAS, TX  75211

**Date or dates debt was incurred**

**Last 4 digits of account number: 3733**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $265.51    Priority amount: $265.51

---

**2.393** **Priority creditor's name and mailing address**

MARION J JOHNSON
1433 STONEY HILLS DR

CEDAR HILL, TX  75104

**Date or dates debt was incurred**

**Last 4 digits of account number: 1923**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,112.83    Priority amount: $3,112.83

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.394** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,695.15 | $9,695.15

MARIVIC PAYOPAY
2614 BIG OAKS DRIVE

GARLAND, TX 75044

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7829

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.395** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

MARK E MERKEL
4037 RYECROFT LANE

FRANKLIN, TN 37064

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0988

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.396** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

MARLYN D MONSANTO
1152 LANDON LANE

ALLEN, TX 75013

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0368

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.397** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,214.51 | $3,214.51

MARSHA D TAYLOR
5708 WORTHING PL

ARLINGTON, TX 76017

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6212

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.398** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,167.08 | $1,167.08

MARTITA REYES
8790 PARK LANE  APT 1087

DALLAS, TX 75231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5210

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Nantes Hull Properties Delafield LLC      Case number (if known) 17-___
(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.399**   **Priority creditor's name and mailing address**

MARY B BALL
6550 SHADY BROOK LANE
APT 821

DALLAS, TX 75206

**Date or dates debt was incurred**

**Last 4 digits of account number: 4322**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $3,646.60    Priority amount $3,646.60

---

**2.400**   **Priority creditor's name and mailing address**

MARY M SMITH
4043 N BELTLINE RD 412

IRVING, TX 75038

**Date or dates debt was incurred**

**Last 4 digits of account number: 2840**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.401**   **Priority creditor's name and mailing address**

MARYANN RAMIREZ
1623 MAIN ST 403

DALLAS, TX 75201

**Date or dates debt was incurred**

**Last 4 digits of account number: 2645**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $4,444.83    Priority amount $4,444.83

---

**2.402**   **Priority creditor's name and mailing address**

MATT L ADAMS
1434 ROGERS COURT

ALLEN, TX 75013

**Date or dates debt was incurred**

**Last 4 digits of account number: 102**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $11,007.90    Priority amount $11,007.90

---

**2.403**   **Priority creditor's name and mailing address**

MATTHEW A ITZO
7511 BRENTCOVE CIRCLE

DALLAS, TX 75214

**Date or dates debt was incurred**

**Last 4 digits of account number: 5032**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $2,449.12    Priority amount $2,449.12

Debtor   Gate Hill Packaging, Inc / dba 7 LLC

(Name)

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.404** | **Priority creditor's name and mailing address**<br>MATTHEW S SHUTTS<br>302 HAWTHORN DR<br><br>ROCKWALL, TX 75087<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4297<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.60 | $0.60 |
| **2.405** | **Priority creditor's name and mailing address**<br>MAUDELINE CLERVIL<br>9637 FOREST LANE 718<br><br>DALLAS, TX 75243<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 4077<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 | $0.00 |
| **2.406** | **Priority creditor's name and mailing address**<br>MAUREEN K MASARA<br>8515 PARK LANE #208<br><br>DALLAS, TX 75231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 6080<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,252.26 | $3,252.26 |
| **2.407** | **Priority creditor's name and mailing address**<br>MAY W UVERE<br>913 SAINT PAUL DR 230<br><br>RICHARDSON, TX 75080<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5583<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,019.39 | $1,019.39 |
| **2.408** | **Priority creditor's name and mailing address**<br>MEENAKUMARI M PATEL<br>878 OPEN SKY CT<br><br>ALLEN, TX 75013<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1194<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 | $0.00 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.409 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

MEGAN N LEBOW
2620 AUSTIN DR

MESQUITE, TX  75181

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3930

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.410 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,384.00 | $6,384.00 |
|---|---|---|---|---|

MELANI K HOOD
416 SANDY LANE

ROYSE CITY, TX  75189

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6090

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.411 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,200.52 | $6,200.52 |
|---|---|---|---|---|

MELISSA J MILLER
1218 HARVARD LANE

ALLEN, TX  75002

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0123

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.412 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,986.10 | $13,986.10 |
|---|---|---|---|---|

MELISSA L MORASCH
7601 CHURCHILL WAY #839

DALLAS, TX  75251

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6999

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.413 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,054.80 | $2,054.80 |
|---|---|---|---|---|

MELISSIA A MOORE
5930 ARAPHO RD, #1050

DALLAS, TX  75248

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2638

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

---

**2.414** | **Priority creditor's name and mailing address**

MICHAEL A CORNETT
5323 GALLOPING WAY

TEXARKANA, TX 75503

**Date or dates debt was incurred**

**Last 4 digits of account number: 7661**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.415** | **Priority creditor's name and mailing address**

MICHAEL J CADORET
2801 BRAZOS BLVD.
#3201

EULESS, TX 76039

**Date or dates debt was incurred**

**Last 4 digits of account number: 6086**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $19,545.20    Priority amount: $19,545.20

---

**2.416** | **Priority creditor's name and mailing address**

MICHAEL L HOLMBERG
2400 SPRINGWOOD LANE

RICHARDSON, TX 75082

**Date or dates debt was incurred**

**Last 4 digits of account number: 7190**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,368.14    Priority amount: $3,368.14

---

**2.417** | **Priority creditor's name and mailing address**

MICHAEL S CONDRA
201 S 4TH STREET

CRANDALL, TX 75114

**Date or dates debt was incurred**

**Last 4 digits of account number: 5534**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,561.92    Priority amount: $9,561.92

---

**2.418** | **Priority creditor's name and mailing address**

MICHAEL T MAUZY
15632 GOLDEN CREEK RD

DALLAS, TX 75248

**Date or dates debt was incurred**

**Last 4 digits of account number: 2239**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $928.30    Priority amount: $928.30

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.419 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,358.27 | $1,358.27 |
|---|---|---|---|---|

MICHAEL U RHEE
4141 ROSEMEADE PKWY
# 1213

DALLAS, TX  75287

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2822

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.420 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $190.03 | $190.03 |
|---|---|---|---|---|

MICHELLE A CONDRA
2009 ROBIN CREEK COVE

HEARTLAND, TX  75126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5465

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.421 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,137.56 | $4,137.56 |
|---|---|---|---|---|

MICHELLE R LINDSEY
1260 TRAILWOOD DR

HURST, TX  76053

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2167

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.422 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,143.36 | $5,143.36 |
|---|---|---|---|---|

MICKY D MCDANIEL
3505 BRIARCLIFF CT

IRVUNG, TX  75062

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5122

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.423 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,652.26 | $2,652.26 |
|---|---|---|---|---|

MIKE E ZVOLANEK
7410 AUTHON DR

DALLAS, TX  75248

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1105

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Walker Hill Properties dba 7-Eleven LLC
       (Name)

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|
| | | **Total claim** | **Priority amount** |

| | | | |
|---|---|---|---|
| 2.424 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,855.32 |
| | MINAL B SHAH 14981 YORKTOWN DRIVE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | FRISCO, TX  75035 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | |
| | **Last 4 digits of account number: 4847** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | |

Priority amount: $2,855.32

| | | | |
|---|---|---|---|
| 2.425 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | MIRIAM W NGUYO 15820 KNOLL TRAIL DR 302 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | DALLAS, TX  75248 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | |
| | **Last 4 digits of account number: 8040** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | |

Priority amount: $0.00

| | | | |
|---|---|---|---|
| 2.426 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,630.29 |
| | MOLLIE MILES 3501 TOLER RD | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | ROWLETT, TX  75089 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | |
| | **Last 4 digits of account number: 113** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | |

Priority amount: $3,630.29

| | | | |
|---|---|---|---|
| 2.427 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $485.62 |
| | MONICA J GABY 549 WINBRIDGE LN | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | HASLET, TX  76052 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | |
| | **Last 4 digits of account number: 5487** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | |

Priority amount: $485.62

| | | | |
|---|---|---|---|
| 2.428 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,073.04 |
| | MONICA L REZA 4102 DRAGONFLY COURT | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | HEARTLAND, TX  75126 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | |
| | **Last 4 digits of account number: 9965** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | |

Priority amount: $3,073.04

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.429** | **Priority creditor's name and mailing address**
MUHAMMAD S ALI
2853 SHORELINE WAY

LEWISVILLE, TX 75056

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8980

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $7,559.40   Priority amount: $7,559.40

---

**2.430** | **Priority creditor's name and mailing address**
MYDEEM D DOGBEY
18909 LLOYD CIRCLE  521

DALLAS, TX  75252

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5393

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,575.01   Priority amount: $1,575.01

---

**2.431** | **Priority creditor's name and mailing address**
NADIA NAZEER
4407 PICKERING PLACE

COLLEGE STATION, TX  77845

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2029

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,788.74   Priority amount: $4,788.74

---

**2.432** | **Priority creditor's name and mailing address**
NAKIA R WILLIAMS
PO BOX 495011

GARLAND, TX  75049

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5327

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.433** | **Priority creditor's name and mailing address**
NATALIE T WEEKS
520 MCFARLAND LN

WEATHERFORD, TX  76088

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3712

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,534.51   Priority amount: $2,534.51

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.434** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,679.28 | $4,679.28

NEGA B GETAW
11911 GREENVILLE  3102

DALLAS, TX  75243

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 3568

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.435** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

NEHA BISHET
605 PORT ROYALE WAY

EULESS, TX  76039

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 4518

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.436** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $429.70 | $429.70

NELLIE N BROWNE
3001 HICKORY RIDGE

MELISSA, TX  75454

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 3680

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.437** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,026.11 | $3,026.11

NICHELLE Y MILLER
1409 LENWAY

DALLAS, TX  75215

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 3332

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.438** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,481.67 | $1,481.67

NICHOLAS C AYCOCK
114 HIDDEN CREEK LANE

RED OAK, TX  75154

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 9728

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor _____  Case number (if known)_____

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.439** | **Priority creditor's name and mailing address** | | $1,497.38 | $1,497.38

NICOLE M WHITFIELD
4112 PARKER STREET

AMARILLO, TX 79110

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1938

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.440** | **Priority creditor's name and mailing address** | | $1,323.97 | $1,323.97

NICOLE S TOWNSEND
2704 BRUSHWOOD LANE

MESQUITE, TX 75150

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9615

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.441** | **Priority creditor's name and mailing address** | | $1,918.27 | $1,918.27

NIDA A WESONGA
5445 PRESTON OAKS RD
APT 1432

DALLAS, TX 75254

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7781

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.442** | **Priority creditor's name and mailing address** | | $1,529.08 | $1,529.08

NIKITA S RANA
1760 CRYSTAL WAY

PLANO, TX 75074

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3174

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.443** | **Priority creditor's name and mailing address** | | $4,089.69 | $4,089.69

NIKKI L BAKER
2345 N HOUSTON ST
APT #401

DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5894

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
 (Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.444** | **Priority creditor's name and mailing address**
NJUGGIE W NDEERE
2001 N FITZHUGH AVE,
#111

DALLAS, TX 75204

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7848

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $3,514.24   Priority amount: $3,514.24

---

**2.445** | **Priority creditor's name and mailing address**
NORMA E RUIZ
1349 NIMITZ WAY

MESQUITE, TX 75181

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5396

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $821.20   Priority amount: $821.20

---

**2.446** | **Priority creditor's name and mailing address**
NORMA OSEI
1411 LAURA DR

WYLIE, TX 75098

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1108

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $7,347.17   Priority amount: $7,347.17

---

**2.447** | **Priority creditor's name and mailing address**
NYDIA C HENRY-GLASS
1108 PRAIRIE CREEK PLACE

FLOWER MOUND, TX 75028

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1298

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,810.34   Priority amount: $13,810.34

---

**2.448** | **Priority creditor's name and mailing address**
OLIVER C OKOYE
2245 S SOUTHEAST BLVD #6

SPOKANE, WA 99203

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2143

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

Debtor Credit Union Liquidity Services, LLC

(Name)

Case number (if known) 17-32255

| | | | Total claim | Priority amount |
|---|---|---|---|---|

<table>
<tr><td colspan="2"><b>Part 1:</b></td><td colspan="3"><b>Additional Page</b></td></tr>
</table>

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.449** | **Priority creditor's name and mailing address**
PAMELA A BANKS
4900 PEAR RIDGE RD 2313

DALLAS, TX 75287

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3885

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,353.41 — Priority amount: $2,353.41

---

**2.450** | **Priority creditor's name and mailing address**
PAMELA J KARAFFA
2208 PRIMROSE AVENUE

FT WORTH, TX 76111

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1440

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $784.01 — Priority amount: $784.01

---

**2.451** | **Priority creditor's name and mailing address**
PAMELA M GEORGE
709 WINDSONG

MESQUITE, TX 75149

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3993

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,879.11 — Priority amount: $2,879.11

---

**2.452** | **Priority creditor's name and mailing address**
PANEDRA U ROGERS
709 CANDLILA DR

DESOTO, TX 75115

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9088

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00 — Priority amount: $0.00

---

**2.453** | **Priority creditor's name and mailing address**
PATIENT T JORKEY
268 S BARNES DR

GARLAND, TX 75042

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5664

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $468.35 — Priority amount: $468.35

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.454 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,107.52 | $3,107.52 |

**2.454**

**Priority creditor's name and mailing address**
PATRICK C AKWA
14715 FOXBRIAR LN

FRISCO, TX 75035

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3413

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $3,107.52  Priority amount $3,107.52

---

**2.455**

**Priority creditor's name and mailing address**
PATRICK S PATE
6808 SKILLMAN ST 1311

DALLAS, TX 75231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1866

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $4,302.30  Priority amount $4,302.30

---

**2.456**

**Priority creditor's name and mailing address**
PATRICK W TIEMEYER
4851 CEDAR SPRINGS #384

DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3707

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $4,447.17  Priority amount $4,447.17

---

**2.457**

**Priority creditor's name and mailing address**
PATSY J BERNARD
VIVIAN DR

WAXAHACHIE, TX 75165

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9474

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $1,848.22  Priority amount $1,848.22

---

**2.458**

**Priority creditor's name and mailing address**
PAUL L SUPELANA
8410 CARRIE LANE

ROWLETT, TX 75089

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4017

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00  Priority amount $0.00

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.459** | **Priority creditor's name and mailing address**

PAULA K SPENCER
2317 EDINBURGH WAY

GARLAND, TX 75040

**Date or dates debt was incurred**

**Last 4 digits of account number: 2418**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $30,381.41    Priority amount: $30,381.41

---

**2.460** | **Priority creditor's name and mailing address**

PAULA P MATRICARDI
2000 WESTMINSTER

MCKINNEY, TX 75070

**Date or dates debt was incurred**

**Last 4 digits of account number: 111**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $20,122.35    Priority amount: $20,122.35

---

**2.461** | **Priority creditor's name and mailing address**

PAULA Y HARRIS
1810 WYNN JOYCE
# 101

GARLAND, TX 75043

**Date or dates debt was incurred**

**Last 4 digits of account number: 5093**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.462** | **Priority creditor's name and mailing address**

PEDRO J RODRIGUEZ
2201 ROSE COURT

IRVING, TX 75060

**Date or dates debt was incurred**

**Last 4 digits of account number: 0101**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,880.48    Priority amount: $4,880.48

---

**2.463** | **Priority creditor's name and mailing address**

PEGGY L TODD
4059 KILLION DRIVE

DALLAS, TX 75229

**Date or dates debt was incurred**

**Last 4 digits of account number: 3075**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $27,812.36    Priority amount: $27,812.36

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.464 | **Priority creditor's name and mailing address**<br>PENNY S PALUMBO<br>6727 SANTA ANITA DR<br><br>DALLAS, TX 75214<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2586<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $23,185.13 | $23,185.13 |
| 2.465 | **Priority creditor's name and mailing address**<br>PETRINA C TRUJILLO<br>2813 PRESCOTT DR<br><br>CARROLLTON, TX 75006<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 5628<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $917.32 | $917.32 |
| 2.466 | **Priority creditor's name and mailing address**<br>PETRONA J PAZ<br>1721 KIRKWOOD DR<br><br>GARLAND, TX 75041<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3906<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $3,237.46 | $3,237.46 |
| 2.467 | **Priority creditor's name and mailing address**<br>PIERCE R PARKER<br>1617 CARDINAL POINT<br><br>ROYSE CITY, TX 75189<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9492<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,506.79 | $1,506.79 |
| 2.468 | **Priority creditor's name and mailing address**<br>PRESTON D HUFF<br>925 NW 7TH STREET<br><br>GRAND PRAIRIE, TX 75050<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7448<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $14,856.19 | $14,856.19 |

Debtor 1    (Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.469** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,868.01 | $1,868.01

PRINCESS GBOR
3814 CATALINA ST

☐ Contingent
☐ Unliquidated
☐ Disputed

ROWLETT, TX 75088

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 4431

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.470** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,830.60 | $4,830.60

RACHEL MORALES
1221 ROCKLEDGE DR

☐ Contingent
☐ Unliquidated
☐ Disputed

GARLAND, TX 75043

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1225

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.471** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00

RACHEL W KIARIE
10075 ROYAL LN   2026

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX 75238

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1299

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.472** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,736.26 | $3,736.26

RANDI A PEDLOW
6615 SADDLE RIDGE ROAD

☐ Contingent
☐ Unliquidated
☐ Disputed

ARLINGTON, TX 76016

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 9145

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.473** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00

RANDOLPH L PHAM
6418 NUECES BAY DR

☐ Contingent
☐ Unliquidated
☐ Disputed

ROWLETT, TX 75089

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 5746

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor _____ Case number (if known) _____
    (Name)

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.474 | **Priority creditor's name and mailing address**<br>RAQUEL A JARABATA<br>6925 COTTON SEED DR<br><br>MCKINNEY, TX 75070<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 7840**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $17,166.13 | $17,166.13 |

| 2.475 | **Priority creditor's name and mailing address**<br>RAVEN A GALVAN<br>5131 AUTUMN HILL DR<br><br>GRAND PRAIRIE, TX 75052<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9181**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $727.84 | $727.84 |

| 2.476 | **Priority creditor's name and mailing address**<br>REBA F PALMER<br>2005 PLYMOUTH ROCK DR<br><br>RICHARDSON, TX 75081<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2814**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $5,286.53 | $5,286.53 |

| 2.477 | **Priority creditor's name and mailing address**<br>REBECCA A MUNCH<br>1811 GREENVILLE AVE 2121<br><br>DALLAS, TX 75206<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9576**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $13,262.82 | $13,262.82 |

| 2.478 | **Priority creditor's name and mailing address**<br>REGINA N CAIN<br>3049 SAINT URSELA DR<br><br>DALLAS, TX 75233<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6108**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |

Debtor 1  _____ (Name)

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.479** **Priority creditor's name and mailing address**
REUMALDO SANCHEZ
208 JANIS LANE

WAXAHACHIE, TX 75165
**Date or dates debt was incurred**

**Last 4 digits of account number:** 9032
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,837.11  Priority amount: $4,837.11

---

**2.480** **Priority creditor's name and mailing address**
RHONDULA S GREEN
1701 E HEBRON PKWY

CARROLLTON, TX 75010
**Date or dates debt was incurred**

**Last 4 digits of account number:** 0666
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00  Priority amount: $0.00

---

**2.481** **Priority creditor's name and mailing address**
RICHARD E LEONARD
817 SANDHURST DR

PLANO, TX 75025
**Date or dates debt was incurred**

**Last 4 digits of account number:** 109
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $41,728.09  Priority amount: $41,728.09

---

**2.482** **Priority creditor's name and mailing address**
RICHARD J TROJACEK
802 CARLETON DR

RICHARDSON, TX 75081
**Date or dates debt was incurred**

**Last 4 digits of account number:** 2978
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $10,167.86  Priority amount: $10,167.86

---

**2.483** **Priority creditor's name and mailing address**
RIK A MONTGOMERY
9333 SANTEE LN

FRISCO, TX 75033
**Date or dates debt was incurred**

**Last 4 digits of account number:** 3850
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,650.32  Priority amount: $3,650.32

---

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.484** | **Priority creditor's name and mailing address**
ROBERT A RUSSO
6304 BRIMWOOD DR

PLANO, TX 75035

**Date or dates debt was incurred**

**Last 4 digits of account number: 2758**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,108.53  Priority amount: $9,108.53

---

**2.485** | **Priority creditor's name and mailing address**
ROBIN I BROWN
2140 GUS THOMASSON 3204

MESQUITE, TX 75150

**Date or dates debt was incurred**

**Last 4 digits of account number: 4612**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00  Priority amount: $0.00

---

**2.486** | **Priority creditor's name and mailing address**
RODOLFO S COSME
8690 VIRGINIA PKWY 322

MCKINNEY, TX 75071

**Date or dates debt was incurred**

**Last 4 digits of account number: 3251**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: ($1,472.36)  Priority amount: ($1,472.36)

---

**2.487** | **Priority creditor's name and mailing address**
ROISEAN D SURBER
5990 ARAPAHO RD # 19-J

DALLAS, TX 75248

**Date or dates debt was incurred**

**Last 4 digits of account number: 8377**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,470.23  Priority amount: $4,470.23

---

**2.488** | **Priority creditor's name and mailing address**
ROLONDA S WORTHEN
1684 IVYBRIDGE WAY

FORNEY, TX 75126

**Date or dates debt was incurred**

**Last 4 digits of account number: 4749**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $236.19  Priority amount: $236.19

Debtor 1 _____ Case number (if known) _____

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.489 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,054.09 | $1,054.09 |

RONALD D WHITE
2251 S SH121
APT 114

LEWISVILLE, TX 75057

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1792

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.490 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,201.30 | $16,201.30 |

RONNELL A JOHNSON
1609 NIGHTINGALE DR

LEWISVILLE, TX 75077

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 2873

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.491 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,214.05 | $8,214.05 |

ROSELLA A RIDDLE
3009 ELMHURST STREET

ROWLETT, TX 75088

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1239

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.492 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,761.11 | $1,761.11 |

RYAN-BIANCA WALTER
13500 NOEL RD  502

DALLAS, TX 75240

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 0918

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.493 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,406.46 | $10,406.46 |

SAJEE MATHEW
2109 SUNRIDGE DR

GARLAND, TX 75042

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 1829

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.494 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00 |
|---|---|---|---|---|

2.494 **Priority creditor's name and mailing address**
SAMKUTTY GEORGE
814 MYERS MEADOWS DR

GARLAND, TX 75043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0970

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00  Priority amount $0.00

---

2.495 **Priority creditor's name and mailing address**
SAMUEL S MARTIN
2333 KIRBY ST

DALLAS, TX 75204

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2613

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $2,768.00  Priority amount $2,768.00

---

2.496 **Priority creditor's name and mailing address**
SANDY A GILCREASE
1230 POTTER AVENUE

ROCKWALL, TX 75087

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0630

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $7,686.00  Priority amount $7,686.00

---

2.497 **Priority creditor's name and mailing address**
SANTOS J MALDONADO
127 ACADIA LN

FORNEY, TX 75126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2600

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00  Priority amount $0.00

---

2.498 **Priority creditor's name and mailing address**
SARA E HAURY
1456 RED WOLF DR

ROCKWALL, TX 75087

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1116

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $3,123.78  Priority amount $3,123.78

Debtor 1  Arnett Construction, Inc.  Case number (if known) 17-32255-hdh7

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.499 | **Priority creditor's name and mailing address**<br><br>SCOTT P PATTERSON<br>600 WILLOW COVE<br><br>RENO, TX  75462<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0606**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,160.00 | $6,160.00 |
| 2.500 | **Priority creditor's name and mailing address**<br><br>SELINA RAHMAN<br>737 SUNKIST LANE<br><br>DALLAS, TX  75025<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1121**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,523.77 | $23,523.77 |
| 2.501 | **Priority creditor's name and mailing address**<br><br>SERENA R MCDANIEL<br>3221 S FM 551<br><br>ROYSE CITY, TX  75189<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1523**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $452.20 | $452.20 |
| 2.502 | **Priority creditor's name and mailing address**<br><br>SETH D JOHNSON<br>6060 VILLAGE BEND   2104<br><br>DALLAS, TX  75206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4668**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,402.79 | $2,402.79 |
| 2.503 | **Priority creditor's name and mailing address**<br><br>SHABRICCA L HAWKINS<br>2102 LONG FOREST RD<br><br>HEARTLAND, TX  75126<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2722**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,878.00 | $1,878.00 |

Debtor _____ Case number (if known) _____
(Name)

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.504** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $620.16 | $620.16

SHANE M GRAHAM
4450 GOLFERS CIRCLE

PALM BEACH, FL 33410

**Date or dates debt was incurred**

**Last 4 digits of account number: 5770**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.505** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,907.00 | $2,907.00

SHANNAN E EVANS
11411 LUNA RD APT 20107

FARMERS BRANCH, TX 75234

**Date or dates debt was incurred**

**Last 4 digits of account number: 4725**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.506** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,550.40 | $1,550.40

SHANNON N RICE
7601 CHURCHILL WAY 1333

DALLAS, TX 75251

**Date or dates debt was incurred**

**Last 4 digits of account number: 5293**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.507** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,721.11 | $2,721.11

SHANON G STROUD
4800 KELLER SPRINGS 1443

ADDISON, TX 75001

**Date or dates debt was incurred**

**Last 4 digits of account number: 1430**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.508** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,882.10 | $1,882.10

SHANTA L CLARDY
2010 GLENRIDGE DR

ROWLETT, TX 75503

**Date or dates debt was incurred**

**Last 4 digits of account number: 4396**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

(Name)

| Part 1: | **Additional Page** |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.509** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,153.21 | $2,153.21

SHARON D WILLIAMS
PO BOX 1241

CEDAR HILL, TX  75106

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9158

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.510** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

SHAVONDA L FUQUA
919 VALLEY CREEK RD

MESQUITE, TX  75181

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6238

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.511** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,085.28 | $1,085.28

SHAWN L WANG
2100 TRINITY LANE

MCKINNEY, TX  75070

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3179

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.512** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,656.08 | $2,656.08

SHEILA M BARRERA
1220 CREABTREE CT

CEDAR HILL, TX  75104

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0376

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.513** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

SHERMECKA K DANCY
3019 BICKERS ST  #193

DALLAS, TX  75212

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4000

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____ Case number _____
(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.514** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $394.06 | $394.06

SHERRI D MARTIN
360 WEST HARWOOD ROAD
APT A

HURST, TX 76054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 3641

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.515** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,450.77 | $2,450.77

SHERRI L HARDIN
1322 RANCHO DR.

MESQUITE, TX 75149

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 0931

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.516** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00

SHERRY L GRIFFIN
8600 COPPERFIELD LN #303

DALLAS, TX 75243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 2857

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.517** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,006.62 | $3,006.62

SHERRY R GOODE
526 JOE TYL RD

TEXARCANA, TX 75501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 5949

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.518** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $132.04 | $132.04

SHEVELLE N SPEED
3102 CHARLES COURT

WHLIE, TX 75098

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 4835

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.519 | **Priority creditor's name and mailing address**<br>SHIKA N BROOKS<br>4929 N. GALLOWAY<br>#615<br><br>MESQUITE, TX  75150<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3666**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,234.46 | $1,234.46 |
| 2.520 | **Priority creditor's name and mailing address**<br>SHINICE N SMITH<br>1327 NEWTON DR<br><br>CEDAR HILL, TX  75104<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 9584**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $791.92 | $791.92 |
| 2.521 | **Priority creditor's name and mailing address**<br>SHINY PETER<br>3718 EASTON MEADOWS 7201<br><br>GARLAND, TX  75043<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5654**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,050.01 | $1,050.01 |
| 2.522 | **Priority creditor's name and mailing address**<br>SHIRLEY J PAYNE<br>13695 GOLDMARK DR 4203<br><br>DALLAS, TX  75240<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 6289**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,306.40 | $19,306.40 |
| 2.523 | **Priority creditor's name and mailing address**<br>SHONDOLYN L BLAIR<br>3811 HERRLING ST<br><br>DALLAS, TX  75210<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0097**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,354.85 | $1,354.85 |

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.524**

**Priority creditor's name and mailing address**
SHONTELL A WHITE
2117 LINCOLN DR   1086

ARLINGTON, TX  76011

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4670

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.525**

**Priority creditor's name and mailing address**
SHUDAN ZHANG
7150 SPRING VALLEY

DALLAS, TX  75254

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1041

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $10,307.50    Priority amount: $10,307.50

---

**2.526**

**Priority creditor's name and mailing address**
SHUN S WATSON
10227 MACARTHUR BLVD 269

IRVING, TX  75063

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9809

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $97.95    Priority amount: $97.95

---

**2.527**

**Priority creditor's name and mailing address**
SIMONE R TBAINI
4404 MEADOWVIEW LANE

SACHSE, TX  75048

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3706

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $723.65    Priority amount: $723.65

---

**2.528**

**Priority creditor's name and mailing address**
SOLOMON J THULLAH
6121 ABRAMS ST APT 2116

DALLAS, TX  75231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5257

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $889.14    Priority amount: $889.14

Debtor 1   Case 17-32255-bjh7   Luv'n Care, Ltd.          Case number (if known) 17-32255

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.529**

**Priority creditor's name and mailing address**
SOMPHAVANH KEOHAVONG
4837 CEDAR SPRINGS #315

DALLAS, TX  75219

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1170

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,444.00    Priority amount: $1,444.00

---

**2.530**

**Priority creditor's name and mailing address**
SONAM CHOKEY
8200 SOUTHWESTERN  712

DALLAS, TX  75206

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7774

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $11,149.38    Priority amount: $11,149.38

---

**2.531**

**Priority creditor's name and mailing address**
SORAYA JOHNSON
4601 LATHEM DRIVE

FRISCO, TX  75034

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5366

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,015.52    Priority amount: $2,015.52

---

**2.532**

**Priority creditor's name and mailing address**
SOSAMMA ABRAHAM
5117 CRAWFISH LANE

GARLAND, TX  75043

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5955

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $755.82    Priority amount: $755.82

---

**2.533**

**Priority creditor's name and mailing address**
STACYE L WILSON
4933 GREAT DIVIDE DR

FT WORTH, TX  76137

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2399

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

Debtor _____ Case number (if known) _____
(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.534 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00 |
| | STANLY SIMON<br>3928 FENS DR<br><br>CARROLLTON, TX  75007 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>VACATION PAYABLE | | |
| | **Last 4 digits of account number:** 0260 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.535 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00 |
| | STEPHANIE A BANKS<br>2709 W ROYAL LN  APT 612<br><br>IRVING, TX  75063 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>VACATION PAYABLE | | |
| | **Last 4 digits of account number:** 5281 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.536 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,445.18 | $9,445.18 |
| | STEPHANIE L HYDEN<br>13037 EMERALD RANCH LANE<br><br>FORNEY, TX  75126 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>VACATION PAYABLE | | |
| | **Last 4 digits of account number:** 7373 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.537 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $536.18 | $536.18 |
| | STEPHANIE L LETT<br>9448 FOREST LN  #1107<br><br>DALLAS, TX  75243 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>VACATION PAYABLE | | |
| | **Last 4 digits of account number:** 3550 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.538 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $297.16 | $297.16 |
| | STEVE A DAVIS<br>3009 O HENRY DRIVE<br><br>GARLAND, TX  755042 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>VACATION PAYABLE | | |
| | **Last 4 digits of account number:** 5927 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor _____ Case number (if known) _____
(Name)

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.539** | **Priority creditor's name and mailing address**
STEVEN R FRIEDMAN
8441 TOWNESHIP LANE

DALLAS, TX 75243
**Date or dates debt was incurred**

**Last 4 digits of account number:** 1270
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | $22,859.45 | $22,859.45 |

**2.540** | **Priority creditor's name and mailing address**
STEWART W MORRISON
1745 BLOSSOM TRAIL

PLANO, TX 75074
**Date or dates debt was incurred**

**Last 4 digits of account number:** 0706
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | $8,535.30 | $8,535.30 |

**2.541** | **Priority creditor's name and mailing address**
SUDEIPT LYALL
3301 NORTHSTAR RD 516

RICHARDSON, TX 75082
**Date or dates debt was incurred**

**Last 4 digits of account number:** 7529
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | $5,210.63 | $5,210.63 |

**2.542** | **Priority creditor's name and mailing address**
SUDHAN GHIMIRE
1632 SECRETARIAT LN

IRVING, TX 75060
**Date or dates debt was incurred**

**Last 4 digits of account number:** 4855
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | $0.00 | $0.00 |

**2.543** | **Priority creditor's name and mailing address**
SUMMER D SUTCLIFFE
1636 SOUTHWESTERN DR

ALLEN, TX 75013
**Date or dates debt was incurred**

**Last 4 digits of account number:** 2438
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | $14,272.57 | $14,272.57 |

Debtor _____ Case 17-32255-hjh7 _____ Case number (if known) _____
(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.544** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

SUMMER R WILSON
1205 N MACARTHUR

IRVING, TX 75061

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0045

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.545** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,734.95 | $5,734.95

SUNG-CHUL SONG
6015 LEWIS STREET

DALLAS, TX 75206

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2061

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.546** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,498.15 | $5,498.15

SUSAMA DOTEL
4102 ESTERS RD   289

IRVING, TX 75038

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2162

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.547** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,925.80 | $9,925.80

SUSAN E SAVAGE
418 W OAK STREET

WYLIE, TX 75098

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9493

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.548** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,631.02 | $1,631.02

SUSAN M JOHNSON
2205 JEFFERSON TRAIL

DENTON, TX 76205

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2422

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.549 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,137.50 | $1,137.50 |
| | SUSEN D MCCLEERY-DERRICK 10526 YORKFORD DRIVE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | DALLAS, TX 75238 | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | | |
| | **Last 4 digits of account number: 5986** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.550 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,900.48 | $3,900.48 |
| | TAMEKA N WELLS 8275 STONEBROOK PKY 2211 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | FRISCO, TX 75034 | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | | |
| | **Last 4 digits of account number: 2762** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.551 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $815.51 | $815.51 |
| | TAMMY I AKIN P.O. BOX 741731 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | DALLAS, TX 75243 | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | | |
| | **Last 4 digits of account number: 4073** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.552 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,447.76 | $15,447.76 |
| | TAMMY M COPLING 2729 GARLAND AVE   APT 3 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | GARLAND, TX 75040 | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | | |
| | **Last 4 digits of account number: 9352** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.553 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $697.68 | $697.68 |
| | TAMMY TABERA 2802 CHARIOT LN | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | GARLAND, TX 75044 | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** VACATION PAYABLE | | |
| | **Last 4 digits of account number: 2361** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor _____ Case number (if known)_____

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.554** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,716.78 | $5,716.78

TAMRA L TRUITT
2409 MIGUEL LN

ARLINGTON, TX  76016

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3105

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.555** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | ($99.63) | ($99.63)

TANIA R FREIRE
1401 SCOTTSBORO LANE

RICHARDSON, TX  75081

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5784

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.556** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,666.87 | $1,666.87

TANYA DAVIS
13218 CARTHANGE LANE

DALLAS, TX  75143

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1163

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.557** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $959.04 | $959.04

TARA J BRAWLEY
528 LASALLE DRIVE

RICHARDSON, TX  75081

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5043

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.558** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $403.75 | $403.75

TARA S SAVAGE
1406 ACTON AVE     13

DUNCANVILLE, TX  75137

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5807

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Case 17-32255-bjh7 (Name)

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.559** | **Priority creditor's name and mailing address**
TARA T FIELD
5603 TIMBERS TRL DR

HUMBLE, TX 77346

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7268

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $715.88    Priority amount: $715.88

**2.560** | **Priority creditor's name and mailing address**
TATIANA I BURKINS
10000 WALNUT ST APT 2061

DALLAS, TX 75243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0625

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $567.78    Priority amount: $567.78

**2.561** | **Priority creditor's name and mailing address**
TAYLOR M TAYLOR
3901 ACCENT DRIVE #1226

DALLAS, TX 75287

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1987

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,124.09    Priority amount: $2,124.09

**2.562** | **Priority creditor's name and mailing address**
TEKARA T YOUNG
10222 WALTON WALKER 3005

DALLAS, TX 75220

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3307

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $684.89    Priority amount: $684.89

**2.563** | **Priority creditor's name and mailing address**
TERESA A WOLFE
103 LELAND AVENUE

MCKINNEY, TX 75069

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0100

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

Debtor _____  Case number (if known) _____
        (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.564** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $597.36 | $597.36
Check all that apply.

