**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Walnut Hill Physicians' Hospital, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known) | 17-32255 |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2017    To 6/6/2017 | ☑ Operating a business ☐ Other | $20,313,539.00 |
| For prior year: | From 1/1/2016    To 12/31/2016 | ☑ Operating a business ☐ Other | $279,361,390.00 |
| For the year before that: | From 1/1/2015    To 12/31/2015 | ☑ Operating a business ☐ Other | $299,702,825.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   SEE ATTACHED SOFA EXHIBIT 3

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| CARDINAL HEALTH 7000 CARDINAL PLACE DUBLIN, OH  43017 | INVENTORY | 6/2/2017 | $39,076.25 |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 721 EXECUTIVE MANAGEMENT V. WALNUT HILL PHYSICIANS' HOSPITAL, LLC<br><br>**Case number**<br>JS17-00254A | CIVIL SUIT | JUSTICE COURT PRECINT 3, PLACE 1, DALLAS COUNTY | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ALPHATEC SPINE INC. V. WALNUT HILL PHYSICIANS' HOSPITAL LLC<br><br>**Case number**<br>DC-16-07132-M | CIVIL SUIT | DALLAS COUNTY TEXAS DISTRICT COURT- 298TH JUDICIAL DISTRICT | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| AMENDIA, INC. V. WALNUT HILL PHYSICIANS' HOSPITAL, LLC<br><br>**Case number**<br>16-CV-02206-G | CIVIL SUIT | US DISTRICT COURT NORTHERN DISTRICT OF TEXAS | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| CHOPRA & ASSOCIATES V. WALNUT HILL PHYSICIANS' HOSPITAL, LLC<br><br>**Case number**<br>CLAIM #3438 | CIVIL SUIT | AMERICAN HEALTH LAWYERS ASSOCIATION - DRS | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| CPM MEDICAL CONSULTANTS LLC V. WALNUT HILL PHYSICIANS' HOSPITAL LLC<br><br>**Case number**<br>DC-16-05693-E | CIVIL SUIT | DALLAS COUNTY TEXAS DISTRICT COURT - 101ST JUDICIAL DISTRICT | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| GEHFS V. WALNUT HILL PHYSICIANS' HOSPITAL, LLC<br><br>**Case number**<br>DC-16-14457 | CIVIL SUIT | DALLAS COUNTY TEXAS DISTRICT COURT - 44TH JUDICIAL DISTRICT | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| MEDUSA GROUP LLC V. WALNUT HILL PHYSICIANS' HOSPITAL LLC<br><br>**Case number**<br>DC-16-05694-D | CIVIL SUIT | DALLAS COUNTY TEXAS DISTRICT COURT - 95TH JUDICIAL DISTRICT | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐  None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| NORTON ROSE FULBRIGHT<br>1301 MCKINNEY  STE 5100<br>HOUSTON, TX  77010<br><br>**Email or website address**<br>NORTONROSEFULBRIGHT.COM<br><br>**Who made the payment, if not debtor?**<br>N/A | | 12/9/2016 | $50,000.00 |
| EPIQ BANKRUPTCY SOLUTION<br>777 3RD AVE. 12TH FLOOR<br>NEW YORK, NY  10017<br><br>**Email or website address**<br>EPIQSYSTEMS.COM<br><br>**Who made the payment, if not debtor?**<br>N/A | | 6/2/2017 | $25,000.00 |
| BRG CAPITAL ADVISORS, LLC.<br>700 LOUISIANA ST #2600<br>HOUSTON, TX  77002<br><br>**Email or website address**<br>WWW.BRGCA.COM<br><br>**Who made the payment, if not debtor?**<br>N/A | | 4/21/2017 | $50,000.00 |
| BRG CAPITAL ADVISORS, LLC.<br>700 LOUISIANA ST #2600<br>HOUSTON, TX  77002<br><br>**Email or website address**<br>WWW.BRGCA.COM<br><br>**Who made the payment, if not debtor?**<br>N/A | | 5/22/2017 | $105,763.37 |
| BRG CAPITAL ADVISORS, LLC.<br>700 LOUISIANA ST #2600<br>HOUSTON, TX  77002<br><br>**Email or website address**<br>WWW.BRGCA.COM<br><br>**Who made the payment, if not debtor?**<br>N/A | | 5/22/2017 | $9,236.63 |
| BRG CAPITAL ADVISORS, LLC.<br>700 LOUISIANA ST #2600<br>HOUSTON, TX  77002<br><br>**Email or website address**<br>WWW.BRGCA.COM<br><br>**Who made the payment, if not debtor?**<br>N/A | | 6/5/2017 | $114,988.99 |
| NORTON ROSE FULBRIGHT<br>1301 MCKINNEY  STE 5100<br>HOUSTON, TX  77010<br><br>**Email or website address**<br>NORTONROSEFULBRIGHT.COM<br><br>**Who made the payment, if not debtor?**<br>N/A | | 1/18/2017 | $50,000.00 |

Debtor _____
(Name)

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| NORTON ROSE FULBRIGHT<br>1301 MCKINNEY  STE 5100<br>HOUSTON, TX  77010 | | 2/24/2017 | $20,000.00 |
| **Email or website address**<br>NORTONROSEFULBRIGHT.COM | | | |
| **Who made the payment, if not debtor?**<br>N/A | | | |
| NORTON ROSE FULBRIGHT<br>1301 MCKINNEY  STE 5100<br>HOUSTON, TX  77010 | | 3/8/2017 | $20,000.00 |
| **Email or website address**<br>NORTONROSEFULBRIGHT.COM | | | |
| **Who made the payment, if not debtor?**<br>N/A | | | |
| NORTON ROSE FULBRIGHT<br>1301 MCKINNEY  STE 5100<br>HOUSTON, TX  77010 | | 3/17/2017 | $20,000.00 |
| **Email or website address**<br>NORTONROSEFULBRIGHT.COM | | | |
| **Who made the payment, if not debtor?**<br>N/A | | | |
| NORTON ROSE FULBRIGHT<br>1301 MCKINNEY  STE 5100<br>HOUSTON, TX  77010 | | 5/15/2017 | $40,000.00 |
| **Email or website address**<br>NORTONROSEFULBRIGHT.COM | | | |
| **Who made the payment, if not debtor?**<br>N/A | | | |
| NORTON ROSE FULBRIGHT<br>1301 MCKINNEY  STE 5100<br>HOUSTON, TX  77010 | | 5/22/2017 | $130,000.00 |
| **Email or website address**<br>NORTONROSEFULBRIGHT.COM | | | |
| **Who made the payment, if not debtor?**<br>N/A | | | |
| NORTON ROSE FULBRIGHT<br>1301 MCKINNEY  STE 5100<br>HOUSTON, TX  77010 | | 6/5/2017 | $130,335.00 |
| **Email or website address**<br>NORTONROSEFULBRIGHT.COM | | | |
| **Who made the payment, if not debtor?**<br>N/A | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

