

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 1, 2018**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WALNUT HILL PHYSICIANS' HOSPITAL, LLC, | § § § | Chapter 7 |
| | § | CASE NO. 17-32255-bjh-7 |
| DEBTOR. | § § § | |

**ORDER GRANTING TRUSTEE'S MOTION FOR RULE 2004
EXAMINATION OF AMERICA TARECTECAN**

CAME ON FOR HEARING on the 26th day of April, 2018, the *Expedited Motion for Rule 2004 Examination of America Tarectecan* (the "Motion"), filed by Scott Seidel, (the "Trustee"), whereby the Trustee seeks an examination, under Bankruptcy Rule 2004, of America Tarectecan ("Tarectecan"). Finding that service and notice of the Motion was sufficient and appropriate, and for the reasons stated on the record, it is hereby:

ORDERED that the Motion is GRANTED as provided for herein; it is further

ORDERED that Tarectecan shall submit to and shall appear at a deposition pursuant to Bankruptcy Rule 2004 (the "Examination"), to be taken at the Trustee's option, regarding the

Debtor, and which Examination, if the Trustee exercises the option to take the same, is to take place no later than 30 days from the date of entry of this Order; it is further

ORDERED that the parties shall reasonably cooperate with respect to the timing of the deposition; it is further

ORDERED that the Examination shall take place at Munsch Hardt Kopf & Harr, P.C., 500 N. Akard St., Ste. 3800, Dallas, Texas 75201; it is further

ORDERED that this Order is without prejudice to the Trustee's ability to return to the Court on additional notice in the event that the Examination should be sealed based on privileged matters covered;

ORDERED that the Trustee may resort to subpoena to compel compliance with this Order;

ORDERED that the Court shall retain jurisdiction to interpret and enforce this Order.

### # # # END OF ORDER # # #

Order submitted by:
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
3800 Ross Tower
500 N. Akard St.
Dallas, Texas 75201
Telephone: (214) 855-7575
Facsimile: (214) 978-5359

COUNSEL FOR SCOTT SEIDEL, TRUSTEE