Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | |
|---|---|---|
| | § | Chapter 7 |
| WALNUT HILL PHYSICIANS | § | |
| HOSPITAL, LLC, | § | Case No. 17-32255-bjh-7 |
| | § | |
| Debtor. | § | |

**TRUSTEE'S WITNESS & EXHIBIT LIST**

Scott M. Seidel, the duly appointed Chapter 7 trustee ( the "Trustee") for the bankruptcy estate (the "Estate") of Walnut Hill Physicians Hospital, LLC (the "Debtor") in the above-captioned bankruptcy case, files this *Witness and Exhibit List* for the August 15, 2018 hearing on the *Trustee's Motion to Sell Heart Valves and Stents Free and Clear to Indian Charity Hospital for $1.00* [Doc. 352].

### I.    WITNESSES

The Trustee reserves the right to call any or all of the following as witnesses:

a. Scott Seidel, Trustee;

b. Davor Rukavina;

c. Pat Kelly;

d. Joanne Frogge;

    e.    Any witness designated by any other party; and

    f.    Rebuttal and impeachment witnesses as appropriate.

## II. EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Heart valves and stents |
| B | Photographs of heart valve and stent packaging |
| | All documents filed in the Bankruptcy Case |
| | Rebuttal and impeachment documents as appropriate |

The Trustee expressly reserves the right to amend this list at any time, for any reason.

RESPECTFULLY SUBMITTED this 10th day of August, 2018.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Julian P. Vasek*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
500 North Akard St., Ste. 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 978-4346

**ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 10, 2018, a true and correct copy of the foregoing Witness and Exhibit List was served via the Court's ECF system on the parties entitled to notice thereof.

By: /s/ *Julian P. Vasek*
Julian P. Vasek, Esq.