Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Fareed Kaisani, Esq.
Texas Bar No. 24104017
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 7 |
| WALNUT HILL PHYSICIANS § | |
| HOSPITAL, LLC, § | Case No. 17-32255-bjh-7 |
| § | |
| Debtor. § | |

**MUNSCH HARDT'S WITNESS & EXHIBIT LIST**

Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt"), general counsel to Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee of the bankruptcy estate of Walnut Hill Physicians Hospital, LLC, the debtor in the above styled and numbered bankruptcy case, files this *Witness and Exhibit List* for the September 12, 2018 hearing on the *Second Interim Application of Munsch Hardt Kopf & Harr, P.C. for the Allowance of Fees and Reimbursement of Expenses as General Counsel to Trustee and Request for Payment of Same* [Docket No. 365].

**I.    WITNESSES**

Munsch Hardt reserves the right to call any or all of the following as witnesses:

   a. Jason Enright;
   b. Scott Seidel, Trustee;
   c. Davor Rukavina;
   d. Thomas Berghman;
   e. Julian Vasek;
   f. Fareed Kaisani;

    g. Any witness designated by any other party; and
    h. Rebuttal and impeachment witnesses as appropriate.

## II. EXHIBITS

| EXHIBIT | DESCRIPTION OF EXHIBIT |
|---|---|
| A | Invoice submitted with Munsch Hardt's First Interim Application for Compensation [Docket No. 203-1] |
| B | Invoice submitted with Munsch Hardt's Second Interim Application for Compensation [Docket No. 365-1] |
|  |  |
|  | All documents filed in the Bankruptcy Case |
|  | Rebuttal and impeachment documents as appropriate |

Munsch Hardt expressly reserves the right to amend this list at any time, for any reason.

RESPECTFULLY SUBMITTED this 5th day of September, 2018.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Fareed Kaisani*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Fareed Kaisani, Esq.
Texas Bar No. 24104017
3800 Ross Tower
500 North Akard St.
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 978-4346

**ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that, on September 5, 2018, a true and correct copy of the foregoing Witness and Exhibit List was served via the Court's ECF system on the parties entitled to notice thereof.

By: /s/ *Fareed Kaisani*
Fareed Kaisani, Esq.