Rakhee V. Patel – SBT #00797213
Phillip Lamberson – SBT #00794134
Annmarie Chiarello – SBT #24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone:  (214) 745-5400
Facsimile:  (214) 745-5390

**ATTORNEYS FOR HC-7502 GREENVILLE AVENUE, LLC**
**AND CARTER/VALIDUS OPERATING PARTNERSHIP, LP**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WALNUT HILL PHYSICIANS' HOSPITAL, LLC, | § § § | CASE NO. 17-32255-BJH |
| | § | Chapter 7 |
| DEBTOR | § | |

**WITNESS AND EXHIBIT LIST FOR OBJECTION TO SECOND INTERIM APPLICATION OF MUNSCH HARDT KOPF & HARR, P.C. FOR THE ALLOWANCE OF FEE AND REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE AND REQUEST FOR PAYMENT OF SAME**

HC-7502 Greenville Avenue, LLC (the "Landlord") and Carter/Validus Operating Partnership, LP ("CV Op," together, with the Landlord, the "CV Entities"), file this Witness and Exhibit List in connection with the September 12, 2017 hearing (the "Hearings") on the *Second Interim Application of Munsch Hardt Kopf & Harr, P.C. for the Allowance of Fee and Reimbursement of Expenses as General Counsel to the Trustee and Request for Payment of Same* [Docket No. 365] (the "Second Fee Application") filed by Munsch Hardt Kopf & Harr, P.C. (the "Applicant"), general counsel to Scott M. Seidel (the "Trustee"), the duly appointed Chapter 7 Trustee of Walnut Hill Physician's Hospital, LLC's (the "Debtor") and designate the following witnesses and exhibits:

## WITNESSES

1. Any witness designated or called by any other party; and

2. Any impeachment or rebuttal witnesses.

## EXHIBITS

| Exhibit | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| A. | Any pleadings, reports, or other documents filed in the Debtor's bankruptcy case, including summaries thereof; and | | | |
| B. | Any impeachment or rebuttal exhibits or any exhibits designated by any other party. | | | |

The CV Entities reserve the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearings and/or in compliance with the Local Bankruptcy Rules and the Orders of this Court. The CV Entities further reserve the right to provide any documents amended or supplemented in this Witness and Exhibit List to opposing counsel and to this Court as they become available.

**DATED: September 7, 2018.**

Respectfully submitted,

**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas  75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)
rpatel@winstead.com
plamberson@winstead.com
achiarello@winstead.com

By:*/s/ Annmarie Chiarello*
Rakhee V. Patel – SBT #00797213
Phillip Lamberson – SBT #00794134
Annmarie Chiarello – SBT #24097496

**ATTORNEYS FOR HC-7502
GREENVILLE AVENUE, LLC AND**

                                  **CARTER/VALIDUS OPERATING PARTNERSHIP, LP**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2018, a true and correct copy of the foregoing was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case.

                                  /s/ *Annmarie Chiarello*
                                  One of Counsel

4834-5395-3393v.1
58198-5 9/7/2018