Walnut Hill Physicians' Hospital, LLC - Case No. 17-32255
Summary of Administrative Expense Claims

| Party | Amount Requested | Docket No. | Amount Paid or Status | Docket No. |
|---|---|---|---|---|
| St. Jude | $ 131,790.36 | 200 | pending adversary | |
| Reliant Energy Retail Services, LLC | $ 102,256.19 | 269 | pending objection | |
| Cardinal Health 110 LLC, Cardinal Health 200, LLC | $ 37,060.77 | 270 | pending adversary | |
| HC-7502 Greenville Avenue, LLC | $ 2,593,783.39 | 285 | pending adversary | |
| Boston Scientific Company | $ 109,558.00 | 284 | pending adversary | |
| **Total Unpaid** | **$ 2,974,448.71** | | | |
| | | | | |
| Munsch Hardt (First Fee Application)[1] | $362,293.75 | 200 | $ 199,701.50 | 219 |
| Munsch Hardt (Second Fee Application)[2] | $482,040.45 | 365 | $ 392,244.05 | |
| Rent at Greenville Property[3] | | | $ 82,000.00 | 148 |
| Cerner[4] | | | $ 233,660.00 | 171 |
| BidMid, LLC (auctioneer expenses) | | | $ 25,718.80 | 196 |
| Scott Seidel, Trustee | | | $ 101,607.91 | 259 |
| ScanSTAT | | | $ 25,000.00 | 242 |
| Expert[5] | | | $ 12,500.00 | 246 |
| Storage Expense | | | $ 14,854.61 | 325 |
| C.R. Bard, Inc. | | | $ 4,991.60 | 348 |
| **Total Amount Paid Out of Estate** | | | **$ 1,092,278.47** | |
| **Total Amount Paid Out of Estate to Trustee and Counsel** | | | **$ 693,553.46** | |
| | | | | |
| **Total Amount Allowed or Paid Out of Estate to Trustee and Counsel** | | | **$945,942.11** | |

1- Munsch Hart requested 50% of their fees and 100% of their expenses be paid on an interim basis
2- Munsch Hart requested 80% of their fees and 100% of their expenses be paid on an interim basis.
3- Estimated amount
4 - According to the Application, this amount was effectively extorted from of the estate and the estate received little to no value for this payment
5 - Total paid was $25,000 with $12,500 paid by Munsch Hardt

#4822-9009-9569

Exhibit A