

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 3, 2018**

_____
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| WALNUT HILL PHYSICIANS' | § | Case No. 17-32255-bjh-7 |
| HOSPITAL, LLC, | § | |
| | § | |
| Debtor. | § | |

### ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT WITH ST. JUDE MEDICAL S.C., INC.

CAME ON FOR CONSIDERATION the *Trustee's Motion for Approval of Compromise and Settlement with St. Jude Medical S.C., Inc.* (the "Motion"), filed by Scott M. Seidel, the duly-appointed chapter 7 trustee (the "Trustee") for the estate (the "Estate") of Walnut Hill Physicians' Hospital, LLC (the "Debtor"), the debtor in the above styled and numbered Chapter 7 bankruptcy case (the "Bankruptcy Case"), pursuant to which the Trustee seeks the approval of that certain compromise and settlement (the "Settlement") with St. Jude Medical S.C., Inc. ("St. Jude"), pursuant to that certain *Mutual Settlement and Release Agreement* attached to the Motion as Exhibit "A" (the "Agreement").

Finding that service and notice of the Motion and of the Settlement were sufficient and appropriate, but that no party timely objected to the Motion, and finding that the Motion is well taken and that the relief requested therein should be granted as fair, reasonable, and in the best interests of the Estate, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Settlement is APPROVED; it is further

ORDERED that the Agreement is APPROVED, and that it shall govern according to its terms; it is further

ORDERED that the mutual releases set forth in ¶ 2 of the Agreement are hereby APPROVED as provided for in the Agreement, effective upon payment of the Settlement Amount (as defined in the Agreement); it is further

ORDERED that the Trustee is authorized and directed to execute the Agreement and to deliver a copy thereof to St. Jude; it is further

ORDERED that St. Jude shall have sixty (60) days from the date of the entry of this Order to file a proof of claim in the Bankruptcy Court on account of the Settlement Amount specified in ¶ 1 of the Agreement; it is further

ORDERED that all motions heard by the Bankruptcy Court on October 24, 2018 in the adversary proceeding styled *Seidel v. St. Jude Medical, S.C., Inc.*, No. 18-3033, are denied as moot; and it is further

ORDERED that the Court shall retain jurisdiction to the maximum extent possible to interpret and enforce this Order.

### # # # END OF ORDER # # #

SUBMITTED BY:

By: /s/ *Julian P. Vasek*

Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
jvasek@munsch.com