# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                 §
                        §

**WALNUT HILL PHYSICIANS**    §      **CASE NO: 17-32255-BJH-7**
**HOSPITAL, LLC**              §
                        §       **Chapter 7**

**DEBTOR.**                §

## <u>TRUSTEE'S INTERIM REPORT</u>

The Trustee wishes to advise the Court, creditors and parties in interest that he has resolved the D & O litigation. He is awaiting settlement payment and beginning review of claims.

Respectfully Submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott.seidel@earthlink.net
CHAPTER 7 TRUSTEE