**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § § | |
| WALNUT HILL PHYSICIANS HOSPITAL, LLC § § § § | CASE NO: 17-32255-BJH-7  Chapter 7 |
| DEBTOR. § | |

## TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors and parties in interest that he has general counsel reviewing claims and anticipates filing a Final Report by 12/31/2020.

Respectfully Submitted,

  */s/ Scott M. Seidel*
   Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott.seidel@earthlink.net
CHAPTER 7 TRUSTEE