# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| WALNUT HILL PHYSICIANS | § CASE NO: 17-32255-SGJ-7 |
| HOSPITAL, LLC | § |
| | § Chapter 7 |
| | § |
| DEBTOR. | § |

## TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest that the trustee has resolved D & O litigation. Claims objections pending and requesting W9 information from former employees for their timely filed claims.

Respectfully Submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE