BTXN 127 (rev. 1/14)

**FILED**

OCT 12 2022

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

Walnut Hill Physician Hospital

Debtor(s)

Case No.: 17-32255-sgj-7

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ____ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | SELINA RAHMAN |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | 737 Sunkist Lane Plano, TX-75025 |
| 3. | Current Mailing Address | 737 Sunkist Lane, Plano TX 75025 |
| 4. | Telephone Number | 469-236-1603 |
| 5. | SS# (last 4 digits only) or EIN # | 6240 |
| 6. | Amount Being Claimed | 3820.81 |

I, Selina Rahman, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 10/6/22    Selina Rahman
                Claimant Signature         Co-Claimant Signature

Subscribed and Sworn to Before Me this 6 day of October, 2022.

AH
Notary Public
In and for the State of Texas
My commission expires 04/11/2026

Arvin Hadidi
MY COMMISSION EXPIRES
04/11/2026
NOTARY ID: 13369862-1

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 10/6/22

*Selina Rahman*
Claimant's Signature

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

**RECEIVED SEP 26 2022**
**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
SELINA RAHMAN

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.
- [ ] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____
- [x] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.) See instructions.
737 SUNKIST LANE

**6** City, state, and ZIP code
PLANO, TX 75025

**7** List account number(s) here (optional)

Requester's name and address (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: 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

or

Employer identification number:

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  Signature of U.S. person ▶ *Selina Rahman*   Date ▶ 8/25/22

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)
• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
• Form 1099-S (proceeds from real estate transactions)
• Form 1099-K (merchant card and third party network transactions)
• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
• Form 1099-C (canceled debt)
• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X                             Form **W-9** (Rev. 10-2018)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | § |
|---|---|
| | § |
| WALNUT HILL PHYSICIANS HOSPITAL, LLC | § CASE NO. 17-32255-sgj-7 |
| | § |
| | § |
| DEBTOR | § |

### TRUSTEE'S NOTICE OF DEPOSIT TO UNCLAIMED FUNDS
### PURSUANT TO 11 U.S.C. § 347(a)

Transmitted herewith is an electronic payment for deposit into the Court's Unclaimed Funds Registry as unclaimed property for the above-referenced Chapter 7 case. I hereby certify that the distribution checks in payment of the following claim(s) were never negotiated during the 90 day period and/or were returned undeliverable with no forwarding address. My office made diligent efforts to find the creditors whose payments were returned with no success.

| *Claim #* | *Name of Payee on Unclaimed Check (s)* | *Amount* |
|---|---|---|
| 6 | Thyssen Krupp Elevator<br>Law Office of D. Park Smith<br>250 Cherry Springs Road, Ste. 200<br>Hunt, TX  78024 | $  87.09 |
| 8 | McKesson Technologies, Inc.<br>5995 Windward Parkway<br>Alpharetta, GA  30005 | $ 186.52 |
| 12 | Accounting Principals<br>c/o Steven Rebidas<br>10151 Deerwood Park Blvd.<br>Jacksonville, FL  32256 | $ 212.32 |
| 25 | Voalte<br>5101 Fruitville Road, Ste 101<br>Sarasota, FL  34232 | $ 315.99 |
| 47 | Prometheus Laboratories<br>P. O. Box 894115<br>Los Angeles, CA  90189-4115 | $  36.65 |
| 48 | Vanguard<br>c/o Ascensus, Inc.<br>415 8th Ave, NE | $  89.06 |

DEBTOR WALNUT HILL PHYSICIANS HOSPITAL, LLC   17-32255-sgj-7
NOTICE TO DEPOSIT UNCLAIMED FUNDS

1

|     |     |     |
|-----|-----|-----|
|     | Brainerd, MN 56401 |     |
| 51  | Selina Rahman<br>737 Sunkist Lane<br>Dallas, TX 75205 | $3,820.81 |

\*\*\* THIS IS A WAGE CLAIM AND CREDITOR **MUST COMPLETE A W-9** FORM AND SUBMIT TO CHAPTER 7 TRUSTEE PRIOR TO RECEIVING FUNDS FROM REGISTRY\*\*\*

| | | |
|---|---|---|
| 57 | MRM Medical, Inc.<br>5164 Village Creek Dr., Ste. 200<br>Plano, TX 75093 | $ 710.50 |
| 59 | Monroe Search Partners<br>1401 Hudson Ave.<br>Monroe, LA 71201 | $ 47.77 |
| 66 | Quintech, Inc.<br>P. O. Box 947<br>Nash, TX 75569 | $ 9.82 |
| 75 | L2 Surgical, LLC<br>5710 LBJ Freeway, Ste. 300<br>Dallas, TX 75240 | $ 47.77 |
| 84 | CorMatrix Cardiovascular, Inc.<br>6504 Alderbrook Drive<br>Denton, TX 76210 | $ 81.07 |
| 85 | W. W. Grainger, Inc.<br>7300 North Melvina Ave<br>Niles, IL 60714 | $ 55.82 |
| 87 | Apriomed, Inc.<br>2 Palmer Drive<br>Londonberry, NH 03053 | $ 5.37 |
| 94-2 | Foresight Medical Management<br>5417 Springview Drive<br>P. O. Box 264<br>Fayetteville, NY 13066 | $ 973.22 |
| 95-2 | The Huntington National Bank<br>c/o Raymond J. Urbanik<br>3811 Turtle Creek Blvd., Ste. 780<br>Dallas, TX 75219 | $7,316.00 |

