

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 29, 2022**

_____
United States Bankruptcy Judge

_____

BTXN 210 (rev. 05/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

In Re: § 
Walnut Hill Physicians Hospital, LLC § Case No.: 17–32255–sgj7
 § Chapter No.: 7
Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Selina Rahman filed an Application for Payment of Unclaimed Funds on 10/12/2022 in the amount of $3,820.81.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☑ Other: 1) Photocopy of government issued identification card not included with application.
2) Claimant's mailing address city and zip code provided on the application does not match the city and zip code on record and the support documents filed with the application.
3) Proof not provided that Form W–9 has been submitted to Trustee Scott Seidel.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #