

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 29, 2022**

_____
United States Bankruptcy Judge

_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Walnut Hill Physicians Hospital, LLC § Case No.: 17−32255−sgj7
 § Chapter No.: 7
 §
Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

   The Court finds that Selina Rahman filed an Application for Payment of Unclaimed Funds on 10/12/2022 in the amount of $3,820.81.

   The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☒ Other: 1) Photocopy of government issued identification card not included with application.
2) Claimant's mailing address city and zip code provided on the application does not match the city and zip code on record and the support documents filed with the application.
3) Proof not provided that Form W−9 has been submitted to Trustee Scott Seidel.

   It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:  
Walnut Hill Physicians Hospital, LLC  
    Debtor

Case No. 17-32255-sgj  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 5  
Date Rcvd: Nov 30, 2022      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Selina Rahman, 737 Sunkist Lane, Plano, TX 75025-3211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Annmarie Antoniette Chiarello | on behalf of Creditor HC-7502 Greenville Avenue LLC achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Defendant HC-7502 Greenville Avenue LLC achiarello@winstead.com |
| Annmarie Antoniette Chiarello | on behalf of Creditor Carter-Validus Operating Partnership LP achiarello@winstead.com |
| Aynsley Kay Young | on behalf of Trustee Scott M. Seidel ayoung@munsch.com |
| Aynsley Kay Young | on behalf of Plaintiff Scott M. Seidel ayoung@munsch.com |
| Brent Ryan McIlwain | on behalf of Creditor Walnut Hill I LLC and Walnut Hill II LLC brent.mcilwain@hklaw.com |

Case 17-32255-sgj7    Doc 638    Filed 12/02/22    Entered 12/02/22 23:17:55    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0539-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 30, 2022 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | robert.jones@hklaw.com;brian.smith@hklaw.com |
| Brian Sirower | on behalf of Creditor Capital One National Association brian.sirower@quarles.com, sybil.aytch@quarles.com |
| Brian Christopher Mitchell | on behalf of Creditor Hillcrest Bank a Division of NBH Bank bmitchell@reedsmith.com, ymungia@reedsmith.com;cdonat@reedsmith.com |
| Brian J. Smith | on behalf of Defendant Atalaya Asset Income Fund I LP brian.smith@hklaw.com, robert.jones@hklaw.com;brent.mcilwain@hklaw.com |
| Brian J. Smith | on behalf of Creditor Walnut Hill I LLC and Walnut Hill II LLC brian.smith@hklaw.com robert.jones@hklaw.com;brent.mcilwain@hklaw.com |
| Brian J. Smith | on behalf of Creditor Atalaya Administrative LLC brian.smith@hklaw.com robert.jones@hklaw.com;brent.mcilwain@hklaw.com |
| Brian J. Smith | on behalf of Defendant Atalaya Administrative LLC brian.smith@hklaw.com robert.jones@hklaw.com;brent.mcilwain@hklaw.com |
| Bruce W. McGee | on behalf of Creditor T-Med L.P., dba Monitoring Concepts bmcgee@whitakerchalk.com |
| Christopher J. Harayda | on behalf of Defendant Boston Scientific Corporation cj.harayda@faegrebd.com |
| Courtney Jane Hull | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division and Texas Workforce Commission bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Darren Marlowe | on behalf of Creditor Morrison Healthcare Inc. darren@lawofficedm.com |
| David William Parham | on behalf of Creditor Premium Assignment Corporation david.parham@akerman.com esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com |
| Davor Rukavina | on behalf of Plaintiff Scott M. Seidel drukavina@munsch.com |
| Davor Rukavina | on behalf of Spec. Counsel Munsch Hardt Kopf & Harr P.C. drukavina@munsch.com |
| Davor Rukavina | on behalf of Attorney Munsch Hardt, Kopf, & Harr, P.C. drukavina@munsch.com |
| Davor Rukavina | on behalf of Trustee Scott M. Seidel drukavina@munsch.com |
| Davor Rukavina | on behalf of Plaintiff Scott Seidel drukavina@munsch.com |
| Douglas Brent Wells | on behalf of Defendant Baylis Medical USA Inc. bwells@wellscuellar.com |
| Edward L. Ripley | on behalf of Creditor Reliant Energy Retail Services LLC ERipley@andrewsmyers.com, sray@andrewsmyers.com |
| Emily S. Chou | on behalf of Creditor Public Storage echou@forsheyprostok.com tlevario@forsheyprostok.com;calendar@forsheyprostok.com;echou@ecf.courtdrive.com |
| Eric S. Goldstein | on behalf of Creditor First Financial Corporate Leasing LLC egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Fareed Kaisani | on behalf of Trustee Scott M. Seidel fkaisani@pcrfirm.com lmarczak@pcrfirm.com |
| Fareed Kaisani | on behalf of Attorney Munsch Hardt, Kopf, & Harr, P.C. fkaisani@pcrfirm.com, lmarczak@pcrfirm.com |
| Fareed I. Kaisani | on behalf of Counter-Defendant Scott M. Seidel fareed.kaisani@bakerbotts.com lmarczak@pcrfirm.com |
| Fareed I. Kaisani | on behalf of Plaintiff Scott Seidel fareed.kaisani@bakerbotts.com lmarczak@pcrfirm.com |