TERESA D YOUNG
PO BOX 15

☐ Contingent
☐ Unliquidated
☐ Disputed

WEATHERFORD, TX 76086

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 121**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.565** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $678.30 | $678.30
Check all that apply.

TERIMEIKA L SLATEN
8850 FERGUSON RD
#3062

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX 75228

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 0335**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.566** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00
Check all that apply.

TERRA L JOHNSON
4 KATIE CT

☐ Contingent
☐ Unliquidated
☐ Disputed

MANSFIELD, TX 76063

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 0184**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.567** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,199.55 | $2,199.55
Check all that apply.

TERRACE B DIAZ
4800 KELLER SPRINGS 1443

☐ Contingent
☐ Unliquidated
☐ Disputed

ADDISON, TX 75001

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 8963**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.568** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $232.56 | $232.56
Check all that apply.

TERRANCE A PICHON
3622 ANTHONY DR.
#1D

☐ Contingent
☐ Unliquidated
☐ Disputed

MESQUITE, TX 75150

**Basis for the claim:**
VACATION PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 3826**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.569** | **Priority creditor's name and mailing address**
TERRI J RITCHISON
2817 ST. CHARLES DR

PLANO, TX 75074
**Date or dates debt was incurred**

**Last 4 digits of account number:** 2321
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,798.64 | $9,798.64

---

**2.570** | **Priority creditor's name and mailing address**
TERRI K TYREE
709 BROOKFIELD DRIVE

GARLAND, TX 75040
**Date or dates debt was incurred**

**Last 4 digits of account number:** 1231
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,318.89 | $1,318.89

---

**2.571** | **Priority creditor's name and mailing address**
TERRI L BENBOW
280 W RENNER RD    4112

RICHARDSON, TX 75080
**Date or dates debt was incurred**

**Last 4 digits of account number:** 3338
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,061.82 | $3,061.82

---

**2.572** | **Priority creditor's name and mailing address**
TESHIA M SHELDON
11012 JEFFREY'S BAY

FRISCO, TX 75035
**Date or dates debt was incurred**

**Last 4 digits of account number:** 2020
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$573.41 | $573.41

---

**2.573** | **Priority creditor's name and mailing address**
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
LYNDON B JOHNSON STATE OFFICE BLDG
111 EAST 17TH ST
AUSTIN, TX 78774
**Date or dates debt was incurred**

**Last 4 digits of account number:**
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

Debtor _____
        (Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.574** | **Priority creditor's name and mailing address**
THELMA T PAMPHILE
108 MAIN PLACE

EULESS, TX 76040

**Date or dates debt was incurred**

**Last 4 digits of account number:** 101

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $6,406.71    Priority amount $6,406.71

---

**2.575** | **Priority creditor's name and mailing address**
THERESA BROWN
7171 GASTON AVE,
APT 1226

DALLAS, TX 75214

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8863

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $0.00    Priority amount $0.00

---

**2.576** | **Priority creditor's name and mailing address**
THERESE D VERGARA
1102 SANDY CREEK DR

ALLEN, TX 75002

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3620

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $1,279.53    Priority amount $1,279.53

---

**2.577** | **Priority creditor's name and mailing address**
THOMAS M O'GORMAN
2613 FOUNTAIN HEAD DR

PLANO, TX 75023

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7480

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $7,875.50    Priority amount $7,875.50

---

**2.578** | **Priority creditor's name and mailing address**
THUY B NGUYEN
2564 PRIMEROSE DR

RICHARDSON, TX 75082

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6743

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $4,454.10    Priority amount $4,454.10

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1   _____ Case 17-32255-bjh7 Doc 59 _____ Case number (if known) _____
           (Name)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

---

| 2.579 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $586.25 | $586.25 |
|---|---|---|---|---|

THYREN M JUSTUS
3520 WHEELER ST

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX 75209

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 3632

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.580 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

TIA C GAINES
7474 SKILLMAN ST # 710

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX 75231

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 3741

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.581 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $150.52 | $150.52 |
|---|---|---|---|---|

TIANA R TANNER
3716 VALLEY VIEW LN 1032

☐ Contingent
☐ Unliquidated
☐ Disputed

IRVING, TX 75062

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 5939

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.582 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $616.67 | $616.67 |
|---|---|---|---|---|

TIESHA C BURROWS
2929 CLEARMEADOW DR

☐ Contingent
☐ Unliquidated
☐ Disputed

MESQUITE, TX 75181

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 0628

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.583 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

TIFANY L COLLINS
6420 GLENNOX LANE

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS, TX 75214

**Date or dates debt was incurred**

**Basis for the claim:**
VACATION PAYABLE

**Last 4 digits of account number:** 7690

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.584** **Priority creditor's name and mailing address**

TIFFANEY L CHERRY
770 GATEWAY RD   258

GARLAND, TX  75043

**Date or dates debt was incurred**

**Last 4 digits of account number: 4653**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $96.90    Priority amount: $96.90

---

**2.585** **Priority creditor's name and mailing address**

TIFFANY A CLARK
2737 N FITZHIGH AVE
APT # 3327

DALLAS, TX  75204

**Date or dates debt was incurred**

**Last 4 digits of account number: 0281**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $13,161.64    Priority amount: $13,161.64

---

**2.586** **Priority creditor's name and mailing address**

TIFFANY HOPKINS
504 ELM GROVE TRAIL

FORNEY, TX  75126

**Date or dates debt was incurred**

**Last 4 digits of account number: 1408**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $12,052.34    Priority amount: $12,052.34

---

**2.587** **Priority creditor's name and mailing address**

TIFFANY R COOPER
4849 FRANKFORD RD
APT 1037-1

DALLAS, TX  75287

**Date or dates debt was incurred**

**Last 4 digits of account number: 2153**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,587.97    Priority amount: $5,587.97

---

**2.588** **Priority creditor's name and mailing address**

TINA G COKER
1700 CEDAR SPRINGS RD
#1204

DALLAS, TX  75202

**Date or dates debt was incurred**

**Last 4 digits of account number: 105**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $11,965.58    Priority amount: $11,965.58

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.589 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00 |

TNEECIA L APPLEWHITE
PO BOX 180723

DALLAS, TX 75227

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3827

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.590 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $647.66 | $647.66 |

TOBIAS A SMITH
1435 BOGGS RD # 1008

DULUTHTON, GA 30096

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7772

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.591 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,090.99 | $1,090.99 |

TODD A GRAHAM
639 CAMBRIDGE CIRCLE

RICHARDSON, TX 75080

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8427

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.592 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,817.52 | $5,817.52 |

TODD K GRUNDNER
1703 TRAVIS COURT

ALLEN, TX 75002

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9914

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.593 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,865.13 | $3,865.13 |

TODD S BALES
4533 CEDAR SPRINGS 203

DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1533

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.594** | **Priority creditor's name and mailing address**
TOMMY L BURTON
18081 MIDWAY RD  APT 822

DALLAS, TX  75287

**Date or dates debt was incurred**

**Last 4 digits of account number: 3726**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$383.15**    Priority amount: **$383.15**

---

**2.595** | **Priority creditor's name and mailing address**
TONIA S HENNING
8667 CARSGATE PLACE

DALLAS, TX  75238

**Date or dates debt was incurred**

**Last 4 digits of account number: 9616**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$3,173.12**    Priority amount: **$3,173.12**

---

**2.596** | **Priority creditor's name and mailing address**
TOP T LUANGRAJ
2517 BRIARCLIFF DR

IRVING, TX  75062

**Date or dates debt was incurred**

**Last 4 digits of account number: 9510**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$7,143.42**    Priority amount: **$7,143.42**

---

**2.597** | **Priority creditor's name and mailing address**
TRACY D JACKSON
202 TRELLIS PLACE

RICHARDSON, TX  75081

**Date or dates debt was incurred**

**Last 4 digits of account number: 2475**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$433.50**    Priority amount: **$433.50**

---

**2.598** | **Priority creditor's name and mailing address**
TRACY I PARRISH
705 BRAY CENTRAL DR 5106

ALLEN, TX  75013

**Date or dates debt was incurred**

**Last 4 digits of account number: 9146**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$3,116.16**    Priority amount: **$3,116.16**

Debtor 1 _____ Case number (if known)_____
(Name)

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.599 | **Priority creditor's name and mailing address**<br>TRANG X TRAN<br>3463 RIDGE OAK WAY<br><br>FARMERS BRANCH, TX 75234<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 7963<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,849.11 | $1,849.11 |
| 2.600 | **Priority creditor's name and mailing address**<br>TRINA L TAYLOR<br>1405 WHIPPOORWILL DR<br><br>GARLAND, TX 75040<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3378<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,096.60 | $8,096.60 |
| 2.601 | **Priority creditor's name and mailing address**<br>TRINIDAD P ANDRES<br>1604 HILLTOP DR<br><br>GARLAND, TX 75042<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0139<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 | $0.00 |
| 2.602 | **Priority creditor's name and mailing address**<br>UNNIKRISHNAN S KANNAMTHANATHU<br>621 SOUTHWYND STREET<br><br>MESQUITE, TX 75150<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3074<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,131.93 | $1,131.93 |
| 2.603 | **Priority creditor's name and mailing address**<br>URSULA M MUZEYA<br>3001 KNIGHTS BRIDGE LN<br><br>GARLAND, TX 75043<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3537<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>VACATION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $486.55 | $486.55 |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.604** **Priority creditor's name and mailing address**
UVALDO MONTELONGO
617 N TOWN EAST #623

MESQUITE, TX  75150

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1064

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,114.41    Priority amount: $1,114.41

---

**2.605** **Priority creditor's name and mailing address**
VALERIE M MARQUEZ
1103 SANDY TRAIL

ALLEN, TX  75002

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5160

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.606** **Priority creditor's name and mailing address**
VAN LOUIS M REYES
17006 HIDDEN TREASURE CR

FRIENDSWOOD, TX  77546

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2630

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,183.37    Priority amount: $2,183.37

---

**2.607** **Priority creditor's name and mailing address**
VANESSA DIOSDADO
5200 TOWN AND COUNTRY BL

FRISCO, TX  75034

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9612

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,913.46    Priority amount: $2,913.46

---

**2.608** **Priority creditor's name and mailing address**
VERONICA RODRIGUEZ
2042 CHESTNUT RD

CARROLLTON, TX  75007

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5797

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $460.91    Priority amount: $460.91

| Part 1: | **Additional Page** |
| --- | --- |

|  |  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

---

**2.609** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,569.36 | $2,569.36

VICKI J LAWRENCE
403 BRIDGES ST

DALLAS, TX  75217

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6695

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.610** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,991.77 | $3,991.77

VICKIE D CUTBIRTH
7135 GREY DAWN LN

DALLAS, TX  75227

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1635

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.611** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,187.24 | $15,187.24

VICKY G PEARSON
9547 CR 346

TERRELL, TX  75161

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2231

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.612** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $697.68 | $697.68

VICKY M CARTER-PEARCE
11055 COUNTRY RIDGE LN

FORNEY, TX  75126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1306

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.613** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,182.41 | $20,182.41

VICKY RUSSELL
27874 BUCK CREEK RD

BOKOSHE, OK  74930

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1065

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **[illegible]** [illegible]

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.614 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,501.15 | $2,501.15 |

**2.614**

**Priority creditor's name and mailing address**
VICTOR B OGEGA
2355 N HWY 360      1038

GRAND PRAIRIE, TX  75050

**Date or dates debt was incurred**

**Last 4 digits of account number: 2597**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $2,501.15    Priority amount $2,501.15

---

**2.615**

**Priority creditor's name and mailing address**
VICTORIA D RODRIGUEZ
5759 PINELAND DR  #2064

DALLAS, TX  75231

**Date or dates debt was incurred**

**Last 4 digits of account number: 3024**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $2,354.04    Priority amount $2,354.04

---

**2.616**

**Priority creditor's name and mailing address**
VISAL P CHEV
113 BOB WHITE CT

ROCKWALL, TX  75087

**Date or dates debt was incurred**

**Last 4 digits of account number: 2733**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $14,278.47    Priority amount $14,278.47

---

**2.617**

**Priority creditor's name and mailing address**
VLADIMIR E JIRON
3727 ELISE WAY

DALLAS, TX  75236

**Date or dates debt was incurred**

**Last 4 digits of account number: 5810**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $323.00    Priority amount $323.00

---

**2.618**

**Priority creditor's name and mailing address**
VONTELLA W STEWART
2312 EMERALD LANE

MCKINNEY, TX  75071

**Date or dates debt was incurred**

**Last 4 digits of account number: 9261**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $4,789.46    Priority amount $4,789.46

| Part 1: | Additional Page |
|---|---|

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

**2.619** | **Priority creditor's name and mailing address**
VONTISHA S LACY
4009 WINDSOR AVENUE

WACO, TX 76708

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1779

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.26    Priority amount: $0.26

---

**2.620** | **Priority creditor's name and mailing address**
WADE R VADNEY
1708 ARROW LANE

GARLAND, TX 75042

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2386

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,478.80    Priority amount: $1,478.80

---

**2.621** | **Priority creditor's name and mailing address**
WILLIAM A MENSAH
10127 APPLE CREEK DRIVE

DALLAS, TX 75243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 5450

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $815.93    Priority amount: $815.93

---

**2.622** | **Priority creditor's name and mailing address**
WILLIAM B SMITH
203 JESSICA CT

FORNEY, TX 75126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1348

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,956.04    Priority amount: $3,956.04

---

**2.623** | **Priority creditor's name and mailing address**
WILLIAM F TAYAMEN
109 FIELDWOOD CT

FORNEY, TX 75126

**Date or dates debt was incurred**

**Last 4 digits of account number:** 119

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,580.58    Priority amount: $2,580.58

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.624** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,563.99 | $2,563.99

WILLIAM R KILGORE
2502 KNIGHTSBRIDGE

GRAND PRAIRIE, TX  75050

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3889

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.625** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,452.18 | $14,452.18

WILLIE C WHITE
400 GEORGETOWN DR

EVERMAN, TX  76140

**Date or dates debt was incurred**

**Last 4 digits of account number:** 122

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.626** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,795.80 | $2,795.80

WINNEFRED H AKANGBOU
8631 BRITTANIA COURT

DALLAS, TX  75243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7851

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.627** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,036.63 | $6,036.63

WINSTON Q WILLIAMS
4005 VITRUVIAN WAY  250

ADDISON, TX  75001

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0941

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.628** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

YSHECA S LEE
9808 WHISTLER DR

DALLAS, TX  75217

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7544

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____ Case number (if known) _____
(Name)

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.629 | **Priority creditor's name and mailing address** | $2,594.93 | $2,594.93 |

**Priority creditor's name and mailing address**
YUSANG KIM
1211 FLANDERS ST

DALLAS, TX 75208

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3582

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VACATION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $913.18 |

**Nonpriority creditor's name and mailing address**
214-265-5937 ATT
PO BOX 5001

CAROL STREAM, IL 60197-5001

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1743

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | $14,559.94 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
214-365-1100 ATT
PO BOX 105414

ATLANTA, GA 30348-5414

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | $164,257.00 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
360 MEDICAL, LLC
1925 EDGEWATER
PLANO, TX 75075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | $84,364.43 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
360 MEDICAL, LLC
1925 EDGEWATER
PLANO, TX 75075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.5** **Nonpriority creditor's name and mailing address**

469-232-9572 ATT
PO BOX 105414

ATLANTA, GA  30348-5414

**Date or dates debt was incurred**

**Last 4 digits of account number: 1741**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$699.85

---

**3.6** **Nonpriority creditor's name and mailing address**

721 EXECUTIVE MANAGEMENT
2310 N HENDERSON AVE #721
DALLAS, TX  75206

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.7** **Nonpriority creditor's name and mailing address**

831-000-4321 ATT
PO BOX 5019

CAROL STREAM, IL  60197-5019

**Date or dates debt was incurred**

**Last 4 digits of account number: 1738**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,143.25

---

**3.8** **Nonpriority creditor's name and mailing address**

972-863-6090 ATT
PO BOX 105414

ATLANTA, GA  30348-5414

**Date or dates debt was incurred**

**Last 4 digits of account number: 1742**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,163.73

---

**3.9** **Nonpriority creditor's name and mailing address**

A. CARL HENRY, M.D.
3409 WORTH STREET
STE 720

DALLAS, TX  75246

**Date or dates debt was incurred**

**Last 4 digits of account number: 1710**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

Debtor Case 1:7-32255-bjh7 Doc 59 Filed 06/30/17 Entered 06/30/17 17:53:33 Page 140 of 321
(Name)
Case number (if known)

**Part 2:** Additional Page

|  |  | Amount of claim |
|---|---|---|

| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>A. JAY STAUB<br>7006 N. JANMAR DRIVE<br>DALLAS, TX 75230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $537,099.03 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>A. JAY STAUB<br>7006 N. JANMAR DRIVE<br>DALLAS, TX 75230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $115,577.28 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br><br>ABBOTT LABORATORIES INC<br>100 ABBOTT PARK ROAD<br><br>ABBOTT PARK, IL 60064<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1026 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,273.25 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br><br>ABBOTT VASCULAR<br>75 REMITTANCE DR<br>STE 1138<br><br>CHICAGO, IL 60675-1138<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1105 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $126,825.26 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br><br>ABILITY NETWORK INC<br>DEPT CH 16577<br><br>PALATINE, IL 60055-6577<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1708 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $765.38 |

Debtor _____   (Name)   Case number (if known) _____

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.15** **Nonpriority creditor's name and mailing address**

ACADIAN AMBULANCE SERVICES
PO BOX 92970

LAFAYETTE, LA  70509-2970

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1889

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,095.82

---

**3.16** **Nonpriority creditor's name and mailing address**

ACCENT

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,879.70

---

**3.17** **Nonpriority creditor's name and mailing address**

ACCESS CLOSURE INC
PO BOX 347446

PITTSBURGH, PA  15251-4446

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1472

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,327.38

---

**3.18** **Nonpriority creditor's name and mailing address**

ACCESS E FORMS LP
PO BOX 733

SULPHUR SPRINGS, TX  75483

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,290.75

---

**3.19** **Nonpriority creditor's name and mailing address**

ACCOUNTABLE HEALTHCARE STAFF
PO BOX 732800

DALLAS, TX  75373-2800

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1578

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,221.15

Debtor _____ (Name)   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.20** **Nonpriority creditor's name and mailing address**

ACCOUNTABLE PHYSICIANS INVESTMENT, LLC
5521 CEDAR CREEK LANE
DALLAS, TX 75252

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$82,128.50

---

**3.21** **Nonpriority creditor's name and mailing address**

ACCOUNTING PRINCIPALS
10201 CENTURION PKWY N #400
JACKSONVILLE, FL 32256

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,232.42

---

**3.22** **Nonpriority creditor's name and mailing address**

ACCUVEIN INC
27874 BUCK CREEK RD

BOKOSHE, OK 74930

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,394.74

---

**3.23** **Nonpriority creditor's name and mailing address**

ACELL, INC
PO BOX 347766

PITTSBURGE, PA 15251-4766

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1682

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,357.00

---

**3.24** **Nonpriority creditor's name and mailing address**

ACUITY SURGICAL DEVICES, LLC
14215 PROTON ROAD

DALLAS, TX 75244

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1675

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.25 | **Nonpriority creditor's name and mailing address**<br><br>ADENIRAN ABRAHAM ARIYO<br>2411 POINCIANA PLACE<br>DALLAS, TX 75212<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,790,330.09 |

| 3.26 | **Nonpriority creditor's name and mailing address**<br><br>ADVISORS HEALTH CARE FUND, LLC<br>2952 VIA ESPERANZA<br>EDMOND, OK 73013<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,790,330.09 |

| 3.27 | **Nonpriority creditor's name and mailing address**<br><br>AESCULAP INC<br>PO BOX 780426<br><br>PHILADELPHIA, PA 19178-0426<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1005 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $137,645.85 |

| 3.28 | **Nonpriority creditor's name and mailing address**<br><br>AHMAD FOROUTAN<br>3001 SHELTON WAY<br>PLANO, TX 75093<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $79,510.98 |

| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>AIRGAS USA, LLC<br>PO BOX 676015<br><br>DALLAS, TX 75267-6015<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1055 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,187.33 |

Debtor  Case 17-32255-bjh7  Doc 59  Filed 06/30/17  Entered 06/30/17 17:53:33  Page 144 of 321
(Name)
Case number (if known)

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|
| **3.30** | **Nonpriority creditor's name and mailing address**<br>ALERE INFORMATICS, INC<br>PO BOX 845849<br><br>BOSTON, MA  02284-5849<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1036** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,330.00 |
| **3.31** | **Nonpriority creditor's name and mailing address**<br>ALIMED, INC<br>ACCOUNTS RECEIVABLE<br>PO BOX 9135<br><br>DEDHAM, MA  02027<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1553** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,178.35 |
| **3.32** | **Nonpriority creditor's name and mailing address**<br>ALL CUSTOM WEAR<br>PO BOX 872984<br><br>KANSAS CITY, MO  64187-2984<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1332** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,334.05 |
| **3.33** | **Nonpriority creditor's name and mailing address**<br>ALL HANDS FIRE EQUIPMENT<br>PO BOX 1245<br><br>WALL, NJ  07719<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1704** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $393.92 |
| **3.34** | **Nonpriority creditor's name and mailing address**<br>ALLEGIANCE AMBULANCE<br>PO BOX 4320<br><br>HOUSTON, TX  77210-4320<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1912** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,631.66 |

Debtor 1    Preferred Imaging, LLC    Case number (if known) 17-32255-hdh7
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.35 | **Nonpriority creditor's name and mailing address**<br>ALLIED WORLD<br>4407 PICKERING PLACE<br><br>COLLEGE STATION, TX 77845<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2029** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,404.87 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>ALLOSOURCE<br>6278 S TROY CIR<br><br>CENTENNIAL, CO 80111<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1776** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $855.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>ALPHATEC SPINE, INC.<br>C/O MARK A. BUKATY<br>13155 NOEL ROAD, SUITE 900<br>DALLAS, TX 75240<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>AMBU INC<br>PO BOX 347818<br><br>PITTSBURGH, PA 15251-4818<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1004** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,397.07 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>AMEESA MAJID<br>3352 BLACKBURN ST<br>DALLAS, TX 75204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $115,523.62 |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73,602.40

AMEESA MAJID
3352 BLACKBURN ST
DALLAS, TX 75204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

AMENDIA, INC
GRUBER ELROD JOHANSEN
C/O TREY H CRAWFORD
1445 ROSS AVE, STE 2500
DALLAS, TX 75202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $155,684.04

AMENDIA, INC.
1755 WEST OAK PARKWAY

MARIETTA, GA 30062

**Date or dates debt was incurred**

**Last 4 digits of account number: 1773**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,150.00

AMERICAN COLLEGE OF CARDIOLO
PO BOX 37095

BALTIMORE, MD 21297-3095

**Date or dates debt was incurred**

**Last 4 digits of account number: 1242**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $774.56

AMERICAN GOLF CARS
855 SOUTH LOOP 12

IRVING, TX 75060

**Date or dates debt was incurred**

**Last 4 digits of account number: 1925**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor     (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,187.00

AMERICAN HEALTH INFORMATION
233 N MICHIGAN AVE
SUITE 2100

CHICAGO, IL 60601

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 1993

---

**3.46** | **Nonpriority creditor's name and mailing address** | $2,023.00

AMERICAN MEDICAL RESPONSE
PO BOX 847925

DALLAS, TX 75284-7925

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 1715

---

**3.47** | **Nonpriority creditor's name and mailing address** | $1,495.00

AMNIOX MEDICAL, INC.
8305 NW 27 STREET, STE 101

DORAL, FL 33122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 1910

---

**3.48** | **Nonpriority creditor's name and mailing address** | $76,304.20

AMY ANDERSON
3533 SOUTHWESTERN BOULEVARD
DALLAS, TX 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.49** | **Nonpriority creditor's name and mailing address** | $231,154.56

ANDREW J LUISI JR
17110 DALLAS PARKWAY
SUITE 290
DALLAS, TX 75248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.50 | **Nonpriority creditor's name and mailing address**<br><br>ANDREW K. PHAN<br>3503 ASBURY STREET<br>DALLAS, TX  75205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $358,066.02 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br><br>ANDREW K. PHAN<br>3503 ASBURY STREET<br>DALLAS, TX  75205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $321,449.48 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br><br>ANDREW K. PHAN<br>3503 ASBURY STREET<br>DALLAS, TX  75205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $115,523.62 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br><br>ANDREW LUISI (JESAJL1998, LLC)<br>17110 DALLAS PARKWAY<br>SUITE 290<br>DALLAS, TX  75248<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150,575.54 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>ANGELA STRAFACE<br>3700 IMPERIAL DRIVE<br>FLOWER MOUND, TX  75028<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $158,948.81 |

| **Part 2:** | Additional Page |
| | |

|  | | Amount of claim |
|---|---|---|

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,148.19 |

**Nonpriority creditor's name and mailing address**
ANGIODYNAMICS, INC
PO BOX 1549

ALBANY, NY 12201-1549

**Date or dates debt was incurred**

**Last 4 digits of account number: 1482**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,148.19

---

| 3.56 |

**Nonpriority creditor's name and mailing address**
ANN WOODBRIDGE STILLMAN, MD
3608 BRYN MAUR
DALLAS, TX 75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$358,066.02

---

| 3.57 |

**Nonpriority creditor's name and mailing address**
ANN WOODBRIDGE STILLMAN, MD
3608 BRYN MAUR
DALLAS, TX 75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$172,802.54

---

| 3.58 |

**Nonpriority creditor's name and mailing address**
ANN WOODBRIDGE STILLMAN, MD
3608 BRYN MAUR
DALLAS, TX 75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$79,620.70

---

| 3.59 |

**Nonpriority creditor's name and mailing address**
APPLETON MEDICAL SERVICES
118 NORTH MAIN STREET

SAINT CHARLES, MO 63301

**Date or dates debt was incurred**

**Last 4 digits of account number: 1593**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,535.28

Debtor  Case 17-32255-hdh7  Doc 59  Filed 06/30/17    Entered 06/30/17 17:53:33    Page 150 of 321
(Name)
Case number (if known)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.60 Nonpriority creditor's name and mailing address**

APRIOMED, INC.
2 PALMER DRIVE

LONDONDERRY, NH 03053

**Date or dates debt was incurred**

**Last 4 digits of account number: 2021**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$862.57

---

**3.61 Nonpriority creditor's name and mailing address**

ARGON MEDICAL DEVICES INC
PO BOX 677482

DALLAS, TX 75267

**Date or dates debt was incurred**

**Last 4 digits of account number: 1425**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,125.00

---

**3.62 Nonpriority creditor's name and mailing address**

ARTHREX INC
PO BOX 403511

ATLANTA, GA 30384-3511

**Date or dates debt was incurred**

**Last 4 digits of account number: 1601**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,528.54

---

**3.63 Nonpriority creditor's name and mailing address**

ASAHI INTECC USA, INC
2500 RED HILL AVE STE 210

SANTA ANA, CA 92705

**Date or dates debt was incurred**

**Last 4 digits of account number: 2017**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,840.26

---

**3.64 Nonpriority creditor's name and mailing address**

ASHIRVAAD TRUST
6430 PEMBERTON DRIVE
DALLAS, TX 75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$159,983.07

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.65**  **Nonpriority creditor's name and mailing address**

ASHIRVAAD TRUST
6430 PEMBERTON DRIVE
DALLAS, TX  75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$159,168.25

---

**3.66**  **Nonpriority creditor's name and mailing address**

ASHIRVAAD, LP
6430 PEMBERTON DRIVE
DALLAS, TX  75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$358,066.02

---

**3.67**  **Nonpriority creditor's name and mailing address**

ASPEN SURGICAL PRODUCTS INC
3998 RELIABLE PARKWAY

CHICAGO, IL  60686-0039

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,067.55

---

**3.68**  **Nonpriority creditor's name and mailing address**

ASTORA WOMENS HEALTH, LLC
PO BOX 74008158

CHICAGO, IL  60674-8158

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1456

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,838.00

---

**3.69**  **Nonpriority creditor's name and mailing address**

AT&T ATLANTA
PO BOX 105414

ATLANTA, GA  30348-5414

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1363

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$911.41

---

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,188.74 |
|---|---|---|---|

AT&T PO BOX 5019
PO BOX 5019

CAROL STREAM, IL  60197

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 1404**
☒ No
☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $88.65 |
|---|---|---|---|

AT&T TELECONFERENCE SERVICES
PO BOX 5002

CAROL STREAM, IL  601975002

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 1303**
☒ No
☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,353,193.13 |
|---|---|---|---|

ATALAYA ADMINISTRATIVE LLC
ATTN: JUSTIN FRANTZREB
780 THIRD AVE, 27TH FLOOR

NEW YORK, NY  10017

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 1485**
☒ No
☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,028.75 |
|---|---|---|---|

ATLAS MEDSTAFF LLC
11840 NICHOLAS STREET
STE 215

OMAHA, NE  68154

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 1781**
☒ No
☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,008.61 |
|---|---|---|---|

ATMOS ENERGY
PO BOX 790311

ST. LOUIS, MO  63179-0311

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 1253**
☒ No
☐ Yes

Debtor _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.75 | **Nonpriority creditor's name and mailing address**<br>ATRICURE, INC.<br>6217 CENTRE DRIVE<br><br>WEST CHESTER, OH 45069<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1915** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,750.00 |

| 3.76 | **Nonpriority creditor's name and mailing address**<br>AUREUS RADIOLOGY<br>13609 CALIFORNIA ST<br><br>OMAHA, NE 68154<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1758** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,186.70 |

| 3.77 | **Nonpriority creditor's name and mailing address**<br>AUTO-SAN, LLC<br>PO BOX 171415<br><br>MEMPHIS, TN 38187-1415<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1772** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,997.50 |

| 3.78 | **Nonpriority creditor's name and mailing address**<br>AVINGER, INC<br>400 CHESAPEAKE DR<br><br>REDWOOD CITY, CA 94083<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1598** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,764.78 |

| 3.79 | **Nonpriority creditor's name and mailing address**<br>AVRAHAM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $86,854.81 |

| **Part 2:** | Additional Page | |

|  |  | Amount of claim |
|---|---|---|

| 3.80 | **Nonpriority creditor's name and mailing address**<br>BAHRAM ROBERT OLIAI, MD - OLIAI REVOCABLE TRUST<br>4211 MCFARLIN BLVD<br>UNIVERSITY PARK, TX 75205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $94,613.42 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>BAKER BOTTS LLP<br>PO BOX 301251<br><br>DALLAS, TX 75303-1251<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1861 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50,000.00 |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>BAKER, DONELSON, BEARMAN<br>165 MADISON AVE, STE 2000<br><br>MEMPHIS, TN 38103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1919 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,000.00 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>BARD ACCESS SYSTEMS, SUB OF<br>PO BOX 75767<br><br>CHARLOTTE, NC 28275<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,375.00 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>BARD PERIPHERAL VASCULAR SUB<br>PO BOX 75767<br><br>CHARLOTTE, NC 28275<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1056 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | ($1,118.67) |

Debtor _____ (Name)  Case number (if known) _____

| **Part 2:** | Additional Page | | | | Amount of claim |
|---|---|---|---|---|---|

| | | | | | **Amount of claim** |
|---|---|---|---|---|---|

**3.85** | **Nonpriority creditor's name and mailing address**

BAXTER HEALTHCARE CORPORATIO
PO BOX 730531

DALLAS, TX 75373-0531

**Date or dates debt was incurred**

**Last 4 digits of account number: 1278**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$15,986.04**

---

**3.86** | **Nonpriority creditor's name and mailing address**

BAYER CORPORATION
PO BOX 360172

PITTSBURGH, PA 15251-6172

**Date or dates debt was incurred**

**Last 4 digits of account number: 1101**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$13,584.70**

---

**3.87** | **Nonpriority creditor's name and mailing address**

BAYLIS MEDICAL COMPANY
5959 TRANS-CANADA HIGHWAY

MONTREAL, QC H4T1A1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number: 1292**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**($783.76)**

---

**3.88** | **Nonpriority creditor's name and mailing address**

BEACON HILL STAFFING GROUP
11055 COUNTRY RIDGE LN

FORNEY, TX 75126

**Date or dates debt was incurred**

**Last 4 digits of account number: 1306**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$12,339.85**

---

**3.89** | **Nonpriority creditor's name and mailing address**

BEE'S KEYES
7711 INWOOD RD

DALLAS, TX 75209

**Date or dates debt was incurred**

**Last 4 digits of account number: 1699**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$694.80**

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.90**  **Nonpriority creditor's name and mailing address**