13. **Transfers not already listed on this statement**
List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ None

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| WALNUT HILL MEDICAL CENTER<br>7502 GREENVILLE AVE<br>DALLAS, CITY 75231 | HEALTHCARE | NONE AS OF THE PETITION DATE |
| | **Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.** | **How are records kept?** |
| | CERNER HEALTH SERVICES, INC | ☒ Electronically<br>☒ Paper |

| **Part 9:** | **Personal Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.    Patient personal and medical diagnostic history

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

   ☒ No. Go to Part 10.
   ☐ Yes. Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| PUBLIC STORAGE<br>8472, 7568 GREENVILLE AVE<br>DALLAS, TX 75231-3802 | | VARIOUS DOCUMENTS AND OTHER MISCELLANEOUS PROPERTY | ☐ No<br>☒ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| AMERICA TARECTECAN<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | From  JAN 2017    To  JUN 2017 |
| ANDREW SUMMERS<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | From  MAY 2015    To  JUN 2016 |
| EEPB P.C.<br>2950 NORTH LOOP WEST, SUITE 1200<br>HOUSTON, TX  77092 | From  JUN 2015    To  JUN 2017 |
| KEN DORAN<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | From  JUN 2016    To  DEC 2016 |
| LAUREN MATLAGE<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | From  MAR 2016    To  APR 2017 |
| NORRIS NEAL<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | From  APR 2017    To  MAY 2017 |
| RANDI PEDLOW<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | From  OCT 2014    To  MAR 2016 |

Debtor   _____   Case number (if known) _____
         (Name)

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| EEPB P.C.<br>2950 NORTH LOOP WEST, SUITE 1200<br>HOUSTON, TX  77092 | From  JUN 2015      To  JUN 2016 |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| AMERICA TARECTECAN<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | |
| ANDREW SUMMERS<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | |
| EEPB P.C.<br>2950 NORTH LOOP WEST, SUITE 1200<br>HOUSTON, TX  77092 | |
| KEN DORAN<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | |
| LAUREN MATLAGE<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | |
| NORRIS NEAL<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | |
| RANDI PEDLOW<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| ATALAYA ADMINISTRATIVE LLC |
| CAPITAL ONE |
| CAPX FUND IV, LP |
| FIRST FINANCIAL CORPORATE LEASING, LLC |
| GE HEALTHCARE FINANCIAL SERVICES |
| HC-7502 GREENVILLE AVE, LLC |
| HILLCREST BANK |
| HUNTINGTON TECHNOLOGY FINANCING |
| WALNUT HILL LEASING II LLC |
| WALNUT HILL LEASING LLC |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ None

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| AMERICA TARECTECAN AND RICK LEONARD | 12/31/16 | $3,934,868.30 VALUED AT LOWER OF COST OR MARKET |
| **Name and address of the person who has possession of inventory records**<br>AMERICA TARECTECAN AND RICK LEONARD<br>7502 GREENVILLE AVE<br>DALLAS, TX  75231 | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| AMERICA TARECTECAN AND RICK LEONARD | 12/31/15 | VALUED AT LOWER OF COST OR MARKET |
| **Name and address of the person who has possession of inventory records** | | |
| AMERICA TARECTECAN AND RICK LEONARD 7502 GREENVILLE AVE DALLAS, TX 75231 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CORY COUNTRYMAN | 7502 GREENVILLE AVE DALLAS, TX 75231 | CHIEF EXECUTIVE OFFICER | |
| AMERICA TARECTECAN | 7502 GREENVILLE AVE DALLAS, TX 75231 | CHIEF FINANCIAL OFFICER | |
| MIKE CADORET | 7502 GREENVILLE AVE DALLAS, TX 75231 | CHIEF NURSING OFFICER | |
| JEAN MCCAMMACK | 7502 GREENVILLE AVE DALLAS, TX 75231 | CHIEF QUALITY OFFICER | |
| DR. JOHN L. TAN | 7502 GREENVILLE AVE DALLAS, TX 75231 | BOARD OF MANAGERS | |
| DR. RICARDO GUERRA | 7502 GREENVILLE AVE DALLAS, TX 75231 | BOARD OF MANAGERS | |
| DR. CHARLES LEVIN | 7502 GREENVILLE AVE DALLAS, TX 75231 | BOARD OF MANAGERS | |
| MONZER HOURANI | 7502 GREENVILLE AVE DALLAS, TX 75231 | BOARD OF MANAGERS | |
| G. EDWARD ALEXANDER | 7502 GREENVILLE AVE DALLAS, TX 75231 | BOARD OF MANAGERS | |
| SDP OF DALLAS INVESTMENTS, LLC | 201 SEABOARD LN STE 100 FRANKLIN, TN 37067 | MEMBER | 50.0% |
| MEDISTAR UPLAND DEVELOPMENT COMPANY | 7660 WOODWAY, SUITE 160 HOUSTON, TX 77063 | MEMBER | 37.5% |
| SDP OF DALLAS HOLDINGS, LLC | 201 SEABOARD LN STE 100 FRANKLIN, TN 37067 | MEMBER | 12.5% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ None