| | | |
|---|---|---|
| 98 | Diagnostic Health Services<br>P. O. Box 972288<br>Dallas, TX 75397-2288 | $ 89.57 |
| 116 | AccuVein, Inc.<br>40 Goose Hill Road<br>Cold Spring Harbor, NY 11724 | $ 32.43 |
| 122 | Med IT Assoc., LLC<br>846 Possom Trot Hollow Road<br>Whitewright, TX 75491 | $ 750.20 |
| 125 | Cohera Medical, Inc.<br>227 Fayetteville Street<br>Raleigh, NC 27601 | $ 122.94 |
| 126 | Shred-It USAA, LLC<br>7734 South 133rd Street<br>Omaha, NE 68138 | $ 40.80 |
| 128 | Asahi Intecc USA, Inc.<br>2500 Red Hill Avenue, Ste. 210<br>Santa Anna CA 92705 | $ 17.58 |
| 148 | Valeris Medical, Inc.<br>200 Cobb Parkway North<br>Bldg. 200, Ste. 210<br>Marietta, GA 30062 | $ 32.10 |
| 149 | North Texas Heart Center, PA<br>8440 Walnut Hill Lane, Ste 700<br>Dallas, TX 75231 | $ 569.01 |
| 150 | NTHC Holdings, LLC<br>8440 Walnut Hill Lane, #700<br>Dallas, TX 75231 | $5,732.18 |
| 167 | Daniel Mijares, MD<br>5959 Colhurst Street<br>Dallas, TX 75230 | $ 887.55 |
| 183 | Reliant Energy Retail Services, LLC<br>P. O. Box 1046<br>Houston, TX 77251 | $1,161.42 |
| 185 | Shred-It USA, LLC<br>7734 South 133rd Street<br>Omaha, NE 68138 | $ 1.10 |

DEBTOR WALNUT HILL PHYSICIANS HOSPITAL, LLC   17-32255-sgj-7
NOTICE TO DEPOSIT UNCLAIMED FUNDS

| | | |
|---|---|---|
| 225-2 | Cory A. Roberts<br>3516 Amherst Avenue<br>Dallas, Texas 75225 | $1,910.73 |
| 264 | Natalie Chambliss<br>8160 Walnut Hill Lane, Ste 224<br>Dallas, Texas 75231 | $ 477.68 |
| 278 | ProVation Medical, Inc.<br>62770 Collections Center Drive<br>Chicago, IL 60693 | $ 94.30 |
| 279 | Simplex Grinnell<br>50 Technology Drive<br>Westminster, MA 01441 | $ 60.97 |
| 280 | LifeCell Corporation<br>50 Technology Drive<br>Bridgewater, NJ 08807 | $ 142.42 |
| 308 | Cigna Healthcare of Texas<br>c/o Wilhelmina Bergland, Legal Dept.<br>900 Cottage Grove Road, B6LPA<br>Bloomfield, CT  06002 | $1,106.83 |

***Total of check(s) to Unclaimed Funds:***     $ 27,225.59

Respectfully submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel
State Bar No. 17999450
6505 West Park Boulevard, Suite 306
Plano, Texas 75093
Telephone: (214)-234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE

Four copies of Form W-2 Wage and Tax Statement for tax year 2015:

**Employer:**
WALNUT HILL PHYS HOSP
7515 GREENVILLE AVE
SUITE 710
DALLAS, TX 75231

Employer identification number (EIN): 26-2592403

**Employee:**
SELINA RAHMAN
737 SUNKIST LANE
DALLAS, TX 75025

Employee's social security number: 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

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 64931.71 |
| 2 | Federal income tax withheld | 6972.25 |
| 3 | Social security wages | 67149.35 |
| 4 | Social security tax withheld | 4163.26 |
| 5 | Medicare wages and tips | 67149.35 |
| 6 | Medicare tax withheld | 973.66 |
| 7 | Social security tips | .00 |
| 8 | Allocated tips | .00 |
| 10 | Dependent care benefits | .00 |
| 12a | D | 2217.64 |
| 12b | DD | 5785.78 |
| 13 | Retirement plan | X |

Copies shown:
- Copy 2 — To Be Filed With Employee's State, City or Local Income Tax Return
- Copy 2 — To Be Filed With Employee's State, City or Local Income Tax Return
- Copy B — To Be Filed With Employee's FEDERAL Tax Return
- Copy C — For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.)