Case 17-32255-sgj7 Doc 638 Filed 12/02/22 Entered 12/02/22 23:17:55 Desc
Imaged Certificate of Notice Page 4 of 6

| District/off: 0539-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 30, 2022 | Form ID: pdf012 | Total Noticed: 1 |

Fareed I. Kaisani
 on behalf of Plaintiff Scott M. Seidel fareed.kaisani@bakerbotts.com lmarczak@pcrfirm.com

Gregory Getty Hesse
 on behalf of Creditor C. R. Bard Inc. ghesse@huntonak.com,
 kkirk@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

J. Casey Roy
 on behalf of Interested Party Texas Department of State Health Services casey.roy@oag.texas.gov

James M. Stewart
 on behalf of Creditor Cardiology and Interventional Vascular Associates PA mstewart@hallrender.com

Jane Elizabeth Maschka
 on behalf of Defendant Boston Scientific Corporation jane.maschka@faegrebd.com brenda.walz@faegrebd.com

Jason Alexander Enright
 on behalf of Trustee Scott M. Seidel jenright@munsch.com

Jason Alexander Enright
 on behalf of Plaintiff Scott M. Seidel jenright@munsch.com

Jeffrey G. Hamilton
 on behalf of Creditor Capital One National Association jhamilton@jw.com, wharpel@cbsattorneys.com

Jeffrey T. Wegner
 on behalf of Creditor GE HFS LLC jeffrey.wegner@kutakrock.com, marybeth.brukner@kutakrock.com

Jeremy E. Rosenthal
 on behalf of Creditor CapX Fund IV L.P. jrosenthal@sidley.com

John A. Harris
 on behalf of Creditor Capital One National Association john.harris@quarles.com, sybil.aytch@quarles.com

John E. Johnson
 on behalf of Defendant Alere Informatics Inc. jjohnson@padfieldstout.com

John E. Johnson
 on behalf of Creditor St. Jude Medical S.C. Inc. jjohnson@padfieldstout.com

John E. Johnson
 on behalf of Defendant St. Jude Medical S.C. Inc. jjohnson@padfieldstout.com

John J. Kane
 on behalf of Creditor Propath Services LLC jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com

John N. Schwartz
 on behalf of Debtor Walnut Hill Physicians Hospital LLC john.schwartz@nortonrosefulbright.com

John Steven Polzer
 on behalf of Defendant Comprehensive Pharmacy Services LLC JSPolzer@duanemorris.com, mvcarrigan@duanemorris.com