BETSY ROSS FLAG GIRL INC
11005 GARLAND RD

DALLAS, TX  75218

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1983

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,687.41

---

**3.91**  **Nonpriority creditor's name and mailing address**

BIOMERIEUX, INC
PO BOX 500308

ST. LOUIS, MO  63150-0308

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1341

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,110.58

---

**3.92**  **Nonpriority creditor's name and mailing address**

BIOMET MICROFIXATION
75 REMITTANCE DRIVE
STE 3071

CHICAGO, IL  60675-3071

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1642

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,829.29

---

**3.93**  **Nonpriority creditor's name and mailing address**

BIOMET, INC
75 REMITTANCE DRIVE
STE 6931

CHICAGO, IL  60675-6931

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1490

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,559.64

---

**3.94**  **Nonpriority creditor's name and mailing address**

BIO-RAD LABORATORIES INC
PO BOX 849740

LOS ANGELES, CA  90084-9740

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,093.30

Debtor _____
       (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

| 3.95 | **Nonpriority creditor's name and mailing address**<br>BIOTEK SERVICES, INC.<br>5310 SOUTH LABURNUM AVE<br><br>RICHMOND, VA  23231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1476** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $630.00 |
|---|---|---|

| 3.96 | **Nonpriority creditor's name and mailing address**<br>BIOTRONIK INC<br>6024 JEAN ROAD<br><br>LAKE OSWEGO, OR  97035<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1955** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,230.50 |

| 3.97 | **Nonpriority creditor's name and mailing address**<br>BIREN PARIKH<br>4816 SEA PINES DRIVE<br>DALLAS, TX  75287<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $179,033.01 |

| 3.98 | **Nonpriority creditor's name and mailing address**<br>BISCOM, INC<br>321 BILLERICA ROAD<br><br>CHELMSFORD, MA  01824<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1865** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,528.62 |

| 3.99 | **Nonpriority creditor's name and mailing address**<br>BLACKWELL, BLACKBURN & SINGE<br>7557 RAMBLER ROAD<br>SUITE 1450<br>DALLAS, TX  75231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2057** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $368.50 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.100 | **Nonpriority creditor's name and mailing address**<br>BOSS INSTRUMENTS LTD, INC<br>104 SOMMERFIELD DRIVE<br><br>GORDONSVILLE, VA 22942<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1677** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,997.72 |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>BOSTON SCIENTIFIC CORP & SUB<br>PO BOX 951653<br><br>DALLAS, TX 75395-1653<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1209** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,461,828.99 |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>BOUNDLESS NETWORK INC<br>200 E 6TH STREET, STE 300<br><br>AUSTIN, TX 78701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1047** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $438.30 |
| 3.103 | **Nonpriority creditor's name and mailing address**<br>BRACEWELL & GIULIANI LLP<br>711 LOUISIANA<br>STE 2300<br><br>HOUSTON, TX 77002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1826** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,785.00 |
| 3.104 | **Nonpriority creditor's name and mailing address**<br>BRENNAN, MANNA, & DIAMOND LL<br>75 EAST MARKET STREET<br><br>AKRON, OH 44308<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1633** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $781,656.09 |

Debtor (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,432,264.07

BRIAN D. LE
3820 VILLANOVA STREET
DALLAS, TX  75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | $165,857.60

BRIAN EADES, MD
5628 ENCORE DRIVE
DALLAS, TX  75240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | $300.00

BRIDGE ORTHOPEDIC SOLUTIONS
1433 STONEY HILLS DR

CEDAR HILL, TX  75104

**Date or dates debt was incurred**

**Last 4 digits of account number: 1923**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | $2,420.00

C R BARD INC BARD MEDICAL
PO BOX 75767

CHARLOTTE, NC  28275

**Date or dates debt was incurred**

**Last 4 digits of account number: 1060**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | $79,846.40

CAESAR A. RICCI
7036 CAPELLA PARK AVENUE
DALLAS, TX  75236

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____ (Name)

| **Part 2:** | Additional Page |
| --- | --- |

<table>
<tr><td></td><td></td><td>Amount of claim</td></tr>
</table>

| | | | |
| --- | --- | --- | --- |
| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,473.66 |

3.110 | **Nonpriority creditor's name and mailing address**

CANTEEN VENDING
PO BOX 417632

BOSTON, MA 02241-7632

**Date or dates debt was incurred**

**Last 4 digits of account number: 1373**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,473.66

---

3.111 | **Nonpriority creditor's name and mailing address**

CANTRELL DRUG COMPANY
7700 NORTHSHORE PLACE DRIVE

NORTH LITTLE ROCK, AR 72118

**Date or dates debt was incurred**

**Last 4 digits of account number: 1344**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$231.00

---

3.112 | **Nonpriority creditor's name and mailing address**

CAP COLLEGE OF AMERICAN PATH
1113 TIMBERLINE LN

ALLEN, TX 75002

**Date or dates debt was incurred**

**Last 4 digits of account number: 1232**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,591.63

---

3.113 | **Nonpriority creditor's name and mailing address**

CAPX FUND IV, LP
AS ADMINISTRATIVE AGENT
155 N WACKER DRIVE
STE 1760
CHICAGO, IL 60606

**Date or dates debt was incurred**

**Last 4 digits of account number: 1533**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$441,528.01

---

3.114 | **Nonpriority creditor's name and mailing address**

CARDINAL HEALTH (11115039)
PO BOX 730112

DALLAS, TX 75373

**Date or dates debt was incurred**

**Last 4 digits of account number: 1068**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$158,714.48

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

|  |  |  |  |
| --- | --- | --- | --- |

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,772.23

CARDINAL NUCLEAR MED
NUCLEAR PHARMACY SERVICES
P.O. BOX 70609

CHICAGO, IL  60673-0609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 1044

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $198,478.58

CARDINAL PHARMACY
8441 TOWNESHIP LANE

DALLAS, TX  75243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 1270

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54,419.94

CARDIOVASCULAR SYSTEMS INC
DEPT. CH 19348

PALATINE, IL  60055-9348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 1287

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,888.80

CAREFUSION 211 INC.
88253 EXPEDITE WAY

CHICAGO, IL  60695-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 1819

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33,667.51

CAREFUSION 2200 INC
25146 NETWORK PL

CHICAGO, IL  60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:** 1059

Debtor _____ _____
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $95,309.50 |
|---|---|---|---|

**3.120**

**Nonpriority creditor's name and mailing address**
CAREFUSION PYXIS
PYXIS PRODUCTIONS
25082 NETWORK PLACE

CHICAGO, IL 60673-1250

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,309.50

---

**3.121**

**Nonpriority creditor's name and mailing address**
CAREFUSION SOLUTIONS, LLC
25146 NETWORK PLACE

CHICAGO, IL 60673-1250

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$87,017.04

---

**3.122**

**Nonpriority creditor's name and mailing address**
CARTER BLOODCARE
PO BOX 916068

FORT WORTH, TX 76191

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,371.97

---

**3.123**

**Nonpriority creditor's name and mailing address**
CARTER VALIDUS
4890 W. KENNEDY BLVD
STE 650

TAMPA, FL 33609

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$87,734.30

---

**3.124**

**Nonpriority creditor's name and mailing address**
CARTER/VALIDUS OPERATING PAR
4890 W. KENNEDY BLVD
STE 650

TAMPA, FL 33609

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1870

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$546,944.48

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.125 | **Nonpriority creditor's name and mailing address**<br>CASTLEROCK PERFUSION LLC<br>906 W. MCDERMOTT DR<br>STE 116-173<br><br>ALLEN, TX 75013<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1558** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,920.00 |

| 3.126 | **Nonpriority creditor's name and mailing address**<br>CAYENNE MEDICAL INC.<br>16597 N 92ND ST<br>SUITE 101<br><br>SCOTTSDALE, AZ 85260<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1913** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,280.00 |

| 3.127 | **Nonpriority creditor's name and mailing address**<br>CDW LLC<br>75 REMITTANCE DR<br>STE 1515<br><br>CHICAGO, IL 60675<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1218** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,066.43 |

| 3.128 | **Nonpriority creditor's name and mailing address**<br>CELONOVA BIOSCIENCES INC<br>PO BOX 731923<br><br>DALLAS, TX 75373<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1483** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,440.37 |

| 3.129 | **Nonpriority creditor's name and mailing address**<br>CENTRAL ADMIXTURE PHARMACY S<br>PO BOX 780404<br><br>PHILADELPHIA, PA 19178-0404<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1592** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,865.87 |

Debtor _____
        (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.130** **Nonpriority creditor's name and mailing address**

CENTURION MEDICAL PRODUCTS C
PO BOX 842816

BOSTON, MA  22842816

**Date or dates debt was incurred**

**Last 4 digits of account number: 1139**

**As of the petition filing date, the claim is:** $1,645.40
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**

CERNER HEALTH SERVICES, INC
C/O US BANK
PO BOX 959167

ST LOUIS, MO  63195-9167

**Date or dates debt was incurred**

**Last 4 digits of account number: 1812**

**As of the petition filing date, the claim is:** $3,568,891.86
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132** **Nonpriority creditor's name and mailing address**

CESAR B PENA
7311 MAPLECREST DRIVW
DALLAS, TX  75254

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $74,769.02
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133** **Nonpriority creditor's name and mailing address**

CESAR B PENA
7311 MAPLECREST DRIVW
DALLAS, TX  75254

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $57,869.12
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134** **Nonpriority creditor's name and mailing address**

CHAMBERLIN DALLAS, LLC
2346 GLENDA LANE

DALLAS, TX  75229

**Date or dates debt was incurred**

**Last 4 digits of account number: 1749**

**As of the petition filing date, the claim is:** $2,208.30
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.135**    **Nonpriority creditor's name and mailing address**

CHAN YOUNG OR KEN PARK
6628 MYRTLE BEACH DRIVE
PLANO, TX 75093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**     $79,584.12
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136**    **Nonpriority creditor's name and mailing address**

CHARLES B. LEVIN
5349 CASTLEWOOD RD
DALLAS, TX 75229

**Date or dates debt was incurred**

1/1/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**     $100,000.00
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
NOTE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137**    **Nonpriority creditor's name and mailing address**

CHARLES B. LEVIN
5349 CASTLEWOOD RD

DALLAS, TX 75229

**Date or dates debt was incurred**

**Last 4 digits of account number: 1777**

**As of the petition filing date, the claim is:**     $51,424.35
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138**    **Nonpriority creditor's name and mailing address**

CHARLES B. LEVIN
5349 CASTLEWOOD ROAD
DALLAS, TX 75229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**     $716,132.04
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139**    **Nonpriority creditor's name and mailing address**

CHARLES B. LEVIN
5349 CASTLEWOOD ROAD
DALLAS, TX 75229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**     $115,577.28
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $179,033.01 |
|---|---|---|---|

CHARLES E. MANGUM
7119 MEADOW LAKE
DALLAS, TX 75214

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $317,897.63 |
|---|---|---|---|

CHIAO YUNG LIE
744 KESSLER LAKE DRIVE
DALLAS, TX 75208

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $454,888.79 |
|---|---|---|---|

CHOPRA IMAGING CENTERS, INC.
PO BOX 301103

HOUSTON, TX 77230-1103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 1383**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $12,807.91 |
|---|---|---|---|

CITY OF DALLAS UTILITIES AND
CITY HALL, 2D SOUTH

DALLAS, TX 75277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 1240**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $45,890.00 |
|---|---|---|---|

CIVA
7150 GREENVILLE AVE
STE 650

DALLAS, TX 75231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number: 1189**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57,788.64 |
|---|---|---|---|

3.145 **Nonpriority creditor's name and mailing address**
CLARK GRIFFITH
7011 N. TANMAR
DALLAS, TX 75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,788.64

---

3.146 **Nonpriority creditor's name and mailing address**
CLARK W. GRIFFITH, MD
7011 N. TANMAR
DALLAS, TX 75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$358,066.02

---

3.147 **Nonpriority creditor's name and mailing address**
CLASSIC IMAGING
519 INTERSTATE 30 #329

ROCKWALL, TX 35087

**Date or dates debt was incurred**

**Last 4 digits of account number: 1285**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,031.32

---

3.148 **Nonpriority creditor's name and mailing address**
CLIFFORD POWERSYSTEMS INC
PO BOX 875500

KANSAS CITY, MO 64187-5500

**Date or dates debt was incurred**

**Last 4 digits of account number: 1276**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,575.33

---

3.149 **Nonpriority creditor's name and mailing address**
COASTAL LIFE SYSTEMS, INC.
1803 GRANDSTAND DRIVE
STE 101

SAN ANTONIO, TX 78238

**Date or dates debt was incurred**

**Last 4 digits of account number: 1416**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$725.18

Debtor _____
(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.150**

**Nonpriority creditor's name and mailing address**

CODING INSTITUTE LLC
2222 SEDWICK DR

DURHAM, NC 27713

**Date or dates debt was incurred**

**Last 4 digits of account number: 1942**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$969.00

---

**3.151**

**Nonpriority creditor's name and mailing address**

COHERA MEDICAL, INC.
227 FAYETTEVILLE ST

RALEIGH, NC 27601

**Date or dates debt was incurred**

**Last 4 digits of account number: 1994**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,868.00

---

**3.152**

**Nonpriority creditor's name and mailing address**

COLLIN COUNTY TREASURY
COLLIN COUNTY ADMINISTRATION BUILDING
2300 BLOOMDALE RD., SUITE 3138
MCKINNEY, TX 75071

**Date or dates debt was incurred**

**Last 4 digits of account number: 0117**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.153**

**Nonpriority creditor's name and mailing address**

COLOPLAST CORP
1601 WEST RIVER ROAD, NORTH

MINNEAPOLIS, MN 55411

**Date or dates debt was incurred**

**Last 4 digits of account number: 1093**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,403.16

---

**3.154**

**Nonpriority creditor's name and mailing address**

COMPREHENSIVE PHARMACY SERV.
PO BOX 638316

CINCINNATI, OH 45263-8316

**Date or dates debt was incurred**

**Last 4 digits of account number: 1167**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$117,907.02

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,368.84 |
| | CONMED CORPORATION | *Check all that apply.* | |

**Nonpriority creditor's name and mailing address**

3.155 CONMED CORPORATION
2208 MILAN DRIVE

FORNEY, TX 75126

**Date or dates debt was incurred**

**Last 4 digits of account number: 1027**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,368.84

---

3.156 **Nonpriority creditor's name and mailing address**
COOK MEDICAL INC
22988 NETWORK PLACE

CHICAGO, IL 60673-1229

**Date or dates debt was incurred**

**Last 4 digits of account number: 1037**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,566.28

---

3.157 **Nonpriority creditor's name and mailing address**
COOKING EQUIPMENT SPECIALIST
3040 EAST MEADOWS BLVD

MESQUITE, TX 75150

**Date or dates debt was incurred**

**Last 4 digits of account number: 1779**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,108.00

---

3.158 **Nonpriority creditor's name and mailing address**
CORIN USA, LTD
PO BOX 1065
CHURCH STREET STATION

NEW YORK, NY 10008-1065

**Date or dates debt was incurred**

**Last 4 digits of account number: 1795**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,100.00

---

3.159 **Nonpriority creditor's name and mailing address**
CORMATRIX CARDIOVASCULAR, IN
1100 OLD ELLIS RD

ROSWELL, GA 30076

**Date or dates debt was incurred**

**Last 4 digits of account number: 1474**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,400.00

Debtor    (Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.160**   **Nonpriority creditor's name and mailing address**

CORPORATE CLEANING SOLUTIONS
10445 MARKISON RD

DALLAS, TX 75038

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1307

**As of the petition filing date, the claim is:** $25,586.93
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161**   **Nonpriority creditor's name and mailing address**

CORY A. ROBERTS
1355 RIVER BEND DRIVE
DALLAS, TX 75247

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $189,929.29
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.162**   **Nonpriority creditor's name and mailing address**

CORY A. ROBERTS
1355 RIVER BEND DRIVE
DALLAS, TX 75247

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $115,738.25
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163**   **Nonpriority creditor's name and mailing address**

CORY A. ROBERTS
1355 RIVER BEND DRIVE
DALLAS, TX 75247

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $115,523.62
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164**   **Nonpriority creditor's name and mailing address**

CORY COUNTRYMAN
4726 BOWSER AVE.
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $138,228.35
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.165** **Nonpriority creditor's name and mailing address**

CORY COUNTRYMAN
4726 BOWSER AVE.
DALLAS, TX  75219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$77,730.37

---

**3.166** **Nonpriority creditor's name and mailing address**

COVIDIEN SALES LLC DBA GIVEN
PO BOX 932928

ATLANTA, GA  31193-2928

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$111,199.81

---

**3.167** **Nonpriority creditor's name and mailing address**

COWAN BENEFIT SERVICES
5110 MARYLAND WAY
SUITE 250

BRENTWOOD, TN  37027

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1186

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$100,484.45

---

**3.168** **Nonpriority creditor's name and mailing address**

CPM MEDICAL CONSULTANTS
1565 N CENTRAL EXPRESSWAY
STE 200

RICHARDSON, TX  75080

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1797

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$244,431.00

---

**3.169** **Nonpriority creditor's name and mailing address**

CPM MEDICAL CONSULTANTS LLC
FERGUSON BRASWELL & FRASER PC
C/O JOHN D FRASER
2500 DALLAS PARKWAY #501
PLANO, TX  75093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

Debtor _____
(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

---

**3.170** | **Nonpriority creditor's name and mailing address**

CRAIG LITZ
3720 STANFORD AVENUE
DALLAS, TX  75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$94,964.64

---

**3.171** | **Nonpriority creditor's name and mailing address**

CRAIG LITZ
3720 STANFORD AVENUE
DALLAS, TX  75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,761.81

---

**3.172** | **Nonpriority creditor's name and mailing address**

CREATIVE MEDICAL SOLUTIONS
1665 LAKESHORE DR

EUSTIS, FL  32726

**Date or dates debt was incurred**

**Last 4 digits of account number: 1902**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,354.50

---

**3.173** | **Nonpriority creditor's name and mailing address**

CRH MEDICAL CORPORATION
522-999 CANADA PLACE

VANCOUVER, BC  V6C 3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number: 1607**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,659.80

---

**3.174** | **Nonpriority creditor's name and mailing address**

CROTHALL HEALTHCARE INC
13028 COLLECTION CENTER DR

CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number: 1033**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$575,290.71

---

Debtor _____ Case number (if known)_____
(Name)

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,586.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
CS MEDICAL LLC
2179 EAST LYON STATION RD

CREEDMOOR, NC 27522

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,586.00

---

**3.176** **Nonpriority creditor's name and mailing address**
CUMMINGS ELETRICAL
14900 GRAND RIVER #124

FORT WORTH, TX 76155

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1966

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,565.00

---

**3.177** **Nonpriority creditor's name and mailing address**
CV REIT

**Date or dates debt was incurred**
5/8/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
NOTE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,596,944.44

---

**3.178** **Nonpriority creditor's name and mailing address**
CYNTHIA PENNINGS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$694,429.48

---

**3.179** **Nonpriority creditor's name and mailing address**
DALE YOO
8440 WALNUT HILL LANE
SUITE 700
DALLAS, TX 75231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$269,582.46

Debtor   (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.180**   **Nonpriority creditor's name and mailing address**

DALE YOO
8440 WALNUT HILL LANE
SUITE 700
DALLAS, TX  75231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$207,945.58

---

**3.181**   **Nonpriority creditor's name and mailing address**

DALE YOO
8440 WALNUT HILL LANE
SUITE 700
DALLAS, TX  75254

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$358,066.02

---

**3.182**   **Nonpriority creditor's name and mailing address**

DALLAS COUNTY TAX OFFICE
PO BOX 139066

DALLAS, TX  75313-9066

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$708,619.87

---

**3.183**   **Nonpriority creditor's name and mailing address**

DANIEL MIJARES, MD
5959 COLHURST STREET
DALLAS, TX  75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,845.53

---

**3.184**   **Nonpriority creditor's name and mailing address**

DANNY CHAN
3625 NORTHWEST PARKWAY
DALLAS, TX  75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$76,093.90

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $358,066.02 |
| --- | --- | --- | --- |

DARFAM INVESTMENT HOLDINGS, LP
431 SADDLEBACK DRIVE
FAIRVIEW, TX  75069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69,087.00 |
| --- | --- | --- | --- |

DARRYL KAWALSKY
6116 OAKCREST RD
DALLAS, TX  75248

**Date or dates debt was incurred**
1/29/2015

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
NOTE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,565.00 |
| --- | --- | --- | --- |

DARRYL KAWALSKY
6116 OAKCREST RD

DALLAS, TX  75248

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1787

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,253,231.06 |
| --- | --- | --- | --- |

DARRYL KAWALSKY
6116 OAKCREST ROAD
DALLAS, TX  75248

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $179,033.01 |
| --- | --- | --- | --- |

DARRYL KAWALSKY
6116 OAKCREST ROAD
DALLAS, TX  75248

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.190**   **Nonpriority creditor's name and mailing address**

DARRYL KAWALSKY
6116 OAKCREST ROAD
DALLAS, TX  75248

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,560.54

---

**3.191**   **Nonpriority creditor's name and mailing address**

DAVID AZOUZ, MD
PO BOX 801209
DALLAS, TX  75380

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,790,330.09

---

**3.192**   **Nonpriority creditor's name and mailing address**

DAVID R. MUSSELMAN
17827 CEDAR CREEK CANYON DRIVE
DALLAS, TX  75252

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,253,231.06

---

**3.193**   **Nonpriority creditor's name and mailing address**

DAVID R. MUSSELMAN
17827 CEDAR CREEK CANYON DRIVE
DALLAS, TX  75252

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$179,033.01

---

**3.194**   **Nonpriority creditor's name and mailing address**

DAVID R. MUSSELMAN
17827 CEDAR CREEK CANYON DRIVE
DALLAS, TX  75252

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$115,523.62

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.195**    **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINANCIAL SER
PO BOX 41602

PHILADELPHIA, PA  19101-1602

**Date or dates debt was incurred**

**Last 4 digits of account number: 1184**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,100.15

---

**3.196**    **Nonpriority creditor's name and mailing address**

DENNIS A GOODMAN
1 CENTRAL PARK WEST
#29A
NEW YORK, NY  10023

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$79,072.11

---

**3.197**    **Nonpriority creditor's name and mailing address**

DFW ELECTRIC GROUP, LLC
130 KRISTEN LANE

WYLIE, TX  75098

**Date or dates debt was incurred**

**Last 4 digits of account number: 1619**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,259.22

---

**3.198**    **Nonpriority creditor's name and mailing address**

DIAGNOSTIC HEALTH SERVICES
PO BOX 972288

DALLAS, TX  75397-2288

**Date or dates debt was incurred**

**Last 4 digits of account number: 1451**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,415.00

---

**3.199**    **Nonpriority creditor's name and mailing address**

DIANA KIM NGUYEN
3316 HAYLEY COURT
RICHARDSON, TX  75082

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$297,178.04

<table>
<tr><td>**Part 2:**</td><td>Additional Page</td></tr>
</table>

| | | Amount of claim |
|---|---|---|

| 3.200 | **Nonpriority creditor's name and mailing address** <br> DIANA NGUYEN <br> 3316 HALEY COURT <br> RICHARDSON, TX 75082 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> SURPLUS CASH NOTES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $1,074,198.05 |
| 3.201 | **Nonpriority creditor's name and mailing address** <br> DIESEL FUEL MAINTENANCE, INC <br> 3932 EVERGREEN CT <br><br> MCKINNEY, TX 75070 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1729 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $680.00 |
| 3.202 | **Nonpriority creditor's name and mailing address** <br> DR. PABLO ZEBALLOS & DR. LAURA ZEBALLOS <br> 10425 REMINGTON LANE <br> DALLAS, TX 75229 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> SURPLUS CASH NOTES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $179,033.01 |
| 3.203 | **Nonpriority creditor's name and mailing address** <br> DUC TRAN <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> SURPLUS CASH NOTES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $114,831.45 |
| 3.204 | **Nonpriority creditor's name and mailing address** <br> E. BARROW MEDICAL GROUP <br> 3230 WALNUT HILL LANE <br> SUITE 620 <br> DALLAS, TX 75231 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> SURPLUS CASH NOTES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $82,662.03 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.205**

**Nonpriority creditor's name and mailing address**

EB HUNT FAMILY LIMITED PARTNERSHIP
6330 ABERDEEN
DALLAS, TX 75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$358,066.02

---

**3.206**

**Nonpriority creditor's name and mailing address**

EBJ HOLDINGS LLC
7557 RAMBLER ROAD
DALLAS, TX 75231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$217,765.24

---

**3.207**

**Nonpriority creditor's name and mailing address**

EC2 SOFTWARE SOLUTIONS LLC
3035 E PATRICK LANE
SUITE 1

LAS VEGAS, NV 89120

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,520.00

---

**3.208**

**Nonpriority creditor's name and mailing address**

ECOLAB
GCS SERVICE, INC
PO BOX 32027

NEW YORK, NY 10087-2027

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,240.60

---

**3.209**

**Nonpriority creditor's name and mailing address**

EDDIE ALEXANDER
201 SEABOARD LANE
SUITE 100
FRANKLIN, TN 37067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$153,288.71

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.210** **Nonpriority creditor's name and mailing address**
EDWARD VALENTINE (BOOKER INDUSTRIES)
3235 NORCROSS LANE
DALLAS, TX 75229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$152,608.40

**3.211** **Nonpriority creditor's name and mailing address**
EDWARDS LIFESCIENCES LLC.
23146 NETWORK PLACE

CHICAGO, IL 60673-1231

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,536.15

**3.212** **Nonpriority creditor's name and mailing address**
EEPB PC
2950 NORTH LOOP WEST
STE 1200

HOUSTON, TX 77092

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,191.81

**3.213** **Nonpriority creditor's name and mailing address**
ELIGIBILITY CONSULTANTS
1111 DIGITAL DRIVE
STE 125

RICHARDSON, TX 75081

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$414.89

**3.214** **Nonpriority creditor's name and mailing address**
ENCON SYSTEMS, LTD. INC.
420 N. TOWN EAST BLVD

SUNNYVALE, TX 75182

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1376

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,188.68

Debtor _____ (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.215**

**Nonpriority creditor's name and mailing address**

ENDOEVOLUTION, LLC
PO BOX 775

PLYMOUTH, MA 02362

**Date or dates debt was incurred**

**Last 4 digits of account number: 1549**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,878.57

---

**3.216**

**Nonpriority creditor's name and mailing address**

ENDOLOGIX, INC
PO BOX 848291

DALLAS, TX 75284-8291

**Date or dates debt was incurred**

**Last 4 digits of account number: 1860**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$108,814.19

---

**3.217**

**Nonpriority creditor's name and mailing address**

ENTECH SALES AND SERVICE, IN
3404 GARDEN BROOK DRIVE

DALLAS, TX 75234

**Date or dates debt was incurred**

**Last 4 digits of account number: 1676**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,292.80

---

**3.218**

**Nonpriority creditor's name and mailing address**

EQUITY TRUST COMPANY DBA STERLING TRUST
CUSTODIAN FBO MORRIS M. PRIGOFF, DPM
2909 S. HAMPTON ROAD
LB #7
DALLAS, TX 75224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$179,033.01

---

**3.219**

**Nonpriority creditor's name and mailing address**

ERIC KAVOSH MD
5904 CHAPEL HILL BLVD
SUITE 103
PLANO, TX 75093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$691,983.41

---

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|

---

3.220 **Nonpriority creditor's name and mailing address**

ERIC KAVOSH MD
5904 CHAPEL HILL BLVD
SUITE 103
PLANO, TX 75093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$83,082.34

---

3.221 **Nonpriority creditor's name and mailing address**

ERIC KAVOSH MD
5904 CHAPEL HILL BLVD
SUITE 103
PLANO, TX 75093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,903.06

---

3.222 **Nonpriority creditor's name and mailing address**

ERNEST EDWARD BEECHERYL
3801 BEVERLY DRIVE
DALLAS, TX 75205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$301,681.63

---

3.223 **Nonpriority creditor's name and mailing address**

ESCREEN
PO BOX 654094

DALLAS, TX 75265-4094

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1257

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,353.00

---

3.224 **Nonpriority creditor's name and mailing address**

EWEN YI-WUEN TSENG

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$345,287.72

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45.84 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
EXALT PRINTING SOLUTIONS, LL
1875 MONETARY LANE

CARROLLTON, TX  75006

**Date or dates debt was incurred**

**Last 4 digits of account number: 1813**

**As of the petition filing date, the claim is:** $45.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226**

**Nonpriority creditor's name and mailing address**
EXTREMITY MEDICAL, LLC
300 INTERPACE PARKWAY
SUITE 410

PARSIPPANY, NJ  07054

**Date or dates debt was incurred**

**Last 4 digits of account number: 2011**

**As of the petition filing date, the claim is:** $24,673.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.227**

**Nonpriority creditor's name and mailing address**
FASTSIGNS
5920 BELTLINE RD
STE 300

DALLAS, TX  75254

**Date or dates debt was incurred**

**Last 4 digits of account number: 1522**

**As of the petition filing date, the claim is:** $4,073.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228**

**Nonpriority creditor's name and mailing address**
FEDEX
4837 CEDAR SPRINGS #315

DALLAS, TX  75219

**Date or dates debt was incurred**

**Last 4 digits of account number: 1170**

**As of the petition filing date, the claim is:** $856.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229**

**Nonpriority creditor's name and mailing address**
FELICIA TILLMAN
8160 WALNUT HILL LANE
SUITE 224
DALLAS, TX  75231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $79,991.53
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$179,033.01**

FELICIA TILLMAN TOE`
9346 W. LAKE HIGHLANDS DR.
DALLAS, TX  75218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$115,523.62**

FELICIA TILLMAN TOE`
9346 W. LAKE HIGHLANDS DR.
DALLAS, TX  75218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$83,198.32**

FELICIA TILLMAN TOE`
9346 W. LAKE HIGHLANDS DR.
DALLAS, TX  75218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,246.00**

FFF ENTERPRISES INC
1601 OLD GREENSBORO RD

KERNERSVILLE, NC  27284

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1964

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,239.00**

FIRST DATABANK, INC
500 E. 96TH STREET
STE 500

INDIANAPOLIS, IN  46240

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1888

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  (Name)  Case number (if known)

| Part 2: | Additional Page | Amount of claim |

| | | Amount of claim |

**3.235** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,466,758.67
FIRST FINANCIAL
PO BOX 87618
DEPT #2067

CHICAGO, IL  60680

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1453**

---

**3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,944.40
FIRST PARTY RECEIVABLES SOLU
5754 WEST 11TH STREET
STE 100

GREELEY, CO  80634

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1856**

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57,600.00
FIRST SLEEP, LLC
PO BOX 862

AUBREY, TX  76227-0862

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1667**

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $255,564.45
FISHER HEALTHCARE
ACCT# 059544-001
PO BOX 404705

ATLANTA, GA  30384-4705

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1013**

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $716,132.04
FOGWELL FAMILY PARTNERSHIP, LTD
7131 STEFANI DRIVE
DALLAS, TX  75225

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____ Case number (if known)_____
        (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.240 | **Nonpriority creditor's name and mailing address**<br>FORESIGHT MEDICAL MANAGEMENT<br>PO BOX 264<br><br>FAYETTEVILLE, NY  13066<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1770** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,603.00 |
|---|---|---|
| 3.241 | **Nonpriority creditor's name and mailing address**<br>FOUNDATION MEDICINE<br>PO BOX 347790<br><br>PITTSBURGH, PA  15251<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1974** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,500.00 |
| 3.242 | **Nonpriority creditor's name and mailing address**<br>FOUR RIVERS SOFTWARE SYSTEMS<br>10801-2 N MOPAC EXPRESSWAY<br>STE 400<br><br>AUSTIN, TX  78759<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1245** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,665.00 |
| 3.243 | **Nonpriority creditor's name and mailing address**<br>FRANCESCA PERUGINI, MD<br>8160 WALNUT HILL LANE<br>SUITE 224<br>DALLAS, TX  75231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $716,132.04 |
| 3.244 | **Nonpriority creditor's name and mailing address**<br>FRANK SOSSI<br>8355 ST. DANASUS<br>NASHVILLE, TN  37211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $153,288.71 |

Debtor _____  Case number _____
(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $115,523.62 |
| --- | --- | --- | --- |

3.245 **Nonpriority creditor's name and mailing address**
FRANK SOSSI
8355 ST. DANASUS
NASHVILLE, TN 37211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $115,523.62
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.246 **Nonpriority creditor's name and mailing address**
FREEDOM MEDICAL, INC
PO BOX 822704

PHILADELPHIA, PA 19182-2704

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1836

**As of the petition filing date, the claim is:** $125.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.247 **Nonpriority creditor's name and mailing address**
FRESENIUS MEDICAL CARE
10614 HASELWOOD LANE
APT # H10614

DALLAS, TX 75238

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1920

**As of the petition filing date, the claim is:** $31,583.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.248 **Nonpriority creditor's name and mailing address**
FRESHLOC TECHNOLOGIES INC
3939 BELT LINE ROAD
STE 400

ADDISON, TX 75001

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1398

**As of the petition filing date, the claim is:** $2,063.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.249 **Nonpriority creditor's name and mailing address**
FUJIFILM MEDICAL SYSTEMS USA
PO BOX 347689

PITTSBURGH, PA 15251-4689

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1824

**As of the petition filing date, the claim is:** $96,870.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____   Case number (if known) _____
        (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,533,690.08**

GARRISON LOAN AGENCY SERVICE
1290 AVENUE OF THE AMERICAS
STE 914

NEW YORK, NY  10104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1467**

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,149.00**

GARTZKE PRODUCTS INC
PO BOX 66

STOUGHTON, WI  53589

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1816**

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$70,863.13**

GARY GOFF MD PA
8440 WALNUT HILL LANE
SUITE 420
DALLAS, TX  75231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$362,541.57**