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| DR. TONY DAS | | BOARD OF MANAGERS | From MAY 2008  To 5/5/2017 |
| LANSON HYDE | | BOARD OF MANAGERS | From 2012   To 5/1/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ None

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ None

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ None

Debtor    Walker Billingsley Group, LLC
          (Name)

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/30/2017

✖   /s/ Cory Countryman                                         Cory Countryman
    Signature of individual signing on behalf of the debtor      Printed Name

    Chief Executive Officer
    Position or relationship to debtor

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☑ Yes

**Statement of Financial Affairs - Exhibit 3**

**Walnut Hill Physicians' Hospital, LLC   17-32255**

| Claimant | Check Number | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|---|
| 721 MEDICAL | 8370 | 03/16/2017 | $8,190.00 | |
| 3109 KNOX ST | | | | |
| STE 721 | | | **$8,190.00** | |
| DALLAS, TX 75205 | | | | |
| 7515 GREENVILLE PARTNERS, LTD | 8292 | 02/28/2017 | $12,669.39 | |
| | 8439 | 03/24/2017 | $12,360.68 | |
| | 8551 | 04/28/2017 | $12,978.10 | |
| | | | **$38,008.17** | |
| ABBOTT VASCULAR | 8508 | 04/20/2017 | $9,258.08 | |
| 75 REMITTANCE DR | | | | |
| STE 1138 | | | **$9,258.08** | |
| CHICAGO, IL 60675-1138 | | | | |
| ACCORD FINANCIAL, INC | 8641 | 05/16/2017 | $3,480.34 | |
| | 8665 | 05/23/2017 | $3,480.34 | |
| | | | **$6,960.68** | |
| ACCOUNTABLE HEALTHCARE STAFFIN | 8322 | 03/09/2017 | $9,079.43 | |
| PO BOX 732800 | 8371 | 03/17/2017 | $9,565.14 | |
| DALLAS, TX 75373-2800 | 8509 | 04/20/2017 | $4,224.95 | |
| | | | **$22,869.52** | |
| ADVANTAGE VALET PAKRING INC | 8413 | 03/24/2017 | $11,840.00 | |
| | 8484 | 04/14/2017 | $11,840.00 | |
| | 8515 | 04/20/2017 | $11,840.00 | |
| | 8610 | 05/12/2017 | $11,840.00 | |
| | | | **$47,360.00** | |
| AIRGAS, INC | 8268 | 02/24/2017 | $3,175.12 | |
| PO BOX 676015 | 8348 | 03/16/2017 | $4,926.93 | |
| DALLAS, TX 75267-6015 | 8510 | 04/20/2017 | $1,089.45 | |
| | 8521 | 04/20/2017 | $2,359.94 | |
| | 8598 | 05/12/2017 | $4,435.78 | |
| | 8652 | 05/19/2017 | $3,107.60 | |
| | | | **$19,094.82** | |
| ALERE INFORMATICS, INC | 8559 | 05/02/2017 | $18,341.88 | |
| PO BOX 845849 | | | | |
| BOSTON, MA 02284-5849 | | | **$18,341.88** | |
| ALLIED WORLD | 8349 | 03/16/2017 | $5,708.92 | |
| | 8440 | 03/29/2017 | $1,820.66 | |
| | 8456 | 03/30/2017 | $4,949.59 | |
| | | | **$12,479.17** | |
| AMENDIA, INC. | 8475 | 04/12/2017 | $37,598.00 | |
| 1755 WEST OAK PARKWAY | | | | |
| MARIETTA, GA 30062 | | | **$37,598.00** | |
| APPLIED STATISTICS & MANAGEMEN | 8335 | 03/10/2017 | $5,950.00 | |
| 32848 WOLF STORE ROAD | 8599 | 05/12/2017 | $5,000.00 | |
| TEMECULA, CA 92592 | | | | |
| | | | **$10,950.00** | |
| ARTHREX INC | 8464 | 04/07/2017 | $9,999.36 | |
| PO BOX 403511 | | | | |
| ATLANTA, GA 30384-3511 | | | **$9,999.36** | |

**Statement of Financial Affairs - Exhibit 3**

**Walnut Hill Physicians' Hospital, LLC   17-32255**

| Claimant | Check Number | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|---|
| AUTOLOGOUS BLOOD TECHNOLOGY<br>906 W. MCDERMOTT DR<br>STE 116-173<br>ALLEN, TX  75013-6510 | 8269 | 02/24/2017 | $7,081.25 | |
| | 8474 | 04/12/2017 | $9,287.25 | |
| | 8562 | 05/03/2017 | $7,081.25 | |
| | 8642 | 05/17/2017 | $906.00 | |
| | 8667 | 05/24/2017 | $7,081.25 | |
| | | | **$31,437.00** | |
| BARD PERIPHERAL VASCULAR, INC<br>PO BOX 75767<br>CHARLOTTE, NC  28275 | 8539 | 04/28/2017 | $6,056.55 | |
| | 8643 | 05/17/2017 | $5,794.20 | |
| | | | **$11,850.75** | |
| BAXTER HEALTHCARE CORPORATION<br>PO BOX 730531<br>DALLAS, TX  75373-0531 | 8407 | 03/24/2017 | $14,080.44 | |
| | | | **$14,080.44** | |
| BEACON HILL STAFFING GROUP<br>BOX 846193<br>BOSTON, MA  02284-6193 | 8351 | 03/16/2017 | $1,240.00 | |
| | 8571 | 05/05/2017 | $2,512.25 | |
| | 8600 | 05/12/2017 | $4,158.88 | |
| | 8653 | 05/19/2017 | $3,997.19 | |
| | 8672 | 05/26/2017 | $4,312.78 | |
| | | | **$16,221.10** | |
| BIOMET TRAUMA, LLC<br>75 REMITTANCE DRIVE<br>STE 6931<br>CHICAGO, IL  60675-6931 | 8289 | 02/28/2017 | $16,309.00 | |
| | 8296 | 03/02/2017 | $14,900.00 | |
| | 8441 | 03/29/2017 | $16,309.00 | |
| | 8465 | 04/07/2017 | $22,700.00 | |
| | 8636 | 05/12/2017 | $10,000.00 | |
| | | | **$80,218.00** | |
| BIO-RAD LABORATORIES, INC<br>PO BOX 849740<br>LOS ANGELES, CA  90084-9740 | 8314 | 03/08/2017 | $29,505.55 | |
| | 8323 | 03/09/2017 | $1,507.22 | |
| | | | **$31,012.77** | |
| BOSTON SCIENTIFIC CORP & SUB<br>PO BOX 951653<br>DALLAS, TX  75395-1653 | 8306 | 03/02/2017 | $32,194.08 | |
| | 8319 | 03/08/2017 | $51,408.00 | |
| | 8372 | 03/17/2017 | $62,508.00 | |
| | 8425 | 03/24/2017 | $50,108.00 | |
| | 8459 | 03/30/2017 | $46,183.00 | |
| | 8478 | 04/14/2017 | $65,356.00 | |
| | 8522 | 04/20/2017 | $42,868.35 | |
| | 8572 | 05/05/2017 | $55,427.22 | |
| | 8596 | 05/12/2017 | $42,858.00 | |
| | | | **$448,910.65** | |
| BRG CAPITAL ADVISORS, LLC. | 8537 | 04/26/2017 | $50,000.00 | |
| | | | **$50,000.00** | |
| CAP COLLEGE OF AMERICAN PATHO<br>PO BOX 71698<br>CHICAGO, IL  60694 | 8679 | 05/26/2017 | $15,647.34 | |
| | | | **$15,647.34** | |
| CAREFUSION SOLUTIONS INC<br>25146 NETWORK PLACE<br>CHICAGO, IL  60673-1250 | 8409 | 03/24/2017 | $30,185.51 | |
| | | | **$30,185.51** | |