Jonathan Alexander Gitlin
 on behalf of Defendant Thomas Protective Service Inc. jonathan@jgtxlaw.com,
 jonathan@jgtxlaw.com,jonathan.gitlin@gmail.com,ksantiago@patellegal.com,khill@patellegal.com

Julian Preston Vasek
 on behalf of Plaintiff Scott M. Seidel jvasek@munsch.com

Julian Preston Vasek
 on behalf of Attorney Munsch Hardt, Kopf, & Harr, P.C. jvasek@munsch.com

Julian Preston Vasek
 on behalf of Trustee Scott M. Seidel jvasek@munsch.com

Julie Ann Linares
 on behalf of Defendant Ocean Fresh Laundries Inc. JLinares@hickslawgroup.com

Julie Ann Linares
 on behalf of Creditor Ocean Fresh Laundries Inc. JLinares@hickslawgroup.com

Kristen L. Perry
 on behalf of Defendant Boston Scientific Corporation Kristen.Perry@faegredrinker.com kelly.olson@faegredrinker.com

Kristen L. Perry
 on behalf of Creditor Boston Scientific Corporation Kristen.Perry@faegredrinker.com kelly.olson@faegredrinker.com

Kyle Jacob Essley
 on behalf of Defendant Boston Scientific Corporation kyle.essley@faegrebd.com

Latonia C. Williams
 on behalf of Creditor First Financial Corporate Leasing LLC lwilliams@goodwin.com

Case 17-32255-sgj7　　Doc 638　　Filed 12/02/22　　Entered 12/02/22 23:17:55　　Desc
Imaged Certificate of Notice　　Page 5 of 6

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 4 of 5 |
| Date Rcvd: Nov 30, 2022 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| Laura Marie Fontaine | on behalf of Creditor Amendia Inc. laura@hedrickkring.com, Mckenzie@HedrickKring.com;Robbyn@HedrickKring.com;Diane@HedrickKring.com |
| Lloyd A. Lim | on behalf of Creditor Blue Cross and Blue Shield of Texas an unincorporated division of Health Care Service Corporation lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com |
| Lyndel Anne Vargas | on behalf of Creditor Sirtex Medical Inc. LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com |
| Mark Stromberg | on behalf of Creditor Tony Das mark@strombergstock.com sarah@strombergstock.com;sfishman@strombergstock.com |
| Mark H. Ralston | on behalf of Creditor Cerner Corporation mralston@fjrpllc.com sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com |
| Melissa A. Haselden | on behalf of Creditor The Tifaro Group Ltd. Haselden@hooverslovacek.com haseldenbankruptcy@gmail.com;phelan@hooverslovacek.com,seamster@hooverslovacek.com |
| Michael Scott Held | on behalf of Creditor Capital One National Association mheld@jw.com, lcrumble@jw.com;kgradney@jw.com |
| Mike Fowler Pipkin | on behalf of Defendant Cardinal Health 110 LLC mpipkin@weinrad.com scollins@weinrad.com;cspringer@weinrad.com |
| Mike Fowler Pipkin | on behalf of Defendant Cardinal Health 200 LLC mpipkin@weinrad.com, scollins@weinrad.com;cspringer@weinrad.com |
| Mike Fowler Pipkin | on behalf of Creditor Cardinal Health 200 LLC mpipkin@weinrad.com, scollins@weinrad.com;cspringer@weinrad.com |
| Mike Fowler Pipkin | on behalf of Creditor Cardinal Health 110 LLC mpipkin@weinrad.com scollins@weinrad.com;cspringer@weinrad.com |
| Mike Fowler Pipkin | on behalf of Defendant Cordis Corporation mpipkin@weinrad.com scollins@weinrad.com;cspringer@weinrad.com |
| Monica Susan Blacker | on behalf of Creditor Capital One National Association mblacker@jw.com, tsalter@jw.com;ldooley@jw.com |
| Phillip L. Lamberson | on behalf of Defendant HC-7502 Greenville Avenue LLC plamberson@winstead.com |
| Rakhee V. Patel | on behalf of Creditor HC-7502 Greenville Avenue LLC rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Creditor Carter-Validus Operating Partnership LP rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Raymond J. Urbanik | on behalf of Creditor The Huntington National Bank rurbanik@lathropgage.com charlene.huffman@lathropgpm.com |
| Rebecca Lynn Petereit | on behalf of Defendant BRG CAPITAL ADVISORS LLC rpetereit@velaw.com, dtucker@velaw.com;gsmith@velaw.com |
| Rebecca Lynn Petereit | on behalf of Defendant Berkeley Research Group LLC rpetereit@velaw.com, dtucker@velaw.com;gsmith@velaw.com |
| Robert S. Velevis | on behalf of Creditor CapX Fund IV L.P. rvelevis@sidley.com, rpreston@sidley.com;txefilingnotice@sidley.com;dkao@sidley.com |
| Ryan Andrew Starnes | on behalf of Creditor CPM Medical Consultants LLC rstarnes@libbysparks.com, aguarino@libbysparks.com |
| Ryan Andrew Starnes | on behalf of Creditor MedUSA Group LLC rstarnes@libbysparks.com, aguarino@libbysparks.com |
| Ryan C. Gentry | on behalf of Interested Party Yolanda Hayes rgentry@ns-law.net |
| Samuel Conrad Wisotzkey | on behalf of Defendant St. Jude Medical S.C. Inc. swisotzkey@kmksc.com, kmksc@kmksc.com |
| Scott A. Zuber | on behalf of Creditor Cardinal Health 110 LLC szuber@csglaw.com |