GE HEALTHCARE
PO BOX 96483

CHICAGO, IL  60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1109**

---

**3.254** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,765.58**

GE HEALTHCARE (PHARM)
PO BOX 640200

PITTSBURGH, PA  15264-0200

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1808**

Debtor _____ (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | ---: |

| 3.255 | **Nonpriority creditor's name and mailing address**<br><br>GE HEALTHCARE FIN SVC (GE)<br>PO BOX 641419<br><br>PITTSBURGH, PA 15264<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1455 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $634,930.48 |
| 3.256 | **Nonpriority creditor's name and mailing address**<br><br>GE HFS, LLC<br>LOCKE LORD LLP<br>C/O KENT HOFMANN<br>600 CONGRESS AVENUE, STE 2200<br>AUSTIN, TX 78701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.257 | **Nonpriority creditor's name and mailing address**<br><br>GEORGE MARKUS<br>2100 N. COLLINS BLVD.<br>SUITE 315<br>RICHARDSON, TX 75080<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75,778.46 |
| 3.258 | **Nonpriority creditor's name and mailing address**<br><br>GI SUPPLY<br>200 GRANDVIEW AVE<br><br>CAMP HILL, PA 17011-1706<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1497 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $313.00 |
| 3.259 | **Nonpriority creditor's name and mailing address**<br><br>GIVEN IMAGING<br>3950 SHACKLEFORD ROAD<br>SUITE 500<br><br>DULUTH, GA 30096<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1610 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,449.95 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.260** | **Nonpriority creditor's name and mailing address**

GLOBAL MEDICAL IMAGING
222 RAMPART ST.
CHARLOTTE, NC  28203

**Date or dates debt was incurred**

**Last 4 digits of account number: 2050**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,950.00

---

**3.261** | **Nonpriority creditor's name and mailing address**

GRACE V. KUMAR, MD
6142 ROYALTON DRIVE
DALLAS, TX  75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$179,033.01

---

**3.262** | **Nonpriority creditor's name and mailing address**

GRAINGER
1411 LAURA DR

WYLIE, TX  75098

**Date or dates debt was incurred**

**Last 4 digits of account number: 1108**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,652.45

---

**3.263** | **Nonpriority creditor's name and mailing address**

GRAPHICS GROUP, INC.
2800 TAYLOR STREET

DALLAS, TX  75226-1906

**Date or dates debt was incurred**

**Last 4 digits of account number: 1901**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,622.92

---

**3.264** | **Nonpriority creditor's name and mailing address**

GREAT BASIN  SCIENTIFIC, INC
420 E SOUTH TEMPLE, SUITE 520
SALT LAKE CITY, UT  84111

**Date or dates debt was incurred**

**Last 4 digits of account number: 2055**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$221.00

Debtor _____ Case number (if known) _____
        (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.265** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,353.13
*Check all that apply.*

GREAT SOUTHWESTERN FIRE & SA
310 W COMMERCE ST.
DALLAS, TX 75208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 2042

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $231,047.25
*Check all that apply.*

GREGORY HOSLER
4522 ARCADY AVENUE
DALLAS, TX 75205

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $189,929.29
*Check all that apply.*

GREGORY HOSLER
4522 ARCADY AVENUE
DALLAS, TX 75205

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,778.08
*Check all that apply.*

GROUPONE SERVICES INC
250 DECKER DRIVE

IRVING, TX 75062-2706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1019

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,480.00
*Check all that apply.*

GTR MEDICAL GROUP, LLC
5164 VILLAGE CREEK DR
SUITE 200

PLANO, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1908

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.270** **Nonpriority creditor's name and mailing address**

GUERBET LLC
DEPT CH 19815

PALANTINE, IL  60055-9815

**Date or dates debt was incurred**

**Last 4 digits of account number: 1495**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,305.55

---

**3.271** **Nonpriority creditor's name and mailing address**

HAEMONETICS CORPORATION
24849 NETWORK PLACE

CHICAGO, IL  606731248

**Date or dates debt was incurred**

**Last 4 digits of account number: 1183**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,825.17

---

**3.272** **Nonpriority creditor's name and mailing address**

HALYARD SALES, INC
PO BOX 732583

DALLAS, TS  75373-2583

**Date or dates debt was incurred**

**Last 4 digits of account number: 1719**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,054.50

---

**3.273** **Nonpriority creditor's name and mailing address**

HANIL, LLC
4236 CRESTFIELD DRIVE
RICHARDSON, TX  75082

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$159,021.96

---

**3.274** **Nonpriority creditor's name and mailing address**

HARDY DIAGNOSTICS
PO BOX 645264

CINCINNATI, OH  45264-5264

**Date or dates debt was incurred**

**Last 4 digits of account number: 1277**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,233.54

Debtor _____ Case number (if known) _____
        (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.275 | **Nonpriority creditor's name and mailing address**<br>HARMAN MD PLLC<br>17110 DALLAS PARKWAY<br>SUITE 290<br>DALLAS, TX 75248<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $76,234.10 |

| 3.276 | **Nonpriority creditor's name and mailing address**<br>HC-7502 GREENVILLE AVE, LLC<br>4890 W. KENNEDY BLVD<br>STE 650<br><br>TAMPA, FL 33609<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1385 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,767,385.75 |

| 3.277 | **Nonpriority creditor's name and mailing address**<br>HCPRO<br>PO BOX 5094<br><br>BRENTWOOD, TN 37024<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1274 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $724.20 |

| 3.278 | **Nonpriority creditor's name and mailing address**<br>HD SUPPLY FACILITIES MAINTEN<br>PO BOX 509058<br><br>SAN DIEGO, CA 92150-9058<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1259 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $29.17 |

| 3.279 | **Nonpriority creditor's name and mailing address**<br>HEALTH CARE LOGISTICS INC<br>450 E TOWN ST<br>PO BOX 400<br><br>CIRCLEVILLE, OH 43113-0400<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1267 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,979.09 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $321.20 |
| --- | --- | --- | --- |

HEALTH CONNECT PARTNERS
65 BUSINESS PARK DR.
LEBANON, TN  37090

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 0152

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,800.00 |
| --- | --- | --- | --- |

HEALTHCARE DEVELOPMENT RESOU
1817 WATERSTONE CT

FRANKLIN, TN  37069

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1422

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $382.73 |
| --- | --- | --- | --- |

HEALTHMARK INDUSTRIES
DEPT 7058
PO BOX 30516

LANSING, MI  48909-8016

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1876

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $71,040.00 |
| --- | --- | --- | --- |

HEALTHPARK HOSPITALITY
181 S NORTHWEST HWY

BARRINGTON, IL  60010

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1358

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $918.03 |
| --- | --- | --- | --- |

HEALTHPORT
PO BOX 409669

ATLANTA, GA  30384-9669

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1399

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,521.13 |

**Nonpriority creditor's name and mailing address**
HEALTHSTREAM INC
PO BOX 102817

ATLANTA, GA 30368-2817

**Date or dates debt was incurred**

**Last 4 digits of account number: 1365**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,521.13

---

3.286 **Nonpriority creditor's name and mailing address**
HILLCREST BANK
PO BOX 26528

KANSAS CITY, MO 64196-6528

**Date or dates debt was incurred**

**Last 4 digits of account number: 1454**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$387,155.51

---

3.287 **Nonpriority creditor's name and mailing address**
HILL-ROM COMPANY, INC
955 W GEORGE BUSH   1111

RICHARDSON, TX 75080

**Date or dates debt was incurred**

**Last 4 digits of account number: 1096**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,845.00

---

3.288 **Nonpriority creditor's name and mailing address**
HMP COMMUNICATIONS
70 E SWEDESFORD RD #100
MALVERN, PA 19355

**Date or dates debt was incurred**

**Last 4 digits of account number: 2048**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,191.00

---

3.289 **Nonpriority creditor's name and mailing address**
HOANG NGUYEN
3316 HAYLEY CT

RICHARDSON, TX 75082

**Date or dates debt was incurred**

**Last 4 digits of account number: 1382**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,675.00

Debtor _____ Case number (if known)_____
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.290** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44,017.01

HOLLAND & KNIGHT
PO BOX 864084

ORLANDO, FL 32886-4084

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1600**

---

**3.291** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,356.62

HOLOGIC, INC
24506 NETWORK PLACE

CHICAGO, IL 60673-1245

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1469**

---

**3.292** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,118.52

HOME DEPOT
DEPT 32-2645041363
PO BOX 183176

COLUMBUS, OH 43218-3176

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1480**

---

**3.293** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,398.74

HOSPIRA WORLDWIDE, INC.
75 REMITTANCE DRIVE
STE 6136

CHICAGO, IL 60675-6136

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1714**

---

**3.294** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $447.93

HOTLINE DELIVERY SYSTEMS
615 WESTPORT PARKWAY
STE 400

GRAPEVINE, TX 76051

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1369**

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.295 | **Nonpriority creditor's name and mailing address**<br><br>HUNG B. CHU, M.D.<br>5518 MATALEE AVENUE<br>DALLAS, TX 75206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $92,707.17 |
| 3.296 | **Nonpriority creditor's name and mailing address**<br><br>HUNTINGTON TECHNOLOGY FINANC<br>2285 FRANKLIN ROAD<br><br>BLOOMFIELD HILLS, MI 48302<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1852 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $722,812.00 |
| 3.297 | **Nonpriority creditor's name and mailing address**<br><br>ID CARD GROUP<br>3410 INDUSTRIAL BLVD<br>STE 105<br><br>WEST SACRAMENTO, CA 95691<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1560 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,090.00 |
| 3.298 | **Nonpriority creditor's name and mailing address**<br><br>IMPRIVATA INC<br>10 MAGUIRE RD<br>BLDG 1 STE 125<br><br>LEXINGTON, MA 02421<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1818 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,103.77 |
| 3.299 | **Nonpriority creditor's name and mailing address**<br><br>INDEED, INC<br>MAIL CODE 5160<br>PO BOX 660367<br><br>DALLAS, TX 75266-0367<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1204 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,000.00 |

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,723.90 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
INDEMAND INTERPRETING
555 ANDOVER PARK WEST
STE 201

TUKWILA, WA  98188

**Date or dates debt was incurred**

**Last 4 digits of account number: 1295**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,723.90

---

3.301

**Nonpriority creditor's name and mailing address**
INPRO CORPORATION
PO BOX 720

MUSKEGO, WI  53150

**Date or dates debt was incurred**

**Last 4 digits of account number: 1603**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,395.81

---

3.302

**Nonpriority creditor's name and mailing address**
INTEGRA LIFESCIENCES CORP
PO BOX 404129

ATLANTA, GA  30384-4129

**Date or dates debt was incurred**

**Last 4 digits of account number: 1085**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,546.00

---

3.303

**Nonpriority creditor's name and mailing address**
INTERNATIONAL TECHNIDYNE COR
101 GALLOPING TRAIL

FORNEY, TX  75126

**Date or dates debt was incurred**

**Last 4 digits of account number: 1334**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,242.00

---

3.304

**Nonpriority creditor's name and mailing address**
INVUITY, INC
DEPT CH 19705

PALESTINE, IL  60055-9705

**Date or dates debt was incurred**

**Last 4 digits of account number: 1520**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,556.79

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.305** | **Nonpriority creditor's name and mailing address**
JAC RECEIVABLES PURCHASING, LLC
2467 CREEKWOOD DRIVE
CEDAR HILL, TX 75104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$40,949.92

---

**3.306** | **Nonpriority creditor's name and mailing address**
JACK W. SPITZBERG, MD
3510 TURTLE CREEK BLVD
SUITE 9A
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$179,033.01

---

**3.307** | **Nonpriority creditor's name and mailing address**
JACK WOLF SPITZBERG
3510 TURTLE CREEK BLVD
STE 9A
DALLAS, TX 75219

**Date or dates debt was incurred**
1/1/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
NOTE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$100,000.00

---

**3.308** | **Nonpriority creditor's name and mailing address**
JACK WOLF SPITZBERG
3510 TURTLE CREEK BLVD
STE 9A

DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number: 1771**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,424.35

---

**3.309** | **Nonpriority creditor's name and mailing address**
JAMES C. HAYHURST
3312 BRYN MAWR
DALLAS, TX 75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$81,071.24

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.310 | **Nonpriority creditor's name and mailing address**<br><br>JAMES CHANEZ<br>2718 OAK POINT<br>GARLAND, TX 75044<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $179,033.01 |
| 3.311 | **Nonpriority creditor's name and mailing address**<br><br>JAMES CHANEZ<br>2718 OAK POINT<br>GARLAND, TX 75044<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $115,523.62 |
| 3.312 | **Nonpriority creditor's name and mailing address**<br><br>JAMES CHANEZ<br>2718 OAK POINT<br>GARLAND, TX 75044<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $78,451.41 |
| 3.313 | **Nonpriority creditor's name and mailing address**<br><br>JAMES M. REDPATH<br>6497 CLIFFBROOK DRIVE<br>DALLAS, TX 75254<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $163,195.82 |
| 3.314 | **Nonpriority creditor's name and mailing address**<br><br>JANE E. NOKLEBERG<br>3230 CENTENARY AVENUE<br>DALLAS, TX 75225<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $502,802.72 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.315**

**Nonpriority creditor's name and mailing address**

JANE E. NOKLEBERG
3230 CENTENARY AVENUE
DALLAS, TX  75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$358,066.02

---

**3.316**

**Nonpriority creditor's name and mailing address**

JANE E. NOKLEBERG
3230 CENTENARY AVENUE
DALLAS, TX  75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$346,731.84

---

**3.317**

**Nonpriority creditor's name and mailing address**

JARED KAWALSKY
6116 OAKCREST RD
DALLAS, TX  75248

**Date or dates debt was incurred**

5/4/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
NOTE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,000.00

---

**3.318**

**Nonpriority creditor's name and mailing address**

JASON'S DELI
DEPT #271
PO BOX 4869

HOUSTON, TX  77210-4869

**Date or dates debt was incurred**

**Last 4 digits of account number: 1021**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,350.11

---

**3.319**

**Nonpriority creditor's name and mailing address**

JAY M. JONES, MD
5461 LASIERRA
DALLAS, TX  75231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$179,033.01

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $358,066.02 |
|---|---|---|---|
| | JEB S. MIERS, MD<br>8210 WALNUT HILL LANE<br>SUITE 416<br>DALLAS, TX  75231 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>SURPLUS CASH NOTES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $183,946.45 |
|---|---|---|---|
| | JEFFREY S. WENZEL, MD | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>SURPLUS CASH NOTES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97,626.60 |
|---|---|---|---|
| | JIVESH SHARMA, M.D.<br>1749 HILTON HEAD LANE<br>FRISCO, TX  75034 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>SURPLUS CASH NOTES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67,629.31 |
|---|---|---|---|
| | JOHN GEORGE MD<br>8088 PARK LANE<br>SUITE 504<br>DALLAS, TX  75231 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>SURPLUS CASH NOTES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,790,330.09 |
|---|---|---|---|
| | JOHN L. TAN<br>6315 ROYALTON DRIVE<br>DALLAS, TX  75230 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>SURPLUS CASH NOTES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.325** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $275,919.68

JOHN L. TAN
6315 ROYALTON DRIVE
DALLAS, TX  75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address** | $1,253,247.16

JOHN L. TAN, M.D.
6315 ROYALTON DRIVE
DALLAS, TX  75231

**Date or dates debt was incurred**

6/10/2014

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
NOTE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.327** | **Nonpriority creditor's name and mailing address** | $153,288.71

JOHN PRATER
6354 SHADOW RIDGE COURT
BRENTWOOD, TN  37027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | $1,155,772.80

JOHN TAN AND KHANH HOANG
6315 ROYALTON DRIVE
DALLAS, TX  75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | $152.00

JOHNSON & BRYAN
PO BOX 20138

ATLANTA, GA  30325

**Date or dates debt was incurred**

**Last 4 digits of account number: 1438**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.330** **Nonpriority creditor's name and mailing address**

JOHNSON & JOHNSON HEALTH CAR
J&J HEALTH CARE SYSTEMS INC
5972 COLLECTION CENTER DR

CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1094

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,658.11

---

**3.331** **Nonpriority creditor's name and mailing address**

JOHNSON & ROUNDTREE PREMIUM
6160 LUSK BLVD.
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,002.18

---

**3.332** **Nonpriority creditor's name and mailing address**

JONATHAN C. COUNTRYMAN
4726 BOWSER AVE.
DALLAS, TX  75219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$185,926.51

---

**3.333** **Nonpriority creditor's name and mailing address**

JORDAN PASTOREK, M.D.
3829 CATHEDRAL LAKE DR.
FRISCO, TX  75034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$242,536.58

---

**3.334** **Nonpriority creditor's name and mailing address**

JRF ORTHO
PO BOX 843549

KANSAS CITY, MO  64184-3549

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1891

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,446.00

---

Debtor _____ Case number (if known)_____
           (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $358,066.02 |
|  | JULYE NESBITT CAREW, MD 3809 PURDUE AVENUE DALLAS, TX 75225 | ☐ Contingent ☒ Unliquidated ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** SURPLUS CASH NOTES |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes |  |

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $342.31 |
|---|---|---|---|
|  | KARCHER NORTH AMERICAN INC DEPT CH 19244 PALATINE, IL 60055-9244 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR |  |
|  | **Last 4 digits of account number:** 1924 | **Is the claim subject to offset?** ☒ No ☐ Yes |  |

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $115,523.62 |
|---|---|---|---|
|  | KAREN SALAND 6033 ROYALCREST DALLAS, TX 75230 | ☐ Contingent ☒ Unliquidated ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** SURPLUS CASH NOTES |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes |  |

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,856.88 |
|---|---|---|---|
|  | KCI USA INC PO BOX 301557 DALLAS, TX 75303-1557 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR |  |
|  | **Last 4 digits of account number:** 1023 | **Is the claim subject to offset?** ☒ No ☐ Yes |  |

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $693,463.68 |
|---|---|---|---|
|  | KEN PARK 6628 MYRTLE BEACH DRIVE PLANO, TX 75093 | ☐ Contingent ☒ Unliquidated ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** SURPLUS CASH NOTES |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes |  |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.340 | **Nonpriority creditor's name and mailing address**<br>KENNEDY WILSON<br>324 W 8TH ST<br><br>DALLAS, TX  75208<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1249 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,669.39 |

| 3.341 | **Nonpriority creditor's name and mailing address**<br>KENNETH SALAND<br>6033 ROYALCREST<br>DALLAS, TX  75230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,076,201.54 |

| 3.342 | **Nonpriority creditor's name and mailing address**<br>KHANH L. HOANG<br>6315 ROYALTON DRIVE<br>DALLAS, TX  75230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,432,264.07 |

| 3.343 | **Nonpriority creditor's name and mailing address**<br>KHANH L. HOANG<br>6315 ROYALTON DRIVE<br>DALLAS, TX  75230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $358,066.02 |

| 3.344 | **Nonpriority creditor's name and mailing address**<br>KHETPAL FAMILY TRUST<br>1275 MOCKINGBIRD LANE<br>DURANT, OK  74701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,074,198.05 |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.345 | **Nonpriority creditor's name and mailing address**<br>KIMBROUGH FIRE EXTINGUISHER<br>4112 PARKER STREET<br><br>AMARILLO, TX  79110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1938 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $760.24 |
|---|---|---|---|

| 3.346 | **Nonpriority creditor's name and mailing address**<br>KINAMED INC<br>820 FLYNN RD.<br><br>CAMARILLO, CA  93012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1670 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,645.00 |

| 3.347 | **Nonpriority creditor's name and mailing address**<br>L2 SURGICAL, LLC<br>5710 LBJ FREEWAY STE#300<br><br>DALLAS, TX  75240<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1965 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,000.00 |

| 3.348 | **Nonpriority creditor's name and mailing address**<br>LABCORP OF AMERICA HOLDINGS<br>PO BOX 12140<br><br>BURLINGTON, NC  27216-2140<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1951 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,698.46 |

| 3.349 | **Nonpriority creditor's name and mailing address**<br>LABRESOURCE, INC<br>501 AVIATOR DRIVE<br><br>FORT WORTH, TX  76179<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1946 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,164.18 |

Debtor _____
(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.350** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91.89
---

**Nonpriority creditor's name and mailing address**

LAKE HIGHLANDS FLOWERS
9661 AUDELIA ROAD
STE 118

DALLAS, TX 75238

**Date or dates debt was incurred**

**Last 4 digits of account number: 1650**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$91.89

---

**3.351** **Nonpriority creditor's name and mailing address**

LANDAUER, INC
PO BOX 809051

CHICAGO, IL 60680-9051

**Date or dates debt was incurred**

**Last 4 digits of account number: 1269**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,152.85

---

**3.352** **Nonpriority creditor's name and mailing address**

LARRY DULLYE, DO
4361 WEST LAWTHER DRIVE
DALLAS, TX 75214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,433.38

---

**3.353** **Nonpriority creditor's name and mailing address**

LEMAITRE VASCULAR INC
PO BOX 978979

DALLAS, TX 75397-8979

**Date or dates debt was incurred**

**Last 4 digits of account number: 1702**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$389.28

---

**3.354** **Nonpriority creditor's name and mailing address**

LEONARD M. BEHR
5115 QUAIL LAKE DRIVE
DALLAS, TX 75287

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,613.20

---

Debtor _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.355**    **Nonpriority creditor's name and mailing address**

LEXION MEDICAL LLC
545 ATWATER CIRCLE

ST PAUL, MN  55103

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,207.32

---

**3.356**    **Nonpriority creditor's name and mailing address**

LIBERY TRUST COMPANY, LTD CUSTODIAN FBO ANN W. STILLMAN IRA #TC004301
3608 BRYN MAUR DRIVE
DALLAS, TX  75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,845.53

---

**3.357**    **Nonpriority creditor's name and mailing address**

LIBERY TRUST COMPANY, LTD CUSTODIAN FBO WILLIAM THOMPSON IRA TC004440
11527 ROYALSHIRE DRIVE
DALLAS, TX  75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$221,318.31

---

**3.358**    **Nonpriority creditor's name and mailing address**

LIESL BREDESON SMITH, MD
3429 AMHERST AVENUE
DALLAS, TX  75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$716,132.04

---

**3.359**    **Nonpriority creditor's name and mailing address**

LIFECELL CORPORATION
ONE MILLENNIUM WAY

BRANCHBURG, NJ  08876

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1900

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,626.00

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

### 3.360

**Nonpriority creditor's name and mailing address**

LIFENET HEALTH
PO BOX 79636

BALTIMORE, MD 21279-0636

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1584

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,474.00

---

### 3.361

**Nonpriority creditor's name and mailing address**

LIFESTAR INVESTMENTS, LLC
3316 HALEY COURT
RICHARDSON, TX 75082

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,238,241.85

---

### 3.362

**Nonpriority creditor's name and mailing address**

LINA MEDICAL USA, INC
PO BOX 2503

NORCROSS, GA 30091

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,621.88

---

### 3.363

**Nonpriority creditor's name and mailing address**

LUCKY ATUL CHOPRA, M.D.
16 CRESTWOOD
HOUSTON, TX 77007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$803,658.74

---

### 3.364

**Nonpriority creditor's name and mailing address**

LUIS F. PARADA
3401 LEE PARKWAY
#1208
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$162,292.96

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.365 | **Nonpriority creditor's name and mailing address**<br><br>LUTHER H. RAMSEY<br>PO BOX 153684<br><br>IRVING, TX 75015<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1831 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,000.00 |
| 3.366 | **Nonpriority creditor's name and mailing address**<br><br>MAHMOOD ALI, M.D.<br>6350 VANDERBILT AVENUE<br>DALLAS, TX 75214<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $358,066.02 |
| 3.367 | **Nonpriority creditor's name and mailing address**<br><br>MANISH GUPTA<br>2805 MOUNTAIN LAUREL LANE<br>PLANO, TX 75093<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $179,033.01 |
| 3.368 | **Nonpriority creditor's name and mailing address**<br><br>MAQUET MEDICAL SYSTEMS USA<br>7702 ISABELLA DR APT D<br><br>PORT RICHEY, FL 34668<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1118 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,797.80 |
| 3.369 | **Nonpriority creditor's name and mailing address**<br><br>MARGOT & ADAM CARTER<br>3913 AMHERST AVENUE<br>DALLAS, TX 75225<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88,763.76 |

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.370** **Nonpriority creditor's name and mailing address**

MARKETLAB INC
3027 MOMENTUM PLACE

CHICAGO, IL 60689-5330

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1356

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,641.53

---

**3.371** **Nonpriority creditor's name and mailing address**

MARTIN R BERK
12208 PARK FOREST DR
DALLAS, TX 75230

**Date or dates debt was incurred**

1/1/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
NOTE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,664.11

---

**3.372** **Nonpriority creditor's name and mailing address**

MARTIN R BERK
12208 PARK FOREST DR

DALLAS, TX 75230

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1769

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,078.96

---

**3.373** **Nonpriority creditor's name and mailing address**

MARTIN RUSSEL BERK
12208 PARK FOREST DRIVE
DALLAS, TX 75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$895,165.04

---

**3.374** **Nonpriority creditor's name and mailing address**

MATTHEW LEWIN
4330 NORTHCREST ROAD
DALLAS, TX 75229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$189,929.29

---

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.375 | **Nonpriority creditor's name and mailing address**<br>MATTHEW LEWIN<br>4330 NORTHCREST ROAD<br>DALLAS, TX 75229<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $173,607.37 |
| 3.376 | **Nonpriority creditor's name and mailing address**<br>MCCONNELL ORTHOPEDIC MANUFAC<br>PO BOX 8306<br><br>GREENVILLE, TX 75404<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1691 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,928.00 |
| 3.377 | **Nonpriority creditor's name and mailing address**<br>MCKESSON TECHNOLOGIES INC.<br>22423 NETWORK PLACE<br><br>CHICAGO, IL 60673-1219<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1281 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57,605.35 |
| 3.378 | **Nonpriority creditor's name and mailing address**<br>MCRC GROUP<br>352 SEVENTH AVE<br>STE 1602<br><br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1857 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $156,639.27 |
| 3.379 | **Nonpriority creditor's name and mailing address**<br>MD BUYLINE<br>5910 N. CENTRAL EXPY<br>SUITE 1800<br><br>DALLAS, TX 75206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1311 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,248.00 |

**Part 2:**   Additional Page

| | | Amount of claim |
|---|---|---|

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,914.40 |
|---|---|---|---|

3.380 **Nonpriority creditor's name and mailing address**

MED FUSION LLC
PO BOX 222137

DALLAS, TX  75222-2137

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1785

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,914.40

---

3.381 **Nonpriority creditor's name and mailing address**

MED IT ASSOCIATES LLC
846 POSSOM TROT HOLLOW RD

WHITEWRIGHT, TX  75491

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1275

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,000.00

---

3.382 **Nonpriority creditor's name and mailing address**

MEDACTA USA, INC.
PO BOX 848515

LOS ANGELES, CA  90084-8515

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1651

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,885.00

---

3.383 **Nonpriority creditor's name and mailing address**

MEDASSETS INC
PO BOX 405652

ATLANTA, GA  30384-5652

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1261

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$183,126.19

---

3.384 **Nonpriority creditor's name and mailing address**

MEDICAL SOLUTIONS
1010 N 102ND STREET
SUITE 300

OMAHA, NE  68114

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1980

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$183,674.89

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.385 | **Nonpriority creditor's name and mailing address**<br>MEDICAL STAFFING OPTIONS<br>PO BOX 404322<br><br>ATLANTA, GA  30384-4322<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1673** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,337.77 |
| 3.386 | **Nonpriority creditor's name and mailing address**<br>MEDICOS<br>1910 SILVER STREET<br><br>GARLAND, TX  75042<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1515** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $448.00 |
| 3.387 | **Nonpriority creditor's name and mailing address**<br>MEDI-DOSE INCORPORATED<br>70 INDUSTRIAL DR.<br>WARMINSTER, PA  18974<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2045** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $806.28 |
| 3.388 | **Nonpriority creditor's name and mailing address**<br>MEDISTAR CORPORATION<br>7660 WOODWAY, SUITE 160<br>HOUSTON, TX  77063<br><br>**Date or dates debt was incurred**<br>9/17/2014<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>NOTE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,103,008.73 |
| 3.389 | **Nonpriority creditor's name and mailing address**<br>MEDISTAR CORPORATION<br>7660 WOODWAY, SUITE 160<br><br>HOUSTON, TX  77063<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1721** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $636.89 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | ($178.61) |
| | MEDIVATORS<br>14605 28TH AVE NORTH | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | MINNEAPOLIS, MN  55447-4829 | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** 1788 | ☒ No<br>☐ Yes | |

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $252,144.50 |
| | MEDLINE INDUSTRIES, INC<br>DEPT 1080<br>PO BOX 121080 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | DALLAS, TX  75312-1080 | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** 1035 | ☒ No<br>☐ Yes | |

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $186.76 |
| | MEDMARC COMPANY<br>415 N. MAIN STREET #106 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | EULESS, TX  76039 | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** 1353 | ☒ No<br>☐ Yes | |

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $941.76 |
| | MEDOVATIONS<br>27270 NETWORK PL | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | CHICAGO, IL  60673-1272 | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** 1475 | ☒ No<br>☐ Yes | |

| 3.394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $775,078.60 |
| | MEDTRONIC USA INC<br>PO BOX 409201 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | ATLANTA, GA  30384-9201 | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** 1073 | ☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.395** | **Nonpriority creditor's name and mailing address**
MEDUSA GROUP LLC
DOMINION PLAZA
17304 PRESTON RD STE 800

DALLAS, TX 75252

**Date or dates debt was incurred**

**Last 4 digits of account number: 1640**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$350,431.00

---

**3.396** | **Nonpriority creditor's name and mailing address**
MEDUSA GROUP LLC
FERGUSON BRASWELL & FRASER PC
C/O JOHN D FRASER
2500 DALLAS PARKWAY #501
PLANO, TX 75093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.397** | **Nonpriority creditor's name and mailing address**
MENTOR
15600 COLLECTIONS CENTER DR

CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number: 1564**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,131.59

---

**3.398** | **Nonpriority creditor's name and mailing address**
MERIT MEDICAL SYSTEMS, INC
PO BOX 204842

DALLAS, TX 75320-4842

**Date or dates debt was incurred**

**Last 4 digits of account number: 1436**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,688.52

---

**3.399** | **Nonpriority creditor's name and mailing address**
MERRY X-RAY/ SOURCEONE HEALT
4444 VIEWRIDGE AVE, STE A

SAN DIEGO, CA 92123

**Date or dates debt was incurred**

**Last 4 digits of account number: 1074**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$486.64

Debtor _____ Case number (if known)_____

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,782.51 |
| --- | --- | --- | --- |

3.400 **Nonpriority creditor's name and mailing address**
MESA LABORATORIES, INC.
11012 JEFFREY'S BAY

FRISCO, TX 75035

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,782.51

---

3.401 **Nonpriority creditor's name and mailing address**
MICHAEL LANDGARTEN
5716 CAVENDER DRIVE
PLANO, TX 75093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,388.96

---

3.402 **Nonpriority creditor's name and mailing address**
MICROSCOPE & MICROTOME SRVC
1935 W STATE ST.
GARLAND, TX 75042

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$81.19

---

3.403 **Nonpriority creditor's name and mailing address**
MICROTEK MEDICAL INC/ECOLAB
602 LEHMBERG RD

COLUMBUS, MS 39702

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1692

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,664.34

---

3.404 **Nonpriority creditor's name and mailing address**
MILLENNIUM SURGICAL CORP.
822 MONTGOMERY AVE. STE #20

NARBERTH, PA 19072

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,725.00

Debtor

(Name)

| Part 2: | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td align="right">Amount of claim</td></tr>
</table>

---

**3.405**  **Nonpriority creditor's name and mailing address**

MILLENNIUM TRUST COMPANY, LLC CUST FBO RANDALL P
MAYDEW ROTH IRA XXXX28012
2001 SPRING ROAD
SUITE 700
OAK BROOK, IL  60523

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$164,714.31

---

**3.406**  **Nonpriority creditor's name and mailing address**

MIMEDX GROUP INC
1775 WEST OAK COMMONS COURT

MARIETTA, GA  30062-2254

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,051.00

---

**3.407**  **Nonpriority creditor's name and mailing address**

MINDRAY NORTH AMERICA
24312 NETWORK PL

CHICAGO, IL  60673-1243

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$158,366.42

---

**3.408**  **Nonpriority creditor's name and mailing address**

MOBILE INSTRUMENT SERVICE &
333 WATER AVE

BELLEFONTAINE, OH  43311-1777

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,430.62

---

**3.409**  **Nonpriority creditor's name and mailing address**

MOBILE SURGICAL TECHNOLOGIES
17817 DAVENPORT RD
STE 315

DALLAS, TX  75252

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$974.25

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **3.410** | **Nonpriority creditor's name and mailing address**<br>MOHIUDIN ZEB<br>5128 S HIGHWAY 205<br>ROCK WALL, TX 75032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $358,066.02 |
| **3.411** | **Nonpriority creditor's name and mailing address**<br>MONITORING CONCEPTS<br>3100 MONTICELLE<br>STE 210<br><br>DALLAS, TX 75205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1810 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36,600.00 |
| **3.412** | **Nonpriority creditor's name and mailing address**<br>MOREDIRECT, INC<br>PO BOX 536464<br><br>PITTSBURGH, PA 15253-5906<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1872 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,355.75 |
| **3.413** | **Nonpriority creditor's name and mailing address**<br>MORRISON & HEAD, LP<br>4210 SPICEWOOD SPRINGS RD<br>STE 211<br><br>AUSTIN, TX 78759<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1832 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,000.00 |
| **3.414** | **Nonpriority creditor's name and mailing address**<br>MORRISON MANAGEMENT SPECIALI<br>PO BOX 102289<br><br>ATLANTA, GA 30368<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1040 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $391,008.23 |

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,237.41 |
|---|---|---|---|

3.415   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $7,237.41

MORTARA INSTRUMENTS, INC
7865 N 86TH ST

MILWAUKEE, WI 53224

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number: 1201**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.416   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $1,074,198.05

MOSHE FELDHENDLER
6815 SAWMILL ROAD
DALLAS, TX 75252

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.417   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $716,132.04

MOSHE FELDHENDLER
6815 SAWMILL ROAD
DALLAS, TX 75252

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.418   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $52,820.00

MRM MEDICAL INC
5164 VILLAGE CREEK DR
STE 200

PLANO, TX 75093

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number: 1764**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.419   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $632.00