## Statement of Financial Affairs - Exhibit 3

## Walnut Hill Physicians' Hospital, LLC   17-32255

| Claimant | Check Number | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|---|
| CARTER BLOODCARE<br>PO BOX 916068<br>FORT WORTH, TX  76191 | 8315 | 03/08/2017 | $21,990.64 | |
| | 8511 | 04/20/2017 | $26,940.29 | |
| | | | **$48,930.93** | |
| CASTLEROCK PERFUSION LLC<br>906 W. MCDERMOTT DR<br>STE 116-173<br>ALLEN, TX  75013 | 8245 | 02/24/2017 | $8,815.00 | |
| | 8324 | 03/09/2017 | $8,805.00 | |
| | 8375 | 03/17/2017 | $3,250.00 | |
| | 8410 | 03/24/2017 | $17,960.00 | |
| | 8512 | 04/20/2017 | $12,995.00 | |
| | 8584 | 05/05/2017 | $6,500.00 | |
| | 8601 | 05/12/2017 | $3,495.00 | |
| | 8660 | 05/19/2017 | $3,250.00 | |
| | 8673 | 05/26/2017 | $3,250.00 | |
| | | | **$68,320.00** | |
| CERNER HEALTH SERVICES, INC<br>C/O US BANK<br>PO BOX 959167<br>ST LOUIS, MO  63195-9167 | 8239 | 02/22/2017 | $25,000.00 | |
| | 8270 | 02/24/2017 | $25,000.00 | |
| | 8290 | 02/28/2017 | $25,000.00 | |
| | 8307 | 03/02/2017 | $25,601.66 | |
| | 8332 | 03/09/2017 | $50,206.70 | |
| | 8376 | 03/17/2017 | $25,000.00 | |
| | 8401 | 03/22/2017 | $25,000.00 | |
| | 8426 | 03/24/2017 | $25,000.00 | |
| | 8458 | 03/30/2017 | $25,000.00 | |
| | 8495 | 04/14/2017 | $25,000.00 | |
| | 8504 | 04/18/2017 | $25,000.00 | |
| | 8524 | 04/21/2017 | $25,000.00 | |
| | 8630 | 05/12/2017 | $25,000.00 | |
| | | | **$350,808.36** | |
| CORIN USA, LTD<br>PO BOX 1065<br>CHURCH STREET STATION<br>NEW YORK, NY  10008-1065 | 8428 | 03/24/2017 | $12,200.00 | |
| | | | **$12,200.00** | |
| CORPORATE CLEANING SOLUTIONS<br>10445 MARKISON RD<br>DALLAS, TX  75038 | 8244 | 02/24/2017 | $2,024.29 | |
| | 8378 | 03/17/2017 | $3,005.35 | |
| | 8482 | 04/14/2017 | $1,709.71 | |
| | 8602 | 05/12/2017 | $1,592.69 | |
| | | | **$8,332.04** | |
| CROTHALL HEALTHCARE, INC<br>13028 COLLECTION CENTER DR<br>CHICAGO, IL  60693 | 8311 | 03/02/2017 | $25,000.00 | |
| | 8336 | 03/10/2017 | $20,000.00 | |
| | 8379 | 03/17/2017 | $20,000.00 | |
| | 8429 | 03/24/2017 | $25,000.00 | |
| | 8493 | 04/14/2017 | $30,000.00 | |
| | 8525 | 04/21/2017 | $20,000.00 | |
| | 8631 | 05/12/2017 | $30,000.00 | |
| | 8669 | 05/24/2017 | $20,000.00 | |
| | | | **$190,000.00** | |