District/off: 0539-3 User: admin Page 5 of 5
Date Rcvd: Nov 30, 2022 Form ID: pdf012 Total Noticed: 1

Scott A. Zuber
          on behalf of Creditor Cardinal Health 200 LLC szuber@csglaw.com

Scott M. Seidel
          on behalf of Trustee Scott M. Seidel scott.seidel@earthlink.net susan.seidel@earthlink.net;sms01@trustesolutions.net

Scott M. Seidel
          scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

Scott M. Seidel
          on behalf of Attorney Seidel Law Firm scott.seidel@earthlink.net susan.seidel@earthlink.net;sms01@trustesolutions.net

Scott M. Seidel
          on behalf of Accountant Sheldon Levy scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

Sherrel K. Knighton
          on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com
          Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Stephen F. Malouf
          on behalf of Creditor Robin E. Phelan maloufs@smalouf.com rscribner@smalouf.com

Stephen F. Malouf
          on behalf of Creditor Melinda Phelan maloufs@smalouf.com rscribner@smalouf.com

Susan B. Hersh
          on behalf of Defendant Summit Emergency Physicians PLLC susan@susanbhershpc.com, assistant@susanbhershpc.com

Susan B. Hersh
          on behalf of Defendant North Texas Hospitalists PLLC susan@susanbhershpc.com assistant@susanbhershpc.com

Thomas Daniel Berghman
          on behalf of Counter-Defendant Scott M. Seidel tberghman@munsch.com

Thomas Daniel Berghman
          on behalf of Attorney Munsch Hardt, Kopf, & Harr, P.C. tberghman@munsch.com

Thomas Daniel Berghman
          on behalf of Plaintiff Scott M. Seidel tberghman@munsch.com

Thomas Daniel Berghman
          on behalf of Trustee Scott M. Seidel tberghman@munsch.com

Thomas Richard Stauch
          on behalf of Interested Party Yolanda Hayes lpadilla@ns-law.net

Thomas Richard Stauch
          on behalf of Interested Party Keldrick Hayes lpadilla@ns-law.net

Tricia R. DeLeon
          on behalf of Creditor Amendia Inc. tricia.deleon@hklaw.com, elanda.spencer@hklaw.com

United States Trustee
          ustpregion06.da.ecf@usdoj.gov

William Steven Bryant
          on behalf of Creditor GE HFS LLC sbryant@lockelord.com


TOTAL: 101