MUSCULOSKELETAL TRANSPLANT F
PO BOX 415911

BOSTON, MA 02241

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number: 1791**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.420 | **Nonpriority creditor's name and mailing address**<br><br>MUSTAFA DOHADWALA, MD<br>8 9TH STREET<br>UNIT B01<br>MEDFORD, MA  2155<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $159,241.39 |

| 3.421 | **Nonpriority creditor's name and mailing address**<br><br>MUSTAFA DOHADWALA, MD<br>8 9TH STREET<br>UNIT B01<br>MEDFORD, MA  2155<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $73,909.07 |

| 3.422 | **Nonpriority creditor's name and mailing address**<br><br>NABEEL FARAH<br>3347 BLACKBURN<br>APARTMENT 10202<br>DALLAS, TX  75204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $1,432,264.07 |

| 3.423 | **Nonpriority creditor's name and mailing address**<br><br>NABEEL FARAH<br>3347 BLACKBURN<br>APARTMENT 10202<br>DALLAS, TX  75204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $163,195.82 |

| 3.424 | **Nonpriority creditor's name and mailing address**<br><br>NABEEL FARAH<br>3347 BLACKBURN<br>APARTMENT 10202<br>DALLAS, TX  75204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $115,577.28 |

**Part 2:**  Additional Page

| | | Amount of claim |
|---|---|---|

| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $179,033.01 |
|---|---|---|---|

NADEEM AHMAD SIDDIQUI
1427 RIO GRANDE DRIVE
ALLEN, TX 75013

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

NALCO COMPANY
PO BOX 730005



DALLAS, TX 75373-0005

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1331

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $155,893.37 |
|---|---|---|---|

NANAK TRUST
5112 SILVER LAKE DRIVE
PLANO, TX 75093

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $79,510.98 |
|---|---|---|---|

NASIR KAFAI
8509 SEVERN COURT
PLANO, TX 75024

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $179,033.01 |
|---|---|---|---|

NATALIE CHAMBLISS LIGHT
8160 WALNUT HILL LANE
SUITE 224
DALLAS, TX 75231

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|
| | | | | Amount of claim |

| 3.430 | **Nonpriority creditor's name and mailing address**<br><br>NATALIE CHAMBLISS LIGHT<br>8160 WALNUT HILL LANE<br>SUITE 224<br>DALLAS, TX  75231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $79,991.53 |

| 3.431 | **Nonpriority creditor's name and mailing address**<br><br>NATALIE CHAMBLISS LIGHT<br>8160 WALNUT HILL LANE<br>SUITE 224<br>DALLAS, TX  75231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $57,734.98 |

| 3.432 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL NEUROMONITORING<br>1141 N LOOP 1604 E<br>#105-612<br><br>SAN ANTONIO, TX  782321397<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1879 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20,582.00 |

| 3.433 | **Nonpriority creditor's name and mailing address**<br><br>NDMC GROUP LLC<br>4705 COOPER MOUNTAIN LANE<br>RICHARDSON, TX  75082<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,432,264.07 |

| 3.434 | **Nonpriority creditor's name and mailing address**<br><br>NDMC GROUP LLC<br>4705 COOPER MOUNTAIN LANE<br>RICHARDSON, TX  75082<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $183,870.51 |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.435 | **Nonpriority creditor's name and mailing address**<br><br>NEIL N. PHUNG<br>7123 ANGELINA DRIVE<br>IRVING, TX 75039<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $179,033.01 |

| 3.436 | **Nonpriority creditor's name and mailing address**<br><br>NESTLE HEALTHCARE NURTITION<br>PO BOX 841933<br><br>DALLAS, TX 75284-1933<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1152 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $271.81 |

| 3.437 | **Nonpriority creditor's name and mailing address**<br><br>NETWORK SERVICES COMPANY<br>1805 MOMENTUM PLACE<br>LOCKBOX#231805<br><br>CHICAGO, IL 606895318<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1034 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,356.16 |

| 3.438 | **Nonpriority creditor's name and mailing address**<br><br>NORTH TEXAS HEART CENTER<br>8440 WALNUT HILL LN<br>STE 700<br><br>DALLAS, TX 75231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1873 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56,739.51 |

| 3.439 | **Nonpriority creditor's name and mailing address**<br><br>NORTH TEXAS PERFUSION SYSTEM<br>2114 EISENHOWER<br><br>MCKINNEY, TX 75071<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1343 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,502.92 |

Debtor    (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | **Amount of claim** |
| --- | --- | --- |

**3.440** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,371.84
--- 
NORTON ROSE FULBRIGHT
2200 ROSS AVE, SUITE 3600

DALLAS, TX 75201

**Date or dates debt was incurred**

**Last 4 digits of account number: 2022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $161,766.29

NRY #1 FAMILY LIMITED PARTNERSHIP
5615 STONE CLIFF COURT
DALLAS, TX 75287

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,037,810.43

NTHC HOLDINGS, LLC
8440 WALNUT HILL LN
#700
DALLAS, TX 75231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $415,025.10

NTHC HOLDINGS, LLC
8440 WALNUT HILL LN
#700
DALLAS, TX 75231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $198,565.75

NUANCE COMMUNICATIONS INC
PO BOX 2561

CAROL STREAM, IL 60132-2561

**Date or dates debt was incurred**

**Last 4 digits of account number: 1449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,661.25 |
|---|---|---|---|

NXSTAGE MEDICAL, INC
DEPT CH 17659

PALATINE, IL  60055-7659

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1473

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,101.18 |
|---|---|---|---|

OCEAN FRESH LAUNDRIES
6805 WILD RIDGE COURT

PLANO, TX  75024

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1880

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,862.84 |
|---|---|---|---|

OFFICE DEPOT
209 INDEPENDENCE TRAIL

FORNEY, TX  75126

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1018

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,827.40 |
|---|---|---|---|

OLYMPUS AMERICA INC
PO BOX 120600
DEPT 0600

DALLAS, TX  75312-0600

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1046

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $159,021.96 |
|---|---|---|---|

OM PATEL PARTNERS, LTD
4553 KENTUCKY DRIVE
PLANO, TX  75024

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.450** **Nonpriority creditor's name and mailing address**

OMNI EEG LAB INC
8500 N STEMMONS FWY
STE 2087

DALLAS, TX 75247

**Date or dates debt was incurred**

**Last 4 digits of account number: 1805**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,525.00

---

**3.451** **Nonpriority creditor's name and mailing address**

OMNI FILTRATION
PO BOX 12560

BEAUMONT, TX 77726

**Date or dates debt was incurred**

**Last 4 digits of account number: 2005**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,859.91

---

**3.452** **Nonpriority creditor's name and mailing address**

OMNI LIFE SCIENCE, INC
PO BOX 654106

DALLAS, TX 75265-4106

**Date or dates debt was incurred**

**Last 4 digits of account number: 1501**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,140.00

---

**3.453** **Nonpriority creditor's name and mailing address**

ON-X LIFE TECHNOLOGIES
PO BOX 102312

ATLANTA, GA 30368-2312

**Date or dates debt was incurred**

**Last 4 digits of account number: 1830**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,299.00

---

**3.454** **Nonpriority creditor's name and mailing address**

ORTHO CLINICAL DIAGNOSTICS
5972 COLLECTIONS CENTER DRI

CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number: 1104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,333.87

Debtor _____ Case number (if known) _____
         (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.455 | **Nonpriority creditor's name and mailing address**<br>OSIRIS THERAPEUTICS, INC<br>7015 ALBERT EINSTEIN DR<br><br>COLUMBIA, MD 21046-1707<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1799** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,600.00 |

| 3.456 | **Nonpriority creditor's name and mailing address**<br>OSTEOMED, LP<br>3885 ARAPAHO ROAD<br><br>ADDISON, TX 75001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1971** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34,964.18 |

| 3.457 | **Nonpriority creditor's name and mailing address**<br>OT MEDICAL, LLC<br>100 SPRINGHOUSE DR<br><br>COLLEGEVILLE, PA 19426<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2006** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,640.00 |

| 3.458 | **Nonpriority creditor's name and mailing address**<br>PAC SYSTEMS, INC.<br>751 109TH STREET<br><br>ARLINGTON, TX 76011<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1244** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,078.00 |

| 3.459 | **Nonpriority creditor's name and mailing address**<br>PAJUNK MEDICAL SYSTEMS L.P.<br>5126 SOUTH ROYAL ATLANTA DR<br><br>TUCKER, GA 30084<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1389** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,363.95 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $656,723.12 |
| --- | --- | --- | --- |

PAN 1 FAMILY LIMITED PARTNERSHIP
3401 LEE PARKWAY
#2103
DALLAS, TX 75219

*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40,704.91 |
| --- | --- | --- | --- |

PANGTAY RESEARCH CORPORATION
1607 DRISKILL DRIVE
IRVING, TX 75038

*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39,810.35 |
| --- | --- | --- | --- |

PANGTAY RESEARCH CORPORATION
1607 DRISKILL DRIVE
IRVING, TX 75038

*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,390.70 |
| --- | --- | --- | --- |

PAPERBOY DELIVERIES, LLC
PO BOX 832521

RICHARDSON, TX 75083

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1428

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $760.45 |
| --- | --- | --- | --- |

PARKS MEDICAL ELECTRONICS SA
6000 S EASTERN AVE
STE 10-B

LAS VEGAS, NV 89119

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1750

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.465** | **Nonpriority creditor's name and mailing address**
PARTSSOURCE INC
777 LENA DRIVE

AURORA, OH  44202-8025

**Date or dates debt was incurred**

**Last 4 digits of account number: 1959**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$85,536.09

---

**3.466** | **Nonpriority creditor's name and mailing address**
PATTERSON MEDICAL SUPPLY, IN
PO BOX 93040

CHICAGO, IL  60673-3040

**Date or dates debt was incurred**

**Last 4 digits of account number: 1157**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,357.68

---

**3.467** | **Nonpriority creditor's name and mailing address**
PDC
PO BOX 71549

CHICAGO, IL  60694-1995

**Date or dates debt was incurred**

**Last 4 digits of account number: 1151**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,957.95

---

**3.468** | **Nonpriority creditor's name and mailing address**
PEVCO SYSTEMS INTERNATIONAL
1401 TANGIER DR

BALTIMORE, MA  21220-2876

**Date or dates debt was incurred**

**Last 4 digits of account number: 1541**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,038.84

---

**3.469** | **Nonpriority creditor's name and mailing address**
PHILLIP ARONOFF
8210 WALNUT HILL LANE
SUITE 710
DALLAS, TX  75231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,560.54

Debtor _____
        (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.470 | **Nonpriority creditor's name and mailing address**<br>PICC ME PLLC<br>6504 ALDERBROOK DRIVE<br><br>DENTON, TX  76210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1283** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,088.93 |
| 3.471 | **Nonpriority creditor's name and mailing address**<br>PITNEY BOWES GLOBAL FINANCIA<br>PO BOX 371887<br><br>PITTSBURGH, PA  15250-7887<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1556** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $68.74 |
| 3.472 | **Nonpriority creditor's name and mailing address**<br>POOJA BANERJEE<br>6430 PEMBERTON DRIVE<br>DALLAS, TX  75230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $173,204.95 |
| 3.473 | **Nonpriority creditor's name and mailing address**<br>POOJA BANERJEE (ASHIRVAAD, LP)<br>6430 PEMBERTON DRIVE<br>DALLAS, TX  75230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57,761.81 |
| 3.474 | **Nonpriority creditor's name and mailing address**<br>PREM S. PILLAY REVOCABLE TRUST, DATED 3/23/1998<br>1127 VILLA SIETE<br>MESQUITE, TX  75181<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $358,066.02 |

Debtor  (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.475 | **Nonpriority creditor's name and mailing address** <br> PREMIUM ASSIGNMENT 15150911 <br> PO BOX 8000 <br><br> TALLAHASSEE, FL 32314-8000 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1793 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $24,852.82 |

| 3.476 | **Nonpriority creditor's name and mailing address** <br> PRODIGY HEALTH SUPPLIER CORP <br> PO BOX 95429 <br><br> GRAPEVILLE, TX 76099-9734 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 2016 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $13,662.40 |

| 3.477 | **Nonpriority creditor's name and mailing address** <br> PROFESSIONAL MEDIA RESOURCES <br> PO BOX 460380 <br><br> ST LOUIS, MO 63146-7380 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1370 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $748.90 |

| 3.478 | **Nonpriority creditor's name and mailing address** <br> PROHEALTH STAFING LLC <br> 100 HARRISON #400 NORTH TOW <br><br> SEATTLE, WA 98119 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1786 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $27,232.18 |

| 3.479 | **Nonpriority creditor's name and mailing address** <br> PROMETHEUS LABORATORIES <br> PO BOX 894115 <br><br> LOS ANGELES, CA 90189-4115 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1761 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $3,836.21 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.480 | **Nonpriority creditor's name and mailing address**<br>PROPATH ASSOCIATES<br>DEPT. 41070 PO BOX 660811<br><br>DALLAS, TX  752660811<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1319** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $184,107.50 |
| 3.481 | **Nonpriority creditor's name and mailing address**<br>PROVATION MEDICAL INC<br>62770 COLLECTIONS CENTER DR<br><br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1674** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,469.94 |
| 3.482 | **Nonpriority creditor's name and mailing address**<br>PURCHASE POWER (POSTAGE)<br>PO BOX 371874<br><br>PITTSBURGH, PA  152507874<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1512** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,630.82 |
| 3.483 | **Nonpriority creditor's name and mailing address**<br>QUAMMEN HEALTH CARE CONSULTA<br>151 SOUTHHALL LANE<br>STE 150<br><br>MAITLAND, FL  32751<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1196** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $144,604.39 |
| 3.484 | **Nonpriority creditor's name and mailing address**<br>QUANTROS INC<br>DEPT CH 16932<br><br>PALATINE, IL  60055-6932<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1291** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $190,110.75 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.485 | **Nonpriority creditor's name and mailing address** | $530.33 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**3.485**
**Nonpriority creditor's name and mailing address**
QUANTUM MEDICAL
15800 NW 15TH AVE

MIAMI, FL 33169

**Date or dates debt was incurred**

**Last 4 digits of account number: 1581**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$530.33

---

**3.486**
**Nonpriority creditor's name and mailing address**
QUEST DIAGNOSTICS INC
PO BOX 841725

DALLAS, TX 75284-1725

**Date or dates debt was incurred**

**Last 4 digits of account number: 1028**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,570.34

---

**3.487**
**Nonpriority creditor's name and mailing address**
QUINTECH, INC
PO BOX 947

NASH, TX 75567

**Date or dates debt was incurred**

**Last 4 digits of account number: 1433**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,028.38

---

**3.488**
**Nonpriority creditor's name and mailing address**
R.W. SMITH & CO
PO BOX 51847

LOS ANGELES, CA 90051-6147

**Date or dates debt was incurred**

**Last 4 digits of account number: 1362**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,801.16

---

**3.489**
**Nonpriority creditor's name and mailing address**
RABBI TRUST

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,650,000.00

**Part 2:**   Additional Page

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.490 | **Nonpriority creditor's name and mailing address**<br><br>RADCOM ASSOCIATES, INC<br>2302 GUTHRIE RD<br>STE 210<br><br>GARLAND, TX  75043<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1188** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,000.00 |
| 3.491 | **Nonpriority creditor's name and mailing address**<br><br>RADIOMETER AMERICA INC<br>13217 COLLECTIONS CENTER DR<br><br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1008** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $278.81 |
| 3.492 | **Nonpriority creditor's name and mailing address**<br><br>RAJ GUPTA<br>3620 SHANTARA LANE<br>PLANO, TX  75093<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $537,099.03 |
| 3.493 | **Nonpriority creditor's name and mailing address**<br><br>RAJEEV JOSHI, M.D.<br>8440 WALNUT HILL LANE<br>SUITE 700<br>DALLAS, TX  75231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $166,164.68 |
| 3.494 | **Nonpriority creditor's name and mailing address**<br><br>RAPID ORTHOPEDIC SUPPLIES<br>3810 MELCER DR<br>STE 103<br><br>ROWLETT, TX  75088<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1570** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,791.50 |

Debtor _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.495 | **Nonpriority creditor's name and mailing address**<br><br>REGENT SERVICES<br>1307 8TH AVE<br>STE B2<br><br>FORT WORTH, TX 76104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1725** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,518.13 |

| 3.496 | **Nonpriority creditor's name and mailing address**<br><br>REHABCARE<br>PO BOX 502096<br><br>ST. LOUIS, MO 63150-2096<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1392** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $227,163.36 |

| 3.497 | **Nonpriority creditor's name and mailing address**<br><br>RELIANT<br>PO BOX 120954<br><br>DALLAS, TX 75312-0954<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1246** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $89,298.58 |

| 3.498 | **Nonpriority creditor's name and mailing address**<br><br>RENOVIS SURGICAL TECHNOLOGIE<br>1901 W. LUGONIA AVE<br>SUITE 340<br><br>REDLANDS, CA 92374<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1909** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55,500.50 |

| 3.499 | **Nonpriority creditor's name and mailing address**<br><br>RICARDO GUERRA JR<br>5012 HUMMINGBIRD LN<br>PLANO, TX 75093<br><br>**Date or dates debt was incurred**<br><br>2/10/2015<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>NOTE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $202,000.00 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.500 | **Nonpriority creditor's name and mailing address**<br>RICARDO GUERRA JR<br>5012 HUMMINGBIRD LN<br><br>PLANO, TX 75093<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1778** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $106,845.00 |
| 3.501 | **Nonpriority creditor's name and mailing address**<br>RICARDO GUERRA, JR.<br>5012 HUMMINGBIRD LANE<br>PLANO, TX 75093<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,432,264.07 |
| 3.502 | **Nonpriority creditor's name and mailing address**<br>RICARDO GUERRA, JR.<br>5012 HUMMINGBIRD LANE<br>PLANO, TX 75093<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $179,033.01 |
| 3.503 | **Nonpriority creditor's name and mailing address**<br>RICARDO GUERRA, JR., M.D.<br>5012 HUMMINGBIRD LANE<br>PLANO, TX 75093<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $183,946.45 |
| 3.504 | **Nonpriority creditor's name and mailing address**<br>RICHARD WOLF MEDICAL INSTRUM<br>353 CORPORATE WOODS PKWY<br><br>VERNON HILLS, IL 60061-3110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1697** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $350.94 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.505 | **Nonpriority creditor's name and mailing address**<br>RICOH (LEASE/RENT)<br>PO BOX 650016<br><br>DALLAS, TX  75265-0016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1599** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,991.95 |
| 3.506 | **Nonpriority creditor's name and mailing address**<br>RICOH USA INC<br>709 BROOKFIELD DRIVE<br><br>GARLAND, TX  75040<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1231** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,284.83 |
| 3.507 | **Nonpriority creditor's name and mailing address**<br>ROBERT FARKAS<br>7150 EUDORA DRIVE<br>DALLAS, TX  75230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74,319.86 |
| 3.508 | **Nonpriority creditor's name and mailing address**<br>ROBERT HALF FINANCE & ACCOUN<br>PO BOX 743295<br><br>LOS ANGELES, CA  90074-3295<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1248** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,080.61 |
| 3.509 | **Nonpriority creditor's name and mailing address**<br>ROLL CALL<br>ATTN: AR DEPT<br>5000 SAWGRASS VILLAGE CIR S<br><br>PONTE VEDRA, FL  32082-5042<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1574** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $442.89 |

Debtor _____ (Name)  Case number (if known) _____

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.510** | **Nonpriority creditor's name and mailing address**
RPM DOOR AND SERVICES
708 VALLEY CT

ROYSE CITY, TX 75189

**Date or dates debt was incurred**

**Last 4 digits of account number: 1539**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$487.13

---

**3.511** | **Nonpriority creditor's name and mailing address**
RPNT ACUTE SERVICES INC
4425 W AIRPORT FWY
STE 542

IRVING, TX 75062

**Date or dates debt was incurred**

**Last 4 digits of account number: 1573**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,750.00

---

**3.512** | **Nonpriority creditor's name and mailing address**
RR DONNELLEY & SONS COMPANY
7810 SOLUTION CENTER

CHICAGO, IL 60677-7008

**Date or dates debt was incurred**

**Last 4 digits of account number: 1950**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.48

---

**3.513** | **Nonpriority creditor's name and mailing address**
RTI SURGICAL INC
DEPT 77190
PO BOX 77000

DETROIT, MI 48277-0190

**Date or dates debt was incurred**

**Last 4 digits of account number: 1615**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,907.40

---

**3.514** | **Nonpriority creditor's name and mailing address**
RUSH BARRETT STEELMAN, M.D.
4242 LOMO ALTO DRIVE
E38
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$84,048.84

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.515 | **Nonpriority creditor's name and mailing address**<br>RX REMOTE SOLUTIONS, INC<br>PO BOX 638318<br><br>CINCINNATI, OH 45263-8318<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1407 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,479.64 |

| 3.516 | **Nonpriority creditor's name and mailing address**<br>RYAN HEISE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $115,523.62 |

| 3.517 | **Nonpriority creditor's name and mailing address**<br>SAAP INVESTMENTS LTD<br>2105 MIRACLE POINT DRIVE<br>SOUTHLAKE, TX 76092<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $231,154.56 |

| 3.518 | **Nonpriority creditor's name and mailing address**<br>SAAP INVESTMENTS LTD<br>2105 MIRACLE POINT DRIVE<br>SOUTHLAKE, TX 76092<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $158,144.22 |

| 3.519 | **Nonpriority creditor's name and mailing address**<br>SANDEEP GUPTA<br>5600 WAYFARER DRIVE<br>PLANO, TX 75231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $179,033.01 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.520** | **Nonpriority creditor's name and mailing address**
SBC COLLIN HOLDINGS LP
6049 CANVAS BACK DRIVE
FRISCO, TX 75034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$389,733.43

---

**3.521** | **Nonpriority creditor's name and mailing address**
SCANLAN INTERNATIONAL INC
ONE SCANLAN PLAZA

ST PAUL, MN 55107

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1417

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,680.58

---

**3.522** | **Nonpriority creditor's name and mailing address**
SCANSTAT TECHNOLOGIES
288 SOUTH MAIN STREET SUITE

ALPHARETTA, GA 30009

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,400.00

---

**3.523** | **Nonpriority creditor's name and mailing address**
SCHILLER AMERICA INC
10903 NW 33D STREET

DORAL, FL 33172

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1757

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,580.05

---

**3.524** | **Nonpriority creditor's name and mailing address**
SCHINDLER ELEVATOR CORPORATI
PO BOX 93050

CHICAGO, IL 606733050

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1372

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,054.20

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,452.14 |
|---|---|---|---|

SDP OF DALLAS ENTERPRISES, L
201 SEABOARD LN
STE 100

FRANKLIN, TN  37067

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1446

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,854,146.03 |
|---|---|---|---|

SDP OF DALLAS ENTERPRISES, LLC
201 SEABOARD LN
STE 100
FRANKLIN, TN  37067

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOTE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,155,772.80 |
|---|---|---|---|

SDP OF DALLAS HOLDINGS
201 SEABOARD LANE
SUITE 100
FRANKLIN, TN  37067

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,770.24 |
|---|---|---|---|

SENTREHEART, INC
300 SAGINAW DR

REDWOOD CITY, CA  94063

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:** 1542

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $358,066.02 |
|---|---|---|---|

SHAMIM KHAMBATI, M.D. & KHOZEMA KHAMBATI
3505 MILTON AVENUE
DALLAS, TX  75205

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SURPLUS CASH NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
        (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

**3.530** | **Nonpriority creditor's name and mailing address**

SHAMIM KHAMBATI, M.D. & KHOZEMA KHAMBATI
3505 MILTON AVENUE
DALLAS, TX 75205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$346,570.87

---

**3.531** | **Nonpriority creditor's name and mailing address**

SHAMIM KHAMBATI, M.D. & KHOZEMA KHAMBATI
3505 MILTON AVENUE
DALLAS, TX 75205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$322,191.15

---

**3.532** | **Nonpriority creditor's name and mailing address**

SHAUN KAISER
2500 N. HOUSTON ST.
#1506
DALLAS, TX 75219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,577.72

---

**3.533** | **Nonpriority creditor's name and mailing address**

SHERWIN-WILLIAMS CO.
11260 N CENTRAL EXPY

DALLAS, TX 75243-6702

**Date or dates debt was incurred**

**Last 4 digits of account number: 1878**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.85

---

**3.534** | **Nonpriority creditor's name and mailing address**

SHI INTERNATIONAL CORP
PO BOX 952121

DALLAS, TX 75395-2121

**Date or dates debt was incurred**

**Last 4 digits of account number: 1452**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,177.49

Debtor  _____
         (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.535** | **Nonpriority creditor's name and mailing address**
SHILPA PATEL
4425 HANOVER STREET
DALLAS, TX  75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,113.51

---

**3.536** | **Nonpriority creditor's name and mailing address**
SHRED IT
PO BOX 101007

PASADENA, CA  91189-1007

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,000.25

---

**3.537** | **Nonpriority creditor's name and mailing address**
SHUMSKY THERAPEUTIC PILLOWS
PO BOX 821

MIDDLETOWN, OH  45042

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,375.50

---

**3.538** | **Nonpriority creditor's name and mailing address**
SIEMENS BUILDING TECHNOLOGIE
8600 N ROYAL LN
STE 100

IRVING, TX  75063

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1890

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,083.20

---

**3.539** | **Nonpriority creditor's name and mailing address**
SIEMENS HEALTHCARE DIAGNOSTI
PO BOX 121102

DALLAS, TX  75312

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,776.52

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

| 3.540 | **Nonpriority creditor's name and mailing address**<br>SIEMENS MEDICAL SOLUTIONS<br>PO BOX 120001<br>DEPT 0733<br><br>DALLAS, TX 75312-0733<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1835** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $223,242.88 |
|---|---|---|---|
| 3.541 | **Nonpriority creditor's name and mailing address**<br>SIENTRA, INC<br>420 S FAIRVIEW AVE<br>SUITE 200<br><br>SANTA BARBARA, CA 93117<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1978** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,200.00 |
| 3.542 | **Nonpriority creditor's name and mailing address**<br>SIGNAL MEDICAL CORPORATION<br>1000 DES PERES ROAD<br>STE 140<br><br>ST LOUIS, MO 63131<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1435** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,913.00 |
| 3.543 | **Nonpriority creditor's name and mailing address**<br>SIMKA LIMITED PARTNERSHIP<br>16311 RANCHUTA DRIVE<br>DALLAS, TX 75248<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $358,066.02 |
| 3.544 | **Nonpriority creditor's name and mailing address**<br>SIMKA LIMITED PARTNERSHIP<br>16311 RANCHUTA DRIVE<br>DALLAS, TX 75248<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58,110.57 |

Debtor   (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.545**

**Nonpriority creditor's name and mailing address**
SIRTEX MEDICAL INC
300 UNICORN PARK DR

WOBURN, MA  01801

**Date or dates debt was incurred**

**Last 4 digits of account number: 1569**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$707,791.00

---

**3.546**

**Nonpriority creditor's name and mailing address**
SMITH & NEPHEW
150 MINUTEMAN RD

ANDOVER, MA  01810

**Date or dates debt was incurred**

**Last 4 digits of account number: 1508**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$468,899.22

---

**3.547**

**Nonpriority creditor's name and mailing address**
SNAP STREAK
PO BOX 682786

HOUSTON, TX  77268-2786

**Date or dates debt was incurred**

**Last 4 digits of account number: 1847**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,749.80

---

**3.548**

**Nonpriority creditor's name and mailing address**
SOUTHWEST OFFICE SYSTEMS INC
PO BOX 612248

DFW AIRPORT, TX  75261

**Date or dates debt was incurred**

**Last 4 digits of account number: 1210**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,209.19

---

**3.549**

**Nonpriority creditor's name and mailing address**
SPECTRANETICS CORPORATION
LBX#774588
4588 SOLUTIONS CENTER

CHICAGO, IL  60677-4005

**Date or dates debt was incurred**

**Last 4 digits of account number: 1217**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,690.85

---

Debtor _____ (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.550** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $118,570.00

SPINE STAR LLC
908 AUDELIA RD
STE 200 PMB 338

RICHARDSON, TX  75081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1774**

---

**3.551** | **Nonpriority creditor's name and mailing address** | | $777.43

SPOK
PO BOX 660324

DALLAS, TX  75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1525**

---

**3.552** | **Nonpriority creditor's name and mailing address** | | $2,045,107.33

ST. JUDE MEDICAL S.C., INC
22400 NETWORK PLACE

CHICAGO, IL  60673-1224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1290**

---

**3.553** | **Nonpriority creditor's name and mailing address** | | $2,867.19

STAPLES CONTRACTS & COMMERCI
1929 DESOTO DR

MCKINNEY, TX  75070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1197**

---

**3.554** | **Nonpriority creditor's name and mailing address** | | $684.32

STAT LAB
PO BOX 678056

DALLAS, TX  75267-8056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1357**

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| | | | **Amount of claim** |
| --- | --- | --- | --- |
| 3.555 | **Nonpriority creditor's name and mailing address**<br>STERICYCLE INC<br>PO BOX 6575<br><br>CAROL STREAM, IL 60197<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1302** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $39,719.14 |
| 3.556 | **Nonpriority creditor's name and mailing address**<br>STERIS CORPORATION<br>PO BOX 676548<br>GLN# 0724995110055<br><br>DALLAS, TX 75267-6548<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1066** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $6,184.17 |
| 3.557 | **Nonpriority creditor's name and mailing address**<br>STEVEN L. MEYER, M.D. & ANN MEYER<br>7231 VALLEY VIEW PLACE<br>DALLAS, TX 75240<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $716,132.04 |
| 3.558 | **Nonpriority creditor's name and mailing address**<br>STEVEN L. MEYER, M.D. & ANN MEYER<br>7231 VALLEY VIEW PLACE<br>DALLAS, TX 75240<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $179,033.01 |
| 3.559 | **Nonpriority creditor's name and mailing address**<br>STEVEN MEYER<br>7231 VALLEY VIEW PLACE<br>DALLAS, TX 75240<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $231,047.25 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.560 | **Nonpriority creditor's name and mailing address**<br>STEWART & STEVENSON LLC<br>601 W 38TH STREET<br><br>HOUSTON, TX 77018<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1989 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,305.01 |

| | | |
|---|---|---|
| 3.561 | **Nonpriority creditor's name and mailing address**<br>STRAIGHTLINE MEDICAL CONSULTANTS<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $115,523.62 |

| | | |
|---|---|---|
| 3.562 | **Nonpriority creditor's name and mailing address**<br>STRYKER ENDOSCOPY<br>2825 AIRVIEW BLVD.<br><br>KALAMAZOO, MI 49002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1058 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $207,301.77 |

| | | |
|---|---|---|
| 3.563 | **Nonpriority creditor's name and mailing address**<br>STRYKER INSTRUMENTS<br>PO BOX 70119<br><br>CHICAGO, IL 60673-0119<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1100 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,400.77 |

| | | |
|---|---|---|
| 3.564 | **Nonpriority creditor's name and mailing address**<br>STRYKER MEDICAL<br>PO BOX 93308<br><br>CHICAGO, IL 60673<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1426 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,772.51 |

Debtor _____ (Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,901.25 |
| --- | --- | --- | --- |

STRYKER ORTHOPAEDIC
BOX 93213

CHICAGO, IL 60673-3213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 1069**

☒ No
☐ Yes

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $181,324.33 |
| --- | --- | --- | --- |

STRYKER SUSTAINABILITY SOLUT
PO BOX 29387

PHOENIX, AZ 85038-9387

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number: 1330**

☒ No
☐ Yes

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $158,948.81 |
| --- | --- | --- | --- |

SUJATHA KRISHNAN
2163 FAIR HILL DRIVE
ALLEN, TX 75013

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☒ No
☐ Yes

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57,788.64 |
| --- | --- | --- | --- |

SUJATHA KRISHNAN
2163 FAIR HILL DRIVE
ALLEN, TX 75013

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☒ No
☐ Yes

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $157,485.91 |
| --- | --- | --- | --- |

SUJIR LTD
4524 KENTUCKY DR.
PLANO, TX 75024

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number:**

☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.570 | **Nonpriority creditor's name and mailing address**<br>SUMIT KUMAR<br>3301 HAYLEY COURT<br>RICHARDSON, TX 75082<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $358,066.02 |
| 3.571 | **Nonpriority creditor's name and mailing address**<br>SUREFIRE MEDICAL INC<br>PO BOX 746327<br><br>ARVADA, CO 80006-6327<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1745 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,452.78 |
| 3.572 | **Nonpriority creditor's name and mailing address**<br>SUSAN G. SCHILDT<br>15303 DALLAS PARKWAY<br>SUITE 460<br>ADDISON, TX 75001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $169,667.08 |
| 3.573 | **Nonpriority creditor's name and mailing address**<br>SYMMETRY SURGICAL<br>PO BOX 759159<br><br>BALTIMORE, MD 212759159<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1137 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,179.49 |
| 3.574 | **Nonpriority creditor's name and mailing address**<br>SYNTHES<br>5972 COLLECTION CENTER DR<br><br>CHICAGO, IL 60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1148 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,131.14 |

Debtor _____ (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.575** | **Nonpriority creditor's name and mailing address**
SYSMEX AMERICA, INC.
28241 NETWORK PLACE

CHICAGO, IL 60673-1282

**Date or dates debt was incurred**

**Last 4 digits of account number: 1219**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,094.16

---

**3.576** | **Nonpriority creditor's name and mailing address**
TAFIRO GROUP, LTD.
211 HIGHLAND CROSS
SUITE 275
HOUSTON, TX 77073

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$419,296.34

---

**3.577** | **Nonpriority creditor's name and mailing address**
TAFIRO GROUP, LTD.
211 HIGHLAND CROSS
SUITE 275
HOUSTON, TX 77073

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$414,859.72

---

**3.578** | **Nonpriority creditor's name and mailing address**
TARA DULLYE, MD
8160 WALNUT HILL LANE
SUITE 219
DALLAS, TX 75231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☑ No
☐ Yes

$179,033.01

---

**3.579** | **Nonpriority creditor's name and mailing address**
TELEHEALTH SERVICES
PO BOX 26627

RALEIGH, NC 27611

**Date or dates debt was incurred**

**Last 4 digits of account number: 1395**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,350.90

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.580** | **Nonpriority creditor's name and mailing address**
TENSION CORPORATION
PO BOX 957218