**Statement of Financial Affairs - Exhibit 3**

**Walnut Hill Physicians' Hospital, LLC  17-32255**

| Claimant | Check Number | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|---|
| DFW HOSPITAL COUNCIL VENTURES | 8250 | 02/24/2017 | $3,487.86 | |
| | 8655 | 05/19/2017 | $3,427.53 | |
| | | | **$6,915.39** | |
| DIAGNOSTIC HEALTH SERVICES<br>PO BOX 972288<br>DALLAS, TX  75397-2288 | 8483 | 04/14/2017 | $9,850.00 | |
| | 8498 | 04/17/2017 | $9,850.00 | |
| | | | **$19,700.00** | |
| DIAGNOSTIC,INTERVENTIONAL,AND | 8240 | 02/22/2017 | $12,500.00 | |
| | 8271 | 02/24/2017 | $12,500.00 | |
| | 8310 | 03/02/2017 | $12,500.00 | |
| | 8342 | 03/15/2017 | $12,500.00 | |
| | 8345 | 03/15/2017 | $12,500.00 | |
| | 8377 | 03/17/2017 | $12,500.00 | |
| | 8427 | 03/24/2017 | $12,500.00 | |
| | 8457 | 03/30/2017 | $12,500.00 | |
| | 8466 | 04/07/2017 | $12,500.00 | |
| | 8494 | 04/14/2017 | $12,500.00 | |
| | 8535 | 04/26/2017 | $12,500.00 | |
| | 8545 | 04/28/2017 | $12,500.00 | |
| | 8590 | 05/10/2017 | $12,500.00 | |
| | 8637 | 05/12/2017 | $12,500.00 | |
| | 8654 | 05/19/2017 | $12,500.00 | |
| | | | **$187,500.00** | |
| EDWARDS LIFESCIENCES INC.<br>23146 NETWORK PLACE<br>CHICAGO, IL  60673-1231 | 8604 | 05/12/2017 | $30,521.06 | |
| | | | **$30,521.06** | |
| FIRST SLEEP, LLC<br>PO BOX 862<br>AUBREY, TX  76227-0862 | 8248 | 02/24/2017 | $12,200.00 | |
| | 8354 | 03/16/2017 | $18,850.00 | |
| | 8411 | 03/24/2017 | $2,870.00 | |
| | 8496 | 04/17/2017 | $7,500.00 | |
| | 8533 | 04/24/2017 | $7,500.00 | |
| | 8585 | 05/05/2017 | $5,000.00 | |
| | 8606 | 05/12/2017 | $6,250.00 | |
| | 8662 | 05/19/2017 | $2,641.00 | |
| | | | **$62,811.00** | |
| FUJIFILM MEDICAL SYSTEMS USA<br>PO BOX 347689<br>PITTSBURGH, PA  15251-4689 | 8344 | 03/15/2017 | $30,749.00 | |
| | 8638 | 05/12/2017 | $20,751.00 | |
| | | | **$51,500.00** | |
| GE HEALTHCARE<br>PO BOX 96483<br>CHICAGO, IL  60693 | 8514 | 04/20/2017 | $3,316.50 | |
| | 8608 | 05/12/2017 | $7,088.02 | |
| | | | **$10,404.52** | |
| GTR MEDICAL GROUP, LLC<br>5164 VILLAGE CREEK DR<br>SUITE 200<br>PLANO, TX  75093 | 8299 | 03/02/2017 | $17,000.00 | |
| | | | **$17,000.00** | |
| HEALTHCARE APPRAISERS, INC<br>75 NW 1ST AVENUE<br>DELRAY BEACH, FL  33444 | 8609 | 05/12/2017 | $7,145.00 | |
| | | | **$7,145.00** | |

**Statement of Financial Affairs - Exhibit 3**

**Walnut Hill Physicians' Hospital, LLC   17-32255**

| Claimant | Check Number | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|---|
| HEALTHSTREAM INC<br>PO BOX 102817<br>ATLANTA, GA  30368-2817 | 8316 | 03/08/2017 | $19,366.89 | |
| | | | **$19,366.89** | |
| INTEGRA LIFESCIENCES CORP<br>PO BOX 404129<br>ATLANTA, GA  30384-4129 | 8252 | 02/24/2017 | $4,921.66 | |
| | 8383 | 03/17/2017 | $5,000.00 | |
| | | | **$9,921.66** | |
| J2B, LLC<br>5164 VILLAGE CREEK<br>SUITE 200<br>PLANO, TX  75093 | 8301 | 03/02/2017 | $4,100.00 | |
| | 8589 | 05/09/2017 | $4,100.00 | |
| | 8664 | 05/23/2017 | $4,100.00 | |
| | | | **$12,300.00** | |
| JOHNSON & BRYAN<br>PO BOX 20138<br>ATLANTA, GA  30325 | 8241 | 02/23/2017 | $40,437.00 | |
| | 8300 | 03/02/2017 | $107,558.62 | |
| | 8399 | 03/17/2017 | $16,941.00 | |
| | | | **$164,936.62** | |
| JOHNSON & ROUNDTREE PREMIUM | 8273 | 02/24/2017 | $5,000.00 | |
| | 8384 | 03/17/2017 | $5,000.00 | |
| | | | **$10,000.00** | |
| MANAGED CARE REV CONSULTING | 8337 | 03/10/2017 | $2,500.00 | |
| | 8385 | 03/17/2017 | $5,000.00 | |
| | 8499 | 04/17/2017 | $5,000.00 | |
| | 8526 | 04/21/2017 | $12,500.00 | |
| | 8588 | 05/05/2017 | $5,000.00 | |
| | 8632 | 05/12/2017 | $7,500.00 | |
| | | | **$37,500.00** | |
| MED IT ASSOCIATES LLC<br>846 POSSOM TROT HOLLOW RD<br>WHITEWRIGHT, TX  75491 | 8492 | 04/14/2017 | $13,000.00 | |
| | 8516 | 04/20/2017 | $13,000.00 | |
| | 8611 | 05/12/2017 | $13,000.00 | |
| | | | **$39,000.00** | |
| MED PROS GROUP | 8328 | 03/09/2017 | $7,437.00 | |
| | | | **$7,437.00** | |
| MEDICAL SOLUTIONS<br>1010 N 102ND STREET<br>SUITE 300<br>OMAHA, NE  68114 | 8257 | 02/24/2017 | $21,700.47 | |
| | 8325 | 03/09/2017 | $17,055.44 | |
| | 8359 | 03/16/2017 | $15,564.74 | |
| | 8415 | 03/24/2017 | $16,740.80 | |
| | 8468 | 04/07/2017 | $16,823.88 | |
| | 8500 | 04/17/2017 | $10,679.64 | |
| | 8540 | 04/28/2017 | $6,850.77 | |
| | 8576 | 05/05/2017 | $6,158.43 | |
| | 8612 | 05/12/2017 | $6,299.26 | |
| | 8674 | 05/26/2017 | $6,254.50 | |
| | | | **$124,127.93** | |