ST LOUIS, MO  63195-7218

**Date or dates debt was incurred**

**Last 4 digits of account number: 1221**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,128.49

---

**3.581** | **Nonpriority creditor's name and mailing address**
TERUMO MEDICAL CORPORATION
PO BOX 841733

DALLAS, TX  75284-1733

**Date or dates debt was incurred**

**Last 4 digits of account number: 1224**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,907.67

---

**3.582** | **Nonpriority creditor's name and mailing address**
TESTANK INC
8317 ROCK CANYON COURT

FORT WORTH, TX  76123

**Date or dates debt was incurred**

**Last 4 digits of account number: 1963**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$385.00

---

**3.583** | **Nonpriority creditor's name and mailing address**
TEXAS STAR LANDSCAPES LLC
PO BOX 224794

DALLAS, TX  75222-4794

**Date or dates debt was incurred**

**Last 4 digits of account number: 1468**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,576.02

---

**3.584** | **Nonpriority creditor's name and mailing address**
TEXCAL INVENTORY SERVICES
 2010 LOUISIANA ST.
HOUSTON, TX  77002-8644

**Date or dates debt was incurred**

**Last 4 digits of account number: 1752**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,295.00

Debtor   Adeptus Health LLC, et al.                        Case number (if known) 17-32255
         Name

Case 17-32255-hdh7   Doc 59   Filed 06/30/17   Entered 06/30/17 17:53:33   Page 255 of 321

| Part 2: | Additional Page | |
|---------|-----------------|--|

| | | **Amount of claim** |
|--|--|--|

**3.585** | **Nonpriority creditor's name and mailing address**

TFS CONSULTING, INC
201 SEABOARD LANE
SUITE 150

FRANKLIN, TN  37067

**Date or dates debt was incurred**

**Last 4 digits of account number: 1632**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$210,000.00

---

**3.586** | **Nonpriority creditor's name and mailing address**

THE BRANDT COMPANIES LLC
PO BOX 227351

DALLAS, TX  75222-7351

**Date or dates debt was incurred**

**Last 4 digits of account number: 1997**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,586.04

---

**3.587** | **Nonpriority creditor's name and mailing address**

THE JOINT COMMISSION
PO BOX 92775

CHICAGO, IL  60675-2775

**Date or dates debt was incurred**

**Last 4 digits of account number: 1406**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,660.00

---

**3.588** | **Nonpriority creditor's name and mailing address**

THE SOCIETY THORACIC SURGEON
PO BOX 809265

CHICAGO, IL  60680-9265

**Date or dates debt was incurred**

**Last 4 digits of account number: 1877**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,700.00

---

**3.589** | **Nonpriority creditor's name and mailing address**

THE SSI GROUP, INC
DEPT 2455
PO BOX 11407

BIRMINGHAM, AL  35246-2455

**Date or dates debt was incurred**

**Last 4 digits of account number: 1571**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,841.94

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,600.00 |
| | THERACOM LLC | *Check all that apply.* | |
| | PAYMENT CENTER | ☐ Contingent | |
| | PO BOX 640105 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | CINCINNATI, OH  45264-0105 | | |
| | | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Date or dates debt was incurred** | | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: 1617** | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $173,628.93 |
| | THOMAS A. LACOUR, M.D. | *Check all that apply.* | |
| | 4105 CARUTH BLVD | ☐ Contingent | |
| | DALLAS, TX  75225 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | SURPLUS CASH NOTES | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58,056.92 |
| | THOMAS LACOUR | *Check all that apply.* | |
| | 4105 CARUTH BLVD | ☐ Contingent | |
| | DALLAS, TX  75225 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | SURPLUS CASH NOTES | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $132,879.69 |
| | THOMAS PROTECTIVE SERVICE IN | *Check all that apply.* | |
| | PO BOX 883 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | KAUFMAN, TX  75142 | | |
| | | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Date or dates debt was incurred** | | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: 1012** | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,500.00 |
| | THREE60 ORTHO LLC | *Check all that apply.* | |
| | 4311 VERDE LN | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | FRISCO, TX  75034 | | |
| | | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Date or dates debt was incurred** | | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number: 1668** | ☒ No | |
| | | ☐ Yes | |

| Part 2: | Additional Page | | |
| --- | --- | --- | --- |
| | | | Amount of claim |

**3.595** **Nonpriority creditor's name and mailing address**

THYSSENKRUPP ELEVATOR CORP
PO BOX 933004

ATLANTA, GA  31193-3004

**Date or dates debt was incurred**

**Last 4 digits of account number: 1798**

**As of the petition filing date, the claim is:** $9,115.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.596** **Nonpriority creditor's name and mailing address**

TIM T. ISSAC
4025 HAWTHORNE AVENUE
DALLAS, TX  75219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $321,597.81
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.597** **Nonpriority creditor's name and mailing address**

TITAN TECH, INC
PO BOX 822184

N. RICHLAND HILLS, TX  76182

**Date or dates debt was incurred**

**Last 4 digits of account number: 1853**

**As of the petition filing date, the claim is:** $1,845.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.598** **Nonpriority creditor's name and mailing address**

TOM THAYIL
4705 COOPER MOUNTAIN LANE
RICHARDSON, TX  75082

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $231,154.56
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.599** **Nonpriority creditor's name and mailing address**

TONY DAS, MD
4407 MIDDLETON ROAD

DALLAS, TX  75229

**Date or dates debt was incurred**

**Last 4 digits of account number: 1802**

**As of the petition filing date, the claim is:** $934,801.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.600** **Nonpriority creditor's name and mailing address**

TONY S. DAS, MD
4407 MIDDLETON ROAD
DALLAS, TX 75229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,309,399.37

---

**3.601** **Nonpriority creditor's name and mailing address**

TONY S. DAS, MD
4407 MIDDLETON ROAD
DALLAS, TX 75229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,432,264.07

---

**3.602** **Nonpriority creditor's name and mailing address**

TOPERA, INC
1530 O'BRIEN DRIVE
SUITE B

MENLO PARK, CA 94025

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1985

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$920.13

---

**3.603** **Nonpriority creditor's name and mailing address**

TORNIER, INC.
PO BOX 4631

HOUSTON, TX 77210-4631

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1894

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,321.66

---

**3.604** **Nonpriority creditor's name and mailing address**

TRAVEL MAX
13877 COLLECTIONS CENTER DR

CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,165.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.605 | **Nonpriority creditor's name and mailing address**<br><br>TRI-ANIM HEALTH SERVICES INC<br>25197 NETWORK PLACE<br><br>CHICAGO, IL  60673-1251<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1153 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,700.61 |

| 3.606 | **Nonpriority creditor's name and mailing address**<br><br>TRICIA SHIMER<br>5744 BERNAY LANE<br>PLANO, TX  75024<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $358,066.02 |

| 3.607 | **Nonpriority creditor's name and mailing address**<br><br>TRIREME MEDICAL, INC.<br>7060 KOLL CENTER PKWY<br>STE 300<br><br>PLEASANTON, CA  94566-3171<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1226 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,930.64 |

| 3.608 | **Nonpriority creditor's name and mailing address**<br><br>TRIVASCULAR INC<br>3910 BRICKWAY BLVD<br><br>SANTA ROSA, CA  95403<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1849 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $749.96 |

| 3.609 | **Nonpriority creditor's name and mailing address**<br><br>TULIKA JAIN<br>7148 BIRCHWOOD DRIVE<br>DALLAS, TX  75240<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $358,066.02 |

Debtor (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.610** **Nonpriority creditor's name and mailing address**

TULIKA JAIN
7148 BIRCHWOOD DRIVE
DALLAS, TX 75240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$159,241.39

---

**3.611** **Nonpriority creditor's name and mailing address**

TULIO DIAZ
8749 SOUTHWESTERN BLVD.
SUITE 19303
DALLAS, TX 75231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$381,170.50

---

**3.612** **Nonpriority creditor's name and mailing address**

TVM FAMILY HOLDINGS LLC
4532 SOUTH VERSAILLES AVE.
DALLAS, TX 75205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$750,799.70

---

**3.613** **Nonpriority creditor's name and mailing address**

TVM FAMILY HOLDINGS LLC
4532 SOUTH VERSAILLES AVE.
DALLAS, TX 75205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$578,959.51

---

**3.614** **Nonpriority creditor's name and mailing address**

TVR COMMUNICATIONS, LLC
60-69 WOODHAVEN BLVD

ELMHURST, NY 11373

**Date or dates debt was incurred**

**Last 4 digits of account number: 1192**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,218.00

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.615 | **Nonpriority creditor's name and mailing address**<br>TYCO<br>DEPT CH 10320<br><br>PAALTINE, IL  60055-0320<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1410** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $6,381.88 |
| 3.616 | **Nonpriority creditor's name and mailing address**<br>UDAYA B. PADAKANDLA, M.D.<br>4449 YOUNG DRIVE<br>CARROLLTON, TX  75010<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SURPLUS CASH NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $172,032.55 |
| 3.617 | **Nonpriority creditor's name and mailing address**<br>UHS SURGICAL SERVICES, INC<br>PO BOX 86<br><br>MINNEAPOLIS, MN  55486-3114<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1844** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $469.26 |
| 3.618 | **Nonpriority creditor's name and mailing address**<br>ULINE, INC<br>PO BOX 88741<br><br>CHICAGO, IL  60680-1741<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1481** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $253.64 |
| 3.619 | **Nonpriority creditor's name and mailing address**<br>UNIVERSAL MEDICAL SYSTEMS<br>5227 E FM 875<br><br>WAXAHACHIE, TX  75167<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1954** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $1,000.00 |

(Name)   Case number (if known)

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

| | | |
|---|---|---|
| 3.620 | **Nonpriority creditor's name and mailing address**<br><br>US COMPOUNDING<br>1270 JIMS LN.<br>CONWAY, AR  72032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2028 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $600.00 |

| | | |
|---|---|---|
| 3.621 | **Nonpriority creditor's name and mailing address**<br><br>US MED-EQUIP, INC<br>910 MALLARD TRAIL<br><br>MURPHY, TX  75094<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1296 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,141.47 |

| | | |
|---|---|---|
| 3.622 | **Nonpriority creditor's name and mailing address**<br><br>US WATER SERVICES<br>12270 43RD ST NE<br>ST MICHAEL, MN  55376<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2044 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,002.62 |

| | | |
|---|---|---|
| 3.623 | **Nonpriority creditor's name and mailing address**<br><br>US-YELLOW PAGES<br>PO BOX 48098<br><br>JACKSON, FL  32247-8098<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1948 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $839.00 |

| | | |
|---|---|---|
| 3.624 | **Nonpriority creditor's name and mailing address**<br><br>VALERIS MEDICAL, LLC<br>200 COBB PKWY N STE 210<br>MARIETTA, GA  30062-3500<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2031 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,360.00 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $246.43 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

VALITEQ
PO BOX 245

CUMBERLAND, WI 54829

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$246.43

---

**Nonpriority creditor's name and mailing address** — 3.626

VALLEY SURGICAL INC
633 SOUTH ANDREWS AVE
SUITE 400

FLAUDERDALE, FL 33301

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,777.00

---

**Nonpriority creditor's name and mailing address** — 3.627

VANESSA DAROS
6122 LA COSA DRIVE
DALLAS, TX 75248

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$115,738.25

---

**Nonpriority creditor's name and mailing address** — 3.628

VANESSA DAROS
6122 LA COSA DRIVE
DALLAS, TX 75248

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$96,870.22

---

**Nonpriority creditor's name and mailing address** — 3.629

VANGUARD
C/O ASCENSUS
PO BOX 28067

NEW YORK, NY 10087

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1443

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,668.70

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.630**    **Nonpriority creditor's name and mailing address**

VASCULAR SOLUTIONS, INC
PO BOX 1178

MAPLE GROVE, MN 55311

**Date or dates debt was incurred**

**Last 4 digits of account number: 1262**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,945.56

---

**3.631**    **Nonpriority creditor's name and mailing address**

VERSACOR ENTERPRISES LLC
3513 HAMLETT LN

GARLAND, TX 75043

**Date or dates debt was incurred**

**Last 4 digits of account number: 1263**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,792.85

---

**3.632**    **Nonpriority creditor's name and mailing address**

VICTOR M. GOMEZ
7515 YAMINI DRIVE
DALLAS, TX 75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$179,033.01

---

**3.633**    **Nonpriority creditor's name and mailing address**

VICTOR M. GOMEZ
7515 YAMINI DRIVE
DALLAS, TX 75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$164,870.84

---

**3.634**    **Nonpriority creditor's name and mailing address**

VILEX IN TENNESSEE, INC.
111 MOFFITT ST.
MCMINNVILLE, TN 37110

**Date or dates debt was incurred**

**Last 4 digits of account number: 2054**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$886.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.635 | **Nonpriority creditor's name and mailing address**<br>VITAS HEALTHCARE<br>100 S BISCAYNE BLVD # 1600<br>MIAMI, FL  33131-2021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0083 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,700.00 |

| 3.636 | **Nonpriority creditor's name and mailing address**<br>VOALTE<br>5101 FRUITVILLE RD<br>STE 101<br><br>SARASOTA, FL  34232<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1634 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,075.00 |

| 3.637 | **Nonpriority creditor's name and mailing address**<br>VOLCANO CORPORATION<br>2413 RICHVIEW CT<br><br>GARLAND, TX  75044<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1265 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,104.50 |

| 3.638 | **Nonpriority creditor's name and mailing address**<br>W.L. GORE & ASSOCIATES, INC.<br>PO BOX 751331<br><br>CHARLOTTE, NC  28275<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1427 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110,168.56 |

| 3.639 | **Nonpriority creditor's name and mailing address**<br>WALNUT HILL HOSPITAL MGT COM<br>201 SEABOARD LN<br>STE 100<br><br>FRANKLIN, TN  37067<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1429 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,636,238.19 |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.640** | **Nonpriority creditor's name and mailing address**

WEST COAST MEDICAL RESOURCES
PO BOX 839

CLEARWATER, FL 33757

**Date or dates debt was incurred**

**Last 4 digits of account number: 2010**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,882.00

---

**3.641** | **Nonpriority creditor's name and mailing address**

WILLIAM F. TUCKER, JR.
3533 SOUTHWESTERN BOULEVARD
DALLAS, TX 75225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$358,066.02

---

**3.642** | **Nonpriority creditor's name and mailing address**

WINDSTREAM COMMUNICATIONS
PO BOX 9001013

LOUISVILLE, KY 40290

**Date or dates debt was incurred**

**Last 4 digits of account number: 1215**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,782.87

---

**3.643** | **Nonpriority creditor's name and mailing address**

WOODSTREAM VENTURES, LLC
2607 LAKEFOREST COURT
DALLAS, TX 75214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$252,728.08

---

**3.644** | **Nonpriority creditor's name and mailing address**

WRIGHT MEDICAL TECHNOLOGY, I
PO BOX 503482

ST. LOUIS, MO 63150-3482

**Date or dates debt was incurred**

**Last 4 digits of account number: 1140**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,115.56

Debtor

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.645** **Nonpriority creditor's name and mailing address**

X-SPINE SYSTEMS INC
2109 SUNRIDGE DR

GARLAND, TX 75042

**Date or dates debt was incurred**

**Last 4 digits of account number: 1829**

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.646** **Nonpriority creditor's name and mailing address**

YASHVANT PARMAR
5851 MEADERS LANE
DALLAS, TX 75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**      $456,353.12
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.647** **Nonpriority creditor's name and mailing address**

YASHVANT PARMAR
5851 MEADERS LANE
DALLAS, TX 75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**      $150,159.94
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.648** **Nonpriority creditor's name and mailing address**

YASHVANT PARMAR
5851 MEADERS LANE
DALLAS, TX 75230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**      $57,788.64
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SURPLUS CASH NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.649** **Nonpriority creditor's name and mailing address**

YELLOW CAB
PO BOX 1510

FORT WORTH, TX 76101-1510

**Date or dates debt was incurred**

**Last 4 digits of account number: 1622**

**As of the petition filing date, the claim is:**      $1,814.65
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor (Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.650 | **Nonpriority creditor's name and mailing address** <br><br> YOUSEF ABOU KAYYAS <br> 601 ASHFIELD <br> RICHARDSON, TX 75081 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> SURPLUS CASH NOTES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $1,253,231.06 |
| 3.651 | **Nonpriority creditor's name and mailing address** <br><br> ZIMMER US INC <br> PO BOX 840166 <br><br> DALLAS, TX 75284-0166 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 1486 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $34,081.22 |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. | Total claims from Part 1 | 5a. | $2,273,375.83 |
| 5b. | Total claims from Part 2 | 5b. + | $143,553,090.72 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $145,826,466.55 |

**Fill in this information to identify the case:**

Debtor    Walnut Hill Physicians' Hospital, LLC

United States Bankruptcy Court for the:  Northern District of Texas

Case number    17-32255
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY AGREEMENT (I-03) SOFTWARE LICENSE AND SERVICES AGREEMENT | 3M 3M  CENTER ST. PAUL, MN  55144 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT (L-01) OFFICE LEASE | 7515 GREENVILLE PROPERTIES, LTD. 7515 GREENVILLE AVE DALLAS, TX  75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT (L-02) MONTH TO MONTH RENTAL AGMT | 7515 GREENVILLE PROPERTIES, LTD. 7515 GREENVILLE AVE DALLAS, TX  75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-72) PROPOSAL AND REBATE AGREEMENT | ABBOTT LABORATORIES, INC. 100 ABBOTT PARK ROAD ABBOTT PARK, IL  60064 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-133) TERMINATION LETTER | ABILITY NETWORK, INC. DEPT CH 16577 PALATINE, IL  60055-6577 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____ Case number _____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT (T-06) MEDICAL TRANSPORTATION AGREEMENT DATED 4/30/2015 | ACADIAN AMBULANCE SERVICE OF TEXAS, LLC PO BOX 92970 |
| | **State the term remaining** | CURRENT | LAFAYETTE, LA 70509-2970 |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY AGREEMENT (I-05) PROPOSAL AND LICENSE AGREEMENT | ACCESS EFORMS, LP PO BOX 733 |
| | **State the term remaining** | CURRENT | SULPHUR SPRINGS, TX 75483 |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-51) PROVIDER NETWORK AGREEMENT DATED 3/24/2014 | ACCESS MEDIQUIP, LLC 255 PRIMERA BOULEVARD SUITE 230 LAKE MARY, FL 32746 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-22) TERMS AND CONDITIONS | ADT PO BOX 371878 |
| | **State the term remaining** | CURRENT | PITTSBURGH, PA 152507878 |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-45) VALET SERVICES AGREEMENT | ADVANTAGE VALET, INC. 719 OLIVE STREET DALLAS, TX 75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGED CARE AGREEMENT (MC-3) MEDICAID AND CHIP HOSPITAL SERVICES AGREEMENT | AETNA HEALTH INC. D/B/A AETNA BETTER HEALTH 151 FARMINGTON AVENUE HARTFORD, CT 6156 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGED CARE AGREEMENT (MC-3) HOSPITAL SERVICES AGREEMENT DATED 8/15/2014 | AETNA 151 FARMINGTON AVENUE HARTFORD, CT 6156 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-05) BULK PRODUCT AGREEMENT | AIR LIQUIDE HEALTHCARE AMERICA CORP 9811 KATY FREEWAY SUITE 100 HOUSTON, TX 77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-12) PRODUCT SALE AGREEMENT | AIRGAS PURITAN MEDICAL 259 NORTH RADNOR-CHESTER ROAD RADNOR, PA 19087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-18) TERMS OF SALE | AIRGAS, INC. PO BOX 676015 |
| | **State the term remaining** | CURRENT | DALLAS, TX 75267-6015 |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-1(A)) MUTUAL NON-DISCLOSURE AGREEMENT | AIRWATCH, LLC 1155 PERIMETER CENTER WEST STE 100 |
| | **State the term remaining** | CURRENT | ATLANTA, GA 30374 |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-1(B)) END USER LICENSE AGREEMENT | AIRWATCH, LLC 1155 PERIMETER CENTER WEST STE 100 |
| | **State the term remaining** | CURRENT | ATLANTA, GA 30374 |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-1(C)) QUOTE SAAS - 50 DEVICES | AIRWATCH, LLC 1155 PERIMETER CENTER WEST STE 100 |
| | **State the term remaining** | CURRENT | ATLANTA, GA 30374 |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-1(D)) GLOBAL EXPENSE POLICY | AIRWATCH, LLC 1155 PERIMETER CENTER WEST STE 100 |
| | **State the term remaining** | CURRENT | ATLANTA, GA 30374 |
| | **List the contract number of any government contract** | | |

Debtor (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20** **State what the contract or lease is for and the nature of the debtor's interest** INTELLECTUAL PROPERTY AGREEMENT (I-02) RALS SOFTWARE SYSTEM LICENSE AND SUPPORT MASTER AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | ALERE INFORMATICS PO BOX 845849 BOSTON, MA 02284-5849 |
| **2.21** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-126) INTRAOPERATIVE NEUROPHYSILOGICAL MONITORING SERVICES AGREEMENT - INDEPENDENT CONTRACTOR AGREEMENT DATED 9/30/2015 **State the term remaining** CURRENT **List the contract number of any government contract** | ALLIED MONITORING INNOVATIONS, LLC /DBA AMERICAN MONITORING INNOVATIONS 4849 GREENVILLE AVE DALLAS, TX 75206-4130 |
| **2.22** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-126) BUSINESS ASSOCIATE AGREEMENT DATED 9/30/2015 **State the term remaining** CURRENT **List the contract number of any government contract** | ALLIED MONITORING INNOVATIONS, LLC /DBA AMERICAN MONITORING INNOVATIONS 4849 GREENVILLE AVE DALLAS, TX 75206-4130 |
| **2.23** **State what the contract or lease is for and the nature of the debtor's interest** EQUIPMENT AGREEMENT (E-23) MASTER CLIENT AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | ALLSCRIPTS 34630 NETWORK PLACE CHICAGO, IL 60673 |
| **2.24** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-113) PROVISION OF INPATIENT CARE AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | ALTUS HOSPICE OF DALLAS 4560 BELTLINE ROAD, SUITE 404 ADDISON, TX 75001 |
| **2.25** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-06) SOFTWARE AND MAINTENANCE SUPPORT AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | AMCOM SOFTWARE, INC. 10400 YELLOW CIRCLE DRIVE EDEN PRAIRIE, MN 55343 |

Debtor   (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.26** **State what the contract or lease is for and the nature of the debtor's interest** MISCELLANEOUS AGREEMENT (M-9) NATIONAL CARDIOVASCULAR DATA REGISTRY 2014 HOSPITAL MASTER AGREEEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION PO BOX 37095<br><br>BALTIMORE, MD  21297-3095 |
| **2.27** **State what the contract or lease is for and the nature of the debtor's interest** EQUIPMENT (E-07(B) ) AIA DOCUMENT A251-2007 DATED 10/25/2012<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | AMERICAN FOODSERVICE EQUIPMENT COMPANY, INC 2319 GIFFORD STREET CHATTANOOGA, TN  37408 |
| **2.28** **State what the contract or lease is for and the nature of the debtor's interest** EQUIPMENT (E-07(C)) BID PROPOSAL - SMALLWARES DATED 10/25/2012<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | AMERICAN FOODSERVICE EQUIPMENT COMPANY, INC 2319 GIFFORD STREET CHATTANOOGA, TN  37408 |
| **2.29** **State what the contract or lease is for and the nature of the debtor's interest** EQUIPMENT (E-07(D)) BID PROPOSAL DATED 10/25/2012<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | AMERICAN FOODSERVICE EQUIPMENT COMPANY, INC 2319 GIFFORD STREET CHATTANOOGA, TN  37408 |
| **2.30** **State what the contract or lease is for and the nature of the debtor's interest** EQUIPMENT (E-07(E)) CERTIFICATE OF LIABILITY INSURANCE - EXHIBIT A DATED 10/25/2012<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | AMERICAN FOODSERVICE EQUIPMENT COMPANY, INC 2319 GIFFORD STREET CHATTANOOGA, TN  37408 |
| **2.31** **State what the contract or lease is for and the nature of the debtor's interest** EQUIPMENT (E-07(F)) WRITTEN SPECIFICATIONS DATED 10/25/2012<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | AMERICAN FOODSERVICE EQUIPMENT COMPANY, INC 2319 GIFFORD STREET CHATTANOOGA, TN  37408 |
| **2.32** **State what the contract or lease is for and the nature of the debtor's interest** EQUIPMENT (E-07(G)) PROOF OF DELIVERY DATED 10/26/2012<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | AMERICAN FOODSERVICE EQUIPMENT COMPANY, INC 2319 GIFFORD STREET CHATTANOOGA, TN  37408 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT AGREEMENT (E-07(A)) AIA DOCUMENT A151-2007 DATED 10/25/2012 | AMERICAN FOODSERVICE EQUIPMENT COMPANY, INC 2319 GIFFORD STREET CHATTANOOGA, TN  37408 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE AGREEMENT (MC-5) PARTICIPATING HOSPITAL AGREEMENT | AMERICA'S CHOICE PROVIDER NETWORK, LLC D/B/A ACPN 2831 ST ROSE PARKWAY SUITE 200-309 HENDERSON, NV  89074 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT AGREEMENT (E-16) ARCHITECTURAL SUBMITTAL PACKAGE/PO NO. 128 DATED 5/23/2013 | AMICO CORPORATION 85 FULTON WAY  RICHMOND, ON  L4B2N4 CANADA |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT AGREEMENT (E-18) DIRECT CUSTOMER AGREEMENT AND CREDIT APPLICATION | APPLE, INC. 1 INFINITE LOOP CUPERTINO, CA  95014 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-124) MASTER AGREEMENT | APPLIED STATISTICS & MANAGEMENT INC. ("ASM") 32848 WOLF STORE ROAD  TEMECULA, CA  92592 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-124) SUBSCRIPTION SERVICE ADDENDUM TO MASTER AGREEMENT | APPLIED STATISTICS & MANAGEMENT INC. ("ASM") 32848 WOLF STORE ROAD  TEMECULA, CA  92592 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-44) TERMS AND CONDITIONS | ARAMARK UNIFORM SERVICE 15372 COBALT STREET SYLMAR, CA  91342 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor 1 _____ Case number (if known) _____
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.40** | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-2) 401K PLAN DOCS | ASCENSUS, INC. 200 DRYDEN ROAD DRESHER, PA 19025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.41** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-15) MASTER AGREEMENT DATED 5/24/2013 | AT&T PO BOX 105414 ATLANTA, GA 30348-5414 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.42** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-15) PRI SMARTTRUNK SERVICE DATED 5/24/2013 | AT&T PO BOX 105414 ATLANTA, GA 30348-5414 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.43** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-15) MIS PRICING SCHEDULE DATED 8/6/2013 | AT&T PO BOX 105414 ATLANTA, GA 30348-5414 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.44** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-58) ORDER FOR SERVICE AND COI'S DATED 1/24/2014 | ATLANTIC RELOCATION SYSTEMS 1314 CHATTAHOOCHEE AVE. NW ATLANTA, GA 30318 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.45** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-94) AGREEMENT FOR CONTRACTOR SERVICES DATED 6/1/2014 | ATLAS MEDSTAFF 11840 NICHOLAS STREET STE 215 OMAHA, NE 68154 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.46** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-29) WEBSITE, SOCIAL & SEO PROPOSAL AND AGREEMENT | ATOMIC DESIGN & CONSULTING 8105 RASOR BOULEVARD SUITE 202 PLANO, TX 75024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-68) VAPORIZER PLACEMENT AGREEMENT | BAXTER HEALTHCARE CORPORATION PO BOX 730531 |
| | **State the term remaining** | CURRENT | DALLAS, TX  75373-0531 |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-68) DIRECT PURCHASE AGREEMENT | BAXTER HEALTHCARE CORPORATION PO BOX 730531 |
| | **State the term remaining** | CURRENT | DALLAS, TX  75373-0531 |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-6) LUMP SUM CONTRACT DATED 6/8/2010 | BCEGZ-USA, INC. 3030 LYNDON B JOHNSON FWY STE 700 DALLAS, TX  75234-7763 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-138) MOBILE ASSESSMENT SERVICES AGREEMENT | BEHAVIORAL HEALTH CONNECTIONS, INC. 1350 N BUCKNER DALLAS, TX  75218 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-91) ACCOUNT RECEIVABLES MANAGEMENT AGREEMENT | BEST ACCOUNT RECEIVABLES MANAGEMENT SOLUTIONS, LLC 12655 NORTH CNTL EXPRESSWAY #315 DALLAS, TX  75243 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-128) IN-HOSPITAL DIALYSIS AND APHERESIS SERVICES AGREEMENT DATED 11/1/2015 | BIO-MEDICAL APPLICATIONS OF TEXAS, INC. D/B/A DALLAS ACUTE DIALYSIS SERVICES, WHICH IS AN AFFILIATE OF FRESENIUS MEDICAL CARE HOLDINGS, INC. D/B/A FRESENIUS MEDICAL CARE NORTH AMERICA 1805 POINT WEST PKWY STE 200 AMARILLO, TX  79124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | HOSPITAL AGREEMENT FOR HMO NETWORK PARTICIPATION (MC-1) DATED 6/7/2013 | BLUE CROSS AND BLUE SHIELD OF TX 1001 E. LOOKOUT DRIVE RICHARDSON, TX  75082 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | HOSPITAL AGREEMENT FOR PPO/POS NETWORK PARTICIPATION (MC-1) DATED 3/24/2014 | BLUE CROSS AND BLUE SHIELD OF TX 1001 E. LOOKOUT DRIVE RICHARDSON, TX 75082 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGED CARE AGREEMENT (MC-1) HOSPITAL AGREEMENT FOR TRADITIONAL INDEMNITY BUSINESS DATED 5/15/2014 | BLUE CROSS AND BLUE SHIELD OF TX 1001 E. LOOKOUT DRIVE RICHARDSON, TX 75082 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGED CARE AGREEMENT (MC-1) INSTITUTION AGREEMENT - TRIWEST HEALTHCARE ALLIANCE CORP. DATED 8/18/2014 | BLUE CROSS AND BLUE SHIELD OF TX 1001 E. LOOKOUT DRIVE RICHARDSON, TX 75082 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGED CARE AGREEMENT (MC-1) HOSPITAL AGREEMENT FOR BLUE ADVANTAGE HMO NETWORK PARTICIPATION DATED 10/1/2014 | BLUE CROSS AND BLUE SHIELD OF TX 1001 E. LOOKOUT DRIVE RICHARDSON, TX 75082 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-20) PARPLAN PROVIDER CONTRACT DATED 3/12/2012 | BLUE CROSS AND BLUE SHIELD OF TX 1001 E. LOOKOUT DRIVE RICHARDSON, TX 75082 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | PROVIDER ACCOUNT NUMBER INFORMATION FORM (MC-1) DATED 1/9/2013 | BLUE CROSS AND BLUE SHIELD OF TX 1001 E. LOOKOUT DRIVE RICHARDSON, TX 75082 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | VA PCCC AMENDMENT TO INSTITUTION AGREEMENT (MC-1) DATED 8/18/2014 | BLUE CROSS AND BLUE SHIELD OF TX 1001 E. LOOKOUT DRIVE RICHARDSON, TX 75082 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-69) CRM AGREEMENT | BOSTON SCIENTIFIC CORPORATION PO BOX 951653 |
| | **State the term remaining** | CURRENT | DALLAS, TX 75395-1653 |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-83) PHARMACY COMPOUNDING AGREEMENT | CANTRELL DRUG COMPANY 7700 NORTHSHORE PLACE DRIVE |
| | **State the term remaining** | CURRENT | NORTH LITTLE ROCK, AR 72118 |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-10) MERCHANT SERVICES AGREEMENT | CAPITAL ONE MERCHANT SERVICES CORPORATION 4445 WILLARD AVE 6TH FL |
| | **State the term remaining** | CURRENT | CHEVY CHASE, MD 20815 |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-7) BUSINESS ASSOCIATE AGREEMENT | CAPITAL ONE, N.A. 4445 WILLARD AVE 6TH FL |
| | **State the term remaining** | CURRENT | CHEVY CHASE, MD 20815 |
| | **List the contract number of any government contract** | | |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT | CAPX FUND IV, LP 155 N. WACKER DR. #1760 CHICAGO, IL 60606 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-69) FACILITY AGREEMENT FOR HANDS-ON PACEMAKER AND LV LEAD IMPLANTATION PROGRAMS DATED 8/1/2014 | CARDIAC PACEMAKERS, INC. D/B/A BOSTON SCIENTIFIC CRM 4100 HAMLINE AVENUE NORTH ST. PAUL, MN 55112-5798 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-75) PRIME VENDOR AGREEMENT | CARDINAL HEALTH 7000 CARDINAL PLACE |
| | **State the term remaining** | CURRENT | DUBLIN, OH 43017 |
| | **List the contract number of any government contract** | | |

Debtor _____ Case number (if known) _____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.68** State what the contract or lease is for and the nature of the debtor's interest — PROFESSIONAL SERVICES AGREEMENT (PS-21) EKG PROFESSIONAL SERVICES AGREEMENT<br><br>State the term remaining — CURRENT<br><br>List the contract number of any government contract | CARDIOLOGY AND INTERVENTIONAL VASCULAR ASSOCIATES, PA<br>7150 GREENVILLE AVE<br>SUITE 500<br>DALLAS, TX  75231 |
| **2.69** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS (S-118) REMOTE SITE PRODUCTION AGREEMENT DATED 6/22/2015<br><br>State the term remaining — CURRENT<br><br>List the contract number of any government contract | CARDIOVASCULAR RESEARCH FOUNDATION<br>1700 BROADWAY<br>9TH FLOOR<br>NEW YORK, NY  10019 |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS (S-115) SERVICES AGREEMENT FOR RESEARCH PROJECT DATED 5/1/2015<br><br>State the term remaining — CURRENT<br><br>List the contract number of any government contract | CARDIOVASCULAR RESEARCH INSTITUTE OF DALLAS<br>7150 GREENVILLE AVE<br>#650<br>DALLAS, TX  75231 |
| **2.71** State what the contract or lease is for and the nature of the debtor's interest — EQUIPMENT AGREEMENT (E-15) MASTER AGREEMENT<br><br>State the term remaining — CURRENT<br><br>List the contract number of any government contract | CAREFUSION<br>25146 NETWORK PLACE<br><br>CHICAGO, IL  60673-1250 |
| **2.72** State what the contract or lease is for and the nature of the debtor's interest — (M-13)<br><br>State the term remaining — CURRENT<br><br>List the contract number of any government contract | CARESTREAM HEALTH INC.<br>150 VERONA STREET<br>ROCHESTER, NY  14608 |
| **2.73** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS (S-50) MEDICAL FILM AGREEMENT<br><br>State the term remaining — CURRENT<br><br>List the contract number of any government contract | CARESTREAM HEALTH, INC.<br>150 VERONA STREET<br>ROCHESTER, NY  14608 |
| **2.74** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENTS (S-39) BLOOD SERVICE AGREEMENT<br><br>State the term remaining — CURRENT<br><br>List the contract number of any government contract | CARTER BLOODCARE<br>PO BOX 916068<br><br>FORT WORTH, TX  76191 |