**Statement of Financial Affairs - Exhibit 3**

**Walnut Hill Physicians' Hospital, LLC  17-32255**

| Claimant | Check Number | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|---|
| MEDLINE INDUSTRIES, INC<br>DEPT 1080<br>PO BOX 121080<br>DALLAS, TX  75312-1080 | 8308 | 03/02/2017 | $25,400.70 | |
| | 8320 | 03/08/2017 | $34,865.99 | |
| | 8386 | 03/17/2017 | $30,074.37 | |
| | 8430 | 03/24/2017 | $31,427.85 | |
| | 8460 | 03/30/2017 | $32,103.13 | |
| | 8501 | 04/17/2017 | $25,464.10 | |
| | 8505 | 04/19/2017 | $25,653.19 | |
| | 8536 | 04/26/2017 | $25,051.11 | |
| | 8552 | 04/28/2017 | $25,464.10 | |
| | 8577 | 05/05/2017 | $25,309.98 | |
| | 8613 | 05/12/2017 | $25,467.75 | |
| | 8645 | 05/17/2017 | $40,213.46 | |
| | 8671 | 05/24/2017 | $35,676.27 | |
| | | | **$382,172.00** | |
| MEDTRONIC USA, INC<br>PO BOX 409201<br>ATLANTA, GA  30384-9201 | 8309 | 03/02/2017 | $32,146.58 | |
| | 8387 | 03/17/2017 | $25,000.00 | |
| | 8502 | 04/17/2017 | $19,548.71 | |
| | 8532 | 04/21/2017 | $19,548.71 | |
| | | | **$96,244.00** | |
| MORRISON MGMT SPECIALISTS, INC<br>PO BOX 102289<br>ATLANTA, GA  30368 | 8343 | 03/15/2017 | $32,439.00 | |
| | 8389 | 03/17/2017 | $6,119.96 | |
| | 8431 | 03/24/2017 | $25,000.00 | |
| | 8485 | 04/14/2017 | $6,119.96 | |
| | 8528 | 04/21/2017 | $17,500.00 | |
| | 8546 | 04/28/2017 | $6,120.00 | |
| | 8614 | 05/12/2017 | $20,358.95 | |
| | 8670 | 05/24/2017 | $13,750.00 | |
| | | | **$127,407.87** | |
| NORTH TEXAS PERFUSION SYSTEMS<br>3941 LEGACY DRIVE<br>STE 204 #A219<br>PLANO, TX  75023 | 8317 | 03/08/2017 | $11,910.28 | |
| | 8416 | 03/24/2017 | $9,559.07 | |
| | 8451 | 03/30/2017 | $6,907.40 | |
| | 8486 | 04/14/2017 | $11,022.39 | |
| | 8578 | 05/05/2017 | $9,756.45 | |
| | 8615 | 05/12/2017 | $7,418.84 | |
| | | | **$56,574.43** | |
| NUANCE COMMUNICATIONS INC.<br>PO BOX 2561<br>CAROL STREAM, IL  60132-2561 | 8259 | 02/24/2017 | $4,260.72 | |
| | 8326 | 03/09/2017 | $6,956.32 | |
| | 8390 | 03/17/2017 | $5,000.00 | |
| | 8432 | 03/24/2017 | $4,260.72 | |
| | 8487 | 04/14/2017 | $5,175.75 | |
| | 8517 | 04/20/2017 | $4,260.72 | |
| | 8547 | 04/28/2017 | $2,500.00 | |
| | 8587 | 05/05/2017 | $2,500.00 | |
| | 8616 | 05/12/2017 | $2,276.53 | |
| | | | **$37,190.76** | |

## Statement of Financial Affairs - Exhibit 3

## Walnut Hill Physicians' Hospital, LLC   17-32255

| Claimant | Check Number | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|---|
| OCEAN FRESH LAUNDRIES, INC.<br>6805 WILD RIDGE COURT<br>PLANO, TX  75024 | 8260 | 02/24/2017 | $14,433.51 | |
| | 8417 | 03/24/2017 | $13,745.96 | |
| | 8541 | 04/28/2017 | $12,426.75 | |
| | | | **$40,606.22** | |
| OLYMPUS AMERICA, INC<br>PO BOX 120600<br>DEPT 0600<br>DALLAS, TX  75312-0600 | 8661 | 05/19/2017 | $9,558.40 | |
| | | | **$9,558.40** | |
| ON-X LIFE TECHNOLOGIES<br>PO BOX 102312<br>ATLANTA, GA  30368-2312 | 8579 | 05/05/2017 | $8,098.00 | |
| | | | **$8,098.00** | |
| PARTSSOURCE INC<br>777 LENA DRIVE<br>AURORA, OH  44202-8025 | 8444 | 03/29/2017 | $6,836.74 | |
| | | | **$6,836.74** | |
| PICC ME PLLC<br>6504 ALDERBROOK DRIVE<br>DENTON, TX  76210 | 8327 | 03/09/2017 | $5,483.85 | |
| | 8591 | 05/10/2017 | $4,765.00 | |
| | | | **$10,248.85** | |
| PROPATH ASSOCIATES<br>DEPT. 41070 PO BOX 660811<br>DALLAS, TX  752660811 | 8333 | 03/09/2017 | $3,000.00 | |
| | 8391 | 03/17/2017 | $2,500.00 | |
| | 8433 | 03/24/2017 | $2,500.00 | |
| | 8529 | 04/21/2017 | $2,500.00 | |
| | 8634 | 05/12/2017 | $2,500.00 | |
| | | | **$13,000.00** | |
| PROVATION CAPITAL - LB<br>PO BOX 1880<br>MINNEAPOLIS, MN  55480-1880 | 8362 | 03/16/2017 | $3,980.17 | |
| | 8392 | 03/17/2017 | $2,748.28 | |
| | | | **$6,728.45** | |
| QUALITY STERILIZER SRVCS INC<br>9540 GARLAND RD<br>SUITE 381-384<br>DALLAS, TX  75218 | 8442 | 03/29/2017 | $17,323.86 | |
| | | | **$17,323.86** | |
| QUINTECH, INC<br>PO BOX 947<br>NASH, TX  75567 | 8418 | 03/24/2017 | $8,930.63 | |
| | 8452 | 03/30/2017 | $2,824.90 | |
| | | | **$11,755.53** | |
| RADIOMETER AMERICA, INC<br>13217 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 | 8563 | 05/04/2017 | $18,395.38 | |
| | | | **$18,395.38** | |
| REHABE CARE GROUP OF TEXAS | 8329 | 03/09/2017 | $14,164.80 | |
| | 8393 | 03/17/2017 | $10,000.00 | |
| | 8434 | 03/24/2017 | $15,000.00 | |
| | 8503 | 04/17/2017 | $10,000.00 | |
| | 8518 | 04/20/2017 | $13,462.23 | |
| | 8534 | 04/25/2017 | $10,000.00 | |
| | 8617 | 05/12/2017 | $10,000.00 | |
| | 8659 | 05/19/2017 | $10,000.00 | |
| | | | **$92,627.03** | |