Debtor    Adient US LLC d/b/a ...    Case number (if known) 17-32255-bjh7
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.75** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>PROFESSIONAL SERVICES AGREEMENT (PS-19)<br>PERFUSION SERVICE AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CASTLEROCK PERFUSION, LLC<br>906 W. MCDERMOTT DR<br>STE 116-173<br><br>ALLEN, TX  75013 |
| **2.76** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SERVICE AGREEMENTS (S-112) AMENDMENT MOBILEMD HIE AND PATIENT PORTAL SERVICE AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CERNER HEALTH SERVICES, INC.<br>C/O US BANK<br>PO BOX 959167<br><br>ST LOUIS, MO  63195-9167 |
| **2.77** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>PROFESSIONAL SERVICES AGREEMENT (PS-06)<br>RADIOLOGY DATED 3/13/2013<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CHOPRA & ASSOCIATES, P.A.<br>8307 KNIGHT RD<br>HOUSTON, TX  77054-3905 |
| **2.78** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>MANAGED CARE AGREEMENT (MC-2)<br>HOSPITAL SERVICES AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CIGNA HEALTHCARE OF TEXAS, INC.<br>900 COTTAGE GROVE<br>BLOOMFIELD, CT  6002 |
| **2.79** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>CONFIDENTIALITY AGREEMENT/SIGNED REP QUESTIONNAIRE (MC-2)<br> DATED 4/26/2013<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CIGNA/HDR CONSULTING, LLC (AGENT)<br>6655 W SAHARA AVE<br>STE C203<br>LAS VEGAS, NV  89146 |
| **2.80** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>MISCELLANEOUS AGREEMENT (M-31)<br>SEPARATION AND GENERAL RELEASE AGREEMENT  DATED 8/2/2016<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CINDI CARTER<br>2406 ECHO CT<br><br>ROWLETT, TX  75088 |
| **2.81** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SERVICE AGREEMENTS (S-70)<br>PLANNED MAINTENANCE (PM) AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CLIFFORD POWER SYSTEMS, INC.<br>PO BOX 875500<br><br>KANSAS CITY, MO  64187-5500 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-103) CLINICAL LABORATORY SERVICES AGREEMENT DATED 9/15/2014 | COLUMBIA HOSPITAL AT MEDICAL CITY DALLAS SUBSIDIARY, L.P. D/B/A MEDICAL CITY DALLAS HOSPITAL 7777 FOREST LN DALLAS, TX 75230 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT (T-03) TRANSFER AGREEMENT | COMPASS AMBULANCE SERVICES, LLC 5555 APOLLO DR DALLAS, TX 75237-4729 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-28) MASTER SERVICE AGREEMENT - FOOD AND HOUSEKEEPING SERVCIES DATED 11/3/2013 | COMPASS GROUP, CROTHALL HEALTHCARE, INC. AND MORRISON MANAGEMENT SPECIALISTS, INC. PO BOX 102289 |
| | **State the term remaining** | CURRENT | ATLANTA, GA 30368 |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-28) AMENDMENT TO MASTER SERVICES AGREEMENT | COMPASS GROUP, CROTHALL HEALTHCARE, INC. AND MORRISON MANAGEMENT SPECIALISTS, INC. PO BOX 102289 |
| | **State the term remaining** | CURRENT | ATLANTA, GA 30368 |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-29) VENDING OFFICE COFFEE SERVICE AMENDMENT | COMPASS GROUP, CROTHALL HEALTHCARE, INC. AND MORRISON MANAGEMENT SPECIALISTS, INC. PO BOX 102289 |
| | **State the term remaining** | CURRENT | ATLANTA, GA 30368 |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-23) PHARMACY SERVICES AGREEMENT DATED 8/12/2013 | COMPREHENSIVE PHARMACY SERVICES PO BOX 638316 |
| | **State the term remaining** | CURRENT | CINCINNATI, OH 45263-8316 |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-67) HEALTHCARE FACILITY SERVICES AGREEMENT | CORPORATE CLEANING SOLUTIONS, LLC 10445 MARKISON RD |
| | **State the term remaining** | CURRENT | DALLAS, TX 75038 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-24) CO-OP PROGRAM AGREEMENT | COVIDIEN SALES, LLC PO BOX 932928 |
| | **State the term remaining** | CURRENT | ATLANTA, GA  31193-2928 |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-9) CONFIDENTIALITY AGREEMENT | CREEKIDGE CAPITAL 7808 CREEKRIDGE CIRCLE STE 250 |
| | **State the term remaining** | CURRENT | EDINA, MN  55439 |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-108) MEMBERSHIP APPLICATION AGREEMENT | CURVO LABS, INC. 58 ADAMS AVENUE EVANSVILLE, IN  47713 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-60) CONSULTING AGREEMENT | DALE R GIBSON, INC. 6342 SUMMER LAKES LANE |
| | **State the term remaining** | CURRENT | PENSACOLA, FL  32504 |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-25) CLINICAL AFFILIATION AGREEMENT DATED 8/31/2015 | DALLAS COUNTY COMMUNITY COLLEGE DISTRICT ON BEHALF OF EL CENTRO COLLEGE 1601 S. LAMAR ST DALLAS, TX  75215 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-73) RENTAL AGREEMENT | DALLAS PARTY RENTALS, LLC 13331 PRESTON ROAD STE 1064 |
| | **State the term remaining** | CURRENT | DALLAS, TX  75240 |
| | **List the contract number of any government contract** | | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-12) SALES QUOTE | DATA INNOVATIONS, LLC 120 KIMBALL AVE STE 120 |
| | **State the term remaining** | CURRENT | SOUTH BURLINGTON, VT  5403 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-12) ON-SITE INSTALLATION AND INTERFACING DESCRIPTION OF SERVICE | DATA INNOVATIONS, LLC 120 KIMBALL AVE STE 120 SOUTH BURLINGTON, VT 5403 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY AGREEMENT (I-01) PURCHASE ORDER - MICROSOFT SOFTWARE DATED 6/11/2013 | DELL C/O DELL USA L.P. PO BOX 534118 ATLANTA, GA 30353-4118 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-111) ADMINISTRATIVE SERVICES AGREEMENT | DR. TONY DAS 4407 MIDDLETON ROAD DALLAS, TX 75229 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-129) NON-CIRCUMVENT NON-DISCLOSURE AGREEMENT | DRAGONFLY FOUNDATION FOR RESEARCH & DEVELOPMENT 9275 GOVERNORS WAY CINNCINNATI, OH 45249 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-03) TECHNOLOGY CONSULTING SERVICES DATED 10/12/2012 | EDI 31875 SOLON ROAD SOLON, OH 44139 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-21) OPEN ACCESS PLAN AGREEMENT | EDWARDS LIFESCIENCES 23146 NETWORK PLACE CHICAGO, IL 60673-1231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-21) PRICING AGREEMENT | EDWARDS LIFESCIENCES 23146 NETWORK PLACE CHICAGO, IL 60673-1231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____ Case number (if known) _____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.103** **State what the contract or lease is for and the nature of the debtor's interest**    EQUIPMENT AGREEMENT (E-21) PURCHASING AGREEMENT<br><br>**State the term remaining**    CURRENT<br><br>**List the contract number of any government contract** | EDWARDS LIFESCIENCES 23146 NETWORK PLACE<br><br>CHICAGO, IL 60673-1231 |
| **2.104** **State what the contract or lease is for and the nature of the debtor's interest**    EQUIPMENT AGREEMENT (E-26) PRICING PROPOSAL FOR AFX ENDOVASCULAR AAA SYSTEM PRODUCTS. DATED 5/16/2015<br><br>**State the term remaining**    CURRENT<br><br>**List the contract number of any government contract** | ENDOLOGIX INC. PO BOX 848291<br><br>DALLAS, TX 75284-8291 |
| **2.105** **State what the contract or lease is for and the nature of the debtor's interest**    SERVICE AGREEMENTS (S-08) CARDIOGRAPHY PRODUCTS QUOTE<br><br>**State the term remaining**    CURRENT<br><br>**List the contract number of any government contract** | EPIPHANY CARDIO 3000 EAST BOUNDARY TERRACE SUITE 2 MIDLOTHIAN, VA 23112 |
| **2.106** **State what the contract or lease is for and the nature of the debtor's interest**    LEASE AGREEMENT (L-05) CLINIC SERVICES AGREEMENT<br><br>**State the term remaining**    CURRENT<br><br>**List the contract number of any government contract** | ESCREEN, INC. PO BOX 654094<br><br>DALLAS, TX 75265-4094 |
| **2.107** **State what the contract or lease is for and the nature of the debtor's interest**    SERVICE AGREEMENTS (S-132) SERVICES AGREEMENT<br><br>**State the term remaining**    CURRENT<br><br>**List the contract number of any government contract** | ESOLUTIONS, INC. 2 NORTH MARKET STREET SUITE 400 SAN JOSE, CA 95113 |
| **2.108** **State what the contract or lease is for and the nature of the debtor's interest**    SERVICE AGREEMENTS (S-132) BUSINESS ASSOCIATE AGREEMENT<br><br>**State the term remaining**    CURRENT<br><br>**List the contract number of any government contract** | ESOLUTIONS, INC. 2 NORTH MARKET STREET SUITE 400 SAN JOSE, CA 95113 |
| **2.109** **State what the contract or lease is for and the nature of the debtor's interest**    SERVICE AGREEMENTS (S-81) SINGLE SITE AGREEMENT<br><br>**State the term remaining**    CURRENT<br><br>**List the contract number of any government contract** | ETHICON US, LLC ROUTE 22 WEST SOMERVILLE, NJ 08876 |

Debtor _____ Case 17-32255-hdh7 _____ Case number (if known) _____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.110** **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-03) CO-MANAGEMENT SERVICES AGREEMENT CONSENT | EXCEL ANESTHESIA, P.A. (AS SUCCESSOR BY ASSIGNMENT TO ORYX SERVCIES, PLLC) 8220 WALNUT HILL LN SUITE 505 DALLAS, TX 75231 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.111** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-33) FIRE SUPPRESSION SYSTEM PROPOSAL | EXCEL FIRE PROTECTION SYSTEMS, L.P. 309 HECTOR CONNOLY ROAD CARENCRO, LA 70520 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.112** **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT (C-03) AIA DOCUMENT A107-2007 | FAST-TRAK CONSTRUCTION, INC 1150 EMPIRE CENTRAL PLACE STE 124 DALLAS, TX 75247 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.113** **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT (T-04) TRANSFER AGREEMENT | FIRST CHOICE ER 2941 LAKE VISTA DRIVE LEWISVILLE, TX 75067 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.114** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-117) REFERENCE LABORATORY SERVICES AGREEMENT | FIRST CHOICE ER, LLC D/B/A/ FIRST CHOICE EMERGENCY ROOM 2941 LAKE VISTA DRIVE LEWISVILLE, TX 75067 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.115** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-97) CONSULTING & SERVICES AGREEMENT | FIRST SLEEP SERVICES PO BOX 862 AUBREY, TX 76227-0862 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.116** **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-25) PHYSICIAN ON-CALL AGREEMENT DATED 3/16/2015 | FRANCHELL RICHARDS-HAMILTON, M.D. 306 E RANDOL MILL RD STE 136 ARLINGTON, TX 76011 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-20) LAB MONITORING AGREEMENT | FRESHLOC TECHNOLOGIES, INC. 3939 BELT LINE ROAD STE 400 |
| | **State the term remaining** | CURRENT | ADDISON, TX 75001 |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-3) TRUST AGREEMENT | FRONTIER TRUST COMPANY 1655 43RD ST SOUTH STE 100 FARGO, ND 58103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-09) END USER PURCHASE LICENSE AND SERVICES AGREEMENT | FUJIFILM MEDICAL SYSTEMS USA PO BOX 347689 |
| | **State the term remaining** | CURRENT | PITTSBURGH, PA 15251-4689 |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-09) ENTERPRISE PROPOSAL | FUJIFILM MEDICAL SYSTEMS USA PO BOX 347689 |
| | **State the term remaining** | CURRENT | PITTSBURGH, PA 15251-4689 |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-106) SECURITY SERVICES AGREEMENT DATED 2/11/2015 | G4S SECURE SOLUTIONS (USA) INC. 1395 UNIVERSITY BLVD JUPITER, FL 33458 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-106) DISASTER SERVICES SECURITY RESPONSE AGREEMENT DATED 2/12/2015 | G4S SECURE SOLUTIONS (USA) INC. 1395 UNIVERSITY BLVD JUPITER, FL 33458 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-01) FINANCED PURCHASE OF EQUIPMENT | GE HEALTHCARE FINANCIAL SERVICES 500 W MONROE ST CHICAGO, IL 60661 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-01) PURCHASE ORDER: WH 129 DATED 5/28/2013 | GE HEALTHCARE PO BOX 96483 |
| | **State the term remaining** | CURRENT | CHICAGO, IL  60693 |
| | **List the contract number of any government contract** | | |
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-04) EMERGENCY DEPARTMENT | GLEN BLASCHKE'S ED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT (C-02) SCOPE OF DESIGN SERVICES OUTLINE | GO STUDIO, LP |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-12) EMERGENCY DEPARTMENT PSA DATED 8/30/2013 | GREATER HOUSTON EMERGENCY PHYSICIANS, PLLC 211 HIGHLAND CROSS STREET STE 275 |
| | **State the term remaining** | CURRENT | HOUSTON, TX  77073 |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-12) EMERGENCY DEPARTMENT PSA DATED 10/30/2015 | GREATER HOUSTON EMERGENCY PHYSICIANS, PLLC 211 HIGHLAND CROSS STREET STE 275 |
| | **State the term remaining** | CURRENT | HOUSTON, TX  77073 |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-07) PATHOLOGY | GROUP TBD |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-15) PT PSA | GROUP TBD |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-54) COMPLIANCE PACKAGE | GROUPONE SERVICES 250 DECKER DRIVE |
| | **State the term remaining** | CURRENT | IRVING, TX 75062-2706 |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-13) SOFTWARE LICENSE & SUPPORT SERVICES AGREEMENT | HAEMONETICS CORPORATION 24849 NETWORK PLACE |
| | **State the term remaining** | CURRENT | CHICAGO, IL 606731248 |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY AGREEMENT (I-08) MASTER SOFTWARE LICENSE AND SERVICES AGREEMENT | HEALTH QLIX INCORPORATED 4830 W KENNEDY BLVD SUITE 650 TAMPA, FL 33609 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGED CARE AGREEMENT (MC-4) AMENDMENT TO HOSPITAL PARTICIPATION AGREEMENT | HEALTH VALUE MANAGEMENT, INC. D/B/A CHOICECARE NETWORK PO BOX 19013 GREEN BAY, WI 54307 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-89) PROVIDER SERVICE AGREEMENT | HEALTHCARE CONNECTIONS, INC. 2770 N. UNIVERSITY DRIVE STE 2770 |
| | **State the term remaining** | CURRENT | CORAL SPRINGS, FL 33065 |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-01) INDEPENDENT CONTRACTOR AGREEMENT DATED 4/3/2012 | HEALTHCARE DEVELOPMENT RESOURCES, LLC 1817 WATERSTONE CT |
| | **State the term remaining** | CURRENT | FRANKLIN, TN 37069 |
| | **List the contract number of any government contract** | | |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-01) NON-DISCLOSURE AGREEMENT DATED 11/29/2012 | HEALTHCARE DEVELOPMENT RESOURCES, LLC 1817 WATERSTONE CT |
| | **State the term remaining** | CURRENT | FRANKLIN, TN 37069 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-17) PROPOSAL - POSITION MANAGER APPLICANT TRACKING SYSTEM | HEALTHCARESOURCE PO BOX 783577<br><br>PHILADELPHIA, PA  19178-3577 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-61) AGREEMENT FOR SERVICES | HEALTHPORT TECHNOLOGIES, LLC PO BOX 409669<br><br>ATLANTA, GA  30384-9669 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-61) TERMINATION LETTER | HEALTHPORT TECHNOLOGIES, LLC PO BOX 409669<br><br>ATLANTA, GA  30384-9669 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-59) MASTER SERVICES AGREEMENT | HEALTHSTREAM, INC. PO BOX 102817<br><br>ATLANTA, GA  30368-2817 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-114) INDEPENDENT CONTRACTOR AGREEMENT DATED 4/19/2015 | HEATHER NYDICK |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT (T-02) PATIENT TRANSFER AGREEMENT DATED 7/1/2014 | HIGHLAND PARK EMERGENCY CENTER LLC DBA NORTHPARK EMERGENCY ROOM 5150 LEMMON AVE #108 DALLAS, TX  75209 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-71) QUOTATION | HME WIRELESS 1400 NORTHBROOK PARKWAY SUITE 320<br><br>SUWANEE, GA  30024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.145** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT (PS-16) CRITICAL CARE AND PULMONARY COVERAGE AGREEMENT<br><br>CURRENT | HOWARD MINTZ, JULYE CAREW, VICTOR GOMEZ, MICHAEL MOTTA, AND JULIETTE WAIT |
| **2.146** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENTS (S-36) RECRUITING AGREEMENT<br><br>CURRENT | HSC MARKETING 1825 MARKET CENTER BLVD STE 388<br><br>DALLAS, TX  75207 |
| **2.147** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENTS (S-36) CONSULTING AGREEMENT<br><br>CURRENT | HSC MARKETING 1825 MARKET CENTER BLVD STE 388<br><br>DALLAS, TX  75207 |
| **2.148** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MANAGED CARE AGREEMENT (MC-4) HOSPITAL PARTICIPATION AGREEMENT DATED 9/22/2014<br><br>CURRENT | HUMANA/CHOICECARE NETWORK 500 WEST MAIN ST LOUISVILLE, KY  40202 |
| **2.149** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS (S-141) AGREEMENT FOR SECONDARY INSTITUTION FOR PODIATRY RESIDENCY PROGRAM DATED 10/19/2016<br><br>CURRENT | HUNT MEMORIAL HOSPITAL DISTRICT 4215 JOE RAMSEY BLVD GREENVILLE, TX  75401 |
| **2.150** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS (S-119) VENDOR AGREEMENT WITH VENDOR CONTRACTED FACILITY DATED 5/13/2015<br><br>CURRENT | IMPLANTABLEPROVIDER GROUP, INC. 11605 HAYNES BRIDGE RD STE 200 ALPHARETTA, GA  30009 |
| **2.151** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS (S-02) HOURLY SERVICE AGREEMENT<br><br>CURRENT | INMAN FOODSERVICES GROUP 1330 CORAL WAY STE 310 MIAMI, FL  33145 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.152** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AGREEMENTS (S-139) HOSPITAL INPATIENT CARE SERVICES AGREEMENT DATED 6/2/2016 **State the term remaining** CURRENT **List the contract number of any government contract** | INTERNATIONAL TUTORING SERVICES, INC. D/B/A HOSPICE PLUS 3100 MCKINNON ST #200 DALLAS, TX 75201 |
| **2.153** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AGREEMENTS (S-40) SECURE SHREDDING SERVICES AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | IRON MOUNTAIN 1 FEDERAL STREET BOSTON, MA 02110 |
| **2.154** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AGREEMENTS (S-131) JATA / NUANCE SOW AND SERVICES AGREEMENT COMPLIANT DOCUMENTATION MANAGEMENT PROGRAM® IMPLEMENTATION CDMP® GUIDE CDMP® CONTINUING EDUCATION **State the term remaining** CURRENT **List the contract number of any government contract** | J. A. THOMAS & ASSOCIATES 3715 NORTHSIDE PKWY SW #100 ATLANTA, GA 30327 |
| **2.155** **State what the contract or lease is for and the nature of the debtor's interest** — MISCELLANEOUS AGREEMENT (M-18) SEPARATION AGREEMENT AND RELEASE DATED 8/11/2014 **State the term remaining** CURRENT **List the contract number of any government contract** | JARED KAWALSKY 6116 OAKCREST RD DALLAS, TX 75248 |
| **2.156** **State what the contract or lease is for and the nature of the debtor's interest** — PROFESSIONAL SERVICES AGREEMENT (PS-17) OFFER LETTER **State the term remaining** CURRENT **List the contract number of any government contract** | JAROD KOWALSKI |
| **2.157** **State what the contract or lease is for and the nature of the debtor's interest** — TRANSFER AGREEMENT (T-07) HOSPITAL MEDICAL TRANSPORATION SERVICE AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | JCSD EMERGENCY GROUP INC, D/B/A MEDICONE MEDICAL RESPONSE 14286 GILLIS RD FARMERS BRANCH, TX 75244-3722 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-20) PURCHASE ORDER - WH 133 DATED 6/24/2013 | JOHNSON EQUIPMENT COMPANY 4674 OLIN DRIVE DALLAS, TX 75244-4615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-77) MEDICAL RECORD CODING SERVICES AGREEMENT | KADERKA VENTURES, LLC D/B/A KADERKA CONSULTING 2198 GREENWOOD DR |
| | **State the term remaining** | CURRENT | FRISCO, TX 75034 |
| | **List the contract number of any government contract** | | |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-105) CONSULTING AGREEMENT | KEITH ATCHISON 3627 AMELIA ISLAND LANE |
| | **State the term remaining** | CURRENT | DAVIE, FL 33328 |
| | **List the contract number of any government contract** | | |
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-105) BUSINESS ASSOCIATE AGREEMENT | KEITH ATCHISON 3627 AMELIA ISLAND LANE |
| | **State the term remaining** | CURRENT | DAVIE, FL 33328 |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-92) HOSPITAL SERVICES, OUT-PATIENT SURGERY AND DIAGNOSTIC SERVICES AGREEMENT DATED 8/1/2014 | KINDRED HOSPITAL DALLAS CENTRAL 8050 MEADOW RD DALLAS, TX 75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-92) REFERENCE LABORATORY SERVICES AGREEMENT | KINDRED HOSPITAL DALLAS CENTRAL 8050 MEADOW RD DALLAS, TX 75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-25) SOFTWARE LICENSE AND SERVICES AGREEMENT | KRONOS INC. PO BOX 743208 |
| | **State the term remaining** | CURRENT | ATLANTA, GA 30374-3208 |
| | **List the contract number of any government contract** | | |

Debtor _____ Case number (if known) _____
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.165 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-13) MASTER TERMS AND CONDITIONS | LANTANA COMMUNICATIONS 1700 TECH CENTER PARKWAY STE 100 |
| **State the term remaining** | CURRENT | ARLINGTON, TX 76014 |
| **List the contract number of any government contract** | | |
| 2.166 **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-14) PHYSICIAN RECRUITMENT AGREEMENT | LAYTON LANG |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.167 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT (L-06) BD ACTUISITION AGREEMENT AND LA BARRINGTON LEASE AGREEMENT | LEASING ASSOCIATES OF BARRINGTON, INC. 220 N RIVER ST EAST DUNDEE, IL 60118 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.168 **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT (C-06) CONSENSUSDOCS 205 STANDARD SHORT FORM AGREEMENT BETWEEN OWNER AND CONSTRUCTOR | LINBECK GROUP, LLC 3900 ESSEX LANE SUITE 1200 HOUSTON, TX 77027 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.169 **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT (C-06) CONSTRUCTION COMPLETION ESCROW AGREEMENT | LINBECK GROUP, LLC 3900 ESSEX LANE SUITE 1200 HOUSTON, TX 77027 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.170 **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT (T-08) PATIENT TRANSFER AGREEMENT DATED 8/27/2015 | LONESTAR AMBULANCE 1, LLC, DBA ALLEGIANCE AMBULANCE 3201 SOUTH AUSTIN AVE STE 335 GEORGETOWN, TX 78626 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.171 **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT (T-08) MEDICAL TRANSPORTATION MEMORANDUM OF UNDERSTANDING | LONESTAR AMBULANCE 1, LLC, DBA ALLEGIANCE AMBULANCE 3201 SOUTH AUSTIN AVE STE 335 GEORGETOWN, TX 78626 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.172** **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-05) RAULAND-BORG NURSE CALL COMMUNICATIONS SYSTEMS RESPONDER 5 | LONESTAR COMMUNICATIONS, INC. 1414 POST & PADDOCK ST #200 GRAND PRAIRIE, TX 75050 |

| | |
| --- | --- |
| **2.172** **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-05) RAULAND-BORG NURSE CALL COMMUNICATIONS SYSTEMS RESPONDER 5 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease:

LONESTAR COMMUNICATIONS, INC.
1414 POST & PADDOCK ST
#200
GRAND PRAIRIE, TX 75050

---

| | |
| --- | --- |
| **2.173** **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY AGREEMENT (I-06) APLLICATION HOSTING AND SOFTWARE LICENSE AGREEMENT |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |

LPIT SOLUTIONS, INC.
25 COMMERCE SW
STE 200

GRAND RAPIDS, MI 49503

---

| | |
| --- | --- |
| **2.174** **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-21) SEPARATION AGREEMENT AND RELEASE |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |

LYLE ROUNTREE

---

| | |
| --- | --- |
| **2.175** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-84) CONIGNMENT AGREEMENT |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |

MAQUET CARDIOVASCULAR US SALES INC DBA ATRIUM MEDICAL CORPORATION
5 WENTWORTH DR
HUDSON, NH 03051

---

| | |
| --- | --- |
| **2.176** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-88) PRODUCT PRICING AGREEMENT |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |

MAQUET MEDICAL SYSTEMS USA
3615 SOLUTIONS CENTER

CHICAGO, IL 60677-3006

---

| | |
| --- | --- |
| **2.177** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-21) A101- 2007 - STANDARD AGREEMENT BETWEEN OWNER AND CONTRACTOR. |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |

MAREK BROTHERS SYSTEMS, INC.
1233 LAKESHORE DR

COPPELL, TX 75019

---

| | |
| --- | --- |
| **2.178** **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-22) SEPARATION AND GENERAL RELEASE AGREEMENT |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |

MARION JOHNSON

Debtor  Adeptus Health, LLC  Case number (if known) 17-32255
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-26) SEPARATION, SEVERANCE, AND GENERAL RELEASE AGREEMENT DATED 7/30/2015 | MATT ADAMS 6205 SHOAL CREEK TRAIL

GARLAND, TX 75044 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY AGREEMENT (I-07) MASTER AGREEMENT | MCKESSON HEALTH SOLUTIONS 22423 NETWORK PLACE

CHICAGO, IL 60673-1219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-52) MEMBERSHIP AGREEMENT | MD BUYLINE, INC. 5910 N. CENTRAL EXPY SUITE 1800

DALLAS, TX 75206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-38) DICTATION SYSTEM AGREEMENT PROPOSAL DATED 10/2/2013 | MED IT ASSOCIATES, LLC 846 POSSOM TROT HOLLOW RD

WHITEWRIGHT, TX 75491 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-38) SERVICE AGREEMENT - FUJI PACS, CV PACS, RIS AND NUANCE POWERSCRIBE 360 REPORTING SYSTEM | MED IT ASSOCIATES, LLC 846 POSSOM TROT HOLLOW RD

WHITEWRIGHT, TX 75491 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-62) WORKFORCE MANAGEMENT SERVICES | MEDASSETS PERFORMANCE MANAGEMENT SOLUTIONS, INC. PO BOX 405652

ATLANTA, GA 30384-5652 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-32) MASTER AGREEMENT | MEDASSETS PO BOX 405652

ATLANTA, GA 30384-5652 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Adient US Holdings, LLC  Case number (if known) 17-32255-bjh7

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-102C) EXHIBIT K-1 - BLOOD BANK LOC | MEDASSETS/ORTHO-CLINICAL DIAGNOSTIC INC. 5972 COLLECTIONS CENTER DRI |
| | **State the term remaining** | CURRENT | CHICAGO, IL  60693 |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT (T-01) PATIENT TRANSFER AGREEMENT | MEDICAL CITY DALLAS 7777 FOREST LN DALLAS, TX  75230 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-09) MINDRAY PURCHASE ORDER CENTRAL MONITOR AND ANES MACHINES - WH 101 DATED 12/28/2012 | MEDICAL SOURCE SYSTEMS 7103 BAKERS BRIDGE RD STE 105 |
| | **State the term remaining** | CURRENT | BRENTWOOD, TN  37027 |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-09) MINDRAY PURCHASE ORDER REDESIGN CENTRAL MONITOR - WH 114 DATED 5/7/2013 | MEDICAL SOURCE SYSTEMS 7103 BAKERS BRIDGE RD STE 105 |
| | **State the term remaining** | CURRENT | BRENTWOOD, TN  37027 |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-30) CORPORATE PROGRAM AGREEMENT | MEDLINE INDUSTRIES HOLDINGS, L.P. DEPT 1080 PO BOX 121080 |
| | **State the term remaining** | CURRENT | DALLAS, TX  75312-1080 |
| | **List the contract number of any government contract** | | |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-135) SOW | MEDOLOGY 360 4145 BELTLINE RD STE 212-380 ADDISON, TX  75001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-25) WRAP-IT REBATE PROGRAM EXHIBIT DATED 10/16/2014 | MEDTRONIC USA, INC. PO BOX 409201 |
| | **State the term remaining** | CURRENT | ATLANTA, GA  30384-9201 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.193** **State what the contract or lease is for and the nature of the debtor's interest**  EQUIPMENT AGREEMENT (E-25) PRODUCT SALE AGREEMENT DATED 10/16/2014 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | MEDTRONIC USA, INC. PO BOX 409201 <br><br> ATLANTA, GA 30384-9201 |
| **2.194** **State what the contract or lease is for and the nature of the debtor's interest**  EQUIPMENT AGREEMENT (E-25) PRODUCT SALE AGREEMENT DATED 8/17/2015 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | MEDTRONIC USA, INC. PO BOX 409201 <br><br> ATLANTA, GA 30384-9201 |
| **2.195** **State what the contract or lease is for and the nature of the debtor's interest**  EQUIPMENT AGREEMENT (E-02) PROPOSAL <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | MEMDATA LLC 1601 SEBESTA COLLEGE STATION, TX 77845 |
| **2.196** **State what the contract or lease is for and the nature of the debtor's interest**  EQUIPMENT AGREEMENT (E-02) PERFORMER ELITE AGREEMENT <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | MEMDATA LLC 1601 SEBESTA COLLEGE STATION, TX 77845 |
| **2.197** **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENTS (S-107) AFFILIATION AGREEMENT <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | MERIDIAN INSTITUTE OF SURGICAL ASSISTING, INC. 1507 COUNTY HOSPITAL RD NASHVILLE, TN 37218 |
| **2.198** **State what the contract or lease is for and the nature of the debtor's interest**  SERVICE AGREEMENTS (S-134) PROGRAM LETTER – OB/GYN RESIDENCY PROGRAM DATED 4/1/2016 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | METHODIST DALLAS MEDICAL CENTER 1441 N BECKLEY AVE DALLAS, TX 75203 |
| **2.199** **State what the contract or lease is for and the nature of the debtor's interest**  HUMAN RESOURCES AGREEMENT (HR-02) EMPLOYEE OFFER LETTER <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | MICHAEL CADORET 404 RIVER BANK LANE <br><br> GRANBURY, TX 76049 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.200** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-87) MASTER AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | MIDASPLUS, INC.<br>AFFILIATED COMPUTER SERVICE<br>P.O. BOX 201322<br><br>TUCSON, AZ 85711 |
| **2.201** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT (L-09A) NON-BINDING LETTER OF INTENT AT WALNUT HILL MEDICAL PHYSICIANS PLAZA LLC/TENANT: WALNUT HILL MEDICAL CENTER SURGERY CENTER DATED 1/1/2016<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | MILLER MEDICAL BUILDINGS, LLC<br>970 VILLAGE GREEN DR<br>APT 227<br>ALLEN, TX 75013-3748 |
| **2.202** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT (L-09B) NON-BINDING LETTER OF INTENT AT WALNUT HILL MEDICAL PHYSICIANS PLAZA LLC/TENANT: WALNUT HILL MEDICAL CENTER HOSPITAL ADMINISTRATION DATED 1/1/2016<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | MILLER MEDICAL BUILDINGS, LLC<br>970 VILLAGE GREEN DR<br>APT 227<br>ALLEN, TX 75013-3748 |
| **2.203** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT (L-09C) NON-BINDING LETTER OF INTENT AT WALNUT HILL MEDICAL PHYSICIANS PLAZA LLC/TENANT: WALNUT HILL MEDICAL CENTER SURGERY CENTER DATED 1/1/2016<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | MILLER MEDICAL BUILDINGS, LLC<br>970 VILLAGE GREEN DR<br>APT 227<br>ALLEN, TX 75013-3748 |
| **2.204** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT (L-09D) NON-BINDING LETTER OF INTENT AT WALNUT HILL MEDICAL PHYSICIANS PLAZA LLC/TENANT: WALNUT HILL MEDICAL CENTER IMAGING CENTER DATED 1/1/2016<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | MILLER MEDICAL BUILDINGS, LLC<br>970 VILLAGE GREEN DR<br>APT 227<br>ALLEN, TX 75013-3748 |
| **2.205** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT (L-09E) NON-BINDING LETTER OF INTENT AT WALNUT HILL MEDICAL PHYSICIANS PLAZA LLC/TENANT: WALNUT HILL MEDICAL CENTER OUT PATIENT CENTER DATED 1/1/2016<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | MILLER MEDICAL BUILDINGS, LLC<br>970 VILLAGE GREEN DR<br>APT 227<br>ALLEN, TX 75013-3748 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-85) ULTRASOUND SERVICES AGREEMENT | MOBILE DIAGNOSTIC SYSTEMS, INC. D/B/A DIAGNOSTIC HEALTH SERVICES PO BOX 972288 |
| | State the term remaining | CURRENT | DALLAS, TX 75397-2288 |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-90) LASER SERVICES AGREEMENT | MOBILE SURGICAL TECHNOLOGIES, INC. 17817 DAVENPORT RD STE 315 |
| | State the term remaining | CURRENT | DALLAS, TX 75252 |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | MISCELLANEOUS AGREEMENT (M-19) SEPARATION AGREEMENT AND RELEASE DATED 9/12/2014 | MOLLIE MILES 3501 TOLER RD |
| | State the term remaining | CURRENT | ROWLETT, TX 75089 |
| | List the contract number of any government contract | | |
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | MISCELLANEOUS AGREEMENT (M-4) PLAN SPONSOR INVESTMENT ADVISORY SERVICES AGREEMENT | MORNINGSTAR ASSOCIATES, LLC 22 WEST WASHINGTON STREET CHICAGO, IL 60602 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-99) COLLECTION AGENCY AGREEMENT DATED 8/4/2014 | MSCB, INC. 1410 INDUSTRIAL PARK RD PARIS, TN 38242 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-27) EH&S COMPLIANCE SOLUTION | MSDSONLINE 27185 NETWORK PLC |
| | State the term remaining | CURRENT | CHICAGO, IL 60673-1271 |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT (PS-11) CLIENT PAID FEE SCHEDULE | MSI 245 PEACHTREE CENTER AVE STE 2220 |
| | State the term remaining | CURRENT | ATLANTA, GA 30303 |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-28) AFFILIATION AGREEMENT | NAVARRO COLLEGE 3200 W 7TH AVE CORSICANA, TX  75110 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY AGREEMENT (I-04) POLICYTECH AGREEMENT AND ORDER FORM | NAVEX GLOBAL, INC. PO BOS 60941 |
| | **State the term remaining** | CURRENT | CHARLOTTE, NC  28260-0941 |
| | **List the contract number of any government contract** | | |
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-23) CLINICAL TRIAL AGREEMENT DATED 12/30/2014 | NEUROLOGY CONSULTANTS OF DALLAS, P.A. 7515 GREENVILLE AVE #400 DALLAS, TX  75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-23) BUSINESS ASSOCIATE AGREEMENT DATED 9/16/2014 | NICKA AND ASSOCIATES, INC. 4500 W ELDORADO PKWY STE 3400 MCKINNEY, TX  75070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-35) LANGUAGE LINE SERVICE | NORTH AMERICAN MASTER SERVICES |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT (T-09) TRANSFER AGREEMENT | NORTH CENTRAL SURGICAL CENTER, L.L.P. 9301 N CENTRAL EXPY #100 DALLAS, TX  75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-110) EMERGENCY MEDICAL INFORMATION MANAGEMENT MEMORANDUM OF AGREEMENT WITH BAA | NORTH CENTRAL TEXAS TRAUMA REGIONAL ADVISORY COUNCIL 600 SIX FLAGS DR #160 ARLINGTON, TX  76011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____  Case number (if known) _____
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.220** State what the contract or lease is for and the nature of the debtor's interest | MISCELLANEOUS AGREEMENT (M-11) USE & NONDISCLOSURE AGREEMENT DATED 8/16/2010 | NORTH TEXAS DIVISION, INC. |