**Statement of Financial Affairs - Exhibit 3**

**Walnut Hill Physicians' Hospital, LLC   17-32255**

| Claimant | Check Number | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|---|
| RELIANT, DEPT 0954<br>PO BOX 120954<br>DALLAS, TX  75312-0954 | 8531<br>8618 | 04/21/2017<br>05/12/2017 | $45,853.97<br>$45,194.23 | |
| | | | **$91,048.20** | |
| RENOVIS SURGICAL TECHNOLOGIES<br>1901 W. LUGONIA AVE<br>SUITE 340<br>REDLANDS, CA  92374 | 8338<br>8435 | 03/10/2017<br>03/24/2017 | $5,000.00<br>$6,040.00 | |
| | | | **$11,040.00** | |
| ROBERT HALF FINANCE & ACCOUNTI<br>PO BOX 743295<br>LOS ANGELES, CA  90074-3295 | 8581<br>8621<br>8656<br>8675 | 05/05/2017<br>05/12/2017<br>05/19/2017<br>05/26/2017 | $4,745.48<br>$8,237.90<br>$6,974.05<br>$10,607.72 | |
| | | | **$30,565.15** | |
| SIRTEX MEDICAL INC<br>300 UNICORN PARK DR<br>WOBURN, MA  01801 | 8302<br>8334<br>8364<br>8436<br>8453<br>8481<br>8519<br>8543<br>8582<br>8622<br>8657 | 03/02/2017<br>03/09/2017<br>03/16/2017<br>03/24/2017<br>03/30/2017<br>04/14/2017<br>04/20/2017<br>04/28/2017<br>05/05/2017<br>05/12/2017<br>05/19/2017 | $48,169.00<br>$48,000.00<br>$48,000.00<br>$48,227.00<br>$32,000.00<br>$64,000.00<br>$64,000.00<br>$64,000.00<br>$64,169.00<br>$64,087.00<br>$64,000.00 | |
| | | | **$608,652.00** | |
| SPECTRANETICS CORPORATION<br>LBX#774588<br>4588 SOLUTIONS CENTER<br>CHICAGO, IL  60677-4005 | 8365 | 03/16/2017 | $12,163.60<br>**$12,163.60** | |
| SPINE STAR LLC<br>908 AUDELIA RD<br>STE 200 PMB 338<br>RICHARDSON, TX  75081 | 8293<br>8471 | 02/28/2017<br>04/07/2017 | $20,568.00<br>$20,568.00<br>**$41,136.00** | |
| ST. JUDE MEDICAL S.C., INC<br>22400 NETWORK PLACE<br>CHICAGO, IL  60673-1224 | 8341<br>8346<br>8438<br>8454<br>8489<br>8523<br>8583<br>8646<br>8663 | 03/15/2017<br>03/15/2017<br>03/24/2017<br>03/30/2017<br>04/14/2017<br>04/20/2017<br>05/05/2017<br>05/17/2017<br>05/19/2017 | $76,475.24<br>$76,475.24<br>$51,098.72<br>$68,357.70<br>$30,706.74<br>$39,928.48<br>$40,042.48<br>$53,462.62<br>$100,220.18 | |
| | | | **$536,767.40** | |
| STATE COMPTROLLER | 8403<br>8476<br>8530 | 03/22/2017<br>04/12/2017<br>04/21/2017 | $60,470.00<br>$179,640.08<br>$1,988.83 | |
| | | | **$242,098.91** | |