**2.220**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | MISCELLANEOUS AGREEMENT (M-11) USE & NONDISCLOSURE AGREEMENT DATED 8/16/2010 | NORTH TEXAS DIVISION, INC. |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |

**2.221**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | MISCELLANEOUS AGREEMENT (M-11) NON-DISCLOSURE AGREEMENT DATED 10/26/2015 | NORTH TEXAS DIVISION, INC. |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |

**2.222**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-96) DIAGNOSTIC TESTING AGREEMENT | NORTH TEXAS HEART CENTER, PA 8440 WALNUT HILL LN STE 700 DALLAS, TX 75231 |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |

**2.223**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT (PS-05) HOSPITALIST SERVICES AGREEMENT DATED 3/14/2013 | NORTH TEXAS HOSPITALISTS, PLLC 5310 GALAXIE RD GARLAND, TX 75044 |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |

**2.224**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-48) TRANSCRIPTION SERVICES AGREEMENT | NUANCE COMMUNICATIONS, INC. PO BOX 2561 CAROL STREAM, IL 60132-2561 |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |

**2.225**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-104) ELECTROENCEPHALOGRAPH SERVICES AGREEMENT | OMNI EEG LAB, INC. 8500 N STEMMONS FWY STE 2087 DALLAS, TX 75247 |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |

**2.226**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-102A) GPO SERVICE AGREEMENT | ORTHO-CLINICAL DIAGNOSTIC INC. 5972 COLLECTIONS CENTER DRI CHICAGO, IL 60693 |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-102B) GPO PRODUCT AGREEMENT | ORTHO-CLINICAL DIAGNOSTIC INC. 5972 COLLECTIONS CENTER DRI |
| | **State the term remaining** | CURRENT | CHICAGO, IL 60693 |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-03) PSA ANESTHSIA DATED 2/12/2014 | ORYX SERVICES, PLLC 1700 ALMA DR STE 365 PLANO, TX 75075-6903 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-03) CO-MANAGEMENT SERVICES AGREEMENT DATED 2/12/2014 | ORYX SERVICES, PLLC 1700 ALMA DR STE 365 PLANO, TX 75075-6903 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-49) INSPECTION, TESTING AND SERVICE AGREEMENT | P.A.C. SYSTEM, INC. 751 109TH ST ARLINGTON, TX 76011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-49) MONITORING SERVICES AGREEMENT | P.A.C. SYSTEM, INC. 751 109TH ST ARLINGTON, TX 76011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-57) PICC LINE PLACEMENT AGREEMENT | PICC ME, PLLC 6504 ALDERBROOK DRIVE |
| | **State the term remaining** | CURRENT | DENTON, TX 76210 |
| | **List the contract number of any government contract** | | |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-136) SERVICES AGREEMENT | PROFESSIONAL FINANCE COMPANY, INC. PO BOX 1686 GREELEY, CO 80632-1686 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.234** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-66) REFERENCE LABORATORY SERVICES AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | PROMETHEUS LABORATORIES, INC. PO BOX 894115<br><br>LOS ANGELES, CA 90189-4115 |
| **2.235** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-116) PURCHASED SERVICES AGREEMENT DATED 5/1/2015<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | PROMISE HOSPITAL OF DALLAS, INC. 7955 HARRY HINES BLVD DALLAS, TX 75235 |
| **2.236** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-142) THIRD PARTY PRODUCT SERVICES AGREEMENT DATED 9/1/2014<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | PROVATION MEDICAL, INC. 62770 COLLECTIONS CENTER DR<br><br>CHICAGO, IL 60693 |
| **2.237** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-142) TERM AGREEMENT DATED 9/1/2014<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | PROVATION MEDICAL, INC. 62770 COLLECTIONS CENTER DR<br><br>CHICAGO, IL 60693 |
| **2.238** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-47) SERVICES AGREEMENT AND SOFTWARE LICENSE<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | PROVENTIX SYSTEMS, INC. 1678 MONTGOMERY HWY 104 #343 BIRMINGHAM, AL 35216 |
| **2.239** **State what the contract or lease is for and the nature of the debtor's interest** EQUIPMENT AGREEMENT (E-14) AGREEMENT FOR COMPUTER HARDWARE, SOFTWARE, AND SERVICES<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | PSYCHE |
| **2.240** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-11) MASTER AGREEMENT DATED 4/22/2013<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | QUAMMEN HEALTH CARE CONSULTANTS, INC 151 SOUTHHALL LANE STE 150<br><br>MAITLAND, FL 32751 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-76) MASTER SUBSCRIPTION AGREEMENT | QUANTROS, INC. DEPT CH 16932 |
| | **State the term remaining** | CURRENT | PALATINE, IL 60055-6932 |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-55) LAB ORDERS AND RESULTS AND QUERRY TOOL SERVICE AGREEMENT | QUEST DIAGNOSTICS, INC. PO BOX 841725 |
| | **State the term remaining** | CURRENT | DALLAS, TX 75284-1725 |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-55) INTERFACE AGREEMENT | QUEST DIAGNOSTICS, INC. PO BOX 841725 |
| | **State the term remaining** | CURRENT | DALLAS, TX 75284-1725 |
| | **List the contract number of any government contract** | | |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-55) AMENDMENT | QUEST DIAGNOSTICS, INC. PO BOX 841725 |
| | **State the term remaining** | CURRENT | DALLAS, TX 75284-1725 |
| | **List the contract number of any government contract** | | |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-13) RADIATION SAFETY OFFICER CONSULTING AGREEMENT | RADCOM ASSOCIATES, INC. 2302 GUTHRIE RD STE 210 GARLAND, TX 75043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-95) TEMPORARY STAFFING SERVICE AGREEMENT | RADIOLOGY RESOURCE DBA DIAGNOSTEMPS 5050 QUORUM DR SUITE 700 DALLAS, TX 75254 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT (L-04) ARTERIAL BLOOD GAS SYSTEM LEASE AGREEMENT | RADIOMETER AMERICA, INC. 13217 COLLECTIONS CENTER DR |
| | **State the term remaining** | CURRENT | CHICAGO, IL 60693 |
| | **List the contract number of any government contract** | | |

Debtor _____
        (Name)

Case number _____

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.248** State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT (PS-8) PHYSICIAN RECRUITMENT AGREEMENT INTO EXISTING MEDICAL PRACTICE DATED 7/2/2013 | RAJEEV JOSHI, M.D. - NORTH TEXAS HEART CENTER, PA 8440 WALNUT HILL LN STE 700 <br><br> DALLAS, TX 75231 |
| **State the term remaining** CURRENT | | |
| **List the contract number of any government contract** | | |
| **2.249** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-93) CREDENTIALING DELEGATION AGREEMENT | REAL RADIOLOGY, LLC 17310 WRIGHT STREET SUITE 103 OMAHA, NE 68130 |
| **State the term remaining** CURRENT | | |
| **List the contract number of any government contract** | | |
| **2.250** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-74) INPATIENT REHABILITATION SERVICES AGREEMENT | REHABCARE GROUP OF TEXAS, LLC 680 SOUTH FOURTH STREET LOUISVILLE, KY 40202 |
| **State the term remaining** CURRENT | | |
| **List the contract number of any government contract** | | |
| **2.251** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS (S-24) ELECTRIC ENERGY SALES AGREEMENT | RELIANT ENERGY RETAIL SERVICES, LLC PO BOX 3765 HOUSTON, TX 77253-3765 |
| **State the term remaining** CURRENT | | |
| **List the contract number of any government contract** | | |
| **2.252** State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT (PS-10) RECRUITING AGREEMENT | RICHARD, WAYNE AND ROBERTS PO BOX 3013 <br><br> HOUSTON, TX 77253-3013 |
| **State the term remaining** CURRENT | | |
| **List the contract number of any government contract** | | |
| **2.253** State what the contract or lease is for and the nature of the debtor's interest | HUMAN RESOURCES AGREEMENT (HR-01) EMPLOYEE CONFIDENTIALITY AGREEMENT DATED 4/18/2013 | RICK LEONARD 817 SANDHURST DR <br><br> PLANO, TX 75025-2536 |
| **State the term remaining** CURRENT | | |
| **List the contract number of any government contract** | | |
| **2.254** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT (L-08) LEASE AGREEMENT AND SOW | RICOH USA, INC. PO BOX 660342 <br><br> DALLAS, TX 75266-0342 |
| **State the term remaining** CURRENT | | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-78) RITA GARZA CANCER REGISTRY SERVICES AGREEMENT | RITA GARZA, CTR |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-19) DIAGNOSTICS ENCOMPASS AGREEMENT | ROCHE DIAGNOSTICS CORPORATION MAIL CODE 5021 PO BOX 660367

DALLAS, TX 75266-0367 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-86) ACUTE HEMODIALYSIS SERVICE AGREEMENT | RPNT ACUTE SERVICES, INC. 4425 W AIRPORT FWY STE 542

IRVING, TX 75062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-46) REMOTE PHARMACY SERVICES AGREEMENT DATED 10/31/2013 | RX REMOTESOLUTIONS, INC. 6409 N QUAIL HOLLOW RD MEMPHIS, TN 38120 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-46) AMENDMENT #1 TO THE REMOTE PHARMACY SERVICES AGREEMENT DATED 12/16/2013 | RX REMOTESOLUTIONS, INC. 6409 N QUAIL HOLLOW RD MEMPHIS, TN 38120 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT (T-05) TRANSFER AGREEMENT DATED 4/29/2015 | SACRED CROSS EMS, INC. PO BOX 447 KRUM, TX 76249 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-27) AFFILIATION AGREEMENT | SANFORD BROWN 8523 COMMODITY CIRCLE SUITE 200 ORLANDO, FL 32819 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-121) AGREEMENT FOR SERVICES | SCANSTAT TECHNOLOGIES, LP 288 SOUTH MAIN STREET SUITE |
| | **State the term remaining** | CURRENT | ALPHARETTA, GA 30009 |
| | **List the contract number of any government contract** | | |
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-79) ELEVATOR SERVICE AGREEMENT | SCHINDLER ELEVATOR CORPORATION PO BOX 93050 |
| | **State the term remaining** | CURRENT | CHICAGO, IL 606733050 |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT (M-30) DATED 6/27/2016 | SCHWING ACQUISITION, LLC 9422 COMMON ST STE 2 BATON ROUGE, LA 70809 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-29) SEPARATION AND GENERAL RELEASE AGREEMENT | SCOTT PATTERSON 600 WILLOW COVE |
| | **State the term remaining** | CURRENT | RENO, TX 75462 |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-100) SERVICE SUBSCRIPTION AGREEMENT/BAA DATED 8/5/2014 | SCRIPTRX 312 CLEMATIS ST #301 WEST PALM BEACH, FL 33401 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-140) LICENSE AGREEMENT | SETTRAX, LLC 5727 BAKER WAY NW #101 GIG HARBOR, WA 98332 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-56) CLIENT SERVICE AGREEMENT | SHRED-IT PO BOX 101007 |
| | **State the term remaining** | CURRENT | PASADENA, CA 91189-1007 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-08) AGREEMENT | SIEMENDS MEDICAL SOLUTIONS USA PO BOX 120001 DEPT 0733 |
| | **State the term remaining** | CURRENT | DALLAS, TX  75312-0733 |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-42) FIRE SAFETY PANEL AND ELEVATOR MONITORING SERVICE AGRMNT | SIEMENS INDUSTRY, INC. 8066 FLINT ST OVERLAND PARK, KS  66214 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-10) MASTER AGREEMENT DATED 3/14/2013 | SIEMENS MEDICAL SOLUTIONS USA, INC. PO BOX 120001 DEPT 0733 |
| | **State the term remaining** | CURRENT | DALLAS, TX  75312-0733 |
| | **List the contract number of any government contract** | | |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-10) HS CUSTOMER WORLD REGISTRATION REQUEST FORM DATED 8/20/2013 | SIEMENS MEDICAL SOLUTIONS USA, INC. PO BOX 120001 DEPT 0733 |
| | **State the term remaining** | CURRENT | DALLAS, TX  75312-0733 |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-10) AMENDMENT AND RELEASE | SIEMENS MEDICAL SOLUTIONS USA, INC. PO BOX 120001 DEPT 0733 |
| | **State the term remaining** | CURRENT | DALLAS, TX  75312-0733 |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-17) SIGNAGE PROPOSAL DATED 1/29/2014 | SIGNCRAFT USA 1301 ANTIOCH PIKE |
| | **State the term remaining** | CURRENT | NASHVILLE, TN  37211 |
| | **List the contract number of any government contract** | | |
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-137) SILVERVUE TABLET AGREEMENT | SILVERVUE, INC. 8911 SANDY PKWY STE 200 SANDY, UT  84070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.276 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT (PS-22) PROFESSIONAL SERVICES AGREEMENT - ED<br><br>CURRENT | SINAI URGENT CARE 18101 PRESTON RD #201 DALLAS, TX 75252 |
| 2.277 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MISCELLANEOUS AGREEMENT (M-15) BUSINESS ASSOCIATE AGREEMENT<br><br>CURRENT | SIRTEX MEDICAL, INC. 300 UNICORN PARK DR<br><br>WOBURN, MA 1801 |
| 2.278 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT (L-03) LEASE AGREEMENT AND SERVICE AGREEMENT<br><br>CURRENT | SOUTHWEST OFFICE SYSTEMS PO BOX 612248<br><br>DFW AIRPORT, TX 75261 |
| 2.279 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT AGREEMENT (E-22) VOLUME BASED LASER RENTAL AGREEMENT<br><br>CURRENT | SPECTRANETICS CORPORATION LBX#774588 4588 SOLUTIONS CENTER<br><br>CHICAGO, IL 60677-4005 |
| 2.280 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS (S-123) CONSULTING SERVICES AGREEMENT DATED 9/8/2015<br><br>CURRENT | SPECTRUM HEALTH PARTNERS 109 INTERNATIONAL DRIVE SUITE 140<br><br>FRANKLIN, TN 37067 |
| 2.281 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS (S-123) CONSULTING SERVICES AGREEMENT DATED 6/13/2016<br><br>CURRENT | SPECTRUM HEALTH PARTNERS, LLC 109 INTERNATIONAL DRIVE SUITE 140<br><br>FRANKLIN, TN 37067 |
| 2.282 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MISCELLANEOUS AGREEMENT (M-17) TRAINING SPACE USE AGREEMENT DATED 10/1/2014<br><br>CURRENT | ST. JUDE MEDICAL S.C., INC. 22400 NETWORK PLACE<br><br>CHICAGO, IL 60673-1224 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-64) ELECTROPHYSIOLOGY PRODUCTS AGREEMENT DATED 8/12/2015 | ST. JUDE MEDICAL S.C., INC. 22400 NETWORK PLACE |
| | **State the term remaining** | CURRENT | CHICAGO, IL 60673-1224 |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-26) SHARPS MANAGEMENT SERVICES AGREEMENT | STERICYCLE, INC. PO BOX 6575 |
| | **State the term remaining** | CURRENT | CAROL STREAM, IL 60197 |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-53) WASTE MASTER SERVICE AGREEMENT | STERICYCLE, INC. PO BOX 6575 |
| | **State the term remaining** | CURRENT | CAROL STREAM, IL 60197 |
| | **List the contract number of any government contract** | | |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-130) PROFESSIONAL SERVICES AGREEMENT | SUMMIT EMERGENCY PHYSICIANS, PLLC 18101 PRESTON RD DALLAS, TX 75252-6602 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-24) PROFESSIONAL SERVICES AGREEMENT | SUMMIT EMERGENCY PHYSICIANS, PLLC PO BOX 793697 |
| | **State the term remaining** | CURRENT | DALLAS, TX 75379 |
| | **List the contract number of any government contract** | | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-63) STAFFING SERVICES AGREEMENT | SUPPLEMENTAL HEALTH CARE PO BOX 27124 |
| | **State the term remaining** | CURRENT | SALT LAKE CITY, UT 84127-0124 |
| | **List the contract number of any government contract** | | |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-26) GROUP ON-CALL AGREEMENT | SURGICAL ASSISTANTS OF DALLAS SUPPLIES, LLC 10140 ESTATE LN DALLAS, TX 75238-2135 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____ Case number (if known) _____
     (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.290** **State what the contract or lease is for and the nature of the debtor's interest**    SERVICE AGREEMENTS (S-109) SOFTWARE LICENSE AND SERVICES AGREEMENT DATED 5/31/2015 <br><br>**State the term remaining**   CURRENT <br><br>**List the contract number of any government contract** | SURGICAL INFORMATION SYSTEMS, LLC 555 NORTH POINT CENTER E #300 ALPHARETTA, GA 30022 |
| **2.291** **State what the contract or lease is for and the nature of the debtor's interest**    SERVICE AGREEMENTS (S-80) INTERPRETING SERVICES AGREEMENT <br><br>**State the term remaining**   CURRENT <br><br>**List the contract number of any government contract** | SYSTEMATECH TECHNICAL MANAGEMENT SERVICES, INC. D/B/A INDEMAND INTERPRETING 555 ANDOVER PARK WEST SUITE 201 SEATTLE, WA 98188 |
| **2.292** **State what the contract or lease is for and the nature of the debtor's interest**    SERVICE AGREEMENTS (S-07) PURCHASE AGREEMENT <br><br>**State the term remaining**   CURRENT <br><br>**List the contract number of any government contract** | TALYST 11335 NE 122ND WAY SUITE 200 KIRKLAND, WA 98034 |
| **2.293** **State what the contract or lease is for and the nature of the debtor's interest**    EQUIPMENT AGREEMENT (E-06) SATELLITE TELEVISION PROGRAMMING LICENSE <br><br>**State the term remaining**   CURRENT <br><br>**List the contract number of any government contract** | TELEHEALTH SERVICES PO BOX 26627 <br><br>RALEIGH, NC 27611 |
| **2.294** **State what the contract or lease is for and the nature of the debtor's interest**    EQUIPMENT AGREEMENT (E-06) PURCHASE AGREEMENT <br><br>**State the term remaining**   CURRENT <br><br>**List the contract number of any government contract** | TELEHEALTH SERVICES PO BOX 26627 <br><br>RALEIGH, NC 27611 |
| **2.295** **State what the contract or lease is for and the nature of the debtor's interest**    EQUIPMENT AGREEMENT (E-06) TV SYSTEM QUOTE/PROPOSAL NO. 86524 <br><br>**State the term remaining**   CURRENT <br><br>**List the contract number of any government contract** | TELEHEALTH SERVICES PO BOX 26627 <br><br>RALEIGH, NC 27611 |
| **2.296** **State what the contract or lease is for and the nature of the debtor's interest**    EQUIPMENT AGREEMENT (E-06) HD SATELLITE SYSTEM QUOTE/PROPOSAL NO. 92513 <br><br>**State the term remaining**   CURRENT <br><br>**List the contract number of any government contract** | TELEHEALTH SERVICES PO BOX 26627 <br><br>RALEIGH, NC 27611 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.297** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS (S-122) CONFIDENTIALITY AGREEMENT | TENET HEALTHSYSTEM MEDICAL, INC. 1445 ROSS AVE SUITE 1400 DALLAS, TX 75202 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.297** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-122) CONFIDENTIALITY AGREEMENT |
| | **State the term remaining** CURRENT | TENET HEALTHSYSTEM MEDICAL, INC. 1445 ROSS AVE SUITE 1400 DALLAS, TX 75202 |
| | **List the contract number of any government contract** | |
| **2.298** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-43) TERMS AND AGREEMENT |
| | **State the term remaining** CURRENT | TESTCOUNTRY 5663 BALBOA AVE<br><br>SAN DIEGO, CA 92111 |
| | **List the contract number of any government contract** | |
| **2.299** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-98) DIAGNOSTIC IMAGING SERVICES AGREEMENT DATED 8/1/2014 |
| | **State the term remaining** CURRENT | TEXAS CLINICAL RESEARCH INSTITUTE TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER 3601 4TH ST STOP 8183 LUBBOCK, TX 79430 |
| | **List the contract number of any government contract** | |
| **2.300** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-101) CLICKON NET BILLING MASTER AGREEMENT |
| | **State the term remaining** CURRENT | THE SSI GROUP, INC. DEPT 2455 PO BOX 11407<br><br>BIRMINGHAM, AL 35246-2455 |
| | **List the contract number of any government contract** | |
| **2.301** | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-20) MEMORANDUM OF UNDERSTANDING |
| | **State the term remaining** CURRENT | THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER AT DALLAS ("UT SOUTHWESTERN") 5323 HARRY HINES BLVD DALLAS, TX 75390 |
| | **List the contract number of any government contract** | |
| **2.302** | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-12) SEPARATION AGREEMENT |
| | **State the term remaining** CURRENT | THERESA EATHERLY 12147 BURGOYNE DR<br><br>HOUSTON, TX 77077 |
| | **List the contract number of any government contract** | |
| **2.303** | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-24) SEPARATION, SEVERANCE, AND GENERAL RELEASE AGREEMENT DATED 6/19/2015 |
| | **State the term remaining** CURRENT | THOMAS O'GORMAN 2613 FOUNTAIN HEAD DR<br><br>PLANO, TX 75023 |
| | **List the contract number of any government contract** | |

Debtor _____   Case number (if known) _____
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.304** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-41) PROTECTIVE SERVICE AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | THOMAS PROTECTIVE SERVICE, INC. PO BOX 883<br><br>KAUFMAN, TX  75142 |
| **2.305** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-37) NATURAL GAS SALES AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | TIGER, INC. 1422 EAST 71ST ST, STE J<br><br>TULSA, OK  74136 |
| **2.306** **State what the contract or lease is for and the nature of the debtor's interest** PROFESSIONAL SERVICES AGREEMENT (PS-18) SERVICES AGREEMENT DATED 3/15/2014<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | TIMBERLAWN MENTAL HEALTH SYSTEM 4600 SAMUELL BLVD DALLAS, TX  75228 |
| **2.307** **State what the contract or lease is for and the nature of the debtor's interest** MISCELLANEOUS AGREEMENT (M-14) SEPARATION AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | TINA COKER 7502 GREENVILLE AVE<br><br>DALLAS, TX  75231 |
| **2.308** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-82) HOSPITAL SERVICES AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | TOTAL RENAL CARE 2438 NORTH PONDEROSA DRIVE SUITE C101 CAMARILLO, CA  93010-2465 |
| **2.309** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS (S-34) SELFINFORM MEDICAL OFFICE SOFTWARE<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | TTSS INTERACTIVE PRODUCTS 751 ROCKVILLE PIKE SUITE 2A ROCKVILLE, MD  20852 |
| **2.310** **State what the contract or lease is for and the nature of the debtor's interest** EQUIPMENT AGREEMENT (E-19) EQUIPMENT PURCHASE AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | TVR COMMUNICATIONS, LLC 60-69 WOODHAVEN BLVD<br><br>ELMHURST, NY  11373 |

Debtor _____   Case number (if known) _____
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.311** **State what the contract or lease is for and the nature of the debtor's interest**   EQUIPMENT AGREEMENT (E-25) HOSPITAL AGREEMENT FOR THE WRAP-IT STUDY <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | TYRX, INC A WHOLLY OWNED SUBSIDIARY OF MEDTRONIC 1 DEER PARK DR STE G MONMOUTH JUNCTION, NJ 08852 |
| **2.312** **State what the contract or lease is for and the nature of the debtor's interest**   TRANSFER AGREEMENT (T-10) PATIENT TRANSFER AGREEMENT <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | UPTOWN ER, LLC 3607 OAK LAWN AVE STE 100 DALLAS, TX 75219-4743 |
| **2.313** **State what the contract or lease is for and the nature of the debtor's interest**   SERVICE AGREEMENTS (S-127) SALES AND SERVICE AGREEMENT <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | USA MOBILITY 6850 VERSAR CENTER SUITE 420 SPRINGFIELD, VA 22151 |
| **2.314** **State what the contract or lease is for and the nature of the debtor's interest**   RETIREMENT PLAN RECORDKEEPING SERVICE AGREEMENT (M-5) DATED 10/1/2013 <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | VANGUARD C/O ASCENSUS PO BOX 28067 <br><br> NEW YORK, NY 10087 |
| **2.315** **State what the contract or lease is for and the nature of the debtor's interest**   EQUIPMENT AGREEMENT (E-10) LETTER OF INTENT - LEASING TERM SHEET <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | VARIANT LEASING CORP. 9200 STATE ROUTE 108 #200 COLUMBIA, MD 21045 |
| **2.316** **State what the contract or lease is for and the nature of the debtor's interest**   SERVICE AGREEMENTS (S-31) SOFTWARE LICENSE AND CONTENT DISTRIBUTION AGREEMENT <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | VERGE OPERATING COMPANY 11 EWALL STREET STE 243 <br><br> MT PLEASANT, SC 29464 |
| **2.317** **State what the contract or lease is for and the nature of the debtor's interest**   SERVICE AGREEMENTS (S-65) PROPOSAL <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | VERSACOR ENTERPRISES, LLC PO BOX 93809 <br><br> SOUTHLAKE, TX 76092 |

Debtor _____ (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-65) SERVICES AGREEMENT PEST SOLUTIONS | VERSACOR ENTERPRISES, LLC PO BOX 93809

SOUTHLAKE, TX 76092 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-120) AGREEMENT FOR INPATIENT SERVICES - HOSPICE | VITAS HEALTHCARE OF TEXAS, L.P. 18550 I-45 SOUTH CONROE, TX 77384 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-16) REMOTE SITE AGREEMENT | VIVA PHYSICIANS 5671 SANTA TERESA BLVD STE 104 SAN JOSE, CA 95123 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-04) PURCHASE ORDER: WHE 719/SOW DATED 7/26/2013 | VOALTE 5101 FRUITVILLE RD STE 101

SARASOTA, FL 34232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-04) MASTER SALES AGREEMENT | VOALTE 5101 FRUITVILLE RD STE 101

SARASOTA, FL 34232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-11) ORDERING DOCUMENT | VOLATE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT (E-11) STATEMENT OF WORK | VOLATE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____ Case number (if known) _____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.325** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION AGREEMENT (C-01) NURSE CALL CABLING SERVICES - CONTRACT NO.: 20120822.1B<br><br>CURRENT | WALKER ENGINEERING 1505 W. WALNUT HILL LANE IRVING, TX 75038 |
| **2.326** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION AGREEMENT (C-04) VOICE DATA CABLING SERVICES<br><br>CURRENT | WALKER ENGINEERING 1505 W. WALNUT HILL LANE IRVING, TX 75038 |
| **2.327** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION AGREEMENT (C-05) AUDIO VISUAL SYSTEMS<br><br>CURRENT | WALKER ENGINEERING 1505 W. WALNUT HILL LANE IRVING, TX 75038 |
| **2.328** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS (S-04) NON HAZARDOUS WASTE AGREEMENT DATED 7/30/2013<br><br>CURRENT | WASTE MANAGEMENT DALLAS PO BOX 660345<br><br>DALLAS, TX 75266 |
| **2.329** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT (L-07) HOSPITAL LEASE AGREEMENT DATED 8/26/2010<br><br>CURRENT | WGPRP |
| **2.330** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT (PS-02) INDEPENDENT CONSULTANT AGREEMENT<br><br>CURRENT | WILLIAM CARRINGTON |
| **2.331** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS (S-16) SERVICE AGREEMENT DATED 5/15/2013<br><br>CURRENT | WINDSTREAM PO BOX 9001013<br><br>LOUISVILLE, KY 40290 |

Debtor _____ Case number (if known)_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS AGREEMENT (M-8) AMENDMENT AGREEMENT TO THE MANAGEMENT AGREEMENT DATED 6/1/2011 | WOMEN'S SPECIALTY SURGERY CENTER OF DALLAS, LLC AND FEMPARTNERS ASC OF DALLAS, INC. OFFICE OF QUALITY MONITORING THE JOINT COMMISSION ONE RENAISSANCE BLVD OAKBROOK TERRACE, IL 60181 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL CONFLICT OF INTEREST STATEMENT (M-8) | WOMEN'S SPECIALTY SURGERY CENTER OF DALLAS, LLC OFFICE OF QUALITY MONITORING THE JOINT COMMISSION ONE RENAISSANCE BLVD OAKBROOK TERRACE, IL 60181 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | PHYSICIAN MEMBER SAFE HARBOR ATTETATION (M-8) | WOMEN'S SPECIALTY SURGERY CENTER OF DALLAS, LLC OFFICE OF QUALITY MONITORING THE JOINT COMMISSION ONE RENAISSANCE BLVD OAKBROOK TERRACE, IL 60181 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE COMPANY AGREEMENT (M-8) | WOMEN'S SPECIALTY SURGERY CENTER OF DALLAS, LLC OFFICE OF QUALITY MONITORING THE JOINT COMMISSION ONE RENAISSANCE BLVD OAKBROOK TERRACE, IL 60181 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS (S-125) AGREEMENT FOR HD VIDEO PRODUCTION SERVICES AND BAA DATED 10/12/2015 | WSC HD PRODUCTIONS 5101 E UNIVERSITY DR SUITE 601 DENTON, TX 76208 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT (PS-01) COMPUTER INTEGRATION PSA DATED 5/7/2013 | XNET SYSTEMS, INC. PO BOX 682786 |
| | **State the term remaining** | CURRENT | HOUSTON, TX 77268-2786 |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor    Walnut Hill Physicians' Hospital, LLC

United States Bankruptcy Court for the:   Northern District of Texas

Case number    17-32255
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| 1. | **Does the debtor have any codebtors?** |
| | ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes. |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | MEDISTAR UPLAND DEVELOPMENT COMPANY | 7660 WOODWAY, SUITE 160 HOUSTON, TX  77063 | CAPX FUND IV, LP | ☐ D ☐ E/F ☑ G |

Fill in this information to identify the case:

Debtor    Walnut Hill Physicians' Hospital, LLC

United States Bankruptcy Court for the:  Northern District of Texas

Case number    17-32255
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/30/2017              ✗  /s/ Cory Countryman
              MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                    Cory Countryman
                                    Printed name

                                    Chief Executive Officer
                                    Position or relationship to debtor

Toby L. Gerber (SBT 07813700)
Kristian W. Gluck (SBT 24038921)
John N. Schwartz (SBT 00797397)
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

ATTORNEYS FOR THE DEBTOR

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 7** |
| **WALNUT HILL PHYSICIANS' HOSPITAL, LLC d/b/a WALNUT HILL MEDICAL CENTER,** | § § § | **Case No. 17-32255-bjh-7** |
| **Debtor.** | § § | |

## GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

I, Cory Countryman, hereby state as follows:

1.  Prior to the time that Walnut Hill Physicians' Hospital, LLC d/b/a Walnut Hill Medical Center (the "Debtor") filed for relief under chapter 7 of the United States Bankruptcy Code, I was the Chief Executive Officer for the Debtor.

2.  Although I was not primarily responsible for preparing and maintaining the financial records of the Debtor, those documents were prepared and maintained by other representatives of the Debtor in the ordinary course of the Debtor's business.

3.  I do not have personal knowledge of all of the information that is set forth in the Debtor's Schedules and Statement of Financial Affairs; however, other representatives of the Debtor have provided such information based on information that is contained in the Debtor's books and records.

4.      I have also been informed that, because the Debtor generally does not close its books until approximately the twentieth day of each month, it is possible that the Debtor's financial statements do not include certain invoices that were recently received by the Debtor.

5.      I note that the information contained in the Debtor's Schedules and Statement of Financial Affairs (a) has not been audited, (b) was not necessary prepared in accordance with Generally Accepted Accounting Procedures, and (c) is based on "book value" and therefore do not necessary reflect the amount that would be received upon the disposition of the Debtor's assets.

6.      Finally, because disclosure of patient information would violate the Health Insurance Portability and Accountability Act of 1996, such information has not been included in the Debtor's Schedules and Statement of Financial Affairs but will be made available to the chapter 7 trustee.

Dated:  June 30, 2017                        /s/ Cory Countryman
                                             Cory Countryman