**Statement of Financial Affairs - Exhibit 3**

**Walnut Hill Physicians' Hospital, LLC  17-32255**

| Claimant | Check Number | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|---|
| STEWART & STEVENSON LLC 601 W 38TH STREET HOUSTON, TX  77018 | 8366 | 03/16/2017 | $7,393.39 | |
| | | | **$7,393.39** | |
| STRYKER ORTHOPAEDIC BOX 93213 CHICAGO, IL  60673-3213 | 8395 | 03/17/2017 | $13,925.00 | |
| | | | **$13,925.00** | |
| STRYKER SALES CORP | 8394 | 03/17/2017 | $690.09 | |
| | 8461 | 03/30/2017 | $7,246.24 | |
| | 8549 | 04/28/2017 | $4,956.58 | |
| | 8550 | 04/28/2017 | $2,386.91 | |
| | | | **$15,279.82** | |
| SUMMIT EMERGENCY PHYSICIANS PO BOX 793697 DALLAS, TX  75379 | 8294 | 02/28/2017 | $59,960.00 | |
| | 8455 | 03/30/2017 | $98,767.65 | |
| | 8548 | 04/28/2017 | $80,000.00 | |
| | 8560 | 05/03/2017 | $48,642.12 | |
| | 8676 | 05/26/2017 | $123,600.36 | |
| | | | **$410,970.13** | |
| SURGICAL ASSISTANTS OF DALLAS | 8586 | 05/05/2017 | $7,000.00 | |
| | | | **$7,000.00** | |
| TARGET MEDICAL IMAGING LTD | 8448 | 03/30/2017 | $8,947.91 | |
| | | | **$8,947.91** | |
| TERUMO MEDICAL CORPORATION PO BOX 841733 DALLAS, TX  75284-1733 | 8396 | 03/17/2017 | $9,666.62 | |
| | 8506 | 04/19/2017 | $19,531.82 | |
| | 8542 | 04/28/2017 | $10,682.15 | |
| | 8639 | 05/15/2017 | $15,557.46 | |
| | | | **$55,438.05** | |
| TEXAS MUTUAL PO BOX 841843 DALLAS, TX  75284-1843 | 8242 | 02/23/2017 | $28,886.00 | |
| | | | **$28,886.00** | |
| THE JOINT COMMISSION PO BOX 92775 CHICAGO, IL  60675-2775 | 8626 | 05/12/2017 | $5,215.00 | |
| | 8677 | 05/26/2017 | $10,660.00 | |
| | | | **$15,875.00** | |
| THE SSI GROUP, INC DEPT 2455 PO BOX 11407 BIRMINGHAM, AL  35246-2455 | 8305 | 03/02/2017 | $4,734.19 | |
| | 8627 | 05/12/2017 | $2,420.97 | |
| | | | **$7,155.16** | |
| THERMO FISHER SCIENTIFIC | 8381 | 03/17/2017 | $15,100.95 | |
| | 8607 | 05/12/2017 | $8,927.29 | |
| | | | **$24,028.24** | |

**Statement of Financial Affairs - Exhibit 3**

**Walnut Hill Physicians' Hospital, LLC   17-32255**

| Claimant | Check Number | Check Date | Check Amount | Reasons for Payment |
|---|---|---|---|---|
| THOMAS PROTECTIVE SERVICE, INC PO BOX 883 KAUFMAN, TX  75142 | 8265 | 02/24/2017 | $7,593.78 | |
| | 8330 | 03/09/2017 | $7,925.59 | |
| | 8367 | 03/16/2017 | $7,526.58 | |
| | 8422 | 03/24/2017 | $7,993.31 | |
| | 8470 | 04/07/2017 | $7,513.98 | |
| | 8490 | 04/14/2017 | $8,312.82 | |
| | 8520 | 04/20/2017 | $7,996.99 | |
| | 8544 | 04/28/2017 | $3,763.29 | |
| | 8628 | 05/12/2017 | $3,754.89 | |
| | 8658 | 05/19/2017 | $3,691.89 | |
| | 8678 | 05/26/2017 | $4,163.38 | |
| | | | **$70,236.50** | |
| THYSSENKRUPP ELEVATOR CORP PO BOX 933004 ATLANTA, GA  31193-3004 | 8321 | 03/09/2017 | $39,916.20 | |
| | | | **$39,916.20** | |
| UROSOURCE MOBILE MEDICAL SOLUT PO BOX 847324 DALLAS, TX  75284 | 8238 | 02/22/2017 | $9,981.63 | |
| | | | **$9,981.63** | |
| VALLEY SURGICAL INC 633 SOUTH ANDREWS AVE SUITE 400 FLAUDERDALE, FL  33301 | 8369 | 03/16/2017 | $10,406.00 | |
| | | | **$10,406.00** | |
| VANGUARD C/O ASCENSUS PO BOX 28067 NEW YORK, NY  10087 | 8491 | 04/14/2017 | $8,956.71 | |
| | | | **$8,956.71** | |
| W.L. GORE & ASSOCIATES, INC. PO BOX 751331 CHARLOTTE, NC  28275 | 8267 | 02/24/2017 | $12,649.14 | |
| | | | **$12,649.14** | |
| WALNUT HILL HOSPITAL MGT COMP 201 SEABOARD LN STE 100 FRANKLIN, TN  37067 | 8397 | 03/17/2017 | $7,500.00 | |
| | | | **$7,500.00** | |

**Grand Total:  88**                                **$5,730,135.30**

Toby L. Gerber (SBT 07813700)
Kristian W. Gluck (SBT 24038921)
John N. Schwartz (SBT 00797397)
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

ATTORNEYS FOR THE DEBTOR

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 7** |
| **WALNUT HILL PHYSICIANS' HOSPITAL, LLC d/b/a WALNUT HILL MEDICAL CENTER,** | § | |
| | § | **Case No. 17-32255-bjh-7** |
| Debtor. | § | |
| | § | |

## <u>GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS</u>

I, Cory Countryman, hereby state as follows:

1.     Prior to the time that Walnut Hill Physicians' Hospital, LLC d/b/a Walnut Hill Medical Center (the "<u>Debtor</u>") filed for relief under chapter 7 of the United States Bankruptcy Code, I was the Chief Executive Officer for the Debtor.

2.     Although I was not primarily responsible for preparing and maintaining the financial records of the Debtor, those documents were prepared and maintained by other representatives of the Debtor in the ordinary course of the Debtor's business.

3.     I do not have personal knowledge of all of the information that is set forth in the Debtor's Schedules and Statement of Financial Affairs; however, other representatives of the Debtor have provided such information based on information that is contained in the Debtor's books and records.

4.      I have also been informed that, because the Debtor generally does not close its books until approximately the twentieth day of each month, it is possible that the Debtor's financial statements do not include certain invoices that were recently received by the Debtor.

5.      I note that the information contained in the Debtor's Schedules and Statement of Financial Affairs (a) has not been audited, (b) was not necessary prepared in accordance with Generally Accepted Accounting Procedures, and (c) is based on "book value" and therefore do not necessary reflect the amount that would be received upon the disposition of the Debtor's assets.

6.      Finally, because disclosure of patient information would violate the Health Insurance Portability and Accountability Act of 1996, such information has not been included in the Debtor's Schedules and Statement of Financial Affairs but will be made available to the chapter 7 trustee.

Dated:  June 30, 2017                              /s/ Cory Countryman
                                                   Cory Countryman